CO-386
10/2018

# United States District Court
# For the District of Columbia

People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf,

    Plaintiff

vs

Francis M. Collins, in his official capacity as Director of the National Institutes of Health, and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,

    Defendant

Civil Action No. 21-2380

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __People for the Ethical Treatment of Animals__ which have any outstanding securities in the hands of the public:

Non.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

s/ Jameel Jaffer
Signature

MI0067
BAR IDENTIFICATION NO.

Jameel Jaffer
Print Name

475 Riverside Drive
Address

New York, NY 10015
City    State    Zip Code

646-745-8500
Phone Number