**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PEOPLE FOR THE ETHICAL TREATMENT
OF ANIMALS, MADELINE KRASNO, and
RYAN HARTKOPF,

        Plaintiffs,

        v.

FRANCIS M. COLLINS, in his official
capacity as Director of the National Institutes
of Health, and XAVIER BECERRA, in his
official capacity as Secretary of the U.S.
Department of Health and Human Services,

        Defendants.

Civil Action No. 1:21-cv-02380

## MOTION FOR ADMISSION *PRO HAC VICE* OF KATHERINE FALLOW AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of

Katherine Fallow, an attorney with the Knight First Amendment Institute at Columbia

University, 475 Riverside Drive, Suite 302, New York, NY, 10115, and a member of the bar of

the state of New York, as additional counsel for the plaintiffs in this case. Ms. Fallow's

declaration is filed herewith.

Respectfully submitted,

*/s/ Jameel Jaffer*
Jameel Jaffer (MI0067)
Knight First Amendment Institute
   at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Plaintiffs*

Dated: September 9, 2021