UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　Defendants. | Civil Action No. 1:21-cv-02380 |

## DECLARATION OF KATIE FALLOW

Pursuant to Local Rule 83.2(d), I, Katie Fallow, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Katherine Amy Fallow.

2. I am an attorney with the Knight First Amendment Institute at Columbia University. My office is located at 475 Riverside Drive, Suite 302, New York, NY 10115. My office telephone number is (646) 745-8500.

3. I have been admitted to practice before the courts listed in "Attachment A" to this declaration.

4. I was administratively suspended from the D.C. Bar for failure to pay dues in September 2014, a fact that I learned for the first time in March 2016. During the time of the suspension, I was staying at home full-time with my children and was unaware that I had been suspended. As soon as I learned of the suspension, I paid all dues and was reinstated. I remain a

member in good standing of the D.C. Bar. My conduct as a member of the bar has never been questioned or faulted.

5. I was admitted to practice in this Court *pro hac vice* in *Knight First Amendment Institute at Columbia University v. Department of Homeland Security* (No. 1:17-cv-00548) on April 18, 2017 and in *Doc Society v. Blinken* (No. 1:19-cv-03632) on December 9, 2019.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Katie Fallow
Katie Fallow
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
katie.fallow@knightcolumbia.org

*Counsel for Plaintiffs*

Dated: September 9, 2021

## Attachment A

## Katie Fallow
## Court Admissions

| Court | Year Admitted |
|---|---|
| New York State Bar | 2016 |
| District of Columbia Bar | 1999 |
| Supreme Judicial Court of Massachusetts | 1996 (retired) |
| U.S. Supreme Court | 2003 |
| U.S. Court of Appeals, 1st Cir. | 2000 |
| U.S. Court of Appeals, 4th Cir. | 2001 |
| U.S. Court of Appeals, 5th Cir. | 1999 |
| U.S. Court of Appeals, 7th Cir. | 2006 |
| U.S. Court of Appeals, 8th Cir. | 2006 |
| U.S. Court of Appeals, D.C. Cir. | 1999 |
| U.S. Court of Appeals, Fed. Cir. | 2004 |
| U.S. District Court, Eastern District of Michigan | 2006 |
| U.S. District Court, Western District of Michigan | 2003 |
| U.S. District Court, District of Columbia | 2006 (inactive, did not renew) |
| U.S. District Court, Southern District of New York | 2017 |