# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>    Plaintiffs,<br><br>v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>    Defendants. | Civil Action No. 1:21-cv-02380 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHANIE KRENT AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Stephanie Krent, an attorney with the Knight First Amendment Institute at Columbia University, 475 Riverside Drive, Suite 302, New York, NY, 10115, and a member of the bar of the State of New York, as additional counsel for the plaintiffs in this case. Ms. Krent's declaration is filed herewith.

Respectfully submitted,

 */s/ Jameel Jaffer*
Jameel Jaffer (MI0067)
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Plaintiffs*

Dated: September 9, 2021