UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>      Plaintiffs,<br><br>  v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>      Defendants. | Civil Action No. 1:21-cv-02380 |

## DECLARATION OF STEPHANIE KRENT

Pursuant to Local Rule 83.2(d), I, Stephanie Krent, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Stephanie Clara Krent.

2. I am an attorney with the Knight First Amendment Institute at Columbia University. My office is located at 475 Riverside Drive, Suite 302, New York, NY 10115. My office telephone number is (646) 745-8500.

3. I was admitted by examination to the Bar of the State of New York in June 2017 and remain a member in good standing. I am also admitted to practice law in the United States Courts of Appeals for the Third Circuit, United States Courts of Appeals for the First Circuit, and United States District Court for the Southern District of New York.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I was admitted to practice in this Court *pro hac vice* in *Knight First Amendment Institute at Columbia University v. U.S. Department of Homeland Security* (No. 1:17-cv-00548-TSC) on March 24, 2020 and in *Campaign for Accountability v. U.S. Department of Justice* (No. 1:16-cv-01068) on November 20, 2020.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true and correct.

Respectfully submitted,

 /s/ Stephanie Krent
Stephanie Krent
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*

Dated: September 9, 2021