UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>      Plaintiffs,<br><br>  v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>      Defendants. | Civil Action No. 1:21-cv-02380 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF LYNDSEY WAJERT AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Lyndsey Wajert, an attorney with the Knight First Amendment Institute at Columbia University, 475 Riverside Drive, Suite 302, New York, NY, 10115, and a member of the bar of the District of Columbia, as additional counsel for the plaintiffs in this case. Ms. Wajert's declaration is filed herewith.

                                                Respectfully submitted,

                                                */s/ Jameel Jaffer*
                                                Jameel Jaffer (MI0067)
                                                Knight First Amendment Institute
                                                  at Columbia University
                                                475 Riverside Drive, Suite 302
                                                New York, NY 10115
                                                (646) 745-8500
                                                jameel.jaffer@knightcolumbia.org

                                                *Counsel for Plaintiffs*

Dated: September 9, 2021