UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>      Plaintiffs,<br><br>      v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>      Defendants. | Civil Action No. 1:21-cv-02380 |

## DECLARATION OF LYNDSEY WAJERT

Pursuant to Local Rule 83.2(d), I, Lyndsey Wajert, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Lyndsey Marie Wajert.

2. I am an attorney with the Knight First Amendment Institute at Columbia University. My office is located at 475 Riverside Drive, Suite 302, New York, NY, 10115. My office telephone number is (646) 745-8500.

3. I was admitted by examination to the Bar of the District of Columbia in January 2020 and remain a member in good standing. I am also admitted to practice law in the United States Courts of Appeals for the Fourth Circuit.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have never been admitted to practice in this Court *pro hac vice*.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Lyndsey Wajert*
Lyndsey Wajert
Knight First Amendment Institute
   at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
lyndsey.wajert@knightcolumbia.org

*Counsel for Plaintiffs*

Dated: September 9, 2021