**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:21-cv-02380 |
| FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services, | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CAITLIN M. FOLEY AS ADDITIONAL COUNSEL FOR PLAINTIFFS RYAN HARTKOPF AND MADELINE KRASNO

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of

Caitlin M. Foley, an attorney with the Animal Legal Defense Fund, 150 South Wacker Drive,

Suite 2400, Chicago, IL 60606, and a member of the bar of the state of Illinois, as additional

counsel for plaintiffs Ryan Hartkopf and Madeline Krasno in this case. Ms. Foley's declaration is

filed herewith.

Respectfully submitted,

 */s/ Jameel Jaffer*
Jameel Jaffer (MI0067)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Plaintiffs*

Dated: September 9, 2021