UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,

    Plaintiffs,

    v.

FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,

    Defendants.

Civil Action No. 1:21-cv-02380

## DECLARATION OF CAITLIN FOLEY

Pursuant to Local Rule 83.2(d), I, Caitlin M. Foley, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Caitlin Mairead Foley.

2. I am a staff attorney at the Animal Legal Defense Fund. My business address is 150 South Wacker, Suite 2400 Chicago, IL 60606, and my business telephone number is (707) 795-2533.

3. I was admitted by examination to the Bar of the State of Illinois in November 2016 and remain a member in good standing. My identification number for the Illinois Bar is 6323904. I am also admitted to practice law in the United States Courts of Appeals for the Third Circuit, United States District Court for the Western District of Wisconsin, and the United States District Court for the Western District of Pennsylvania.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I was admitted to practice in this Court *pro hac vice* in *Animal Legal Defense Fund v. Vilsack* (No. 1:21-cv-1539-CJN) on August 10, 2021.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true and correct.

Respectfully submitted,

 */s/ Caitlin Foley*
Caitlin M. Foley
ANIMAL LEGAL DEFENSE FUND
150 South Wacker, Suite 2400
Chicago, IL 60606
(707) 795-2533
cfoley@aldf.org

*Counsel for Plaintiffs Ryan Hartkopf and Madeline Krasno*

Dated: September 8, 2021