UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>    Plaintiffs,<br><br>  v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>    Defendants. | Civil Action No. 1:21-cv-02380 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ASHER SMITH AS ADDITIONAL COUNSEL FOR PLAINTIFF PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Asher Smith, an attorney with the PETA Foundation, 1536 16th Street NW, Washington, D.C., 20036, and a member of the bar of the New York, as additional counsel for plaintiff People for the Ethical Treatment of Animals in this case. Mr. Smith's declaration is filed herewith.

             Respectfully submitted,

              */s/ Jameel Jaffer*
              Jameel Jaffer (MI0067)
              Knight First Amendment Institute
               at Columbia University
              475 Riverside Drive, Suite 302
              New York, NY 10115
              (646) 745-8500
              jameel.jaffer@knightcolumbia.org

              *Counsel for Plaintiffs*

Dated: September 9, 2021