UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>       Plaintiffs,<br><br>  v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>       Defendants. | Civil Action No. 1:21-cv-02380 |

**DECLARATION OF ASHER SMITH**

      Pursuant to Local Rule 83.2(d), I, Asher Smith, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

    1.    My full name is Asher Ellison Smith.

    2.    I am Director of Litigation for the Foundation to Support Animal Protection, d/b/a PETA Foundation.

    3.    I currently practice in Manhattan, which is located in the Southern District of New York. My office and telephone addresses are those of the PETA Foundation's offices in Norfolk, Virginia and Washington, D.C. The address of the Washington, D.C. office is 1536 16th Street NW, Washington, D.C. 20036. The telephone number of this office is (202) 483-7382. The address of the Norfolk, Virginia office is 501 Front Street, Norfolk, Virginia 23510. The telephone number of this office is (757) 622-7382.

4. I was admitted by examination to the Bar of the State of New York in June 2017 and remain a member in good standing. My New York bar registration number is 5379714. I am also admitted to practice law in the United States District Court for the Southern District of New York.

5. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am admitted to practice in this Court pro hac vice in *30 Barn Owls, et al. v. Vilsack, et al.*, No. 1:21-cv-00968-TSC, on April 15, 2021. I am also currently admitted pro hac vice in the United States District Court for the Southern District of Indiana, in the United States District Court for the Western District of Oklahoma, and in the United States District Court for the Western District of Texas.

7. I am not a member of the District of Columbia Bar nor do I have an application for membership pending.

I certify under the penalties of perjury that the foregoing is true and correct.

Respectfully submitted,

 */s/ Asher Smith*
Asher Smith
PETA FOUNDATION
1536 16th Street NW
Washington, DC 20036
Tel: (202) 483-7382
ashers@petaf.org

*Counsel for Plaintiff People for the Ethical Treatment of Animals*

Dated: September 7, 2021