# Attachment 1



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

National Institutes of Health
Freedom of Information Office
Building 31, Room 5B-35
31 Center Drive, MSC 2107
Bethesda, Maryland 20892-2107
phone: (301) 496-5633
fax: (301) 402-4541

Via E-mail: ryanhartkopf@gmail.com

April 29, 2021

Ryan Hartkopf
6633 Raymond Rd
Madison, WI 53711

Re: FOI Case No. 56228

Dear Mr. Hartkopf:

This is the final response to your April 24, 2021 Freedom of Information Act (FOIA) request addressed to the National Institutes of Health (NIH) FOIA Office and received in this office on April 26, 2021. You requested a copy of a screenshot of all keywords that are blocked on the NIH Facebook page https://www.facebook.com/nih.gov

The NIH FOIA Office reviewed the 1 page responsive to your request, and it is enclosed with this letter.

If you are not satisfied with the processing and handling of this request, you may contact the OD FOIA Public Liaison and/or the Office of Government Information Services (OGIS):

NIH FOIA Public Liaison
Denean Standing-Ojo
Public Affairs Specialist
Office of Communications and Public Liaison
Building 31, Room 5B52S
31 Center Drive
Bethesda, MD 20814
301-496-5077 (phone)
301-496-0818 (fax)
nihfoia@od.nih.gov (email)

OGIS
National Archives and Records Admin
8601 Adelphi Rd - OGIS
College Park, MD 20740-6001
202-741-5770 (phone)
1-877-684-6448 (toll-free)
202-741-5769 (fax)
ogis@nara.gov (email)

Page 2 –  Hartkopf  56228


In certain circumstances, provisions of the FOIA and HHS FOIA Regulations allow us to recover part of the cost of responding to your request.  Because no unusual circumstances apply to the processing of your request, there are no charges for search time.

If you have any questions about this response, please call the NIH FOIA office at 301-496-5633.


Sincerely,

**Hawyee Yan -S**
Digitally signed by Hawyee Yan -S
Date: 2021.04.29 14:07:32 -04'00'

for
Gorka Garcia-Malene
Freedom of Information Officer, NIH


Attachment: 1 page, PDF

**Page Moderation**   Block posts or comments containing the following words

Add a word, phrase or emoji   Add

📄 Upload from .CSV

.org ✕   .com ✕   #believemothers ✕   www ✕   whats-app ✕

watsapp ✕   whatsapp ✕   gmail ✕   marmosets ✕

marmoset ✕   sex experiments ✕   hamsters ✕   hamster ✕

giphy.com ✕   gifs ✕   marijuana ✕   cannabis ✕

mothafucka ✕   mothafuckas ✕   ampligen ✕   ampligen ✕

chimpanzee ✕   chimpanzees ✕   chimps ✕   chimp ✕

bulshit ✕   bullshit ✕   bitches ✕   bitch ✕

www.facebook.com ✕   https ✕   http ✕   m.facebook.com ✕

10152749671620560 ✕   cats ✕   gatos ✕   animalitos ✕

animales ✕   mierda ✕   puto ✕   puta ✕   fb.me ✕

cruelty ✕   primates ✕   primate ✕   tormenting ✕   torment ✕

xjh3m5da ✕   suck ✕   hitler ✕   nazi ✕   5647744565 ✕

suomi ✕   harlow ✕   10153174633989502 ✕   020228238 ✕

10152714324724586 ✕   petalatino ✕   torturing ✕   tortures ✕

torture ✕   peta ✕   animals ✕   animal ✕   sicko ✕

sickos ✕   monkies ✕   monkeys ✕   monkey ✕   piss ✕

shits ✕   fuked ✕   fuckin ✕   cunts ✕   cunt ✕   bastards ✕

bastard ✕   morons ✕   moron ✕   asshole ✕   assholes ✕

ass ✕   shit ✕   shiting ✕   shitting ✕   fucked ✕

fucktard ✕   fucktards ✕   motherfucking ✕   motherfuckers ✕

fuk ✕   fuking ✕   fucking ✕   fuckers ✕   fucks ✕   fuck ✕

fuckit ✕   mouse ✕   mice ✕   cruel ✕   revolting ✕   + ✕