# Attachment 2

# Attachment 2



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

National Institutes of Health
Freedom of Information Office
Building 31, Room 5B-35
31 Center Drive, MSC 2107
Bethesda, Maryland 20892-2107
phone: (301) 496-5633
fax: (301) 402-4541

Via E-mail: ryanhartkopf@gmail.com

April 29, 2021

Ryan Hartkopf
6633 Raymond Rd
Madison, WI 53711

Re: FOI Case No. 56229

Dear Mr. Hartkopf:

This is the final response to your April 24, 2021 Freedom of Information Act (FOIA) request addressed to the National Institutes of Health (NIH) FOIA Office and received in this office on April 26, 2021. You requested a copy of the list of keywords that are blocked on the @nih.gov Instagram account.

The NIH FOIA Office reviewed the 1 page responsive to your request, and it is enclosed with this letter.

If you are not satisfied with the processing and handling of this request, you may contact the OD FOIA Public Liaison and/or the Office of Government Information Services (OGIS):

NIH FOIA Public Liaison
Denean Standing-Ojo
Public Affairs Specialist
Office of Communications and Public Liaison
Building 31, Room 5B52S
31 Center Drive
Bethesda, MD 20814
301-496-5077 (phone)
301-496-0818 (fax)
nihfoia@od.nih.gov (email)

OGIS
National Archives and Records Admin
8601 Adelphi Rd - OGIS
College Park, MD 20740-6001
202-741-5770 (phone)
1-877-684-6448 (toll-free)
202-741-5769 (fax)
ogis@nara.gov (email)

Page 2 –  Hartkopf 56229

In certain circumstances, provisions of the FOIA and HHS FOIA Regulations allow us to recover part of the cost of responding to your request.  Because no unusual circumstances apply to the processing of your request, there are no charges for search time.

If you have any questions about this response, please call the NIH FOIA office at 301-496-5633.

Sincerely,

Hawyee Yan -S
Digitally signed by Hawyee Yan -S
Date: 2021.04.29 14:11:16 -04'00'

for
Gorka Garcia-Malene
Freedom of Information Officer, NIH

Attachment: 1 page, PDF

# Comment Controls

## Controls

Allow Comments From — Everyone >

Block Comments From — 0 People >

Any new comments from people you block won't be visible to anyone but them.

## Filters

**Hide Offensive Comments** 

Automatically hide comments that may be offensive from your posts, stories, reels and live videos.

**Manual Filter** 

#stopanimaltesting, #stoptesting, #stoptestingonanimals, animal, animals, chimpanzees, chimps, experiment, fuck, hurt, hurting, kill, monkey, monkeys, pedos, peta, rapist, stop, test, testing, testing facility, torture, torturing, 🤬🙊🐒❌

Hide comments that contain certain words or phrases. Enter the words or phrases you want to hide, separated by commas. Learn More

**Filter Most Reported Words** 

Hide comments that contain words or phrases that people report the most. Learn More

