UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>Defendants. | Civil Action No. 21-2380 |

**PLAINTIFF MADELINE KRASNO'S MOTION FOR PERMISSION TO OMIT HOME ADDRESS FROM CAPTION**

Plaintiff Madeline Krasno moves for permission to omit her home address from the caption in the filed Complaint. The grounds for this Motion are set forth in the accompanying memorandum. A proposed order is attached.

September 10, 2021

Respectfully submitted,

 */s/ Jameel Jaffer*
Jameel Jaffer (MI0067)
Katherine Fallow*
Stephanie Krent*
Lyndsey Wajert*
Alex Abdo*
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org
*Counsel for Plaintiffs*

2

/s/ Caitlin M. Foley
Caitlin M. Foley*
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533 ext. 1043
cfoley@aldf.org

Christopher A. Berry (Bar ID CA00106)
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931
(707) 795-2533 ext. 1041
cberry@aldf.org

*Counsel for Plaintiffs Madeline Krasno and Nick Hartkopf*

\**Pro Hac Vice* motion forthcoming