**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>      Plaintiffs,<br><br>   v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>      Defendants. | Civil Action No. 1:21-cv-02380 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO OMIT HOME ADDRESS FROM CAPTION**

Upon consideration of the motion for permission for Plaintiff Madeline Krasno to omit her home address from the caption in the above-styled action, it is hereby ORDERED that the motion is granted.

Date: _____

_____
United States District Judge