AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br>*Plaintiff*<br>v.<br>FRANCIS M. COLLINS, *et. al.*<br>*Defendant* | )<br>)<br>)  Case No.  1:21-cv-02380-BAH<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

*Plaintiffs Madeline Krasno and Ryan Hartkopf*.

Date: 09/14/2021

*Attorney's signature*

Caitlin M. Foley (IL Bar No. 6323904)
*Printed name and bar number*

150 South Wacker, Suite 2400
Chicago, Il 60606

*Address*

cfoley@aldf.org
*E-mail address*

(707) 795-2533
*Telephone number*

(707) 795-7280
*FAX number*