AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, et al., )
　　　　　*Plaintiff* )
　　v. ) Case No. 21-2380
FRANCIS M. COLLINS, et al., )
　　　　　*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs .

Date: 9/15/21

s/ Stephanie Krent
*Attorney's signature*

Stephanie Krent (pro hac vice)
*Printed name and bar number*

475 Riverside Drive, Suite 302
New York, NY 10115
*Address*

stephanie.krent@knightcolumbia.org
*E-mail address*

646-745-8500
*Telephone number*

646-661-3361
*FAX number*