AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, et al., <br> *Plaintiff* <br> v. <br> FRANCIS M. COLLINS, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 21-2380 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs .

Date: 9/15/21

s/ Katherine Fallow
*Attorney's signature*

Katherine Fallow (pro hac vice)
*Printed name and bar number*

475 Riverside Drive, Suite 302
New York, NY 10115
*Address*

katie.fallow@knightcolumbia.org
*E-mail address*

646-745-8500
*Telephone number*

646-661-3361
*FAX number*

[Print]   [Save As...]   [Reset]