AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-2380 |
| FRANCIS M. COLLINS, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs.

Date: 9/15/21

s/ Lyndsey Wajert
*Attorney's signature*

Lyndsey Wajert (pro hac vice)
*Printed name and bar number*

475 Riverside Drive, Suite 302
New York, NY 10115
*Address*

lyndsey.wajert@knightcolumbia.org
*E-mail address*

646-745-8500
*Telephone number*

646-661-3361
*FAX number*