AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, et al., )
*Plaintiff* )
v. ) Case No. 21-2380
FRANCIS M. COLLINS, et al., )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS                               .

Date:   9/15/21

s/ Asher Smith
*Attorney's signature*

Asher Smith (pro hac vice)
*Printed name and bar number*

1536 16th St. NW
Washington, DC 20036
*Address*

AsherS@petaf.org
*E-mail address*

202-540-2177
*Telephone number*

*FAX number*

Print    Save As...                                                                        Reset