IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>Defendants. | Civil Action No. 1:21-cv-02380-BAH |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 83.6(b), notice is hereby given that the undersigned attorney, Lyndsey Wajert, withdraws her appearance as counsel for Plaintiffs in this matter, as September 15, 2021 will be her last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight First Amendment Institute at Columbia University, Animal Legal Defense Fund, and PETA Foundation will continue to represent Plaintiffs in this matter, and no party will be prejudiced if this motion is granted.

Respectfully submitted,

*/s/ Lyndsey Wajert*
Lyndsey Wajert
Knight First Amendment Institute at
   Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
lyndsey.wajert@knightcolumbia.org
(646) 745-8500

Dated: September 15, 2021

**CERTIFICATE OF SERVICE**

  I, Lyndsey Wajert, hereby affirm that on this September 15, 2021, I caused the foregoing Notice of Withdrawal of Appearance as Counsel for Plaintiff to be served on all parties via this Court's Electronic Case Filing system.

Dated: September 15, 2021         */s/ Lyndsey Wajert*
                    Lyndsey Wajert