AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02380

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services

was received by me on *(date)* 9/14/2021 .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I served Xavier Becerra in his official capacity by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to Mr. Becerra on 9/15/2021. Please see the attached USPS receipt and delivery confirmation which show that the summons and complaint were delivered to Mr. Becerra on 9/20/2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/28/2021

*Server's signature*

Helen Zhong, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10031
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by:
(1) mailing a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 9/15/2021. Please see the attached USPS receipt and delivery confirmation which show that the summonses and complaint were delivered on 9/21/2021.
 (2) hiring a process server to deliver a copy of the complaint and of all summonses to the civil process clerk at the U.S. Attorney's office for the District of Columbia. Please see the attached affidavit of service which shows that the summonses and complaint were delivered on 10/7/2021.

Print    Save As...    Reset



# Receipt

Print Date: Oct 28, 2021

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

Xavier Becerra

200 Independence Ave, SW

Washington, DC 20201 US

helen.zhong@knightcolumbia.org

## REFERENCE

| | |
|---|---:|
| Ship Date: | Sep 15, 2021 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 8 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561929751325 |
| Carrier Acceptance Date: | Sep 19, 2021 |

## SERVICE

## UNIT PRICE

| | |
|---|---:|
| First Class ® Large Envelope/Flat | $2.56 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |
| | |
| Subtotal | $6.31 |
| Label Quantity | 1 |
| Total Cost | $6.31 |

# USPS Tracking®

FAQs >

**Track Another Package** +

**Tracking Number:** 9407111899561929751325

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 7:13 am on September 20, 2021 in WASHINGTON, DC 20201.

## ⊘ Delivered, Front Desk/Reception/Mail Room

September 20, 2021 at 7:13 am
WASHINGTON, DC 20201

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



# Receipt

Print Date: Oct 28, 2021

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

Merrick B. Garland, Attorney General

950 Pennsylvania Avenue, NW

Washington, DC 20530 US

## REFERENCE

| | |
|---|---|
| Ship Date: | Sep 15, 2021 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 8 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561929743481 |
| Carrier Acceptance Date: | Sep 20, 2021 |

## SERVICE | UNIT PRICE

| | |
|---|---|
| First Class ® Large Envelope/Flat | $2.56 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |
| | |
| Subtotal | $6.31 |
| Label Quantity | 1 |
| Total Cost | $6.31 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899561929743481                    Remove ✕

Your item was delivered at 4:56 am on September 21, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

September 21, 2021 at 4:56 am
WASHINGTON, DC 20530

Get Updates ∨

---

Text & Email Updates                                                            ∨

---

Tracking History                                                                ∨

---

Product Information                                                             ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

People for the Ethical Treatment of Animals, et al

    Plaintiff(s),

vs.

Francis M. Collins, in his official capacity as Director of the National Institutes of Health, et al

    Defendant(s).

Attorney: Jameel Jaffer

Knight First Amendment Institute at Columbia University
475 Riverside Dr., #302
New York NY 10115


*270320*

**Case Number: 1:21-cv-02380-BAH**

Legal documents received by Same Day Process Service, Inc. on **10/06/2021** at **4:58 PM** to be served upon **Civil Process Clerk - U.S. Attorney's Office for the District of Columbia, at 501 3rd St., NW, 4th Fl., Washington, DC, 20001**

I, **Patrick Wilson**, swear and affirm that on **October 07, 2021** at **2:08 PM**, I did the following:

Served **Civil Process Clerk - U.S. Attorney's Office for the District of Columbia, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Attachments** to **Oluwatoyin Abejide** as **Paralegal Specialist & Authorized Agent** at **501 3rd St., NW, 4th Fl. , Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: Sitting Weight: Over 200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Patrick Wilson**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:270320

