AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-02380

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* see note below

was received by me on *(date)* 9/14/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I mailed a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 9/15/2021. Please see the attached USPS receipt and delivery confirmation which show that the summonses and complaint were delivered on 9/21/2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/28/2021

*Server's signature*

Helen Zhong, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10031
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

Case 1:21-cv-02380-BAH   Document 19   Filed 10/28/21   Page 2 of 3



# Receipt

Print Date: Oct 28, 2021

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

Merrick B. Garland, Attorney General

950 Pennsylvania Avenue, NW

Washington, DC 20530 US

## REFERENCE

| | |
|---|---:|
| Ship Date: | Sep 15, 2021 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 8 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561929743481 |
| Carrier Acceptance Date: | Sep 20, 2021 |

| SERVICE | UNIT PRICE |
|---|---:|
| First Class ® Large Envelope/Flat | $2.56 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |
| | |
| Subtotal | $6.31 |
| Label Quantity | 1 |
| Total Cost | $6.31 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899561929743481                            Remove ✕

Your item was delivered at 4:56 am on September 21, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

September 21, 2021 at 4:56 am
WASHINGTON, DC 20530

**Get Updates** ∨

---

Text & Email Updates                                                      ∨

---

Tracking History                                                          ∨

---

Product Information                                                       ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**