Civil Action No. 1:21-cv-02380

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Francis M. Collins, in his official capacity as Director of the National Institutes of Health

was received by me on *(date)* 9/14/2021 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I served Francis Collins in his official capacity by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to Dr. Collins at the U.S. Department of Health and Human Services on 11/1/2021. This address was recommended by Kuntal Cholera at the Department of Justice after difficulties with mail to the NIH's direct address. Please see the attached USPS receipt and delivery confirmation which show that the summons and complaint were delivered to Dr. Collins on 11/8/2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/9/2021

*Server's signature*

Helen Zhong, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10031
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by:
(1) mailing a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 9/15/2021. Please see the attached USPS receipt and delivery confirmation which show that the summonses and complaint were delivered on 9/21/2021.
 (2) hiring a process server to deliver a copy of the complaint and of all summonses to the civil process clerk at the U.S. Attorney's office for the District of Columbia. Please see the attached affidavit of service which shows that the summonses and complaint were delivered on 10/7/2021.

Service to Dr. Collins at NIH was attempted through USPS on 9/15/21, 9/22/21, and 10/1/21, and by a process server on 10/8/21. None were successfully completed. Please see the attached records for these attempts.

Print  Save As...  Reset

**From:** "Cholera, Kuntal (CIV)" <Kuntal.Cholera@usdoj.gov>
**Date:** Monday, November 1, 2021 at 11:02 AM
**To:** Stephanie C Krent <stephanie.krent@knightcolumbia.org>, "Beckenhauer, Eric (CIV)" <Eric.Beckenhauer@usdoj.gov>
**Cc:** Katie Fallow <Katie.Fallow@knightcolumbia.org>, Alyssa Morones <alyssa.morones@knightcolumbia.org>
**Subject:** RE: People for the Ethical Treatment of Animals v. Collins, No. 21-cv-2380

Hi Stephanie,

We have conferred with our client, and it appears that Plaintiff may effectuate service on Collins by sending the summons to the central HHS facility, where Plaintiff, I believe, has already served a summons on Secretary Becerra.

Best,
Kuntal



# Receipt

Print Date: Nov 08, 2021

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

Francis M. Collins

200 Independence Ave SW

Washington, DC 20201 US

helen.zhong@knightcolumbia.org

## REFERENCE

| | |
|---|---:|
| Ship Date: | Nov 01, 2021 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 5 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899560802755429 |
| Carrier Acceptance Date: | Nov 02, 2021 |

## SERVICE                                                       UNIT PRICE

| | |
|---|---:|
| First Class ® Large Envelope/Flat | $1.96 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |
| | |
| Subtotal | $5.71 |
| Label Quantity | 1 |
| Total Cost | $5.71 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899560802755429                Remove ✕

Your item was delivered to an individual at the address at 6:50 am on November 8, 2021 in WASHINGTON, DC 20201.

## ⊘ Delivered, Left with Individual

November 8, 2021 at 6:50 am
WASHINGTON, DC 20201

**Get Updates** ⌄

---

Text & Email Updates                                                              ⌄

---

Tracking History                                                                  ⌄

---

Product Information                                                               ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



# Receipt

Print Date: Oct 28, 2021

## RETURN TO

Knight First Amendment Institute
475 Riverside Dr, Suite 302
New York, NY 10115

## SHIP TO

Merrick B. Garland, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530 US

## REFERENCE

| | |
|---|---:|
| Ship Date: | Sep 15, 2021 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 8 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561929743481 |
| Carrier Acceptance Date: | Sep 20, 2021 |

## SERVICE

| | UNIT PRICE |
|---|---:|
| First Class ® Large Envelope/Flat | $2.56 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |
| | |
| Subtotal | $6.31 |
| Label Quantity | 1 |
| Total Cost | $6.31 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899561929743481

Remove ✕

Your item was delivered at 4:56 am on September 21, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

September 21, 2021 at 4:56 am
WASHINGTON, DC 20530

**Get Updates** ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

| | |
|---|---|
| **People for the Ethical Treatment of Animals, et al** | Attorney: Jameel Jaffer |
| Plaintiff(s), | Knight First Amendment Institute at Columbia University |
| vs. | 475 Riverside Dr., #302 |
| | New York NY 10115 |
| **Francis M. Collins, in his official capacity as Director of the National Institutes of Health, et al** | |
| Defendant(s). | |



*278328*

**Case Number: 1:21-cv-02380-BAH**

Legal documents received by Same Day Process Service, Inc. on **10/06/2021** at **4:58 PM** to be served upon **Civil Process Clerk - U.S. Attorney's Office for the District of Columbia, at 501 3rd St., NW, 4th Fl., Washington, DC, 20001**

