AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| People for the Ethical Treatment of Animals, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-2380 |
| Collins, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Francis Collins in his official capacity as Director of the National Institutes of Health, Xavier Becerra in his official capacity as Secretary of the U.S. Department of Health and Human Services.

Date: 11/23/2021

/s/ Kuntal Cholera
*Attorney's signature*

Kuntal Cholera (DC Bar 1031523)
*Printed name and bar number*

1100 L St NW
Washington, D.C. 20005

*Address*

kuntal.cholera@usdoj.gov
*E-mail address*

(202) 305-8645
*Telephone number*

*FAX number*