**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf,**<br><br>   Plaintiffs,<br><br>   v.<br><br>**Francis M. Collins, in his official capacity as Director of the National Institutes of Health, and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,**<br><br>   Defendants. | Civil Docket No. 21-cv-2380 (BAH) |

**JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE**

As further described below, the parties jointly move the Court to enter an expedited summary judgment motion briefing schedule and to stay Defendants' deadline to file an answer.

1. On September 9, 2021, Plaintiffs brought suit, alleging that Defendants had hidden comments advocating for animal rights on the social media pages of the National Institutes of Health ("NIH") and the Department of Health and Human Services ("HHS") in violation of the First Amendment.

2. Based on the service date of the Complaint, Defendants' response to Plaintiffs' Complaint is currently due on December 6, 2021.

3. The parties have conferred and agree that discovery is unnecessary at this juncture, and that the case can likely be resolved through cross-motions for summary judgment based on a joint stipulation of fact.

4. Plaintiffs believe that a prompt decision on the merits is necessary to prevent imminent harms, and thus request an expedited briefing schedule. Although Defendants disagree with Plaintiffs' allegations of irreparable harm, they do not oppose an expedited briefing schedule. The parties have agreed to the following schedule:

   a. **December 8, 2021:**  The parties will file their joint stipulation of facts.

   b. **January 14, 2022:**  Plaintiffs will file their motion for summary judgment.

   c. **February 11, 2022:**  Defendants will file their cross-motion for summary judgment/response to Plaintiffs' motion for summary judgment.

   d. **March 2, 2022:**  Plaintiffs will file their reply in support of their motion for summary judgment/response to Defendants' cross-motion for summary judgment.

   e. **March 18, 2022:**  Defendants will file their reply in support of their cross-motion for summary judgment.

5. Furthermore, in light of the expedited summary judgment briefing schedule, the parties agree that an answer to the Complaint is unnecessary, and thus request that the Court stay Defendants' answer deadline.

   WHEREFORE, the parties respectfully request that the Court enter their proposed briefing schedule.  A proposed order is attached.


Dated:  November 23, 2021          Respectfully submitted,

                                  BRIAN M. BOYNTON
                                  Acting Assistant Attorney General

                                  ERIC BECKENHAUER
                                  Assistant Director, Federal Programs Branch

                                  */s/ Kuntal Cholera*

                                  KUNTAL CHOLERA

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov

*Attorneys for Defendants*

/s/ *Stephanie Krent*

Stephanie Krent, *pro hac vice*
Katherine Fallow, *pro hac vice*
Alyssa Morones*
Jameel Jaffer
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*

/s/ *Caitlin M. Foley*

Caitlin M. Foley, *pro hac vice*
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533, ext. 1043
cfoley@aldf.org

Christopher A. Berry
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931
(707) 795-2533, ext. 1041
cberry@aldf.org

*Counsel for Plaintiffs Madeline Krasno and Ryan Hartkopf*

/s/ *Asher Smith*

Asher Smith, *pro hac vice*
People for the Ethical Treatment of Animals
1536 16th Street NW
Washington, DC 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Plaintiff People for the Ethical Treatment of Animals*

*Not yet admitted to practice law

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf,**<br><br>                Plaintiffs,<br><br>      v.<br><br>**Francis M. Collins, in his official capacity as Director of the National Institutes of Health, and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,**<br><br>                Defendants. | Civil Docket No. 21-cv-2380 (BAH) |

**[Proposed] Order**

**IT IS HEREBY ORDERED** that the parties' Joint Motion for a Scheduling Order is **GRANTED**.

1. The parties shall abide by the following schedule:

    a. **December 8, 2021:** The parties will file their joint stipulation of facts.

    b. **January 14, 2022:** Plaintiffs will file their motion for summary judgment.

    c. **February 11, 2022:** Defendants will file their cross-motion for summary judgment/response to Plaintiffs' motion for summary judgment.

    d. **March 2, 2022:** Plaintiffs will file their reply in support of their motion for summary judgment/response to Defendants' cross-motion for summary judgment.

    e. **March 18, 2022:** Defendants will file their reply in support of their cross-motion for summary judgment.

2. The deadline for Defendants to respond to Plaintiffs' Complaint is hereby **STAYED**.

It is **SO ORDERED** this ____day of _____, 2021.

_____
The Honorable Beryl A. Howell
United States District Judge