IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf,**<br><br>              Plaintiffs,<br><br>     v.<br><br>**Francis M. Collins, in his official capacity as Director of the National Institutes of Health, and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,**<br><br>              Defendants. | Civil Docket No. 21-cv-2380 (BAH) |

**JOINT MOTION FOR EXTENSION OF TIME**

On November 23, 2021, the parties jointly moved the Court to enter an expedited summary judgment briefing schedule. The proposed schedule required the parties to file a joint fact stipulation by December 8, 2021, and also set forth dates for the parties' respective summary judgment briefs. *See* ECF No. 23. The Court entered the parties' requested schedule. *See* November 24, 2021 Minute Order.

The parties have been conferring in good faith over the joint fact stipulation, and believe that additional time would allow them to continue to investigate the relevant facts, and potentially narrow the facts necessary to resolve their forthcoming summary judgment briefs. Accordingly, the parties request that the Court extend the deadline for them to file their joint fact stipulation from December 8, 2021 to December 16, 2021. The parties currently do not believe that an extension of the summary judgment briefing schedule is necessary.

1

WHEREFORE, the parties respectfully request that the Court enter the attached, proposed order.

Dated:  December 3, 2021            Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Kuntal Cholera*

KUNTAL CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov

*Attorneys for Defendants*

/s/ Stephanie Krent

Stephanie Krent, *pro hac vice*
Katherine Fallow, *pro hac vice*
Alyssa Morones*
Jameel Jaffer
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*

/s/ Caitlin M. Foley

Caitlin M. Foley, *pro hac vice*
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533, ext. 1043
cfoley@aldf.org

Christopher A. Berry
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931

(707) 795-2533, ext. 1041
cberry@aldf.org

*Counsel for Plaintiffs Madeline Krasno and Ryan Hartkopf*

/s/ *Asher Smith*

Asher Smith, *pro hac vice*
People for the Ethical Treatment of Animals
1536 16th Street NW
Washington, DC 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Plaintiff People for the Ethical Treatment of Animals*

**Not yet admitted to practice law*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf,**<br><br>Plaintiffs,<br><br>v.<br><br>**Francis M. Collins, in his official capacity as Director of the National Institutes of Health, and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,**<br><br>Defendants. | Civil Docket No. 21-cv-2380 (BAH) |

**[Proposed] Order**

**IT IS HEREBY ORDERED** that the parties' Joint Motion for an Extension is **GRANTED**. The parties shall now file their joint stipulation of facts on or before December 16, 2021.

It is **SO ORDERED** this ____ day of _____, 2021.

_____
The Honorable Beryl A. Howell
United States District Judge