UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>        Plaintiffs,<br><br>    v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>        Defendants. | Civil Action No. 21-2380 (BAH) |

**JOINT MOTION FOR FURTHER EXTENSION OF TIME**

Plaintiffs People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf ("Plaintiffs") and Defendants Francis M. Collins and Xavier Becerra ("Defendants") submit this joint motion for a stay of the briefing schedule set by this Court on November 24, 2021, and for an extension of the December 16, 2021 deadline for the submission of a joint stipulation set by this Court on December 6, 2021. The Court has already granted one prior joint extension request. *See* ECF No. 24 (requesting extension); Minute Order dated December 6, 2021 (granting request).

As discussed in the parties' initial joint motion for a briefing schedule, the parties conferred on November 9, 2021, and agreed that the case was likely amenable to resolution through cross-motions for summary judgment based on a joint stipulation of fact. *See* ECF No. 23. Since that time, and as described in the parties' first extension motion, *see* ECF No. 24, the parties have been conferring in good faith over the joint stipulation of fact. On November 30, 2021, Plaintiffs shared

a draft stipulation with Defendants. On December 9, 2021, Defendants provided their suggested modifications to the draft stipulation.

Although the parties have made progress in creating a joint stipulation of fact, there remain a few outstanding factual issues that the parties believe can be resolved with additional time for discussion. The parties understand that the Court's standing order requires that motions for extensions of time be submitted at least four days prior to the deadline. *See* Standing Order ¶ 7, ECF No. 10. However, good cause exists for the parties' inability to submit their joint motion before December 12, 2021. The parties only recently discovered that they would be unable to finalize a fact stipulation by the current December 16, 2021 deadline. After receiving Defendants' response to Plaintiffs' draft stipulation on December 9, 2021, counsel for Plaintiffs—who work at three different organizations—were unable to confer about Defendants' proposed changes until the morning of Monday, December 13. On that day, Plaintiffs proposed to Defendants that they request an extension of time to allow the Plaintiffs an opportunity to propose further revisions. Defendants agreed the following day, on Tuesday, December 14.

In part due to the forthcoming holidays and pre-scheduled leave, the parties jointly propose that the Court stay the current briefing schedule and order that by January 14, 2022, the parties will file either their joint stipulation of fact and a proposed revised briefing schedule, or a joint status report concerning further proceedings.

Dated:  December 14, 2021        Respectfully submitted,

                                               BRIAN M. BOYNTON
                                               Acting Assistant Attorney General

                                               ERIC BECKENHAUER
                                               Assistant Director, Federal Programs Branch

                                               */s/ Kuntal Cholera*

KUNTAL CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov

*Attorneys for Defendants*

/s/ *Stephanie Krent*

Stephanie Krent, *pro hac vice*
Katherine Fallow, *pro hac vice*
Alyssa Morones*
Jameel Jaffer
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*

/s/ *Caitlin M. Foley*

Caitlin M. Foley, *pro hac vice*
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533, ext. 1043
cfoley@aldf.org

Christopher A. Berry
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931
(707) 795-2533, ext. 1041
cberry@aldf.org

*Counsel for Plaintiffs Madeline Krasno and Ryan Hartkopf*

/s/ *Asher Smith*

Asher Smith, *pro hac vice*
People for the Ethical Treatment of Animals
1536 16th Street NW
Washington, DC 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Plaintiff People for the Ethical Treatment of Animals*

*Not yet admitted to practice law

3