**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　　Defendants. | Civil Action No. 21-2380 (BAH) |

**JOINT MOTION FOR FURTHER EXTENSION OF TIME**

Plaintiffs People for the Ethical Treatment of Animals ("PETA"), Madeline Krasno, and Ryan Hartkopf ("Plaintiffs") and Defendants Francis M. Collins and Xavier Becerra ("Defendants") jointly move for two-week extension of time, from January 14 to 28, 2022, to submit of a joint stipulation of fact. The Court has granted two prior joint extension requests. *See* ECF No. 24 (requesting extension); Minute Order dated December 6, 2021 (granting request); ECF No. 25 (requesting extension); Minute Order dated December 15, 2021 (granting request).

As discussed in the parties' prior extension motion, the parties continue to confer in good faith on a joint fact stipulation and a briefing schedule for cross-motions for summary judgment, and continue to make significant progress. *See* ECF No. 23. With a short, two-week extension, the parties believe they can resolve the few remaining issues in their discussions, and file a joint fact stipulation. Good cause exists for this extension since it would permit the parties to settle on a

single fact stipulation, which in turn will spare them from having to file competing statements of fact, which could unnecessarily consume the resources of both the parties and the Court.

Accordingly, the parties respectfully propose that the Court extend to January 28, 2022, their deadline to file a joint stipulation of fact and a proposed revised briefing schedule.

Dated:  January 10, 2022    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Kuntal Cholera*

KUNTAL CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov

*Attorneys for Defendants*

/s/ Stephanie Krent

Stephanie Krent, *pro hac vice*
Katherine Fallow, *pro hac vice*
Alyssa Morones*
Jameel Jaffer
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*

/s/ Caitlin Foley

Caitlin M. Foley, *pro hac vice*
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533, ext. 1043
cfoley@aldf.org

2

>
> Christopher A. Berry
> Animal Legal Defense Fund
> 525 E. Cotati Ave.
> Cotati, CA 94931
> (707) 795-2533, ext. 1041
> cberry@aldf.org
>
> *Counsel for Plaintiffs Madeline Krasno and Ryan Hartkopf*
>
> /s/ Asher Smith
> Asher Smith, *pro hac vice*
> People for the Ethical Treatment of Animals
> 1536 16th Street NW
> Washington, DC 20036
> (202) 483-7382
> AsherS@petaf.org
>
> *Counsel for Plaintiff People for the Ethical Treatment of Animals*
>
> *\*Not yet admitted to practice law*

3