## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PEOPLE FOR THE ETHICAL TREATMENT
OF ANIMALS, MADELINE KRASNO, and
RYAN HARTKOPF,

          Plaintiffs,

    v.

FRANCIS M. COLLINS, in his official
capacity as Director of the National Institutes
of Health, and XAVIER BECERRA, in his
official capacity as Secretary of the U.S.
Department of Health and Human Services,

          Defendants.

Civil Action No. 1:21-cv-02380 (BAH)

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR FURTHER EXTENSION OF TIME**

Upon consideration of the parties' motion for further extension of time in the above-styled action, it is hereby ORDERED that the motion is granted. The parties are ordered to file a joint stipulation of fact and proposed revised briefing schedule by January 28, 2022.

Date: _____

 

_____
United States District Judge