UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　　Defendants. | Civil Action No. 21-2380 (BAH) |

**JOINT MOTION FOR FURTHER EXTENSION OF TIME**

Plaintiffs People for the Ethical Treatment of Animals ("PETA"), Madeline Krasno, and Ryan Hartkopf ("Plaintiffs") and Defendants Francis M. Collins and Xavier Becerra ("Defendants") jointly move for two-week extension of time, from January 28, 2022 to February 11, 2022, to submit of a joint stipulation of fact. The Court has granted three prior joint extension requests. *See* ECF No. 24 (requesting extension); Minute Order dated December 6, 2021 (granting request); ECF No. 25 (requesting extension); Minute Order dated December 15, 2021 (granting request); ECF No. 26 (requesting extension); Minute Order dated January 11, 2022 (granting request).

As discussed in the parties' prior extension motions, the parties continue to confer in good faith on a joint fact stipulation and a briefing schedule for cross-motions for summary judgment, and continue to make significant progress. *See* ECF No. 23. The parties believe that they may complete the joint stipulation of fact by the current January 28, 2022 deadline. However, in light

of the Court's standing order that extension motions must be filed "at least 4 days prior to the deadline," Standing Order ¶ 7(b), the parties hereby move for a short two-week extension out of caution. Good cause exists for this extension. First, although the parties believe they may reach an agreement on the joint fact stipulation by January 28, 2022, a short extension would provide them with additional time (if necessary) to resolve any remaining issues, and ultimately settle on a single fact stipulation. Second, lead counsel for the Defendants will be in a trial in Texas for another matter the week of January 31, 2022, and so a two-week extension would be proper.

Accordingly, the parties respectfully propose that the Court extend to February 11, 2022, their deadline to file a joint stipulation of fact and a proposed revised briefing schedule.

Dated: January 24, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Kuntal Cholera*

KUNTAL CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov

*Attorneys for Defendants*

/s/ Stephanie Krent
Stephanie Krent, *pro hac vice*
Katherine Fallow, *pro hac vice*
Alyssa Morones*
Jameel Jaffer
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500

stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*

/s/ Caitlin Foley
Caitlin M. Foley, *pro hac vice*
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533, ext. 1043
cfoley@aldf.org

Christopher A. Berry
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931
(707) 795-2533, ext. 1041
cberry@aldf.org

*Counsel for Plaintiffs Madeline Krasno and Ryan Hartkopf*

/s/ Asher Smith
Asher Smith, *pro hac vice*
People for the Ethical Treatment of Animals
1536 16th Street NW
Washington, DC 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Plaintiff People for the Ethical Treatment of Animals*

\**Not yet admitted to practice law*

3