# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>      Plaintiffs,<br><br>    v.<br><br>FRANCIS M. COLLINS, in his official capacity as Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>      Defendants. | Civil Action No. 1:21-cv-02380 (BAH) |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR FURTHER EXTENSION OF TIME

Upon consideration of the parties' motion for further extension of time in the above-styled action, it is hereby ORDERED that the motion is granted. The parties are ordered to file a joint stipulation of fact and proposed revised briefing schedule by February 11, 2022.

Date: _____

_____
United States District Judge