# EXHIBIT 1































