# EXHIBIT 2













**Paul Dickey**
Alan D Curtis II yes, you are a sad sack...
Like · Reply · 17w · Edited

**Karen Owens**
Paul Dickey What have you observed that indicates to you that the National Institutes of Health has committed acts of domestic terrorism? I have never heard of this.
Like · Reply · 17w

Reply to Paul Dickey...

**Jeff Bogner**
The pandering from the 'system' is beyond unbearable. When percentages work in their favor, they exploit them. When whole numbers work in their favor, they exploit them. And they bounce between whole numbers and percentages so they can force manipulated stats down societies throats so they can continue to push their World Economic Forum Progressive agenda ...
Like · Reply · 18w    3

**Jenni Amanda**
Jeff Bogner what happened to your "social media detox?." 😂
Like · Reply · 17w

Reply to Jeff Bogner...

**John Lubbehusen**
MAYBE IF DEMOCRATS WOULD QUIT WITH THE "FEEL GOOD" TREATMENT OF PEOPLE AND JUST SAY "BECAUSE YOU'RE FAT YOU ARE GOING TO HAVE MAJOR HEALTH PROBLEMS, LOSE WEIGHT OR RUN A MUCH GREATER RISK OF DYING". NOPE, DEMOCRATS DON'T WANT TO BE MEAN.
Like · Reply · 18w    3

**Sarah Latimer**
John Lubbehusen You haven't a clue, do you? This is a much larger discussion, about how medical professionals treat males and females differently, and white people different from black people. numerous studies have shown that doctors brush off patients' reports of pain when the patient is black, especially black and female. numerous studies have shown that doctors study male symptoms and often are ignorant of female symptoms when they present differently, as in a heart attack. numerous studies have shown that societal inequities and attitudes have contributed enormously to High cortisol levels and heart disease in African Americans. This is a discussion that has been going on for years.
Like · Reply · 17w    2

**John Lubbehusen**
Sarah Latimer AND ALSO IF IT'S BEEN A "DISCUSSION" WHY HAVEN'T YOU DONE ANYTHING ABOUT IT? THAT IS ONE THING ABOUT DEMOCRATS, THEY THROW MONEY AT THINGS AND HAVE CONFERENCES AND DO NOTHNG. AND I HAVE NO DOUBT A "MASTER OF EDUCATION" WILL FIX THINGS (LET ME GUESS,M YOUJ WORK FOR THE GOVERNMENT, PROTECTED FROM REALITY). AND I ALWAYS REMIND PEOPLE, THE BEST AND BRIGHTEST DON'T WORK FOR THE GOVERNMENT, THEY WORK IN THE PRIVATE SECTOR. AS A MATTER OF FACT, HOW MANY YEARS HAVE YOU BEEN STUDYING THIS?
Like · Reply · 17w    1

