# EXHIBIT 4



**National Institutes of Health (NIH)** ✔
November 15, 2021 · 🌐

···

Researchers found that SARS-CoV-2 can infect inner ear cells. Inner ear viral infections could explain the hearing and balance issues in some COVID-19 patients.

NIH.GOV
**SARS-CoV-2 infection of the inner ear**
Researchers found that SARS-CoV-2 can infect inner ear cells, which could explain the hea...

2.4K                          429 Comments  1.4K Shares

👍 Like          💬 Comment          ↗ Share          ▾

All comments ▾

Write a comment...          😊  🖼  🎭  🎁

**Tula Mallos**
Michelle Macky All the people who have suffered after being vaccinated or death. 😢 I understand it's not one size fits all this so called vaccination! No one knows on any specific vaccine or drug how it will affect them. I had a flu vaccination once. Was in the hospital a month, in a coma for a week with meningitis. My daughter had a flu vaccination just before COVID-19. Poor 37 yr. old had pityriasis rosea all over her body for months. We believe she had COVID-19 in the very beginning 2020 but they weren't testing people then. My doctor said the vaccination it would probably kill me. I can't take antibiotics without reactions. So I do what is best with my body. Plus I know vaccinated people sick with COVID-19 too. Some died being vaccinated too. 😢 How in God's name do the big pharma know how in any situation a person's body will react to either getting COVID. Or a vaccination who can do more harm for them? It's a shot in the dark with or without. 🙏 Prayers for us all. 💜 🙏

Like · Reply · 6w                                                        ❤1

**Erica Alice**
Well yeah. We knew this last year though.
Like · Reply · 7w                    👍❤😊 5

        **Macy Brackenridge**
        How did you know this what source?
        Like · Reply · 7w          ❤2



**Erica Alice**
**Macy Brackenridge** Lots of sources to look through, but research showed that really early on.

https://jamanetwork.com/.../jamaotola.../fullarticle/2768620

JAMANETWORK.COM
SARS-CoV-2 Isolated from the Middle Ear and Mastoid

Like · Reply · 7w                                                                          2

**Dionna Gilbert**
**Erica Alice** I agree. I had COVID last year. I had ear pain, runny nose, upset stomach, headache, stiff/sore neck, and sore back. No loss of taste or smell. So I knew last year that it infects the inner ear as well as nerve cells. Many different cel... **See more**

Like · Reply · 7w                                                                          3

     **Erica Alice**
     **Dionna GilbertDionna Gilbert** I concur.

     Like · Reply · 7w

Reply to Erica Alice...

**Georgina Roth**
I had terrible vertigo for days when I had Covid last Christmas. Couldn't move my head at all without everything spinning out of control. I went to ER worried I was having a stroke and had a CT. No stroke, just Covid related

Like · Reply · 7w                                                                          15

**Nosredna TC**
Yes publish some data on what the MrNA technology is doing in people. Then maybe I will entertain your post as being objective, balanced and transparent

Like · Reply · 7w                                                                          17

**Peter Roy**
**Nosredna TC** - Specious Nonsense.
And Silly Fear-Mongering.
FACT: The mRNA vaccine is biochemically destroyed within minutes of the injection.

Like · Reply · 7w                                                                          3

**Margaret Ann Wheeler**
http://whistleblowing-nih-financial-fraud.org/

WHISTLEBLOWING-NIH-FINANCIAL-FRAUD.ORG
Whistleblowing Misconduct Fraud & Corruption at NIH

Like · Reply · 7w                                                                          2

**Erica Alice**
**Nosredna TCNosredna TC** I'm really worried about autoimmune, hematological, and neurological diseases developing over the next few years in both the vaccinated and infected that aren't having appropriate immune responses to the vaccines or virus.

Like · Reply · 7w                                                                          2



Like · Reply · 7w

**Nosredna TC**
**Erica Alice** it is more so the vaccinated ..we are already seeing many autoimmune diseases in this group. Even the NHI and CDC convened a meeting to address it recently that was leaked. People are truly not getting informed consent. They are being deceived.

Like · Reply · 7w

**Alonso Barrientos**
**Nosredna TC** <— Qmoron

Like · Reply · 6w

**Nosredna TC**
**Alonso Barrientos** TC Anderson-》》》》》 Doctoral Prepared Medical Professional

Like · Reply · 6w

**Nosredna TC**
**Alonso Barrientos** stay in your engineering lane.

Like · Reply · 6w

**Erica Alice**
**Nosredna TC** As a walking fireball that comes from a long line of walking fireballs, it is heartbreaking to witness the world find out what it feels like to be like us. We need solutions, not division and censorship.

Like · Reply · 6w

**Alonso Barrientos**
**Nosredna TC** Stay on your flipping burgers lane        •••

Like · Reply · 6w

**Nosredna TC**
**Erica Alice** we need honesty. Today one of my colleagues was describing an interaction she had with her fully vaccinated patient. The patient shared that she lost her son on Mother's Day. Her son took the 2nd dose of p.jab and started to feel ill. 2 weeks later he had a myocardial infarction at the gas station. He was 30 years old with no COMORBIDITIES. Two physicians told her it was likely caused by the p.jab ...however the coroner refused to put that on the death certificate.

She is now blaming herself for even taking the jab. and feels guilty about the death of her son.

Like · Reply · 6w · Edited

**Nosredna TC**
**Alonso Barrientos** I will continue to advocate for my patients and save lives. Thank you .
Sincerely Dr. Anderson

Like · Reply · 6w

**Erica Alice**
**Nosredna TC** That's about as heartbreaking as can get. Dear God.

Like · Reply · 6w

**Nosredna TC**
**Erica Alice** indeed. I wish you the best. Follow the truth and stay strong

Like · Reply · 6w

Reply to Erica Alice...



**Heather Woods**
That's interesting 😊, pretty sure I haven't had Covid, but I have these issues, of longstanding. ( I've been attributing to combined ageing and sinus issues).

Like · Reply · 7w                                                                    1

> **Susan Stauffer**
> **Heather Woods** There are only a few ways that "the ear" can respond to any noxious stimulus, and so there are many possibilities for the cause of your issues. On the other hand, the presence of these symptoms in a large percentage of COVID victims serves to add them to the wide array that is the COVID symptom complex.
>
> Like · Reply · 7w                                                            1
>
> Reply to Heather Woods...

**Dana Greentree**
There are a few people who have ended up with nerve damage, how does that happen.

Like · Reply · 7w

> **Diane Dory Wilmot**
> **Dana Greentree** I have read how covid can cause holes in tissues and can also cause blood clots, so it wouldn't surprise me.
>
> Like · Reply · 6w
>
> Reply to Dana Greentree...

**Jaclyn Bass**
**Felicia Whitman Pate** Have you read about this? I wonder if that's what happened to you! Are you completely better now?

Like · Reply · 7w

> **Felicia Whitman Pate**
> **Jaclyn Bass** - I am convinced that mine was related to the vaccine since that's when it started. Yes, it is gone for now - after five months.
>
> Like · Reply · 7w                                                          4
>
> > **Linda Dukes**
> > **Felicia Whitman Pate** my daughter also had ear problems after the vaccine
> >
> > Like · Reply · 7w                                                      3
>
> > **Felicia Whitman Pate**
> > Don't get me wrong. I'm glad I took it since I'm a teacher and I basically work in a petri dish. I just really think it caused my long bout with vertigo.
> >
> > Like · Reply · 7w · Edited                                              2
>
> > **Wanda Steeves**
> > **Felicia Whitman Pate** 🙏
> >
> > Like · Reply · 7w
>
> Reply to Jaclyn Bass...

**Lacy Marsh**
I have had ear problems since c19 back in January. They will not go away. One reason I will never touch the shot I am still dealing with c19 junk.

