# EXHIBIT 6





