# EXHIBIT 11









