# EXHIBIT 13



tate.orpen I hate you guys so much. Fauci needs life in prison

14w   Reply

living_life8899 You guys all deserve a one way ticket to GITMO especially Fauci.

14w   Reply

blancaisela1 SAVE THE BEAGLES!!!!

14w   Reply

sarahpear55 To all the heinous monsters that have preyed upon the innocent, I have a fitting punishment if convicted of crimes against humanity. They should have their vocal cords surgically removed and their heads should be placed in a box of sandflies while beagle puppies watch.

14w   Reply

gustavoh48 Take down the government

14w   Reply

soldbysyl DISGUSTING AND shameful!! Are you MONSTERS?!?! How can you perpetuate this barbarity against innocent puppies 😡😡😡😡

14w   Reply

shiela_ffrey12 Save yourself from herpes virus with natural remedies from @yusuf_herbs I have been cured from genital herpes I know how it feels thinking nothing else can be done

14w   Reply

angelina.isola CLOSE THIS SHIT DOWN WE DONT NEED YOU NIH

14w   1 like   Reply

jasmin_fabienne Puppies ha?! Disgusting!!! Shame on you!!!! 🔴

14w   Reply

mindofafunnymanswhore Evil bastards with no integrity or moral compass

14w   Reply

x2jz_jon You are all sick!!! What if I locked your heads and let insects eat you alive? @nihgov

14w   Reply

philip.90 Murderers!

14w   Reply

kraaven.redd Save the puppies

14w   Reply

oklastday You people are sick and need to be in jail.

14w   Reply

varnicajain HOW CAN YOU EVEN THINK THAT SUCH RESEARCHES WOULD BENEFIT YOU! You think killing poor creatures who cannot speak for themselves would favor you ever??? GOD, I HOPE YOU ALL ROT ON EARTH!!!

14w   Reply

jnavost54321 God is watching every NIH employee. He sees what you are doing.

14w   Reply

wandering_with_winter #savethebeagles

14w   Reply

nishkaax #stopanimalcruelty #animalcruelty #animalcrueltyfree #bananimalcruelty

14w   Reply

minttuhonkaniemi #stopanimalcruelty

14w   Reply

tesa_____ SHAME ON YOUUUUUU

14w   Reply

valeriexarmas_ Psychos

14w   Reply

abbyelinsky ✔ YOU GUYS ARE HORRIBLE

14w   Reply



**deby_chale** You all are monsters!! #savethepuppies
14w   Reply

**jmolenda0131** Really puppies and children!!!!! Hope somehow you get injected with your own poison
14w   Reply

**keanayomomma** YOU GUYS ARE DISGUSTING
14w   Reply

**melissaerinmartin** SOCIOPATHS
14w   Reply

**_layla.lee_** rot in hell
14w   Reply

**_layla.lee_** killers
14w   Reply

**jenniemmitchell1.0** #fuckfauci #fuckjoebiden #adrenochromeextraction #adrenochromeelites
14w   Reply

**markplymale** You all are horrible people
14w   Reply

**ahm12w2** La muerte no es ciencia hijos de puta
14w   Reply

**ronnie_kharmarbha** Let the puppies live , put your ugly faces infront of those sandflies
14w   Reply

**madimafiwrites** PUPPY KILLERS
14w   Reply

**lora.creates** #savethechildren #savethebeagles
14w   1 like   Reply

**sophia.marcolla** U mf puppy killers
14w   1 like   Reply

**kgt592** Leave the poor dogs alone you sickos Puppy Killers, watch and see how karma will come for all of you for being evil psychopaths without souls . #fraudcci #fauccitorturespuppies #faucciserialkiller #fauccithedogabuser #animalabuseisnotscience #animaltortureisnotscience #savethebeagles
14w   Reply

**xtenia5** Gross organization. How can you all sleep at night
14w   Reply

**turds_revenge2** #adrenochromeproduction
14w   Reply

**reslisxx** SAVE THE BEAGLES
14w   Reply

**reslisxx** SAVE THE BEAGLES
14w   Reply

**reslisxx** As a human I feel sorry that people like you do such cruel things,you are nothing than ignorant.I am really heartbroken that our humanity is ignorant and heartless,I don't know how you can still work like this,like it never happened,you have a really cold heart,it is really sad.I am disgusted,shame on you as a humans.I am really mad at you
14w   Reply

**sabella_90** Killer science!!!! Leave dogs alone!!! So sick!!!
14w   Reply

**reslisxx** #stopanimalcruelty
14w   Reply

**sheri_barker** Remove gain of function. Fire Fauci
14w   Reply

**figaropravda** #fauciliedpeopledied
14w   Reply

**figaropravda** #faucilieddogsdied
14w   Reply

**figaropravda** #arrestfauci
14w   Reply

**empressmellie** @beaglefreedom @beaglefreedom @beaglefreedom
14w   Reply

**hivaleunx** Sad sad sad and pathetic killers
14w   Reply

**crazycraver** Defund the NIH
14w   Reply

**lucy.valen13** You cover Fauci!!! You are killers!
14w   Reply

**lucy.valen13** You don't have hearts. You are killers!!!
14w   Reply

**emma.x.x.14** Sick b@stards!! Leave the puppies alone!!!! Murderers!!!
14w   Reply

**lianamartinez** Shame on anyone who is involved!
14w   Reply

**lianamartinez** PUPPY KILLERS
14w   Reply

**ericasanchezsu** Puppy killers!!!
14w   Reply

**nataly_smoreira** Killers 😡
14w   Reply

**ashleynicole511** Beagles, monkies and orphaned children with AIDS. YOU PEOPLE ARE SICK!!!! How do you sleep at night?!?!?
14w   1 like   Reply

**robwinchesterart** TRUE EVIL EXISTS. Bought and paid for with our us tax dollars. You will not get away with it.
14w   Reply

