# EXHIBIT 14



**nihgov** • Follow

**nihgov** Carlena's Alzheimer's Caregiver Story — "If I had to tell anyone [on] this journey, the biggest piece is just preparing yourself emotionally to lose that person a little bit every single day. Because that's what happens. In six months, something else is different about them. And that's extremely challenging.

Make as many memories as you can. Take as many pictures. I have a lot of pictures of [my mother], but I have one video where I can hear her voice. Because remember, she stopped speaking. She would talk with her eyes. So, the last time I got a chance to see her where she was vibrant and I knew she could comprehend what I was saying was right before the pandemic. I had video of her, and I said, 'Hey, pretty lady,' and she looked at me like, 'You talking to me?' I wish I had more video of her where I could hear her voice. I do wish that."

Read the entire story and find caregiving resources at www.facebook.com/NIHAging.
.
.
.
#NationalFamilyCaregiversMonth #Caregivers #FamilyCaregiver

Liked by **genn_palm** and others
NOVEMBER 12, 2021

Add a comment...                                        Post



**nihgov** • Follow

**christianschild** Free the beagles 👿
11w   3 likes   Reply

**jadeeevf** FREE THE BEAGLES!!!!!!!!!!!!
11w   2 likes   Reply

**miss_torres9** Free The Beagles you sick monsters
11w   2 likes   Reply

**elizzabet_bedoya** How could you sleep? Killers!!!
11w   1 like   Reply   •••

**abu_rblx** STUPIDS THIS IS NOT AN UNIVERSITY THIS IS A JAIL OF BEAGLES!!! 👿👿👿👇
11w   1 like   Reply

**abu_rblx** FREE THE BEAGLES!!!!!! 👿👿👿

Liked by **genn_palm** and others
NOVEMBER 12, 2021

Add a comment...                                        Post

