# EXHIBIT 15



nihgov ✔ • Follow

nihgov ✔ Carlena's Alzheimer's Caregiver Story — "If I had to tell anyone [on] this journey, the biggest piece is just preparing yourself emotionally to lose that person a little bit every single day. Because that's what happens. In six months, something else is different about them. And that's extremely challenging.

Make as many memories as you can. Take as many pictures. I have a lot of pictures of [my mother], but I have one video where I can hear her voice. Because remember, she stopped speaking. She would talk with her eyes. So, the last time I got a chance to see her where she was vibrant and I knew she could comprehend what I was saying was right before the pandemic. I had video of her, and I said, 'Hey, pretty lady,' and she looked at me like, 'You talking to me?' I wish I had more video of her where I could hear her voice. I do wish that."

Read the entire story and find caregiving resources at www.facebook.com/NIHAging.
.
.
.
#NationalFamilyCaregiversMonth #Caregivers #FamilyCaregiver #AlzheimersAwarenessMonth #NIH

11w

bakimliyim_com #stopanimaltesting
10w   2 likes   Reply

dilyasays End Murray's horrific primate experiments!!!
11w   Reply

giselevitoriabarbi STOOOPP🙈🙈🙈🙈🙈
11w   2 likes   Reply

giselevitoriabarbi FREE BEAGLES!!!!!🙈🙈🙈🙈🙈🙈
11w   2 likes   Reply

giselevitoriabarbi Parem de fazer maldades com os animais!!!!!!!😡😡😡😡😡😡🙈
11w   1 like   Reply

giselevitoriabarbi Assassinos!😡😡😡😡😡
11w   Reply

giselevitoriabarbi MONSTROS!!!!😡😡😡😡🙈🙈
11w   Reply

stars.medals ....NIH IS A CORRUPT CRIMINAL AGENCY..... LYING IS NOT SCIENCE .... COVID SHOTS ARE NOT SAFE OR EFFECTIVE .... SHAME ON YOU ALL MURDERERS....
11w   Reply

nbonaparte05 If the vaccines don't work, DON'T USE THEM. And those booster shots are only adding gas to a growing medical fire.
11w   Reply

christianschild Free the beagles 🔴
11w   3 likes   Reply

jadeeevf FREE THE BEAGLES!!!!!!!!!!!
11w   2 likes   Reply

miss_torres9 Free The Beagles you sick monsters
11w   2 likes   Reply

elizzabet_bedoya How could you sleep? Killers!!!
11w   1 like   Reply

abu_rblx STUPIDS THIS IS NOT AN UNIVERSITY THIS IS A JAIL OF BEAGLES!!! 😡😡😡😡
11w   1 like   Reply

abu_rblx FREE THE BEAGLES!!!!!! 😡🔴🔴
11w   1 like   Reply

ghe_perez Free beagles !
11w   1 like   Reply

stephy_qs Killers!!!!!👏🏼🔥
11w   Reply

ronbaionedoda @whitecoatwaste

