# EXHIBIT 16



nihgov • Follow

nihgov Umut Gurkan, Ph.D., a biomedical engineering professor at Case Western Reserve University, helped develop a portable diagnostic device to detect sickle cell disease in newborns. The blood test could help save lives in remote, underserved areas of the world that lack access to testing. Read his story: https://go.usa.gov/xMW42
.
.
.
#SickleCellAwarenessMonth #SickleCell #SCD #SCDFaces #science #research #NIH

19w

miloni.doshi.23 #animalabuser
18w  Reply

k_romano18 Shut down primate labs!
18w  Reply

Liked by koffivally and others
SEPTEMBER 17, 2021

Add a comment…    Post



nihgov • Follow

drvarunteja 👏👏
19w  Reply

pavel_grams #elisabethmurrayanimalabuse
19w  6 likes  Reply

marc2020cc Shame on you, bunch of knuckleheads.
19w  Reply

dee_psh_ika_ka_la_te #animalabuser
19w  5 likes  Reply

marisolhdzlpz #stopanimalabuse #stopanimaltesting
19w  Reply

srdickodanus burn in hell elizabeth #animalabuser
19w  5 likes  Reply

Liked by koffivally and others
SEPTEMBER 17, 2021

Add a comment…    Post

