# EXHIBIT 17





nihgov ✓ • Follow

nihgov ✓ Umut Gurkan, Ph.D., a biomedical engineering professor at Case Western Reserve University, helped develop a portable diagnostic device to detect sickle cell disease in newborns. The blood test could help save lives in remote, underserved areas of the world that lack access to testing. Read his story: https://go.usa.gov/xMW42
.
.
.
#SickleCellAwarenessMonth #SickleCell #SCD #SCDFaces #science #research #NIH

19w

miloni.doshi.23 #animalabuser
18w  Reply

k_romano18 Shut down primate labs!
18w  Reply

kbbollinger #animalabuser horrible person
19w  1 like  Reply

stars.medals .... First tell us why doctors and pharmacies are NOT allowed to give out Ivermectin to covid patients. India's most populated area is now COVID FREE because of Ivermectin ... SHAME ON FUCKING FAUCI .... How much money does this short ugly fauci needs??
19w  Reply

farzaneh_427 Farzaneh2021.jeunesseglobal.com
19w  Reply

pieces_of_perri There needs to be a mandate for insurance companies to cover 100% of post-COVID care. I think of the March 2020 people who followed the protocol available at the time that was meant to keep us safe. However, the information was wrong and we became ill. It wasn't our fault. It angers me. The mail continues to bring bills. There are more appointments to schedule. We've paid for the errors of others with our physical and emotional health. Why must we also pay financially for errors others committed?
19w  Reply

m.pixtures Elisabeth Murray 😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡
19w  Reply

m.pixtures #animalabuse 🔴🔴🔴🔴🔴
19w  Reply

alam_deep_singh Elisabeth Murray #animalabuser
19w  Reply

alam_deep_singh Elisabeth Murray #animalabuser
19w  Reply

a.elizabeth.g 🤢🤢🤢🤢
19w  Reply

a.elizabeth.g GROSS
19w  Reply

a.elizabeth.g #abuser
19w  Reply

pratham_pvt1 #animalabuser
19w  Reply

pratham_pvt1 #animalabuser
19w  Reply

peppipepecita @nihgov animalabuser, discusting!
19w  Reply

peppipepecita @nihgov animalabuser, discusting!
19w  Reply

juliaeunika #animalabuser !!
19w  Reply

juliaeunika #animalabuser !!!!!

**joaquimmota** #animalabuser
19w  1 like  Reply

**amnitd** #animalabuser
19w  1 like  Reply

**crystaltonic** 🤢🤢🤢🤢🤢 Health my sssssss
19w  Reply

**madimafiwrites** 🤢 #animalabuser
19w  Reply

**tejajavernik** #animalabuser
19w  Reply

**ariel_levy6** Every like is a punch in Elizabeth's face
19w  Reply

**valesalinas2003** Torturadores!!!!!!!
19w  Reply

**ely.s2** #animalabuse 👿👿👿
19w  Reply

**iiiemmanuell** #animalabuse
19w  1 like  Reply

**matias86p** #animalabuser
19w  1 like  Reply

**matias86p** Paren de testear con animales!!!
19w  1 like  Reply

**iamartah** #endanimalabuse
19w  Reply

**madyh.ibbard** #endanimalabuse
19w  Reply

**_teresamartinezz_** #animalabuse
19w  Reply

**_teresamartinezz_** 👿👿👿👿👿👿
19w  Reply

**_teresamartinezz_** #animalabuse
19w  Reply

**tomaskugor** #animalabuse
19w  Reply

**jody_cuberli** #animalabuser
19w  Reply

**ardiant_2021** #animalabuse
19w  1 like  Reply

**grigo.vi** #stopanimaltesting
19w  Reply

**tinamisou** #animalabuser ⚠️
19w  2 likes  Reply

**_____aahana** End this
19w  1 like  Reply

**deviant.mockery** #animalabuse
19w  1 like  Reply

**enricovena** #animalabuser
19w  2 likes  Reply

**_botarate_** #animalabuse
19w  2 likes  Reply

**_allboston** #animalabuse
19w  5 likes  Reply

**susanvegan1111** #animalabuser
19w  3 likes  Reply



susanvegan1111 #animalabuser
19w   3 likes   Reply

nermina__b Keep you PhD for yourself, you capitalist
19w   Reply

roya_novruzova.10 #animalabuser 😡😡😡
19w   3 likes   Reply

i_am_a_lazy_creature #animalabuser
19w   3 likes   Reply

hridaytalurmusic #animalabuse
19w   4 likes   Reply

victoriamacieirinha_ #animalabuse
19w   3 likes   Reply

anjalisa_s #animalabuse 😡😡😡
19w   3 likes   Reply

nad1nexlcj #animalabuse 😡😡😡
19w   3 likes   Reply

instadariuta End this!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
19w   4 likes   Reply

v.ict0ri.a #animalabuser 👎👎👎👎
19w   1 like   Reply

drvarunteja 👏👏
19w   Reply

pavel_grams #elisabethmurrayanimalabuse
19w   6 likes   Reply

marc2020cc Shame on you, bunch of knuckleheads.
19w   Reply

dee_psh_ika_ka_la_te #animalabuser
19w   5 likes   Reply

marisolhdzlpz #stopanimalabuse #stopanimaltesting
19w   Reply

srdickodanus burn in hell elizabeth #animalabuser
19w   5 likes   Reply

__swati1124__ #animalabuser
19w   4 likes   Reply

whenwemet7869 #animalabuser
19w   4 likes   Reply

__swati1124__ #animalabuser
19w   4 likes   Reply

constancebrauns #animalabuse
19w   4 likes   Reply

wennes4 #animalabuser 😡😡😡😡😡😡😡😡
19w   4 likes   Reply

wennes4 #animalabuser 😡😡😡😡😡😡😡😡
19w   3 likes   Reply

dthores1 👌
19w   2 likes   Reply

calipitchou #animalabuser
19w   4 likes   Reply

soint Elisabeth murray can go and fck her self
19w   1 like   Reply

highandantisocial #animalabuse
19w   2 likes   Reply

deeeesh_aa Go 😡 yourself and the company #animalabuser
19w   5 likes   Reply





geen_partisan @vp I said am @nun_partisan @housedemocrats .

19w   1 like   Reply

k.n.o.r.o.n.k PLEASE HELP ME CFS SUFFERERS

19w   Reply

mrustum 👏👏👏👏

19w   2 likes   Reply

umutagurkan Thank you @nihgov for all your support and featuring our work on sickle cell disease, we couldn't have done any of this without you!

19w   3 likes   Reply

——— Hide replies

youmommdotcom @umutagurkan pls don't support them

19w   2 likes   Reply

kimgallen1 Incredible! Wonderful!

19w   1 like   Reply

drmeteinancli 😭👏👏👏 bravo

19w   Reply

Liked by koffivally and others

SEPTEMBER 17, 2021

Add a comment...   Post