# EXHIBIT 18

**National Institutes of Health (NIH)**
October 27, 2021

#RareDiseases affect about 30 million Americans, but of the approximately 7,000 rare diseases identified, only two heritable diseases currently have U.S. Food and Drug Administration-approved #GeneTherapies.

That's why #NIH, FDA, and 15 industry organizations teamed up to launch the Bespoke Gene Therapy Consortium (#BGTC). The #BGTC is part of the NIH Accelerating Medicines Partnership (#AMP). Learn more about the program, its aims and the other partners involved:



NIH.GOV
NIH, FDA and 15 private organizations join forces to increase effective gene therapies for rare diseases

👍😠 117     90 Comments  28 Shares

👍 Like    💬 Comment    ↪ Share



**Carol Whaley**
Absolutely disgusted with you. Feeding puppies to hungry sand flies? It's a shameful and ineffective practice. Unbelievable the ways humans can lower themselves, and the people who are actually doing it should be ashamed of themselves. Idea, lets try it on you instead.

Like   Reply   13w   👍 3

**Holly Hall**
I am rapidly losing my admiration for Dr, Fauci for having dogs paralyzed and then slowly eaten by sand fleas! THIS IS DISGUSTING AND HORRIBLE AND SHOULD NEVER BE ALLOWED! This shows NO GOOD INFORMATION!

Like   Reply   13w   👍 1

**Laetitia Dupont**
Beagle heads in cages so flies can bite. This is crazy. Stop now!!!

Like   Reply   13w   👍 1

**Cris Craveiro**
Shame on you! What are you trying to save when innocent baby lives are being so cruelly used? At what cost? They shouldn't cut their vocal cords, they should be forced to hear their screams!

Like   Reply   13w   👍 2



**Yvonne Perry**
Vile and disgusting allowing puppies heads to be eaten by sand flies what on earth is this going to prove anyone involved in this should hang their heads in shame or have the same done to them !!!

Like   Reply   13w



**Mariana Varejão**
There is no pride in accomplishing something at the expense of the lives and suffering of the innocent. You stuck YOUR heads in the flies, and then we will clap you.

Like   Reply   13w     1



**Ugo T. Werneck Vianna**
Absolutely disgusted with you. Feeding puppies to hungry sand flies? It's a shameful and ineffective practice. Unbelievable the ways humans can lower themselves, and the people who are actually doing it should be ashamed of themselves. Idea, lets try it on you instead.

Like   Reply   13w



**Christian Boyer**
Absolutely disgusted with you. Feeding puppies to hungry sand flies? It's a shameful and ineffective practice. Unbelievable the ways humans can lower themselves, and the people who are actually doing it should be ashamed of themselves. Idea, lets try it on you instead.

Like   Reply   13w


**Sylvia Guanlao**
The cure for the common colds is still not found. When the real causes can be found eventually the cure can be designed. Synergy of the living things including humans was altered. We were created to steward and not changed things created.. let it grow and die naturally.

Like   Reply   14w    1


**Theresa Sweeny**
Love the word bespoke.

Like   Reply   14w


**Gail Christiansen**
FIRE FAUCI! Close down the NIH! You are all nothing but monsters.

Like   Reply   14w    13


**Karolane Figeys**
No, but seriously, would you like your children to be seen and sold as mere objects of laboratory experiments? LIVES that are needlessly taken away just for your experiences that we can clearly do without these atrocities. You deserve a fate in prison. You donate money to create unnecessary suffering, you are part of the murders, you are THE very conspirator.

Like   Reply   12w

 **Linda Yotes Birrell**



Like   Reply   14w

 **Ashley Patterson**
Beagle torturers! 👍 7
Like   Reply   14w

 **Joan McDermott**
Beagle Lives Matter. 👍 6
Like   Reply   14w

 **James Michael Sigler**
Get the Wuhan Lab to help. They're reputable…🙄🙄🙄

Like   Reply   14w     👍 6

Like   Reply   14w

 **Eugenie VioletVelvet**
Ваши бесчеловечные опыты над животными антинаучны и омерзительны. Вы не учёные, а живодёры.

Like   Reply   See Translation   13w

 **Rolf Rüdiger**
National Institute of Hell leave puppies alone you mf!!!!