I, **Patrick Wilson**, swear and affirm that on **October 07, 2021** at **2:08 PM**, I did the following:

Served **Civil Process Clerk - U.S. Attorney's Office for the District of Columbia, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Attachments** to **Oluwatoyin Abejide** as **Paralegal Specialist & Authorized Agent** at **501 3rd St., NW, 4th Fl. , Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: Sitting Weight: Over 200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Patrick Wilson**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:270320





# Receipt

Print Date: Nov 08, 2021

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

Francis M. Collins

9000 Rockville Pike

Bethesda, MD 20892 US

helen.zhong@knightcolumbia.org

## REFERENCE

| | |
|---|---:|
| Ship Date: | Sep 15, 2021 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 8 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561929541742 |

| SERVICE | UNIT PRICE |
|---|---:|
| First Class ® Large Envelope/Flat | $2.56 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |
| | |
| Subtotal | $6.31 |
| Label Quantity | 1 |
| Total Cost | $6.31 |

# USPS Tracking®

FAQs >

**Track Another Package** +

**Tracking Number:** 9407111899561929541742

Remove ✕

Your package is on its way to a USPS facility. Sign up to **get updates**, and we'll send you a delivery date and time when available.

## Shipping Label Created, USPS Awaiting Item

September 15, 2021 at 6:31 pm
NEW YORK, NY 10115

**Get Updates** ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



# Receipt

Print Date: Nov 08, 2021

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

Francis M. Collins

9000 Rockville Pike

Bethesda, MD 20892 US

## REFERENCE

| | |
|---|---:|
| Ship Date: | Sep 22, 2021 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 8 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561900588384 |
| Carrier Acceptance Date: | Sep 23, 2021 |

| SERVICE | UNIT PRICE |
|---|---:|
| First Class ® Large Envelope/Flat | $2.56 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |
| | |
| Subtotal | $6.31 |
| Label Quantity | 1 |
| Total Cost | $6.31 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899561900588384

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

September 28, 2021

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



# Receipt

Print Date: Nov 08, 2021

## RETURN TO

Knight First Amendment Institute

475 Riverside Dr, Suite 302

New York, NY 10115

## SHIP TO

Francis M. Collins

9000 Rockville Pike

Bethesda, MD 20892 US

helen.zhong@knightcolumbia.org

## REFERENCE

| | |
|---|---|
| Ship Date: | Oct 01, 2021 |
| Ship from ZIP: | 10115 |
| Weight: | 0 lbs. 8 oz. |
| User: | kfaicolumbia |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111899561945535251 |
| Carrier Acceptance Date: | Oct 01, 2021 |

| SERVICE | UNIT PRICE |
|---|---|
| First Class ® Large Envelope/Flat | $2.56 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.75 |
| | |
| Subtotal | $6.31 |
| Label Quantity | 1 |
| Total Cost | $6.31 |

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9407111899561945535251                              Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

October 9, 2021

Get Updates ˅

---

Text & Email Updates                                                    ˅

---

Tracking History                                                        ˅

---

Product Information                                                     ˅

---

See Less ˄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## United States District Court for the District of Columbia

**People for the Ethical Treatment of Animals, et al**

    Plaintiff(s),

VS.

**Francis M. Collins, in his official capacity as Director of the National Institutes of Health, et al**

    Defendant(s).

**Case Number: 1:21-cv-02380-BAH**

Attorney: Jameel Jaffer

Knight First Amendment Institute at Columbia University
475 Riverside Dr., #302
New York NY 10115

*270319*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Francis M. Collins, in his official capacity as Director of the National Institutes of Health on 10/06/2021 at 4:58 PM at 9000 Rockville Pike, Bethesda, MD 20892**

The undersigned, swear and affirm that on **October 08, 2021 at 10:08 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Francis M. Collins, in his official capacity as Director of the National Institutes of Health** the **Summons in a Civil Action; Complaint; Attachments** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/08/2021-10:08 AM | 9000 Rockville Pike Bethesda, MD 20892 | I arrived at the address and went through the security checks and I spoke to security at the address that I had legal documents to be served upon the subject. Security asked me to get out of the car and wait for an officer to come over. A short time later officer K. Johnson came over and asked me what I needed and I informed him that I was there to serve the subject. The officer informed me that we would not be permitted to serve the subject at the address. The officer then took the court documents to show to his supervisor and a few minutes later came back and gave back the documents and took down my information. No additional information was provided and no guidance on how to serve the subject was provided. - Attempted by Miranda Burk |



**Miranda Burk**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:270319