Like · Reply · 7w · Edited                                                          1

**Greg Tammy Arena-Barger**
How can we trust them after they funded gain of function

Like · Reply · 7w                                        15



Like · Reply · 7w

**Peter Roy**
Greg Tammy Arena-Barger FALSEHOODS.

Like · Reply · 7w                                                    💬 2

**Lisa Scott**
Greg Tammy Arena-Barger says the organization that funded it right?
Horrible

Like · Reply · 7w                                                    💬 3

Reply to Greg Tammy Arena-Barger...                    ☺ 📷 🎁 📷

**Rubina Halwani**
I want to sue every government responsible for this mess.

Like · Reply · 7w                                     💬💬 3

**Wanda Steeves**
Rubina Halwani they need that cyber wall down 📱, they will revolt..

Like · Reply · 6w

Reply to Rubina Halwani...                              ☺ 📷 🎁 📷

**Ele Stevens**
Stop experimenting on animals. Time for animal free research.

Like · Reply · 7w                                     💬 1

**Elijah Ignatieff**
What happened to people's ability to listen to common sense There is another
disease plaguing the world. I think its called Statism.

Like · Reply · 7w · Edited                              💬 6

**Afzal Khan**
Your inner ear is important for helping you maintain your balance and equilibrium.
It's known that some types of viral infections can impact the inner ear, leading to
conditions that cause dizziness or vertigo. One such condition is vestibular
neuritis.
Vestibular neuritis happens when an infection causes inflammation of the nerve
that connects the inner ear to the brain.
However, this may not be the only way COVID-19 causes dizziness or vertigo

Like · Reply · 7w                                      💬 9

**Priscilla Ross-Fox**
Afzal Khan I agree. I've known people who had vertigo years ago and I've
had it also. I have more opinions but will keep those to myself because of AI
go.

Like · Reply · 7w

**Diane Dory Wilmot**
Priscilla Ross-Fox I get vertigo and my Ear Nose Throat doctor taught
me about the tiny calcium crystals that can form in the inner ear. He
did some maneuvers and it went away. That has nothing to do with
covid, but covid is an infection, so can attack the inner ear.

Like · Reply · 6w

**Afzal Khan**
Diane Dory Wilmot we should exercise(Brandt Daroff) for inner ear
infection(canalithiasis)



Like · Reply · 6w

**Diane Dory Wilmot**
**Afzal Khan** I never heard of him. I was born with a deviated septum and my left ear didn't have the three bones inside, so exercise wouldn't have helped me. I had lots of infections as a child, and they even lanced my ears, cutting my eardrum once. I wasn't even told about my nose until I was in my thirties, and my inner ear until my 50's.

Like · Reply · 6w

**Afzal Khan**
**Priscilla Ross-Fox** yes, a month ago I have a mild symptoms I came to my friend home. He got infection in few days,called me that I have some symptoms and also a vertigo and dizziness problem.

Like · Reply · 7w

Reply to Afzal Khan...

**Lennart Österman**
**Clas Wikström** inte dina problem?
Like · Reply · See Translation · 7w

**Samantha Joy**
Or the cochlear brain to computer interface that was illegally implanted...
Like · Reply · 7w

**Alexandra Peterson**
That explains the ear pain with Covid I had but was not considered a symptom.
Like · Reply · 7w

**Krystin Piston**
**Alexandra Peterson** same for me!
Like · Reply · 7w

Reply to Alexandra Peterson...

**Linda Dukes**
I heard that the vaccine can cause ear problems as well
Like · Reply · 7w

**Chris Ding**
Oh noes, let's lock everyone in again and let the essentials take their chances with it
Like · Reply · 7w

**Eric Allgrim**
**Chris Ding** oh noes, lets do nothing about it and just open our windows and have plenty of bleach and livestock medicine ready.
Like · Reply · 7w

**Chris Ding**
**Eric Allgrim** because only lefty lives matter to you. Not the real working ppl who bring you your food. Btw I use livestock cream on my face, for lupus, for about five years now. Thanks for letting me know about your mental illness
Like · Reply · 7w

**Eric Allgrim**
**Chris Ding** Keep the gaslights working.
Like · Reply · 7w

**Chris Ding**

Like · Reply · 7w

**Chris Ding**
**Eric Allgrim** lol that's the democrats department because you still haven't figured out that real working ppl have to dote on you to provide your services putting themselves at risk. You love staying home I bet

Like · Reply · 7w                                                              ⊙1

**Chris Ding**
**Eric Allgrim** how embarrassing you can't do a simple Google search on soolantra? And you're a teacher

Like · Reply · 7w                                                              ⊙1

**Eric Allgrim**
**Chris Ding** I have taught in person special education through the entire pandemic and two days into the school year where the mask mandate was lifted in my county, my wife and I got Covid pretty bad despite being vaccinated. Finger pointing, playing politics, pretending covid is a hoax and ignoring doctors and legit medical professionals has killed many Americans needlessly. And no im not Democrat, or Republican. Swearing allegiance to party over country is stupid.

Like · Reply · 7w                                                              😡😲 2

**Chris Ding**
**Eric Allgrim** I'm a libertarian myself and survived covid and I hope everyone understands that they don't really care about us. Hopefully ppl live through these boosters and bs. No one talks about antibodies. I hope ppl get smart enough to see the truth

Like · Reply · 7w                                                              ⊙1

**Eric Allgrim**
**Chris Ding** antibodies, like the vaccine, lose effectiveness over a few months, which explains the need for boosters. States and other countries like Germany that had early success in vaccinating its people are having spikes in covid cases now where sta... **See more**

Like · Reply · 7w

**Dorothy Stonelnouye**
**Eric Allgrim** what % are vaccinated in Germany?

Like · Reply · 7w

**Dorothy Stonelnouye**
**Eric Allgrim**



Like · Reply · 7w                                                              ⊙1

**Victoria Tompkins Zbikowski**
**Eric Allgrim** you are so right!

Like · Reply · 7w

**Chris Ding**
**Eric Allgrim** I had covid over a year ago and still have strong antibodies - you are wrong. You have been played and choose to believe it. You clearly follow lefty media. Good luck with your vaccines.

Like · Reply · 7w                                                              ⊙1

**Chris Ding**
**Dorothy Stonelnouye** he's claiming he's not anything political but is parroting cnn

Like · Reply · 7w                                                              ⊙1



Like · Reply · 7w

**Chris Ding**
**Eric Allgrim** you are worried about covid killing others and I'm worried about the vaccines killing and hurtful to ppl and children. We are not the same

Like · Reply · 7w                                                    😮👍 2

**Eric Allgrim**
**Chris Ding** I actually followed my doctor's advice and made an informed decision. Thank God I wasn't hospitalized or worse like most who are not vaccinated.

Like · Reply · 7w                                                        ❤ 1

**Chris Ding**
**Eric Allgrim** like I said good luck with the other 46 boosters you'll need. Hopefully your immune system can handle it

Like · Reply · 7w

Reply to Eric Allgrim...                                    😊 📷 🎁

**Barb Martin**
The only people I personally know hospitalized are vaxxed...sooooo...

Like · Reply · 7w

Reply to Chris Ding...                                  😊 📷 🎁 🗑

**Joel Flournoy**
Mine has been diagnosed as
Meineres disease, it's an incurable inner ear problem. Supposedly gotten during teen years from ear infections . no treatment either

Like · Reply · 7w                                                      💬 3

**Diane Dory Wilmot**
**Joel Flournoy** get several opinions because I had vertigo for two months and people were saying I must have Meineres, but my ENT took care of it in no time. It was simply calcium crystals.

Like · Reply · 6w                                                      💬 1

**Wanda Steeves**
**Joel Flournoy** 💯 mine diagnosed as Bppv, actually a tumor, so go w ur gut

Like · Reply · 6w

Reply to Joel Flournoy...                                😊 📷 🎁 🗑

**Nancy Smith Carroll**
So what is suggested if someone has complications from Covid-19 and has hearing problems? Does anyone know if it will eventually get better?

Like · Reply · 7w

**Johnna Mellor**
Even regular colds do this, so it makes some sense. I know quite a few people who have had it, but only two have had any issues with balance and dizziness. Fortunately, it only lasted a couple of days.

Like · Reply · 7w

**Adan Oge Dima**
No wonder I had balance issue the two weeks I had covid

Like · Reply · 7w                                                    😮👍 5

**Thomas Amlie**
Gee, maybe NIH shouldn't have funded the research that led to it (or at the very least, funded the facility where it was created).