**alwayswildnfree** TERRORISTS!
14w   Reply

**shoe.spanner** 🤬🤬🤬
14w   Reply

**katmarie6126** 😡😡😡😡
14w   Reply

**katmarie6126** Shameless and disgusting.
14w   Reply

**ashmovesdifferent** Leave the dogs alone you fucking morons
14w   Reply

**iarafinkfoschino** There are alternatives for c r u e l a n i m a l t e a t l n g. The development for a n l m a l f r we alternatives are out there. End this unnecessary act now. More context on my last post .
14w   Reply

**turds_revenge2** #adrenochromeproduction
14w   Reply

**princesss_beckyyy** Shame on you
14w   Reply

**jahimsaa** Im curious who's ACTUALLY running this page. It seems to be a child posting on it
14w   Reply

**2mhb2** Arrest Fauci
14w   Reply

**ay.s_** Save the beagles!!!!!!!
14w   Reply

**ghislainewasmurdered** Disgraceful scumbags you all are!
14w   Reply



shristi_2324 Leave the dogs aloneee 🐶
14w   Reply

melycepeda36 Motherfuckers save the beagles!
14w   Reply

richie_1122 At least crop the photo better next time....
14w   1 like   Reply

superflyguitarguy 🙌👍
14w   Reply

balidreamstulum Fucking assholes!!!!
14w   Reply

nfiorela Justicia a los cachorros!!!
14w   Reply

itsgyzelle #firefauci
14w   Reply

alexelizabethdeleon Save the beagles
14w   Reply

joellealzaibak Bitches !!!
14w   Reply

lynns.millette How do u sleep at night knowing what you did to those poor helpless puppies?! Your whole organization is beyond disgusting, evil, and inhuman. How would you feel if you were forcefully tied down if you were being Eaten alive by sand flies? Fauci and anyone who was involved deserve to rot in prison that's something my tax dollars SHOULD be going towards. Fucking heartless cowards.
14w   Reply

animal__drawing 💩💩💩💩💩
14w   Reply

animal__drawing 🔴🔴🔴
14w   Reply

animal__drawing SICKOS AND PUPPY KILLERS
14w   Reply

animal__drawing TORTURES
14w   Reply

animal__drawing Leave the dogs ALONE
14w   Reply

animal__drawing You belong in hell!!!!
14w   Reply

animal__drawing Puppy killers
14w   Reply

michaelapadova SICK!!!! LEAVE THE DOGS ALONE!!!
14w   Reply

michaelapadova Puppy killers
14w   Reply

michaelapadova #stopanimalcruelty
14w   Reply

stephaniefaryas Sick bastards!!!
14w   Reply

stephaniefaryas Sick bastards!!!
14w   Reply

bareaestheticsco Wtf is wrong with you guys
14w   Reply

bareaestheticsco Disgusted
14w   Reply

carolinadzdu Wtf! You guys are doing to the dogs it's abuse!!!!!! 😭😭😭
14w   Reply



**analauradh** F*CK you!!!!!!!
14w  Reply

**dricherson2014** Fire Fauci! #defundnih
14w  Reply

**kiwasabi5** Covid19 is a hoax. SarsCov2 has never been isolated nor proven to exist. You are complicit in Crimes Against Humanity.
14w  3 likes  Reply

**pricillarosetaylor** You're pigs
14w  Reply

**exoticcarsandcreditusa** Fauci should be tarred and feathered along with some at the CDC and WHO - but make no mistake, the real targets are the likes of Bill Gates and a few others
14w  Reply

**exoticcarsandcreditusa** Defund the @nihgov
14w  Reply

**tonyconnor1** Address the elephant in the room you sick fu<ks. The people no longer acknowledge your organization. The people know what you're about. The people will ultimately circle your kind. Money, elite friends & the bubbles you live in will not provide shelter.
14w  Reply

**soniadiaz09** #stopanimalcruelty #stopanimalabuse #stopanimaltesting❌
14w  Reply

**niix368** 🔴
14w  Reply

**kthlynmercado** Horrible horrible!!!!!
14w  Reply

**valenttinavargas** Sick bastards
14w  Reply

**lucaschmidttt** y'all going to hell
14w  Reply

**lucaschmidttt** y'all a terrible organization
14w  Reply

**lucaschmidttt** save the beagles
14w  Reply

**vegana_antinatalista** ponga fin a la experimentación con monos por favor, ¡son horrorosos!
14w  Reply

**nany_vargas_ballenato** ponga fin a estos experimentos horrorosos.
14w  Reply

**arcaritatiane** #stopanimalcruelty
14w  Reply

**edithlol2021** Fire Fauci!!!
14w  Reply

**edithlol2021** Save the beagles!!!!
14w  Reply

**gabbybrov** PUPPY KILLERS
14w  Reply

**caffeinated_mama79_2** All of you need to go to prison!!!
14w  1 like  Reply

**soytatisok** F * vk u @nihgov
14w  Reply

**tacoh_** Murders !!
14w  Reply

**lindsay_allee** FIRR FAUCI



**yborianni** Asesinos
14w  Reply

**iescalante1977** Sociopaths!
14w  Reply

**kay_k_xx** Monsters! Leave the dogs alone!!!
14w  Reply

**bentleyw5** Sick bastards let experiments be done on you @nihgov
14w  Reply

**pepsypenna1** So that's one way y'all have been adrenalizing the children's blood? Have them eaten live? What are the other ways ? Bet there's a money trail here we can find.
14w  4 likes  Reply

**nico__ptrr** Save the beagles ! Killer
14w  Reply

**pepsypenna1** We KNOW it's not just dogs you've been experimenting on.
14w  5 likes  Reply

**pepsypenna1** Where are the pics of the babies being eaten alive ?
14w  2 likes  Reply

**disciple2_4actual** Soon your evil will be exposed to the world.
14w  Reply

**l_m_capps** #prisonforfauci #fauciisafraud
14w  Reply

**sarahpear55** So let me get this straight, Fauci harvested human baby scalps and grafted them to mice, tortured puppies to death and severed their vocal chords to silence their screams, and created COVID-19 in a lab, which killed millions. And people are still listening to him???? He should be in prison!!!
14w  Reply