Like · Reply · 6w

Like · Reply · 6w

**Paula Redmond**
After having the Moderna Vaccine I experienced vertigo, hearing loss in one ear, and tinnitus. Sought treatment for all these things as was necessary. I tried to report these things to the CDC, nothing on their sight to do that.                                    ···

Like · Reply · 7w                                                                                    👍😮👤 17

> **Mary Mayer**
> **Paula Redmond** you have to report it to VAERS. That's the government tracking website
>
> Like · Reply · 7w                                                                              👍 9

> **Kera Demarest**
> Have sounds from my ear too. The buzzing of tinnitus
>
> Like · Reply · 7w                                                                      👍 1

> **Barbara Ellison Michonski**
> **Paula Redmond** thank goodness you got the vaccine then. Just imagine what COVID-19 would have done!!
>
> Like · Reply · 7w                                                                        👍❤ 10

>> **Kelly BW**
>> **Barbara Ellison Michonski** the same damn shit the vaccine did
>>
>> Like · Reply · 7w                                                                    👍 1

>> **Barbara Ellison Michonski**
>> Much worse...my sister-in-law had it n she said it was the worst she's ever been.                                                                    ···
>>
>> Like · Reply · 7w                                                                    😆 1

>> **Nancy Smith Carroll**
>> **Barbara Ellison Michonski** I agree that the vaccine would be less damaging to the body than actually having Covid. I had the Moderna two step vaccine and 4 months later, unfortunately I came down with Covid.
>> It actually has affected my ears and I have been to the doctor.
>> I fought Covid at home when I initially came down with it. I drank lots of fluids, ate lots of chicken noodle soup and took vitamins and zinc.
>> My husband's friend now has Covid and was not vaccinated. He has been in and out of the doctor's office and he lost 22 pounds. He sleeps a lot.
>> His wife and family are extremely worried and they are hoping he pulls through. It is that serious. I am bringing over some soup and zinc tablets to them today. It's hard to find zinc in the stores.
>>
>> Like · Reply · 7w                                                                    😆 1

>> **Michelle Macky**
>> **Nancy Smith Carroll** The vaccine is not "less damaging" than Covid... Over 50k deaths WORLDWIDE from the jab... For those people and the hundreds of thousands with permanent heart or neurological damage, the vaccines were far more damaging.
>>
>> Like · Reply · 7w                                                                    ❤ 2

>> **Barbara Ellison Michonski**
>> **Nancy Smith Carroll** obviously some people on here are getting info. From places that doesn't back up the research. That's key. I took a research class in college n that's crucial.
>>
>> Like · Reply · 6w                                                                    👍 1

>> **Nancy Smith Carroll**
>> **Barbara Ellison Michonski** I am not responding to certain people because they are not worth it. I had the vaccine and 4 months later, I was in contact with someone with Covid and I came down with it. I had it myself so I know a little something about ...  See more



Like · Reply · 6w

**Nancy Smith Carroll**
**Barbara Ellison Michonski** I am not responding to certain people
because they are not worth it. I had the vaccine and 4 months later, I
was in contact with someone with Covid and I came down with it. I
had it myself so I know a little something about it. I don't care about
someone who thinks they are an expert.

Like · Reply · 6w

**Tula Mallos**
**Michelle Macky** So many people have had different side effects
you have no idea. I know some people that have died from the
vaccination. I know people that have had tremendous complications
after the vaccinations. I know people with the vaccination and without
the vaccination survived or passed away from covid! People suffering
covid after Effects non stop symptoms. They don't know how to treat.
Unfortunately it's not one-size-fits-all. So far no Rhyme or Reason this
vaccine is even working effectively. I am praying I am not anti
vaccination. So far it's scary to get it with all the complications that
you could get. Then to give it to children we don't know what could
happen I say no they have 99.9% to recover statistics. This so-called
vaccination isn't living up to what it's supposed to do. Praying they
figure this out. I'm sorry for your losses. All the people who have
suffered after being vaccinated or death. I understand it's not one
size fits all this so called vaccination! No one knows on any specific
vaccine or drug how it will affect them. I had a flu vaccination once.
Was in the hospital a month, in a coma for a week with meningitis. My
daughter had a flu vaccination just before COVID-19. Poor 37 yr. old
had pityriasis rosea all over her body for months. We believe she had
COVID-19 in the very beginning 2020 but they weren't testing people
then. My doctor said the vaccination it would probably kill me. I can't
take antibiotics without reactions. So I do what is best with my body.
Plus I know vaccinated people sick with COVID-19 too. Some died
being vaccinated too. How in God's name do the big pharma know
how in any situation a person's body will react to either getting COVID.
Or a vaccination who can do more harm for them? It's a shot in the
dark with or without. Prayers for us all. ♥

Like · Reply · 6w

**Tula Mallos**
**Michelle Macky** All the people who have suffered after being
vaccinated or death. I understand it's not one size fits all this so
called vaccination! No one knows on any specific vaccine or drug how
it will affect them. I had a flu vaccination once. Was in the hospital a
month, in a coma for a week with meningitis. My daughter had a flu
vaccination just before COVID-19. Poor 37 yr. old had pityriasis rosea
all over her body for months. We believe she had COVID-19 in the very
beginning 2020 but they weren't testing people then. My doctor said
the vaccination it would probably kill me. I can't take antibiotics
without reactions. So I do what is best with my body. Plus I know
vaccinated people sick with COVID-19 too. Some died being
vaccinated too. How in God's name do the big pharma know how
in any situation a person's body will react to either getting COVID. Or
a vaccination who can do more harm for them? It's a shot in the dark
with or without. Prayers for us all. ♥

Like · Reply · 6w

Reply to Barbara Ellison Michonski...

**Kera Demarest**
Yes I am vaccinated too



Like · Reply · 7w

**Randie Goralski**
**Paula Redmond** there are a lot of people experiencing this and being blown off

Like · Reply · 7w                                                              ●1

Reply to Paula Redmond...                                          ☺ 🖼 📷 📷

**M Her Mar**
Si tan solo los asiáticos no se hubieran comido el pangolín o el murciélago 😕
.....ahora si mucha comorbilidad asociada, muchas personas con sus patologías descompensadas en casa, muchos negocios y economía quebrada 😕

Like · Reply · See Translation · 7w · Edited

**Tina Tyler**
so now are they going to start making everybody wear earplugs.... ?? next is the eyes which is a way of transmission of a virus as well...
we will be wearing blindfolds ?? Speak no evil, hear no evil, see no evil ... hmmmmmmm

Like · Reply · 7w                                                              ●1

**Lúçhå Põrvjdã**
I believe it. The flu caused my daughter to have a horrible ear infection that sent her to the ER.

Like · Reply · 7w                                                              ●3

**Lisa Beth**
Many viruses effect the inner ear. Most coronaviruses can effect the ear. The issue is ENT drs basically are awful and dismiss most issues as they have little to no cures. Very little research is done for the inner and cures.

Like · Reply · 7w · Edited                                                   ●29

    **Lisa Ondris-green**
    **Lisa Beth** you might want to move to florida we have good ent's here.

    Like · Reply · 7w                                                        😊 2

        **Lisa Beth**
        **Lisa Ondris-green** that's good to hear (no pun intended)

        Like · Reply · 7w                                                    ●3

    **Jo Nic**
    **Lisa Beth** yes awful
    Zero help for my tinnitus

    Like · Reply · 7w          ●2

    **Bronwyn Wells**
    **Lisa Beth** this is so true

    Like · Reply · 7w

    **Shelley Beeman**
    **Lisa Beth** this is what I'm finding

    Like · Reply · 7w

    **Julie Shaunnessey**
    **Lisa Beth** had problems for years usually after an illness. I think inflammatory is also a culprit as I have Rheumatoid Arthritis.

    Like · Reply · 7w                                                        😀1

    **Peter Roy**
    **Lisa Beth** - Correctamundo.
    The Measles Virus used to be a common cause of childhood deafness.

    Like · Reply · 7w                                                        ●1

**Wanda Steeves**
**Lisa Beth** most ENTS are coasters. do nothing. I find them jerks



**Wanda Steeves**
Lisa Beth most ENTS are coasters, do nothing, I find them jerks..

Like · Reply · 7w

> **Diane Dory Wilmot**
> Wanda Steeves too bad you never met mine! He was fantastic and
> corrected my inner ear after I was born deaf in one ear. He was
> recommended by many people and he said he was so sorry I was over
> 50 when I found him.
>
> Like · Reply · 6w

Reply to Lisa Beth...