**abigailthefrog** save the beagles
14w  Reply

**turds_revenge2** #frazzledrip #adrenochromeproduction
14w  5 likes  Reply

**txgrl11** If you don't know, Look up Adrenochrome!!!! ITS ALL ABOUT THE CHILDREN
14w  4 likes  Reply

**txgrl11** SAVE THE CHILDREN
14w  4 likes  Reply

**paybackvet** Why would you let Dr fauci do such hideous experiments on innocent beagle's, that is about as cruel as you can get! us😡
14w  Reply

**alwayswildnfree** #SAVETHECHILDREN
14w  1 like  Reply

**alwayswildnfree** H A N G T H E B A S T A R D S
14w  Reply

**alwayswildnfree** Dog killers
14w  1 like  Reply

**alwayswildnfree** Murderers
14w  Reply

**alwayswildnfree** Pain is coming
14w  1 like  Reply

**montana_birder** There will in the future be a thorough inquiry, not only into the active staff themselves, but those funding these atrocities
14w  1 like  Reply

**alwayswildnfree** ARREST FRAUDCI AND HIS MAN WIFE!
14w  1 like  Reply

**deadmanxwayne** TRASH !!



14w  Reply

**tamale_jackson2** Bunch of bought-off scientists calling the shots @nihgov
14w  4 likes  Reply

— Hide replies

**turds_revenge2** @tamale_jack2 yep
14w  1 like  Reply

**bsb1183** You're all going to jail!
14w  Reply

**xdarkmoonrisingx** How goes the #adrenochrome extractions? Save the Beagles...ELIMINATE the NIH #crimesagainsthumanity #animalabusers #puppykillers
14w  2 likes  Reply

**lt_herring** Did the terrorized chimpanzee adrenochrome y'all helped Fauci extract NOT work out??? Asking for a friend...
14w  Reply

**paulterranovatattoo** @nihgov are scum 😡😡😡💧💧🔥
14w  Reply

**turds_revenge2** @nihgov are y'all planning on releasing killer sand flies on us? #gainoffunction
14w  8 likes  Reply

**turds_revenge2** SAVE THE CHILDREN
14w  10 likes  Reply

**turds_revenge2** Y'all go look up adrenochrome on duckduckgo if you don't know what that is.
14w  7 likes  Reply

**1111_autumnstars** THE GREAT AWAKENING!!
14w  Reply

**turds_revenge2** You fvcking people are demonic
14w  Reply

**jessica_mmartinez** #firefauci
14w  Reply

**cupcakehomicide** #DefundTheNIH
14w  2 likes  Reply

— Hide replies

**turds_revenge2** @cupcakehomicide #crimesagainsthumanity #crimesagainstchidren #adrenochrome #animalcruelty
14w  1 like  Reply

**turds_revenge2** You fvcking liars
14w  Reply

**turds_revenge2** I see y'all removing my comments
14w  10 likes  Reply

— Hide replies

**10_grosse_negerlein2** @turds_revenge2 Naaaahhhhhh....
14w  1 like  Reply

**10_grosse_negerlein2** @10_grosse_negerlein2 😂😂 😂😂
14w  1 like  Reply

**mmasonmartinez** murderers
14w  Reply

**turds_revenge2** #crimesagainsthumanity #crimesagainstchidren #animalcruelty
14w  9 likes  Reply

— Hide replies

**10_grosse_negerlein2** @turds_revenge2 👏...👏
14w

**turds_revenge2** #fauxvid19 🤥 #faucilieddogsdied #faucilliedpeopledied

14w  Reply

**turds_revenge2** #faucilieddogsdied you people are fvcking evil
14w  Reply

**pandakot999** Killers 🤬 🤬 🤬
14w  Reply

**jasminn.n** Fucking sick
14w  Reply

**breezyd_2.0** Fck you pos evil demons.
14w  Reply

**irenerosado** #stopanimalcruelty
14w  Reply

**johnbartlettny** Save the Beagles. Shame on u
14w  Reply

**guidoumc1123** #defundnih #animalabuse
14w  Reply

**guidoumc1123** #animalabuse
14w  Reply

**guidoumc1123** #defundnih
14w  Reply

**scrumboldt** 😠😠😠😠😠😠😠😠😠😠
14w  Reply

**ouravonne2** #beagleslivesmatter
14w  Reply

**nellsinpinkk** You disgusting piece of shits! How could you live with yourselves? #STOPANIMALCRUELTY
14w  Reply

**m.bhalla1411** Free the dogs.... Puppy killers
14w  Reply

**joaquin_r08ledo** #defundnih
14w  Reply

**kud33** Why did you purge language on gain of function from your website? Telling....
14w  1 like  Reply

**lilith_iil** #stopanimalcruelty
14w  Reply

**nati_pierzati** Killers!
14w  Reply

**frankenkitty97** Shams on you!! Leave the dogs alone!
14w  Reply

**miguelxsuxx** I WANNA PUT YOUR HEADS IM CAGES
14w  Reply

**miguelxsuxx** GO TO HELL AND BURN
14w  Reply

**miguelxsuxx** LET THEM FREE
14w  Reply

**miguelxsuxx** FAILED ABORTION MOTHERFUCKER
14w  Reply

**miguelxsuxx** YOUR MOM SHOULD'VE SWALLOWED YOUR ASS
14w  Reply

**innerlightgram** #stopanimalcruelty
14w  Reply

**innerlightgram** #stopanimaltesting
14w  Reply

**innerlightgram** A total disappointment and failure
14w  Reply



steph8721 SAVE THE BEAGLES!!!
14w  Reply

solciiandrada ❌❌❌❌❌❌❌❌❌❌❌
14w  Reply

solciiandrada BASTA DE TORTURAS
14w  Reply

solciiandrada ❌❌❌❌❌❌❌❌❌❌❌❌
14w  Reply

sluttbiebss YOU GUYS ARE SICK HUMAN BEINGS
14w  Reply

lifework2019 #savethebeagles
14w  Reply

twinkle6184 Puppy killers inhuman
14w  Reply

viviyuri 😡
14w  Reply

hh24_rn Leave our kids and dogs alone! 🔴
14w  Reply

gasparina09 👊👊👊👊👊😡
14w  Reply

samrtinez SAVE THE BEAGLES!!!!!! #SAVETHEBEAGLES
14w  Reply

samrtinez How is it possible that dogs are put in cages to be eating alive by flies in 2021? Why will you give money to do that? 😠😠😠
14w  1 like  Reply