**Wanda Steeves**
I'm fighting an acoustic neuroma, 5yrs remission w Cbdoil, exposed to C it
started to grow.. not funny.

Like · Reply · 7w                                                          ●1

> **Brenda Nibert**
> Wanda Steeves I'm so sorry!
>
> Like · Reply · 7w          ●1

>> **Wanda Steeves**
>> Brenda Nibert it's ok I found a stronger cbd 🦵 200mg instead of
>> 20mg, 👍 thank you
>>
>> Like · Reply · 7w                                                     ●1

>> **Brenda Nibert**
>> Hope it works 🙂
>>
>> Like · Reply · 7w

> **Heather Rheingold**
> Wanda Steeves I'm wondering if mine was covid induced. Next mri this
> month
>
> Like · Reply · 6w          ●1

Reply to Wanda Steeves...

**Han HD**
the vaccine is the problem here, my mom and aunt has the same ear infection
after getting the jab..

Like · Reply · 7w                                                          ●2

**Omar Amaury**
😬 Por favor, recordemos que debe existir suficiente información científica,
"casos" para poder AFIRMAR ESO.
Es decir, una muestra significativa que la justicia. NO CASOS AISLADOS poco
representativos a la población mundial.

Like · Reply · See Translation · 7w · Edited

**Giddey Liz**
I had minimal respiratory . It was all headaches and earaches and some
conjestion in sinuses for almost two weeks then brain fog and random migraines
since.

Like · Reply · 6w · Edited

**KimDijah Qelhatat**
Whatever I still won't take that vaccine
                        ●👍😲 17

Like · Reply · 7w

> **Caxixi Yukino**
> KimDijah Qelhatat as long as you isolate, who cares
>                                          ●3
> Like · Reply · 7w



Like · Reply · 7w

**KimDijah Qelhatat**
Caxixi Yukino As long as you mind your business then I won't care. 😬
Like · Reply · 7w        😮👍 6

**Sharon Cowen**
KimDijah Qelhatat I developed psoriasis on my legs, left-sided weakness and heart arrhythmia 5 months after taking the Moderna shots. Never had either of them before.
Like · Reply · 7w        😮😢 2

Reply to KimDijah Qelhatat...        😊 📷 🎁 🗑

**James Michael Sigler**
Get the Wuhan Lab to help. They're reputable... 😂😂😂
Like · Reply · 7w        😮👍 11

**Seng Hee Wei**
Neurology was consulted for a worsening of his chronic tremor, Date: MRI EMG/NCV shows remyelination. His condition is likely permanent.
Like · Reply · 3w

**Synolve** · Follow
This is extremely irritating. Hubby & I had terrible wax build up during and after COVID. Plus our ears itches terribly and our hearing is not quite the same as it was before COVID 👂
Like · Reply · 7w        😮 1

**Kera Demarest**
I been dizzy for a weeks on and off. Could it be covid or am I just scaring myself?
Like · Reply · 7w

**Kenneth Sears**
Anything you have to keep getting jabbed with every six months..."or else we're all gonne die!!!"...doesn't match ANY definition of "vaccine" I ever heard of before.
Like · Reply · 7w        😮👍😮 11

**Roland Palin III**
Give me a break. Let me guess now we have to wear ear masks right? 😜
Like · Reply · 7w        😂😆😆 14

**Sa'adi Nasim**

Like · Reply · 7w        😆 1

**Florie Tuminello**
Roland Palin III winner of the internet today!
Like · Reply · 7w

Reply to Roland Palin III...        😊 📷 🎁 🗑

**Craig Salter**
When I was a child I had problems with my ears and every time I walked through a doorway I would slam my shoulder against the sides, yes ears play a big part in your balance and sense of awareness
Like · Reply · 6w

**Rosa De Lucas**
Y la vacuna??? Yo estoy vacunada y padezco de problemas de vértigo yo creo q



Like · Reply · 6w

**Rosa De Lucas**
Y la vacuna??? Yo estoy vacunada y padezco de problemas de vértigo yo creo q desde qye vacune.

Like · Reply · See Translation · 7w

**Gregg Thompson**
how do you test for that?

Like · Reply · 7w

**W Scott Jenkin IV**
**Gregg Thompson** if the ringing never goes away, you fall over just sitting down, and it feels like one side of your head is underwater... you've got it.

Like · Reply · 7w                                                    3

Reply to Gregg Thompson...

**Renee Temple**
Wtf

Like · Reply · 7w

**Dennis Fuller**
It's been a year since we caught Covid. Now (11/15/21) we have finished our third shot. Feeling blessed that there are no bothersome side affects - so far.

Like · Reply · 7w · Edited                                              3

**Michelle Macky**
**Dennis Fuller** Why would you get the vaccine if you had Covid and recovered ?!? That's the definition of insanity. Previous infection provides far greater immunity than any vaccine can. This has been made clear in the science

Like · Reply · 7w

**Dennis Fuller**
Michelle Macky Well, "the greater immunity" bit hadn't been proven to my satisfaction at the time I started the regime. By-the-way, your definition of "insanity" really doesn't apply to me. You have a right to your opinion. I won't stoop to your level. At this point, I don't care if I get it or not.

Like · Reply · 7w · Edited

Reply to Dennis Fuller...

**Vegas Liz**
Read the article, it is about Covid19, not the vaccine.

Like · Reply · 7w                                    6

**Barbara Richman**
**Vegas Liz** Ignore these anti-vaxxers. They know what it's about.

Like · Reply · 7w                                                    1

Reply to Vegas Liz...

**Zuckforprison Bykowski**
Fraudi the mass murderer for prison
Infowars.com for real news

                                                                    *i*

IFOWAR   INFOWARS.COM
         Infowars: There's a War on for Your Mind!

Like · Reply · 6w



**Vivaldy Medrano**
😊 this explains a lot.

Like · Reply · 7w

**Elizabeth Hampton**
I got extremely sick a month before covid was announced in Arizona and shortly after I lost my hearing completely in my left ear two years later and I'm still completely deaf and my left ear with no answers I swear it was from covid

Like · Reply · 6w

**Sherwin Norombaba**
FAKE NEWS.

Like · Reply · 5w

**Michael Kane**
try nasal washing

Like · Reply · 6w

**Hatam Kazemini**
Pray For Vaccinated 🙏😊

Like · Reply · 7w

**Sage Juan**
Make sure you wear ear plugs....or maybe a full helmet

Like · Reply · 6w

**Dina Hashish** · Follow
Noor Saad Laila Sami

Like · Reply · 7w      😊 2

**Lawrence Powe**

📋 **Vaccines are thoroughly tested for safety before they're made available to the public**
Source: World Health Organization

😊 1

Like · Reply · 6w

**Lindsay Woodin**
Sherri Krajenta Nassar

Like · Reply · 6w

**Ron Baione**
White Coat Waste Project

Like · Reply · 6w

**Gul Sanya**

Like · Reply · 7w

**Qudell Richards**



Like · Reply · 7w

**Qudell Richards**

Like · Reply · 6w

**Світлана Гавришко**

Like · Reply · 7w

**Dawn Crothers**
**Patricia Gilligan Wilson**

Like · Reply · 6w

**Patricia Gilligan Wilson**
**Dawn Crothers** interesting ... hummm

Like · Reply · 6w        ❤1

Reply to Dawn Crothers...              ☺ 🖼 🎁 🗑

**Barbara Richman**

Like · Reply · 7w

**Anita Johnson**
**Qudell** !!

Like · Reply · 6w

**Matt Fontarum**
**Sarah Eunice Caluma**

Like · Reply · 6w

**Jamie Young**
**Michael Young Madison Young Shantel Young**

Like · Reply · 6w

**Andrew Souter**
NIH and the other alphabet agencies have done worse than nothing to educate the people. I'm deeply ashamed at the fascism in Wash DC.