——  Hide replies

katmarie6126 @samrtinez The money comes out of OUR taxes. It's sick!
14w  1 like  Reply

mollys_lips3 Save the beagles! #stopanimalcruelty
14w  Reply

brendareva Sickos!!! 😩
14w  Reply

maria_van_niel Save the beagles!
14w  Reply

nemo__brown MURDERERS!?!
14w  Reply

danna_.jpg You will pay it, abusers
14w  Reply

abulldoglife @nihgov = Pure evil
14w  Reply

goldddiiee #defundNIH
14w  Reply

goldddiiee Exposure is coming for all. The puppies are the tip of the tipping iceberg. #fauciisakiller
14w  1 like  Reply

kerrinlynnn Wait till u find out what they are doing to the children... with VACCINES....
14w  1 like  Reply

ashleyiafrate Someone should put Fauci's head in a box and let flies eat at him
14w  Reply

lisawalchusky #firefauci
14w  Reply

ashleyiafrate Absolutely despicable
14w  1 like  Reply



jetplxne fuckin weirdos
Reply

allie7767 Puppy killer. You lost all respect!
14w   1 like   Reply

hiiii_miiii1122 SAVE THE PUPPIES 🔴🔴🔴 SAY NO TO EVIL SCIENCE
14w   1 like   Reply

dmcgishere Do something about Fauci. So disgusting. See the pictures of what he did to puppies on @peta
14w   Reply

alexadraxnicole Dog killers ❤️
14w   Reply

aestheticclinicliverpool YOU SCUMBAGS
14w   Reply

nika.dasilva PUPPY KILLERS 🤬
14w   1 like   Reply

horny_unicorny Save the beagles!!!!!!!!
14w   Reply

blackdiamonddetailingg Save beagles
14w   Reply

wesbvv Save the beagles
14w   Reply

sierra.viridiana PUPPY KILLERS
14w   Reply

whiteprivilege2021 Puppy killers!
14w   Reply

hgmdiego 😡😡😡😡😡
14w   Reply

hgmdiego 😡😡😡
14w   Reply

hgmdiego 😡😡😡😡😡😡😡😡😡😡
14w   Reply

krisy125 sickos. So glad you guys have been exposed.
14w   1 like   Reply

izabela_wojtas_ You people are the cruelest. How can you even look in a mirror?!? What the hell is wrong with you?!?! How can you do this to those pups ?!?!? You are just f****d up!!!!
14w   1 like   Reply

hannah.gagain you guys can go to hell 🥰
14w   1 like   Reply

_meganpilled Blm (beagle lives matter)
14w   Reply

priihsant PUPPY KILLERS!!!! 😡😡😡😡😡
14w   Reply

tlnbabe #firefauci 🤬
14w   Reply

be.creeative Animales, enfermos
14w   Reply

be.creeative Animales son ustedes
14w   Reply

dievonletzternacht Save the Beagles!!!
14w   Reply

iamsteef1 ARREST FAUCI!
14w   Reply

alessandra.ramirez puppy killers.
14w   Reply

**dafne_navaa** Dejen de maltratar animalees! Asesinos
14w  Reply

**matchacharu** #stopanimalcruelty
14w  Reply

**hinaspsp** Nojo
14w  Reply

**mehndi_by_amala** #Stopanimalcruelty
14w  Reply

**lishamirz** Save the beagles
14w  Reply

**lishamirz** Puppy killers
14w  Reply

**nikomikadze** Dog killers
14w  Reply

**jumarcone** 👎👎👎👎
14w  Reply

**valkiriaa_soares** Save the beagles!!!!!!!
14w  Reply

**prisveggie** Save the beagles hdspm!
14w  Reply

**ggracesmithh** PUPPY KILLERS
14w  Reply

**ggracesmithh** DEFUND NIH
14w  2 likes  Reply

**ggracesmithh** SAVE THE BEAGLES
14w  Reply

**b_yasmin_** #stopanimalcruelty
14w  Reply

**gonzamansilla_** You bastards!!
14w  Reply

**marielyebra** RELEASE THE DOGS, A HOLES
14w  Reply

**mariana_solipa** Torturam cães
14w  Reply

**nickogapoveche** SAVE THE BEAGLES!!!! You're killers!
14w  Reply

**avec_serif** LEAVE THE PUPPIES ALONE
14w  Reply

**lizzyelljay** DOG MURDERERS !
14w  Reply

**varelacelena** SAVE THE DOGS
14w  Reply

**mynameisemyyy** Leave the dogs alone
14w  Reply

**miliehansson** #animalabusers 🔴🔴
14w  Reply

**oliaxcirco** #murders
14w  Reply

**oliaxcirco** #murders
14w  Reply

**barrorgaincet** Asesinos hijos de. P. #animalrights
14w  Reply

**live_love_pray8** Ase #si #nos de animales!
14w  Reply

benthje you're insane
14w  Reply

zommgirl #ArrestFauci
14w  Reply

iatauroadri What are you doing with beagles? Monsters
14w  Reply

iatauroadri https://www.instagram.com/p/CVedZWSF1fY/?
utm_medium=copy_link what is that????
14w  Reply