Like · Reply · 7w                            😲2

**Michelle Macky**
Omg. All viruses can cause that. More scare mongering rubbish.

Like · Reply · 7w

**Kim Alan McRae**
Oh boy

Like · Reply · 6w

**Dorci Classay**
**Chuck Scott** Check this out.. must be why I'm getting vertigo

Like · Reply · 7w                            😲1

**Rasha Sallam**
**Nada Reda** 😞

Like · Reply · 6w

**Rocio Cullen**
**Patrick Cullen** This!!!

**Rocio Cullen**
**Patrick Cullen** This!!!

Like · Reply · 7w

**Clarissa Berry Slater**
**La Sheena Sutton**

Like · Reply · 7w

**La Sheena Sutton**
**Clarissa Berry Slater** I have been negative, unless it was a false negative.

Like · Reply · 7w

Reply to Clarissa Berry Slater...

**Madalyn Wetherbee Pate**
**Taylor Nichols**

Like · Reply · 7w   😆 1

**Taylor Nichols**
**Madalyn Wetherbee Pate** wonder if this means the gov't will reimburse me for my woes

Like · Reply · 7w

Reply to Madalyn Wetherbee Pate...

**Nicole A. López Vargas**
**Morgan Stoddard**

Like · Reply · 7w

**Natasha Neal**
**Maya Rosenblum Zelio**

Like · Reply · 7w   😆 1

**Khadija Imani II**
**Kaoutar Hanaa** 😄

Like · Reply · 7w   😆 1

**Kaoutar Imani**
**Khadija Imani II**



Like · Reply · 7w

Reply to Khadija Imani II...

**Orlando Amigo**
Pura mierda todo lo que tiene relación con el fraude del covid 19 y la plan demia.
La información esta disponible en Telegram https plandemia mundial 2021.

Like · Reply · See Translation · 7w

**Delene Darcel**
I take all information from government funded organizations with a grain of salt
until I can get it verified by independent sources.



**Katy Isennock**
**Johnson Taylor** why i cant hear
Like · Reply · 7w

**Irakli**
**Beqa Kopaliani** კაი ხანია კოვიდი გქორს შენ 😀
Like · Reply · See Translation · 7w

**Fernando Ramond**
**Yady Parra González**        ···
Like · Reply · 7w

  **Yady Parra González**
  **Fernando Ramond** mi equilibrio Fer 😀
  Like · Reply · See Translation · 7w

  Reply to Fernando Ramond...       😊 📷 🎁 🗂

**Margaret Ann Wheeler**
http://whistleblowing-nih-financial-fraud.org/

WHISTLEBLOWING-NIH-FINANCIAL-FRAUD.ORG
Whistleblowing Misconduct Fraud & Corruption at NIH

Like · Reply · 7w

**Sun LW**
**Monalisa Gregg** 🌟 1
Like · Reply · 7w

**David Ray Bridger**
**Kayla Marie Bridger**
Like · Reply · 7w

**Emily Bird**
**Michelle J Mathis**
**Alexis Garcia**
Like · Reply · 7w

**Margaret Ann Wheeler**
#Fauci #ChristineGrady #NIH
Like · Reply · 7w

**Gul Sanya**
L

Like · Reply · 7w

**Gul Sanya**

BEAUTIFUL!
Like · Reply · 7w

**Evie Brown**
**Char Marriner** 📹 1
Like · Reply · 7w



**Kristin Crandall**
Lynn Witherspoon Pawlak

Like · Reply · 7w

> **Lynn Witherspoon Pawlak**
> **Kristin Crandall** interesting. I can definitely say tinnitus with Covid is a problem!
>
> Like · Reply · 7w
>
> Reply to Kristin Crandall...    😊 🖼 🎁 📷

**Tabatha Dennis-Long**
Mom **Bobbie Dennis** maybe you had covid. 😬
Like · Reply · 7w    🔵 1

> **Bobbie Dennis**
> **Tabatha Dennis-Long** I might of, I still have a small ringing in my ear.
>
> Like · Reply · 7w
>
> > **Tabatha Dennis-Long**
> > **Bobbie Dennis** get that tested and see so you know in case any after effects
> >
> > Like · Reply · 7w · Edited    🔵 1
>
> Reply to Tabatha Dennis-Long...    😊 🖼 🎁 📷

**JJ Alexander**
https://www.youtube.com/watch?v=q6yPVZ6Khe0

> ⓘ
>
> **YOUTUBE.COM**
> WATCH! Rand Paul HUMILIATE Dr. Fauci. See his REACTION

Like · Reply · 7w

**Christine Hülser**
Lies

Like · Reply · 7w

**Ali Baba**
Worst it will lead to ADE

Like · Reply · 7w

**Lisa Marie McNally**
Fauci (the NIH) and everyone else found to be involved in creating, funding, and trying to cover up the creation of Covid-19 and any other man-made/manipulated virus that has resulted in deaths and outright terrorism should be charged with and found guilty of crimes against humanity. People need to stop blindly trusting people just because they're in positions of "authority" and/or call it "science". They lie, cheat, bully, and manipulate people for their own gains. In addition to millions of people dying from Covid, we now have millions of people who have been injected with an experimental vaccine that's already killing people (including my own Mother) because they're trusting the "science" and the "authority" figures telling them it's what they should do.

Like · Reply · 7w    👍❤ 3

> **Johnna Mellor**
> **Lisa Marie McNally** Yep. Blindly following Fauchi, who is a virologist who talks out his a$$, is ridiculous. He has incentives to make poeple believe him, but even people with any background in medical anatomy and physiology can tell you he is misleading people. On purpose, because he does know viruses work. He assumes, in his arrogance, that no one knows that he is a liar and opportunist.
>
> Like · Reply · 7w



**Sarah Jacks**
**Adam Jacks**
Like · Reply · 7w

**Wells Bobby**
Politicians and health bureaucrats all have EAR COVID. It causes a common side
affect where they no longer listen to the people who elect and pay their wages
👍😂                                                                              😃👍 7
Like · Reply · 7w

   **Johnna Mellor**
   Wells Bobby Actually what they have is Cranial Rectosis. It's tough to listen
   with your head up your a$$.
   Like · Reply · 7w

   Reply to Wells Bobby...                                                 😊 🖼 🎁 📷

**Betzaida TVera**
**Jaysa Ortiz**
Like · Reply · 7w

   **Jaysa Ortiz de Gordián**
   Betzaida TVera y el dolor 😢
   Like · Reply · See Translation · 7w

   Reply to Betzaida TVera...                                             😊 🖼 🎁 📷

**Amy Odessa**
**Jewell ... Joel?**
Like · Reply · 7w

**Sara Rollins**
**Greg Rollins**
Like · Reply · 7w

   **Greg Rollins**
   Sara Rollins but im not a covid 19 patient
   Like · Reply · 7w

      **Sara Rollins**
      Greg Rollins maybe you were
      Like · Reply · 7w

   **Greg Rollins**
   Sara Rollins maybe the sun will explode
   Like · Reply · 7w

   Reply to Sara Rollins...                                               😊 🖼 🎁 📷

**Phil Saleh**
https://www.facebook.com/permalink.php?story_fbid=1647916312073563&
id=100005656307453                                                            😮 1
Like · Reply · 7w

   **Peter Roy**
   Phil Saleh - SPURIOUS SPAM
   An Ignorant and Misogynous attack
   on the NZ Prime Minister
   Posted by an Anti-Vaxx TROLL-BOT
   with a Dodgy FB Page - full of all kinds of Propaganda.
   Either Putting for Putin,
   or one of Putin's Useful Idiots.
   Do svidaniya, Tovarisch.



Like · Reply · 7w

Reply to Phil Saleh...

**Vickie Lindsey**
Welp, that explains somethings

Like · Reply · 7w

**Missy America**
#FireFauciAct #ArrestFauci

Like · Reply · 7w 👍 2

**Pamela Brett**
**Missy America** Yes!! Get that traitor out!! #ArrestFauci

Like · Reply · 7w

Reply to Missy America...