theoatmilkman Save the beagles
14w  Reply

osmo5566 Burn in hell !
14w  Reply

osmo5566 Burn in hell !
14w  Reply

versusariq Fuk yall
14w  2 likes  Reply

d_a_novaes Nojo 🤮
14w  Reply

marshie_k Disgusting. You should be ashamed.
14w  Reply

_eva_camilo 😡😡😡😡😡
14w  Reply

_sem_nome_2021_ SAVE THE BEAGLES, SEUS CUZÃO! BR🟡
14w  Reply

emily.granatx PUPPY KILLERS
14w  Reply

hannahpferdehof Murder
14w  Reply

bette_withane Rot in hell
14w  Reply

staffordshire_nala Disgusting!! 😡😡
14w  Reply

shandilyashambhavi Bam fauci
14w  Reply

lucyageeva I know karma will get you and your company with
all this wrong things you do with this demon Fauci. You will
suffer as well it's just a question of time
14w  Reply

laurasophie__r You guys are the worst! Shame on you!
14w  Reply

denzi_mga SICKENING!! LEAVE THE DOGS ALONE
14w  Reply

iman__sardar #stopanimaltesting #stopanimalabuse
#stopanimalcruelty #stopkillinganimals !
14w  Reply

mataraniariimoe 😡😡😡😡😡😡😡😡
14w  Reply

ben_wattz Mother fuckers, save the beagles
14w  Reply

jasminkiemel #stopanimalcruelty !!!
14w  Reply

xleeor Murderers, all of you. There's a special place in hell for
every single one of you!!
14w  Reply

patriotblackbarbie PUPPY KILLERS
14w  2 likes  Reply



**defnekrhsyn** 😡😡
14w   Reply

**leolovesyouall** fucking criminal!!! you have to die suffering🔥🔥🔥🔥🔥
14w   Reply

**sarita_am_11** Puppy killers
14w   Reply

**sarita_am_11** Puppy killers
14w   Reply

**mariska_sagapo_** 🖤🖤🖤🖤🖤😡
14w   Reply

**lio_disordered** Mofo get ur head out of ur buttt
14w   Reply

**lio_disordered** Mofo mofo mofo u will die
14w   Reply

**lio_disordered** Save the beagle u mofo
14w   Reply

**ginger_thorn** Eh what's a couple beagles lives in the grand scheme of the $ they make off of this "science". Wear your masks and shut the hell up. Only the elite Democrats get a pass. You peasants get your covid vaxxes every 6 months or lose your jobs and live in the gutters.
14w   1 like   Reply

**the_ridges_are_back_back** F*cking Killers!!!!
14w   Reply

**itsconnie** Are u kidding me? WTF ! Leave the beagles pups ALONE !
14w   1 like   Reply

**crypto_ayda** shame on you, i hope ypur moms head is butchered 🖤😁
14w   Reply

**__maggieamaya** Torturadores dan vergüenza A SC O de gente 🤮
14w   Reply

**yaminalaroussi** 😡😡😡😡😡
14w   1 like   Reply

**chris.shay** Beagle murders. How could you perform such horrible experiments you should be in prison
14w   Reply

**mcmakelove** #SaveTheAnimals
14w   Reply

**babeharatha** Yall are not human! Heartless creature's
14w   Reply

**mcmakelove** Why y'all out here killing puppies tho
14w   Reply

**j0ell_0** go f u cccc your selfs
14w   Reply

**j0ell_0** go fucc your selfs
14w   Reply

**aridimattia** Killers!!!!!!!!!!
14w   Reply

**nicolee_duree** Abusers
14w   Reply

**gourdsandghouls** #savethebeagles #savetheanimals #stopanimaltesting @potus #arrestfauci
14w   Reply

**meliazhuang** #STOPANIMALCRUELTY
14w   Reply

**jemm.may** #stopanimalabuse

onlywali Terrible terrible government agency.

14w   Reply

chimpi.blacky.cloe.bob.marley Karma 😡😡😡😡😡

14w   Reply

kaitlynhornbaker no

14w   Reply

manuel_lucas_morais 👎👎👎👎👎👎

14w   Reply

_gaia_rising_ Evil. Those images are sickening. Inhumane.

14w   Reply

bernadettegaile DEMONS

14w   Reply

nany_vargas_ballenato corten de inmediato el financiamiento para los experimentos crueles y sin valor de Elisabeth Murray de terror en monos, no nos ignoren!!

14w   Reply

vegana_antinatalista corten de inmediato el financiamiento para los experimentos crueles y sin valor de Elisabeth Murray de terror en monos.

14w   Reply

zanatta_lauraa Coloca a foto dos animais que vcs torturam seus filha da puta

14w   Reply

gabs_cohen #stopanimaltesting #stopanimalabuse

14w   Reply

tokimarketsv STOPPPPP TO CRUELTY

14w   Reply

tokimarketsv SAVE THE BEAGLES!!! STOPPPPPPO

14w   Reply

dogchainss PUPPY KILLERS #shameonyou

14w   Reply

gisstahl Lo que hacen no es ciencia es TORTURA!!!! 😡😡😡😡

14w   Reply

gisstahl #stopanimaltesting 😭😭😡😡😡😡😡😡😡😡 😡😡 dejen a los animales en paz! ❌❌❌❌❌❌

14w   Reply

madeline_krasno @nihgov has an entire list of blocked words that will automatically hide your comments related to a n i m a l t e s t i n g. Link in my bio for more info on my current #freespeech lawsuit!

14w   5 likes   Reply

kuhu.ks marega saale tu jldi marega aur gandi se gandi maut marega

14w   Reply

kuhu.ks krle madarchodh kitne comments delete krega aur report krega !

14w   Reply

kuhu.ks you all are soo naive you all are cheap

14w   Reply

kuhu.ks ❌❌❌❌❌❌❌

14w   Reply

kuhu.ks you all should die go to hell

14w   Reply

kuhu.ks puppy killer !