**Shannon Muirheid**
Omg go away covid

Like · Reply · 7w 😮 1

**Patricia Linn**
**Wendy Siever**

Like · Reply · 7w

**Wendy Siever**
**Patricia Linn** very interesting! We will talk more about this today

Like · Reply · 7w

Reply to Patricia Linn...

**Bobby Farmer**
I'm wary now since one study was produced through NIH seemed to link paraceptamol with Autistic people? Dodgy Science me thinks

Like · Reply · 7w 👍 1

**Peter Roy**
**Bobby Farmer** Non-Scientist TROLL-BOT
Squeaks up from a Blank FB Page.
Spews Whataboutism.

WHATABOUTISM – A dishonest arguing method that attempts to discredit a fact or position by deflecting the discussion using false equivalencies or a reference to real or imagined misdeeds of others and insults.
In the past, this method was used extensively by Soviet and Russian propaganda outlets. Now commonly used by Internet Trolls and BOTS.

Like · Reply · 7w

Reply to Bobby Farmer...

**Richard Charles**
**Emily Thieme**

Like · Reply · 7w

**Michelle Walker**
**Alisa Brown Thomas** interesting...



Like · Reply · 7w

**Alisa Brown Thomas**
**Michelle Walker** Good explanation

Like · Reply · 7w

Reply to Michelle Walker...

**Laurel R. Ybarra**
Of course they would know this. They helped create this BIO-WEAPON

The conversation we ought to having is about Defunding the NIH & Prosecuting the Criminals!
https://news.yahoo.com/nih-admits-funding-gain-function...

NEWS.YAHOO.COM
NIH Admits to Funding Gain-of-Function Research in Wuhan, Says EcoHealth Violated Reporting Requirements

Like · Reply · 7w

**Cozette Haley Jerry**
More fear mongering

Like · Reply · 7w

**Peter Roy**
**Cozette Haley Jerry** - No.
Reporting medical facts is information, not "fear-mongering".
Fear-mongering is what Anti-Vaxxers do.
Like your FB Page Anti-Vaxx Propaganda does . . .

Like · Reply · 7w

Reply to Cozette Haley Jerry...

**Tao of Medicine, Acupuncture and Wellness**
Good findings

Like · Reply · 7w

**Lyn C Lawrence**
**Jane Paul Brown**

Like · Reply · 7w

**Jane Paul Brown**
**Lyn C Lawrence**, this explains a lot!

Like · Reply · 7w

Reply to Lyn C Lawrence...

**Angie Gregory**
**Chloe Lippart**

Like · Reply · 7w

**Sandra D Berrettoni-Johnson**
**Kim Dunning Flynn**

Like · Reply · 7w

**Shelley Beeman**
Thank you for the info

Like · Reply · 7w

**Eliane El Haj**
**Anna El Haj**



**Kristy Heintz D'Angelo**
**Sara Rollins**

Like · Reply · 7w

**Melania Olvera**
**Pearl Bernardo**

Like · Reply · 7w

**John Kurzman**
The vax doesn't stop the virus in your sinuses. No reason to believe it stops it in your ear either, so this is NOT a reason to get vaxed. This is why the vaxed spread delta too btw, as it lives in the sinuses of the vaxed, they just don't get sick from it in the rest of their body. Would be good to hear what kills it when in the inner ear though, sinus rinse, etc?

Like · Reply · 7w · Edited

> **Cyn Ambros**
> John Kurzman you can't reach the inner ear without cutting open the brain. Anyone can spread Delta even your cat.
> Nothing to do with the vaccine.
>
> Like · Reply · 7w · Edited     👍1
>
> Reply to John Kurzman...     😊 🖼 📷 🗑

**Christine Zavala Muñiz**
**YEnid MC**

Like · Reply · 7w

**Hazel Kwak**
**Christina Ucaranza** here is a reputable source for you

Like · Reply · 7w

**Sharon Cowen**
**Shelley Beeman** interesting isn't this?

Like · Reply · 7w

> **Shelley Beeman**
> **Sharon Cowen** I've read about this. I'm not sure if this is the case with me as My antibody blood test showed i've never had COVID
>
> Like · Reply · 7w
>
> > **Sharon Cowen**
> > **Shelley Beeman** yeah, right. Who knows?!?
> >
> > Like · Reply · 7w     👍1
>
> Reply to Sharon Cowen...     😊 🖼 📷 🗑

**Sarah Hains DiFazio**
**Elizabeth Hains**

Like · Reply · 7w

**Heather Grandon**
**TimandKarla Pickett**

Like · Reply · 7w

**Juan Carlos Ramos-Escobedo**
**Karina Barreto**

Like · Reply · 7w

**Denise Buono-Gagnon**
**David Foyt**

Like · Reply · 7w

**Brittany Dixon**
**Joe Maricelli**

Like · Reply · 7w





Like · Reply · 7w

**Kelli Schultz**
**Andrew Budgin** 👍 1

Like · Reply · 7w

> **Andrew Budgin**
> **Kelli Schultz** what?
>
> Like · Reply · 7w
>
> > **Kelli Schultz**
> > **Andrew Budgin** just thought you'd like to know 🔺
> >
> > Like · Reply · 7w
> >
> > **Andrew Budgin**
> > **Kelli Schultz** huh?
> >
> > Like · Reply · 7w

Reply to Kelli Schultz...                    😊 📷 🎁 📷

**Denise L Burger**
I had covid 3 months last year ..and every since then I can barley hear ..

Like · Reply · 7w

**Fatima Kanwal Hashmi**
**Nimra Abdul Khaliq** is liye I feel me deaf bhe ho rahe ho

Like · Reply · 7w

> **Nimra Abdul Khaliq**
> **Effh Kah** hu nhe rhe tum shru se he ase thein 😜
>
> Like · Reply · 7w
>
> > **Fatima Kanwal Hashmi**
> > Khabees insan ha ap
> >
> > Like · Reply · See Translation · 7w
> >
> > **Nimra Abdul Khaliq**
> > **Effh Kah** shukran
> >
> > Like · Reply · 7w
>
> **Nimra Abdul Khaliq**
> **Effh Kah** it has nothing to do with covid , I believe 😔
>
> Like · Reply · 7w

Reply to Fatima Kanwal Hashmi...              😊 📷 🎁 📷

**John Schaller**
The China Virus. I'm

Like · Reply · 7w

**William Webb**
Does this align with the gain of function research that your funding paid for in Wuhan?

Like · Reply · 7w                               👍 1

> **William Webb**
> "NIH says grantee failed to report experiment in Wuhan that created a bat
> virus that made mice sicker | Science | AAAS" https://www.science.org
> /.../nih-says-grantee-failed...
>
> ┌─────────────────────────────────────────────────────┐  i
> │  [image]   SCIENCE.ORG                               │
> │            NIH says grantee failed to report experiment in Wuhan │
> │            that created a bat virus that made mice sicker │



SCIENCE.ORG
NIH says grantee failed to report experiment in Wuhan that created a bat virus that made mice sicker

Like · Reply · 7w

Reply to William Webb...

**Kayla Fruge Ritter**
**Barrie Trouard Ritter**
Like · Reply · 7w ⭕ 1

**Zahlily Salinas**
Eileen Garay Fernandez !!!
Like · Reply · 7w ⭕ 2

   **Sarah Elizabeth Roscher**
   Zahlily Salinas Eileen Garay Fernandez I've been treating this and BPPV SO MUCH in the past year. 💜 🦻
   Like · Reply · 7w ❤️ 2

      **Zahlily Salinas**
      Sarah Elizabeth Roscher yay! Proud of you and I'm sure you're doing great and really helping those lucky patients!
      Like · Reply · 7w ❤️ 1

   Reply to Zahlily Salinas...