14w   1 like   Reply

kuhu.ks you people should keep yourself in that cage and i will show you how bites are done

14w   Reply

kuhu.ks you don't deserve to be on this earth

1 like   Reply

**kuhu.ks** you people are disgusting human beings

14w   3 likes   Reply

**riyasinha___** You and your useless experiments are murders...

14w   Reply

**ericxnorman** 🏆

14w   Reply

**bernardabobovecki** burn in hell monsters

14w   2 likes   Reply

**widyaaao** PUPPY KILLER

14w   2 likes   Reply

**ag989765** #peta

14w   Reply

**ag989765** SHAME ON YOU!!!!!!!!!

14w   Reply

**alexisliohn** The recent news about the cruel puppy experiments on beagles.. primates being tortured by acid and snakes is horrific. i do not want my taxes going towards any of this. Be ethical. https://thehill.com/changing-america/well-being/medical-advances/578086-bipartisan-legislators-demand-answers-from-fauci#stopanimaltesting

14w   Reply

**iamfrancisalvarez** You bunch of fux.

14w   2 likes   Reply

**novitaitaliani90** Are u crazy ?!!!🔴🔴🔴🔴🔴

14w   Reply

**daisyziga** #stopanimalcruelty #stopanimaltesting #stopanimalabuse

14w   Reply

**rodrigorinaldini** 🐶🐶🐶🐶🐶🐶

14w   Reply

**ftk12023** Puppy killers!

14w   2 likes   Reply

**dayra_cruz_** Disgusting!

14w   Reply

**ferraciolicamila** PUPPY KILLERS, STOOOP, ENOUGH!!!!!

14w   Reply

**erickagiannelly** Using science for sadisms and psychopathy. You should investigate your level of psychopathies.

14w   2 likes   Reply

**erickagiannelly** Waiting for the Law of Return for something inhuman and cruel. Here you do, here you pay

14w   Reply

**lizthedfordwalsh** SAVE THE BEAGLES!!!!

14w   5 likes   Reply

**erickagiannelly** MONSTERS

14w   4 likes   Reply

**klips33** Save the beagles!!!

14w   4 likes   Reply

**sabgk** KILLERS

14w   3 likes   Reply

**joselynlizette** #stopanimalcruelty

14w   4 likes   Reply

**shathrat_hope** Sham on you killers 🔴🔴🐶

14w   3 likes   Reply

**camilacatriman** #animalcruelty #stopanimaltesting #faucifraud

14w   Reply

**tishablvck** @nihgov MONSTERS

14-w   3 likes   Reply

**lynfulmore_** FIRE FAUCI.

14-w   3 likes   Reply

**seth_da_great__** Death penalty.

14-w   Reply

**m_soledad_mo** 💩💩💩💩

14-w   2 likes   Reply

**study_life01** 😡😡😡😡😡😡

14-w   3 likes   Reply

**study_life01** 😡😡😡😡😡😡

14-w   3 likes   Reply

**lohaaane.c** #stopanimalcruelty ⭕

14-w   3 likes   Reply

**fvvvn11** AND WHOEVER ROCKS WITH YOU

14-w   1 like   Reply

**silviolocatelli** 💩💩💩💩💩💩

14-w   3 likes   Reply

**silviolocatelli** 😡😡😡😡😡😡

14-w   4 likes   Reply

**fvvvn11** ROT IN HELL YOU FUCKTARDS

14-w   Reply

**fvvvn11** FUCKING PATHETIC

14-w   Reply

**socalinvestor73** F YOU GUYS 👊

14-w   Reply

**vipackard** Puppy killers 😡

14-w   4 likes   Reply

**paulinhajms** It's outrageous what you've been doing to the poor puppies!!!

14-w   3 likes   Reply

**daza_lex** PUPPY KILLERS!!

14-w   6 likes   Reply

—— Hide replies

**alexisliohn** @daza_lex 😊

14-w   1 like   Reply

**ludianydias** 😡😡😡😡😡

14-w   3 likes   Reply

**kawingler** Save the baby humans?

14-w   3 likes   Reply

**k_marie_jones** Pure Evil

14-w   3 likes   Reply

**erhortopan** Shame on you all. You have abused American tax dollars- I hope you're defunded and every single person held accountable.

14-w   11 likes   Reply

**jharkin1** You are barbarians, quit experimenting on Beagles.... you pieces of shit!

14-w   Reply

**the_live_oak** #FauciTorturesBeagles

14-w   4 likes   Reply

**lucky.seed.co** 👇👇👇👇👇 booooo you suck! #FJB

14-w   Reply

**cl4ri44** SAVE THE BEAGLES !

14-w   20 likes   Reply

—— Hide replies

**alexisliohn** @cl4ri44 and primates..horrific tests on

14w  2 likes  Reply

alexisliohn @cl4ri44 commenting on @potus page..
14w  Reply

shannonh1973 WTF us wrong with y'all
14w  16 likes  Reply

cherryslushiee What's done in the dark will eventually come to light
14w  15 likes  Reply

takeadifferntpath Disgusting
14w  Reply

hano2wiceofficial What did all those experiments yield?! Sickos 🤮🤮🤮
14w  10 likes  Reply

maria.goman._ #faucilliedpuppiesdied
14w  9 likes  Reply

710.mikejames2.0 Fire fauci
14w  Reply

finstafunsun2020 @senatorrandpaul looks like he was right
14w  15 likes  Reply

lizdolego SICK!! LEAVE THE DOGS ALONE!
14w  98 likes  Reply

p3rc_n0witzki ARREST ANTHONY FAUCI!!!
14w  Reply

clubflims no one likes you btw 😂😂😂
14w  7 likes  Reply

davaloshomes Fire FAUCI 👏um
14w  13 likes  Reply

nature.booklover Save the Beagles !!!!!
14w  325 likes  Reply

syrinaxoxo Shame on you #stopanimalcruelty
14w  15 likes  Reply

lc_bombshell Why did you remove language on gain of function from your website. Where's the transparency. #defundNIH
14w  90 likes  Reply

jonahhensley Y'all some terrible people
14w  Reply

thealexstrohm #FireFauci
14w  32 likes  Reply

tricia.weinstein #firefauci
14w  10 likes  Reply

tricia.weinstein Sick puppy killers!!!!!
14w  16 likes  Reply

adamasztalos Eventually all lies come to light. The present administration's cover up of all Fauci's crimes are past obscene. It shows the trail of a much bigger corruption that is getting harder and harder to hide, which is why the present administration is forcing the social media giants to tune up censorship. It won't help. Whoring science to politics has shows the total disregard to voters and taxpayers intelligence.
14w  119 likes  Reply

fesbueno_ #stopanimalcruelty
14w  52 likes  Reply

fesbueno_ JUSTIÇA PELOS CACHORROS!!!!!!!!! 😡😡😡😡😡😡
14w  19 likes  Reply

juan2thecarlos Disgusted 😡
14w  Reply

tom_goodwn I can't wait to watch all of you go to prison. You are all sick and twisted people. We have no place on earth for

your kind.