**Kayla Fruge Ritter**
**Julie Gallagher Fruge**
Like · Reply · 7w

**Taylor Suda Macklin**
Eileen Sobocinski Jay Macklin 🤗 🤗
Like · Reply · 7w 😮 1

**Sue Long**
Aaron Long ⭕ 1
Like · Reply · 7w

**Lea Lewis-Niederbaumer**
**Teri Putzier Lewis**
Like · Reply · 7w

**Polly Phillips**
**Elizabeth Phillips**
Like · Reply · 7w

**Crystal Howell**
That was my only sympton.. with headache!
Like · Reply · 7w ⭕ 1

**Davey Thomas**
Covid virus Ear ringing - Energetic light body _ ear frequency - programmed Optogenetic blue light in D.N.A as our brains are evolving on fast scale, effects are ears, taste, smell, feel, values with others 👀 🦻 😵
Like · Reply · 7w · Edited

**Rami Mounir- Loufa**
**Dina Hashish**
Like · Reply · 7w ⭕ 1

   **Dina Hashish** · Follow
   Rami Mounir- Loufa ana etarasht
   Like · Reply · See Translation · 7w

      **Rami Mounir- Loufa** ·



**Rami Mounir- Loufa**
**Dina Hashish** بجمله المصايب

Like · Reply · See Translation · 7w

Reply to Rami Mounir- Loufa...

**Adrian Ibarra**
**Maisie Ahern** r u kidding me

Like · Reply · 7w

**Hala Alghnaimat**
**Dina Abednasser** سبب الدوحة اللي ارنخ شي بالكورونا 👍 1

Like · Reply · See Translation · 7w

**Dina Abednasser**
**حلا الغنيمات** كل مرة راح ينزل تحليل جديد

Like · Reply · See Translation · 7w

Reply to Hala Alghnaimat...

**Breanna Scorza**
**Josue A. Lopez** ▶ 1

Like · Reply · 7w

**Russell Odal**
Goddamn... that was some filthy, evil, sick, spineless, space age genetic engineering that we paid for over there in Fauci's Wuhan medical lab. Ingenious if you're a diabolical asshole, though.

Like · Reply · 7w

**Ahmed Issam**
**Mahmoud Khalifa** منور يا معلم 😂 1

Like · Reply · See Translation · 7w

**Mahmoud Khalifa**
**Ahmed Issam**
انا كنت عارف 😂

Like · Reply · See Translation · 7w

Reply to Ahmed Issam...

**Mario Bonilla**
Thanks

Like · Reply · 7w

**Sonya Coppin**
**Hanna Kotanichek** maybe this is why I keep saying huh? 😮 1

Like · Reply · 7w

**Cassidy Smith**
**Sara C. Jacoby**

Like · Reply · 7w

**Sara C. Jacoby**
**Cassidy Smith** woah. My balance has been WAY more off than usual. 😮 1

Like · Reply · 7w

Reply to Cassidy Smith...

**Belen B. Herner**
Debra

Like · Reply · 7w

**Crystal Sauer**
Cindy Bertrand-Cinquanti Neelam Kansara Casey Folmar Hosegood Sarah Grimm



Like · Reply · 7w

Neelam Kansara
**Crystal Sauer** interesting!
Like · Reply · 7w

Sarah Grimm
Yes, that is interesting
Like · Reply · 7w

Reply to Crystal Sauer...

Clivia Brenner-Horton
**Klenisson Brenner**
Like · Reply · 7w

Mari Sweeting
That explains it. 👍 1          ···
Like · Reply · 7w

W Scott Jenkin IV
Is THAT what I am experiencing?
Like · Reply · 7w

Cassie Bates
Like all other respiratory infections...
Like · Reply · 7w          👍 3

Chris Harris
**Theo Vaisala** 😆 1
Like · Reply · 7w

Lauren Lindsay
**Noelle Schwartz** 😆 1
Like · Reply · 7w

Barb Martin
I can't take the stupid 😩
Like · Reply · 7w          👍 2

Leidy Pérez
**Eugenio Guevar**
Like · Reply · 7w

Ashley Sadlier
**Donna Brennan**
Like · Reply · 7w

Bruna Bittencourt
**Joao Felipe Justo**
Like · Reply · 7w

Lindsay Prigge
**Sandra Kelly**
Like · Reply · 7w

Jacquie Leclerc
**Jessica Thibodeaux**
Like · Reply · 7w

Katie Ballard
**Mackenzie Thaxton**
Like · Reply · 7w

Mackenzie Thaxton
**Katie Ballard** I started seeing that during my externship. 😊
Like · Reply · 7w



Jacqueline Evans
**Anthony**

Like · Reply · 7w

Olga Torica
**Natalia** nu ai sanse sa vina de aici?

Like · Reply · See Translation · 7w

Anne Rich
So now a ear infection will be Covid19 ??? Oh ok ✅

Like · Reply · 7w   💙 2

Affaf Dah
**Houda Sanaa** 💙 1

Like · Reply · 7w

RaSha Khalil
**Yousra** 😮 1

Like · Reply · 7w

Amiee Ingram
**Jordan Ingram** 💙 1

Like · Reply · 7w

Magdalena Gwaltney
**Michael Patrick Gwaltney**

Like · Reply · 7w

Tiffani Ashley Lugo
**Caitlin Marie Lugo Pfleshinger Yvonne Lugo**

Like · Reply · 7w

> Yvonne Lugo
> **Tiffani Lugo** interesting
>
> Like · Reply · 6w   💙 1

Reply to Tiffani Ashley Lugo...   😊 🖼 🎁 📷

Jackie Jennetten
so I have a hole inmy eardrum that leads to a hole in my skull... do I need to worry?

Like · Reply · 7w

Janet Corral
**Kiara Holloway** 😮 1

Like · Reply · 7w

Matt Robb
Cutapusa.com

CuTap    CUTAPUSA.COM
EPA      CuTap Kills 99.99% of bacteria and viruses – CuTap Self
         Sanitizing Surface Patch                                  i

Like · Reply · 7w

Darla Demp
**Jane Folse** 😊    ···

Like · Reply · 7w

Kim Evans Smith
**Emily Smith**

Like · Reply · 7w

Tara DuPree
Hearing high-pitched frequencies in your ears is a sign of spiritual Awakenings and downloads. Pay attention to what's going on around you when your ears are ringing. That's the universe talking to you. Furthermore, I wouldn't believe a



**Tara DuPree**
Hearing high-pitched frequencies in your ears is a sign of spiritual Awakenings and downloads. Pay attention to what's going on around you when your ears are ringing. That's the universe talking to you. Furthermore, I wouldn't believe a single thing the NIH says.

Like · Reply · 7w                                                   👍👌😮 6

> **Macy Brackenridge**
> No hocus pocus, just the facts please ma'am
>
> Like · Reply · 7w · Edited
>
> > **Tara DuPree**
> > **Macy Brackenridge** that IS a fact, you're just not ready to receive it. I'd get ready if I were you. ❤️
> >                                                                       😜 1
> > Like · Reply · 7w
>
> **Macy Brackenridge**
> Citation please to your source
>
> Like · Reply · 7w
>
> > **Tara DuPree**
> > **Macy Brackenridge** how does one cite the supernatural power of creation/source/God? 😜 People mock what they don't understand 🙏
> >
> > Like · Reply · 7w
>
> **Jennifer Moran**
> **Tara DuPree** I assume this is an excellent parody. You should write for the Onion.
>
> Like · Reply · 7w
>
> > **Tara DuPree**
> > **Jennifer Moran** well, we both know what assumption is so 🙏
> >
> > Like · Reply · 7w

Reply to Tara DuPree...                                               😊 🖼️ 🎁 📷

**Yuli Alcaraz**
Jorge-Fermin Ruiz Caballero

Like · Reply · 7w

**Tanya Ribald**
I have COVID and my ears feel like they're going to explode.
                                                                       😢 1
Like · Reply · 7w

**Cheryl Norton**
No matter how u look at it we are F
                                              😮 1
Like · Reply · 7w

**Brittny McVey**
**Wendy Rollins Elliott**
Like · Reply · 7w        😮 1

> **Wendy Rollins Elliott**
> **Brittny St Amand McVey** yes girl! I believe it
> Like · Reply · 7w                          😮 1

Reply to Brittny McVey...                                             😊 🖼️ 🎁 📷

**Erica Sanchez**
**Sebastian Tobon**
Like · Reply · 7w  😮 1

**Jenna Danyel**
**Matthew Byrne** maybe I got Covid in ma ear 😟
                                              😮 1
Like · Reply · 7w



Karen DuBose
Oh Dear God, why hasn't China been held liable for this virus and the devastation it has caused.