**knighted_lobster** #stopanimalabuse #stopanimaltesting #stopanimalcruelty . their lives are much more valuable than u pathetic assholes. get a grip.

14w   2 likes   Reply

**tengeloff** Death penalty for those involved

14w   3 likes   Reply

**deniseakc** You all are inhumane and disgusting evil!!! The NIH serves no good purpose other than stealing tax payer dollars!!! To jail all of you!!!

14w   2 likes   Reply

**everascendinglight** Sickos

14w   44 likes   Reply

**elder.jon** #arrestfauci

14w   1 like   Reply

**carrie_ossa** Sickos and puppy killers

14w   121 likes   Reply

**samantharuskcaplinger** Fire Fauci. Defund the NIH.

14w   62 likes   Reply

———   Hide replies

**tom_goodwn** @samantharuskcaplinger #ArrestFauci and #defundnih

14w   6 likes   Reply

**adk_mountaim_girl** samantharuskcaplinge 🙌👏👏💥

13w   Reply

**thaynaraac** Disgusting scientists

14w   4 likes   Reply

**thaynaraac** Killer science

14w   155 likes   Reply

**operation.meteor** What was the point of drugging dogs and having insects eat them alive? You fuckers are disgusting.

14w   7 likes   Reply

**thepinkglamsuite** Killing humans and dogs, Wowwww what's next?

14w   3 likes   Reply

**rican_ramos_** You will need to be tried in a court of law you sick bastards

14w   2 likes   Reply

**je_mappelle_tania** SAVE THE BEAGLES!

14w   365 likes   Reply

**laryslisboaa_** Ridículos

14w   1 like   Reply

**carlacoutoure** DR FAUCI IS A M U R D E R E R

14w   13 likes   Reply

**travispeterson** Get fucked.

14w   2 likes   Reply

**otanniell** Tortura animais não é ciência. É crueldade

14w   27 likes   Reply

**otanniell** Você acham certo isso que vocês fazem com os animais ?

14w   19 likes   Reply

**otanniell** A justiça tarda mais não falha

14w   12 likes   Reply

**otanniell** Bando de filhos da puta

14w   Reply

**snowfall.andrea** What's up with Fauci and the beagles getting eaten alive by flies??

14w   72 likes   Reply

Hide replies

**megangrahamfitness** Seriously, they have so many pictures on their Instagram why aren't they sharing the terrible pictures of the dogs being eaten alive? They should really show off their work.

14w · 7 likes · Reply

**t.troveco** I hope there is a lot of splatter when Fauci dies.

14w · 2 likes · Reply

**grace_loveforever1** You're fired! Yes, I just fired all of you who work for and run this organization! You're all fired! You don't work for me or my family anymore! How can anyone be so sick in the head and sick in their heart!? Truly not human! Demons!

14w · 9 likes · Reply

**mollycatx2** #endanimalabuse #fuckfauci

14w · 5 likes · Reply

**julesmzu** We already knew the lab was funded in part by your organization. Now you admit it and Fauci lies to Congress about it. It's time to recognize ivermectin for the successful treatment that it is.

14w · 19 likes · Reply

**_marianakeller** #FauciTorturesBeagles

14w · 10 likes · Reply

**bbbbbbbbbbbbbbbbbbbbbbbbbbbbkxk** PUPPY KILLERS DISGUSTING

14w · 17 likes · Reply

**clasendra** Are you still killing dogs? Justice will come for you

14w · 16 likes · Reply

    Hide replies

    **alexisliohn** @clasendra primates too-horrible tests

    14w · Reply

**stephan_bowman624** #followthemoneyinsteadofthescience

14w · 10 likes · Reply

**stephan_bowman624** #naturalimmunity👍

14w · 1 like · Reply

**stephan_bowman624** #arrestfauci

14w · 13 likes · Reply

**stephan_bowman624** #stopanimalcruelty

14w · 11 likes · Reply

**notgintare** Disgusting. Not shocked - the gov gets away with anything and everything.

14w · 14 likes · Reply

**doyouevenbicepbro** When I'm in charge of the NIH, things are gonna be different.

14w · 11 likes · Reply

**maxniederman** Criminal organization

14w · 3 likes · Reply

**maxniederman** Puppy killers

14w · 27 likes · Reply

**adrake927** How dare you. You are monsters.

14w · 3 likes · Reply

**jerrod0** You guys need to be held accountable!!!Defund the NIH!!!

14w · 53 likes · Reply

    Hide replies

    **lc_bombshell** @jerrod0 👏👏👏this 100%. This department needs to be dismantled immediately.

    14w · 5 likes · Reply

**daynehn** PUPPY KILLERS

14w · 356 likes · Reply

**the_live_oak** #FauciTorturesBeagles

14w · 13 likes · Reply



___0118_ So when does fauci get arrested for creating the virus?

14w   109 likes   Reply

Hide replies

ffenl @___0118_ and Francis Collins
14w   5 likes   Reply

_____steven_____ @___0118_ you have evidence that he created a virus? 😊 please
14w   1 like   Reply

ashley.elliott @_____steven_____ he funded research in wuhan that did, yes. Including coronavirus research. So yeah...
14w   4 likes   Reply