Like · Reply · 7w                                                                        👍💗💗 4

Jennifer Moran
Karen DuBose what's your plan, Karen?

Like · Reply · 7w                                         💗 1

Karen DuBose
Whats yours 😄 1

Like · Reply · 7w

Reply to Karen DuBose...                                                    ☺ 🖼 📷 🎁

Bárbara Étrangère
Josh Rooks

Like · Reply · 7w

Keith Reyes
I'm having this right now

Like · Reply · 7w

Blaire Hartstein
Kristy Owens

Like · Reply · 7w

Lindsay Brady
Paryss Brady

Like · Reply · 7w

Wurood Ismail
Yara Al-Tawil tinnitus?

Like · Reply · 7w                                         😄 1

Lizeth Murillo Guillén
Alberto Qh Stephannie Montoya

Like · Reply · 7w

Angel Fay
Melissa Barasoain

Like · Reply · 7w

Kathleen M Karrer Canova
Sharon Karrer Janzen

Like · Reply · 7w

George MacDonald
We need to end this misperception that SARS is only a respiratory illness. It is systemic and can affect all parts of the body. - sometime permanently.

Like · Reply · 7w                                                                        💗 22

Jennifer Moran
George MacDonald true, but the respiratory illness is what usually kills people.

Like · Reply · 7w

George MacDonald
Jennifer Moran Our health care system focuses only on mortality and ignores morbidity - which destroys people's lives.

They set a pretty low bar for themselves.

There are plenty of people with long term & permanent disabilities from this disease - but we seldom hear of them.

Like · Reply · 7w                                                                        💗 2

Jennifer Moran
George MacDonald I disagree with your putting the blame for that on



Jennifer Moran
**George MacDonald** I disagree with your putting the blame for that on the healthcare system, but I agree that this is a big problem.

Like · Reply · 7w

Eric Allgrim
**George MacDonald** my wife and I had breakthrough cases of covid in August. Mine turned into what best be described as a painful stomach virus. My wife had no stomach issues but now needs an inhaler after minor physical exertion and still can't taste or smell.

Like · Reply · 7w

Macy Brackenridge
Because much is dismissed as just a coincidence or unrelated

Like · Reply · 7w

Cassie Bates
**George MacDonald** SARS stands for Severe Acute Respiratory Syndrome. That's exactly what it is.

Like · Reply · 7w

George MacDonald
**Cassie Bates** That's PART of what it does. It can also impact the whole system - especially the neurologic and circulatory systems.

The head of WH security lost a leg and toes on the other leg to COVID. Others have multiple neurologic problems.

Like · Reply · 7w

Reply to George MacDonald...

Melisa Henderson Pierce
Angela Zimmerman Carlisle

Like · Reply · 7w

Angela Zimmerman Carlisle
**Melisa Henderson Pierce** well, I've had this happening for almost 3 years or I'd love to blame it on Covid

Like · Reply · 7w

Melisa Henderson Pierce
**Angela Zimmerman Carlisle** thought it was interesting. It could have been a trigger for a worse flare up though.

Like · Reply · 7w

Angela Zimmerman Carlisle
**Melisa Henderson Pierce** Covid would definitely make it much worse. The common cold triggers it, so I can't imagine the issues the vid would cause.

Like · Reply · 7w

Melisa Henderson Pierce
**Angela Zimmerman Carlisle** The important thing is you got a good husband out of it 😄

Like · Reply · 7w

Angela Zimmerman Carlisle
**Melisa Henderson Pierce** I really did 😄😄😄

Like · Reply · 7w · Edited

Reply to Melisa Henderson Pierce...

Jiya Nbde
Know a family person got pfizer second shot and within two days developed mastoiditis which also lead to tympanic membrane damage. Hopefully she is not losing hearing in one ear now.

Like · Reply · 7w

Like · Reply · 7w

**Lisa Beth**
**Jiya Nbde** how would it give an outright bacterial infection like that.. was this confirmed as the cause?

Like · Reply · 7w

**Jiya Nbde**
**Lisa Beth** no doctor pointed out that it could be the vaccine which I find weird. Also she never experienced anything like that before in her life. They just gave her morphine for the excruciating pain, in hospital. It was in Uk.

Like · Reply · 7w

**Laura Lee**
**Lisa Beth** it well could have been a coincidence. She was probably brewing it before the vaccination, and then her immune response kicked in and she became aware of it.

Like · Reply · 7w

**Jennifer Moran**
**Jiya Nbde** no doctor pointed out that it could be the vaccine, which is because it couldn't be.

Like · Reply · 7w

**Macy Brackenridge**
There could be a relationship. Can't be ruled out entirely based on the timing of the shot.

Like · Reply · 7w · Edited

**Jane McIntire**
**Macy Brackenridge** takes longer than that to develop mastoiditis. The only cause is chronic otitis.

Like · Reply · 7w

**Jennifer Moran**
**Jiya Nbde** correlation is not causation.

Like · Reply · 7w

Reply to Jiya Nbde...

**Matthew Harrison**
Fact checked this with a whistle blower and it's possibly misinformation. The NIH has been accused of funding the lab that created Covid 19.

Like · Reply · 7w · Edited

**Brandy Lucore Swayze**
**Matthew Harrison**



imgflip.com

Like · Reply · 7w

Like · Reply · 7w

**Brandy Lucore Swayze**
Tell that to millions of us that are suffering with constant buzzing and other noises in our ears since having Covid.

Like · Reply · 7w                                                    😆 1

**George MacDonald**
**Matthew Harrison** Yeh, by right wing crazies!
😂😂😂

Like · Reply · 7w

> **Matthew Harrison**
> **George MacDonald** This was sarcastically directed toward FB since they they spend so much time fact checking and questioning sources of others posts.
>
> Like · Reply · 7w                                              👍 1

> **Cary Schooley Farber**
> **Matthew Harrison** too many people believe this crap & so much more !
>
> Like · Reply · 7w

**Matthew Harrison**
This was sarcastically directed toward FB since they spend so much time questioning others sources. I believe Covid causes Tinnitus as well as the vaccine. In case you haven't noticed much of the side effects are the same.

Like · Reply · 7w                                                    👍 1

**Macy Brackenridge**
So CN VIII is being affected

Like · Reply · 7w

Reply to Matthew Harrison...                              ☺ 🖼 🎁 📷

**Kathy Scoby**
Diana Scoby, John Scoby                                     👍 1

Like · Reply · 7w

**Abrah Mäki**
Christen Lundy

Like · Reply · 7w

> **Christen Lundy**
> **Abrah Mäki** how about complete hearing loss in one ear?
>
> Like · Reply · 7w

Reply to Abrah Mäki...                                     ☺ 🖼 🎁 📷

**Derek Antal**



Like · Reply · 7w

**Katie Johnson**
Sara Higgins

**Abrah Mäki**
**Christen Lundy**

Like · Reply · 7w

**Christen Lundy**
Abrah Mäki how about complete hearing loss in one ear?

Like · Reply · 7w

Reply to Abrah Mäki...                    ☺ ✉ 🎁 📷

**Derek Antal** ···



Like · Reply · 7w

**Katie Johnson**
**Sara Higgins**

Like · Reply · 7w

**Camille Schafer**
**Reign Schafer**

Like · Reply · 7w

**Reign Schafer**
Camille Schafer weirrrrd. My hearing was definitely muffled while I had it

Like · Reply · 7w

Reply to Camille Schafer...                ☺ ✉ 🎁 📷

**Lora Bingaman**
**Lisa Bingaman**

Like · Reply · 7w

**Elijah Matias**
😀😀😀😀

Like · Reply · 7w

**Saud Javed**
Daniyal Shabbir reason we keep stumbling into bs

Like · Reply · 7w · Edited

**Daniyal Shabbir**
Saud Javed there's a meme here somewhere .. there has to be

Like · Reply · 7w

Reply to Saud Javed...                     ☺ ✉ 🎁 📷

**Amanda Marshall**
**Nastasia PrinceArbor'smom Wilson**

Like · Reply · 7w

**Patricia Fowler Freeland**
Fauci's evil minion really did create a super bug....huh???

Like · Reply · 6w

Write a comment...