_____steven_____ Ok so where is your evidence that he funded research in wuhan. If you're bringing that up, you should be able to provide a credible source for that. So yeah...
14w   1 like   Reply

ashley.elliott @_____steven_____ A simple search for "Fauci funded wuhan lab coronavirus research" brings up many articles for you to read for yourself.
14w   3 likes   Reply

_____steven_____ @bruno.kirshner you're thirsty for attn aren't you?
14w   Reply

silvaa.jl Só lhes desejo a falência, pelas torturas aos animais! 😊 BR
14w   8 likes   Reply

carvalho_gabriella Bandidos!!!!!!!!!! 😡😡😡😡😡
14w   3 likes   Reply

juliapedrosa__ Death penalty for those responsible
14w   103 likes   Reply

juliapedrosa__ Freaks. You are humanity's sewer and failure
14w   21 likes   Reply

ihatewhiteprivilege_ How about when fauci put dogs heads in cages and had sand flies eat them alive. Go NIH!!! 👌anyone who could do that to a dog sick "scientist" joseph mengal was a doctor too.
14w   8 likes   Reply

juliacabeloshumanos T o r t u r e r s
14w   38 likes   Reply

juliacabeloshumanos M u r d e r e r s
14w   26 likes   Reply

juliacabeloshumanos #stopanimalcruelty
14w   32 likes   Reply

juliacabeloshumanos #animalabuser
14w   39 likes   Reply

claraigarashi https://www.instagram.com/p/CVam6s8F87S/?utm_medium=copy_link
14w   Reply

claraigarashi #stopanimalcruelty
14w   141 likes   Reply

aleebrumm 🔴🔴 a justiça vira!
14w   34 likes   Reply

Hide replies

silvaa.jl @aleebrumm Sim!BR
14w   Reply

fuentes_del_fuego #FireFauci
14w   32 likes   Reply

stars.medals ...Fauci should be sentenced to death in the court of law.
14w   6 likes   Reply

lane_staley_ https://nationalfile.com/nih-quietly-changes-definition-of-gain-of-function-amid-fauci-wuhan-lab-scandal-

14w  3 likes  Reply

**lane_staley_** The National Institutes of Health quietly changed the definition of "gain-of-function" amid fallout from revelations concerning Dr. Anthony Fauci's funding of dangerous coronavirus experiments at a laboratory in Wuhan, China.

14w  11 likes  Reply

**madeline_krasno** No longer use T A X $$ to cut vocal cords of d o g s and k i l l them

14w  330 likes  Reply

**madeline_krasno** So we are now using tax dollars to cut the vocal chords of poppies so they can't cry in pain from your experiments? Truly disgusting. @nihgov

14w  24 likes  Reply

— Hide replies

**meirageyser** @madeline_krasno your comment was hidden 😡

14w  3 likes  Reply

**madeline_krasno** @meirageyser I know. It's seriously absurd.

14w  4 likes  Reply

**alexisliohn** @madeline_krasno your comment is hidden–why? 🤬

14w  1 like  Reply

**madeline_krasno** @alexisliohn because it contains words that @nihgov likely reports as problematic. That's why I had to try several times to make a comment that showed up.

14w  2 likes  Reply

**alexisliohn** @madeline_krasno I see–your other posts stayed up–good work!!

14w  1 like  Reply

**madeline_krasno** @alexisliohn took 3 or 4 tries 😄

14w  1 like  Reply

**your_trainer_dj** Tried to remove "Gain Of Function" definition from your website because Rope Burns Fauci got caught lying under oath in a crime against humanity and soon faces his end? NIH is a dead agency, never to be listened to again.

14w  27 likes  Reply

— Hide replies

**lc_bombshell** This is 100% a fact! They are trying to cover their tracks. The whole department needs to be dismantled. All of them need to go. We will never forget this! Fauci needs to go to prison for the rest of his life!

14w  2 likes  Reply

**vegana_antinatalista** corten de inmediato el financiamiento para los experimentos crueles y sin valor de Elisabeth Murray de terror en monos por favor!!!

14w  Reply

**nany_vargas_ballenato** corten de inmediato el financiamiento para los experimentos crueles y sin valor de Elisabeth Murray de terror en monos.

14w  21 likes  Reply

**vincentramcharan** So you guys did fund gain of function research that caused covid 19. What a world and you won't even put this news on tv

14w  61 likes  Reply

— Hide replies

**lc_bombshell** @vincentramcharan they denied and denied then finally admitted it. This department needs to be dismantled and Fauci needs to go to jail for lying to Congress and also get charged with treason as well as charged with crimes against humanity. If I was every other country on this planet I would REQUIRE the US to be accountable! China as well but we need to clean house. At the very least Fauci needs to go.

14w  10 likes  Reply

**vincentramcharan** @lc_bombshell this world fucking sucks. The US is so disgusting they'll never own up to anything they'll just start another war for no reason again to cover this up. I hate being an american

14w  3 likes  Reply



just change the definition of "gain of function". Like literally... that's what they're doing. Lol oooooh, so the people found out what we did?!? Ok... let's just change this... there... I'm sorry that's not what gain of function means! Lol but don't hate being an American! America didn't do this, these people did.

14w   3 likes   Reply

**montana_birder** @polished_panda_paws so true, it wasn't America, it was the cabal

14w   1 like   Reply

**valesalinas2003** ASESINOS!!!!!!!!!

14w   2 likes   Reply

**valesalinas2003** Soy unos asesinos y torturadores

14w   9 likes   Reply

**anjalisa_s** #stopanimalcruelty

14w   66 likes   Reply

**valesalinas2003** CREEN QUE TORTURANDO A ANIMALES ES CIENCIA?

14w   131 likes   Reply

**valesalinas2003** #animalabuser

14w   22 likes   Reply

**valesalinas2003** #animalabuser

14w   20 likes   Reply

**amazingdominator** The NIH covid protocol the hospitals are using is what is killing the majority of covid patients

14w   7 likes   Reply

Hide replies

**saugustrose** @amazingdominator exactly

14w   Reply

Liked by **grrattacapo** and **others**

OCTOBER 22, 2021

Add a comment...                                    Post