# EXHIBIT 21



National Institutes of Health (NIH) was live.
September 24, 2020 · 🌐

**21**

**NIH⟩ An Update on COVID-19 Vaccine Research**

👍❤ 702                          328 Comments 429 Shares

👍 Like          💬 Comment          ↷ Share          ▾

                                              Newest ▾

Write a comment...                              😊 🎁

**Jane Perry Woodgate** · 30:12
So hopeful, thank you ✨💙✨
Like · Reply · 1y

**Faith Smith**
Thank you all for your diligence in finding a vaccine.
Like · Reply · 1y

**Luz I. Morales Lopez** · 8:58
Sign me up
Like · Reply · 1y

**Jubaer Islam** · 0:35
Thank you
Like · Reply · 1y

**Md Monir Hossan** 🌐 · 1:08
Md monir TRUMP Family saputar Bangladesh. 01823139571
Like · Reply · See Translation · 1y

**Zahid Hasan** 🌐 · 3:18
Very academic to update knowledge on vaccine of COVID
Like · Reply · 1y

**Habibur Rahman Siddiqui** · 1:01
Thank you
Like · Reply · 1y

**Edward J Hale** · 0:56
Dear Florida...I hear Gov Desatan..er..I mean DeSantis...is reopening bars and

Like · Reply · 1y

**Edward J Hale** · 0:56
Dear Florida...I hear Gov Desatan..er.I mean DeSantis...is reopening bars and restaurants with no restrictions..and rescinding mask fines....I am in complete agreement with these very fine actions....I say..live your life without fear and goverment oppression....go in..laugh....yell....cough....sneeze...sit close to your loved ones..unmasked....I love it....I really do......see you at your favorite watering hole........ sincerely....COVID 19....

Like · Reply · 1y

**Rebekah Woodford** · 30:12
not only in Australia have we had a non existent flu season by following public health advice we have also contained the covid19 . Today 17 new cases for the whole country of 25 million people

Like · Reply · 1y

**Lori Koetzner** · 24:04
Masks have made this virus go way longer than it needed to! If this was handled just like other flu's, it would be done nd over with already!

Like · Reply · 1y                                                                9

∧ Hide 21 Replies

**Lyndall Ellingson** ⊘ · 2:34
What's your scientific evidence for your statement?
                                                       4
Like · Reply · 1y

**Sellers Hill** ⊘ · 0:59
You're very wrong. WITH masks we've seen 200,000 deaths so far.
                                                       1
Like · Reply · 1y

**Niladri Bhowmik** · 14:21
Wrong, not wearing mask was the reason
                                                       8
Like · Reply · 1y

**Corey Manuel** ⊘ · 1:49
Really? What medical school did you go to?
                                                       2
Like · Reply · 1y

**Linda Erdely Pierce** · 0:00
**Lori Koetzner** Absolutely! We should have killed each other off at the outset.
                                                       2
Like · Reply · 1y

**Lori Koetzner** · 0:00
Do you all realize that this flu needs to kill 3x more people than the bird nd swine flu? That's my evidence!
                                                       2
Like · Reply · 1y

**Lori Koetzner** · 0:00
**Linda Erdely Pierce** lol don't be a damn Karen
                                                       3
Like · Reply · 1y

**Eileen Natoli** ⊘ · 0:00
**Lori Koetzner** wishful thinking but not reality
                                                       1
Like · Reply · 1y

**Lori Koetzner** · 0:00
Lyndall Ellingson look up how many died during the bird flu pandemic. Look up how many died during the swine flu pandemic.
Now, ask yourself this question...
Why did they only make masks mandatory for this pandemic nd not the



Like · Reply · 1y

**Lori Koetzner** · 0:00
Lyndall Ellingson look up how many died during the bird flu pandemic. Look up how many died during the swine flu pandemic.
Now, ask yourself this question...
Why did they only make masks mandatory for this pandemic nd not the others that killed 3x as many people?

Like · Reply · 1y · Edited                                                    😊👍 2

**Lori Koetzner** · 0:00
**Eileen Natoli** What is so different with this flu than with any other one?

Like · Reply · 1y                                                               👍 1

**Allison Everitt Macleod** · 0:00
Gross.

Like · Reply · 1y

**Judy Spiker Hoffmann** · 0:00
**Lori Koetzner** you are not educated. They made masks mandatory because this is far more contagious then the flu or H1N1. You aren't telling a nurse that the other diseases killed far more because that's just wrong. Start looking at scientific websites, if you can comprehend the language because it sure doesn't seem possible.

Like · Reply · 1y                                                            😊👍 4

**Lori Koetzner** · 17:46
That's my whole point to my statement!
I know you're all adults here nd are smart with some comment sense!
So y'all just keep asking your selves... Why just this flu pandemic?

Like · Reply · 1y                                                              😄 1

**Lori Koetzner** · 0:00
**Judy Spiker Hoffmann** is was in the medical field nd had worked thru both pandemics! I have looked up both nd They were more contagious then this one!

Like · Reply · 1y                                                              😄 1

**Lori Koetzner** · 0:00
Ohhh, nd just in case you all haven't heard the news! CDC just changed it's mind again in how its spread!
Sorry to say, unless you have a N95 mask, this one is getting thru ur material mask!

Like · Reply · 1y

**Peggy Simensen** · 0:00
**Lori Koetzner** nope they made masks and social distancing a requirement during the flu pandemic. Look it up

Like · Reply · 1y                                                            😊👍 2

**Lori Koetzner** · 0:00
**Peggy Simensen** Which one? This is the 3rd one in in approx 25yrs.

Like · Reply · 1y

**Lori Koetzner** · 0:00
**Judy Spiker Hoffmann** also.. There is no need to be nasty or degrading! This is just a discussion nd everyone has different opinions or facts. Too much hate and disrespect in the world rt now! Let us all try to change that

Like · Reply · 1y

**Peggy Simensen** · 0:00
**Lori Koetzner** 1918
Like · Reply ·                                           👍 1



Like · Reply · 1y

**Lori Koetzner** · 0:00
**Peggy Simensen** I was referring to the last 2 plus this one!

Like · Reply · 1y

**Peggy Simensen** · 0:00
**Lori Koetzner** they dont compare. If you want a good match to go by then it would be the 1918 Spanish flu pandemic.

Like · Reply · 1y                                      ⭕ 1

Reply to Lori Koetzner...                              ☺ 🎁

**Mary Gerloff** · 29:11
Thank you for posting this.

Like · Reply · 1y

**Alejandra Figueroa** · 4:05
**Ramiro Velasco**

Like · Reply · 1y        ⭕ 1

**Cassy Classique** 👫 🔵 · 18:30
Are there trials for our children ?

Like · Reply · 1y

**Heather Zelko** · 0:00
**Cassy Classique** I don't know the set up of this trial. But usually in clinical trials they test the safety and efficacy in an 18+ year old population. Once they have determined it is safe in the adult population, they can then open the trial to ensure the safety they saw in the adult population is true in a younger population. Hope this helps to clarify a little bit.

Like · Reply · 1y

Reply to Cassy Classique...                            ☺ 🎁

**Carmen Sofia Sanchez** 🔵 · 27:02
**Deborah Kramer**

Like · Reply · 1y        ⭕ 1

**Deborah Kramer** · 0:00
**Carmen Sofia Sanchez** thanks!

Like · Reply · 1y

Reply to Carmen Sofia Sanchez...                       ☺ 🎁

**Maria Webb** · 4:55
If you have already had Covid, but get the virus again... are you contagious before your immune system tries to attack it?

Like · Reply · 1y                                      ⭕ 1

**Kai Duponte** · 5:37
That's a good question!

Like · Reply · 1y        ⭕ 1

**Jackie Holds Stoecker** · 0:00
**Kai Duponte** Hi! Hope you two are doing well. I miss running in to you at the gym.

Like · Reply · 1y                                      ⭕ 1

**Kai Duponte** · 0:00
**Jackie Holds Stoecker** hi, miss you too! We're fine, thx!

Like · Reply · 1y        ⭕ 1



Like · Reply · 1y

Reply to Maria Webb...

**Evelyn Wagaman** · 0:42
Very helpful info. Thank you.

Like · Reply · 1y

**Lovey Brock** · 8:06
How long before the vaccine is available to the public after the test

Like · Reply · 1y

**Lovey Brock** · 6:07
I am 75 with health issues. Is this going to be a problem. And if I get the vaccine can I get the virus

Like · Reply · 1y

**Brittny Hopwood** · 0:15
Thank you for the update.

Like · Reply · 1y

**Nadia Rubin** · 28:24
will the vaccination be mandatory?

Like · Reply · 1y

**Mary Beczkiewicz Turner** · 30:12
Thank you - great information!

Like · Reply · 1y

**Gerrie Brown**
Great idea Connie.

Like · Reply · 1y

**John Majeska** · 21:21
Got my flu shot on Monday

Like · Reply · 1y

**Barbara Farley Tittermary** · 0:20
Thank you for your update!

Like · Reply · 1y

**Julio Coello** · 30:01
Thank you NIH, please keep us inform.

Like · Reply · 1y

**Michelle GM** · 18:15
Please comment on how we can know the safety for pregnant women and risk for birth defects.

Like · Reply · 1y

**Deez Manzoster** · 6:04
Any clinical trials on children right now??

Like · Reply · 1y

**Julio Coello** · 0:00
**Deez Manzoster** no yet

Like · Reply · 1y

Reply to Deez Manzoster...

**Michelle GM** · 13:22
What can you say about the risk for birth defects and the risk for vaccinating pregnant women??



**Michelle GM** · 13:22
What can you say about the risk for birth defects and the risk for vaccinating pregnant women??

Like · Reply · 1y

**Michelle GM** · 11:02
What about birth defects and the risk for vaccinating pregnant women?

Like · Reply · 1y

**Amer Isber** 🌐 · 29:30
Thank you

Like · Reply · 1y

**Wafaa El Tayeb** · 14:17
Best pro of this vaccine is that it triggers t cellular immunity which will attach intracellular virus great job

Like · Reply · 1y

**Julie Nordman** · 9:00
Once we receive the vaccine can we still be a carrier to someone who has not been vaccinated ?

Like · Reply · 1y

**Marion Summers**
And you or your family might be dead..

Like · Reply · 1y

**Deez Manzoster** · 11:10
Are there any vaccine trials in kids?

Like · Reply · 1y

**Illyce Kaarto** · 27:26
Grateful. Thank you.

Like · Reply · 1y

**Catherine McCarthy** · 0:10
Sorry missed the live version..thank you for holding this!!

Like · Reply · 1y

**Aishwarya Chander** · 21:20
Thank you for this session! Could the panelists emphasize on importance for why we need an ethnically and racially diverse sample population for the phase 3 vaccine testing?

Like · Reply · 1y

**Virginia Tam** · 24:21
What might be the most expected and the worst side effect(s) if any?

Like · Reply · 1y

**Athar Reda** · 1:42
Thanks

Like · Reply · 1y

**Suzan Zahir** · 8:43
We want a Vaccine when can we get one????? When can we go back to the normal life?????

Like · Reply · 1y

**Valentina Nicole** 🌐 · 20:57
Will the vaccine be safe for transplant patients , on immunosuppressants?

Like · Reply · 1y



**Valentina Nicole** ⊙ · 20:57
Will the vaccine be safe for transplant patients , on immunosuppressants?

Like · Reply · 1y

**Michael Gelb**
!•|!•|!•|!•|

Like · Reply · 1y

**Michael Gelb**
Need help

Like · Reply · 1y

**Suzan Zahir** · 1:30
When we will get the VACCINE???

Like · Reply · 1y

**Suzan Zahir** · 1:04
When we will get the VACCINE

Like · Reply · 1y

**Kylie Carpenter** · 0:04
**Elizabeth Allran**

Like · Reply · 1y

**Moayyad Othman** · 0:08
نم

Like · Reply · See Translation · 1y

**Niladri Bhowmik** · 24:10
Thanks Soumyo for joining from Indore, India
⊙ 1
Like · Reply · 1y

    **Soumya Kanta Baksi** · 0:00
    **Niladri Bhowmik** , Thank You for informing about this Informative Session
    ⊙ 1
    Like · Reply · 1y

    Reply to Niladri Bhowmik...    ☺ 🎁

**Zenon Carmona** ⊙
Gracias a ese personal que día a día trabajan incansablemente para hacernos la
vida mas fácil en el sentidos de la salud soy paciente de lehimaniasi

Like · Reply · See Translation · 1y

**Sukree Samanthai** ⊙ · 6:22
How could we know that the immunity from vaccine is really PROTECTIVE
immunity?? Or just one point of Antibody to viral Antigen

Like · Reply · 1y

**Kristina Cassandra Zara** · 0:00
Hi

Like · Reply · 1y

**Cherry Tango** · 0:04
I don't eat a mcdonalds. sorry. but i do research their ingredients as they are
good about publicizing.

Like · Reply · 1y

    **Cherry Tango** · 0:00
    I trust no one and no company.

    Like · Reply · 1y



**Kurt Pessa**
Thank you so much for y'all's fight for science and for us!   •••

Like · Reply · 1y

**Buffi Wright** · 0:02
Can't trust any of these government agencies under Trump.Sold to the highest bidder and corrupt Republican cultists

Like · Reply · 1y                                                        👍 1

**Diana Branscome** · 0:00
thank you so much for your rational, compassionate, science-based work and outreach.😊 It is so reassuring to hear from you rather than trying to base anything on inflammatory media stories. Please take great care of yourselves!

Like · Reply · 1y                                                        👍❤ 2

**Nandita Patra** 🌐 · 30:01
That was amazing!

Like · Reply · 1y          👍 1

**Benjamin Lüscher** · 30:12
Thank you

Like · Reply · 1y

**Cherry Tango** · 29:51
hope this is recorded

Like · Reply · 1y

**Deb Hoffman** · 29:49
Thank you!

Like · Reply · 1y

**Jie Zhuang** 🌐 · 29:52
Thank yo all

Like · Reply · 1y

**Nannie Boone Huang** · 30:01
Love how you use your own outlet to inform the public. We appreciate your hard work.

Like · Reply · 1y

**Rupali Das** · 29:43
Thank you for the information🙏

Like · Reply · 1y

**Sunny Uppal** · 29:52
SCIENCESCIENCESCIENCESCIENCESCIENCESCIENCESCIENCESCIENCESCIENCESCIENC
ESCIENCESCIENCESCIENCESCIENCESCIENCESCIENCESCIENCESCIENCESCIEN
CESCIENCESCIENCESCIENCESCIENCE

Like · Reply · See Translation · 1y                                   ❤ 1

**Shawn Fessler** · 29:52
Thank you!

Like · Reply · 1y

**Jean Achenbach Knight** · 29:50
Thank you all for your time and commi.

Like · Reply · 1y

**Diana Lowry** · 29:49
Thank you!

Like · Reply · 1y



Like · Reply · 1y

Selam Paulos · 29:46
Thank you!

Like · Reply · 1y

Sarah R Haque · 29:47
Finger crossed! We are looking forward to the ending of 2020 for an effective vaccine.

Like · Reply · 1y

Chris Nardo · 29:24
Great update. Thanks to everyone at NIH

Like · Reply · 1y

Sabrina Tyler · 29:43
Thank you all for the information and all you do

Like · Reply · 1y

Idelisa Torres · 29:40
Thanks

Like · Reply · 1y

Rachelle 'Werth' Price · 29:39
Please consider doing this more often if you have time

Like · Reply · 1y

Phyllis Renee · 29:35
Mask up, wash up, and social down

Like · Reply · 1y

Marcia Meggers Lux · 29:17
Thank you for your great information.

Like · Reply · 1y

Brande Phillips May · 29:33
Ty all! Learned a lot 🙋

Like · Reply · 1y

Kristina Jurate Tautvila-Fischer · 29:41
Thank you!

Like · Reply · 1y

Kalpana Ghimire Bair · 29:22
Thank you everyone

Like · Reply · 1y

Roland Flores 🏠 · 29:10
Thank you Dr Fauci!!. Hats off to you!

Like · Reply · 1y

Phyllis Renee · 29:28
That is okay, I appreciate the information, insight, education, and SCIENCE!

Like · Reply · 1y

Niladri Bhowmik · 29:19
Thank you 🙏

Like · Reply · 1y

Rosario Granados 🎗 · 29:22
Thank you Drs

Like · Reply · 1y



Like · Reply · 1y

**Christopher Lloyd Huggins** · 29:11
Thx for all your effort and collaboration. 🍀

Like · Reply · 1y

**Jennifer Bernardino Sam** · 29:17
Thank you

Like · Reply · 1y

**Luis Rios** · 29:25
Thank you dr. Fauci 👍
Like · Reply · 1y        ⭕ 1

**Sunny Uppal** · 29:19
THANK YOU!

Like · Reply · 1y

**Ryan Knapp** · 29:24
Thank you to all of you!        ...
Like · Reply · 1y        ⭕ 1

**Jhimli Mitra** · 29:21
Thank you NIH for reaching out to the public with your messages!
Like · Reply · 1y        ⭕ 2

**Judy Peel** · 29:12
Thank you! Faucet for President!

Like · Reply · 1y

**Rachelle 'Werth' Price** · 29:18
Thank you!
Like · Reply · 1y        ⭕ 1

**Dwynne Dupre Naquin** 🔘 · 29:22
Thank you
Like · Reply · 1y        ⭕ 1

**Laura Andreasen** 🔘 · 29:14
Thank you al for your work and care!

Like · Reply · 1y

**Kat Pardo** 🔘 · 29:02
Thank you for everything you do! ❤️

Like · Reply · 1y

**Valerie Nottingham** 🔘 · 28:50
If you know in October, I'll volunteer to be first to get a vaccine. Being over 65,
I'm tired of being locked in.

Like · Reply · 1y

**Diana Tursky** · 29:01
Thank you!! 😄

Like · Reply · 1y

**Cassy Classique** 🌿 🔘 · 28:57
Great conversation ! Thank you!

Like · Reply · 1y

**Ju Hee** · 28:58
Thank you for all you do!! God bless!

Like · Reply · 1y



**Ju Hee** · 28:58
Thank you for all you do!! God bless!

Like · Reply · 1y

**Jennifer Fife** · 28:33
Crooks!

Like · Reply · 1y

**Cynthia Gough Davis** · 28:49
Thank you NIH!

Like · Reply · 1y

**IK James** · 28:30
Appreciate your time and expertise. God bless you ad stay safe and well.

Like · Reply · 1y                                                                  ◯ 1

**Marc Haon** · 28:23
Thank you Dr. Collins, Dr. Fauci and Dr. Andrasik!!

Like · Reply · 1y                                                                  👍 2

**Claire Valentine** · 27:56
Thank you!!! I love science and clear communication

Like · Reply · 1y                                                                  👍❤ 6

**Roland Flores** 🔅 · 27:14
People's own anxieties and our WH administration are contributing so much to the difficulty of handling this pandemic.

Like · Reply · 1y                                                                  👍❤ 8

**Kalpana Ghimire Bair** · 27:20
Appreciate your knowledge voice and leadership in this trying time...

Like · Reply · 1y                                                                  👍 1

**Luciana Rosso** · 26:34
What is the website to register for the vaccine trial?

Like · Reply · 1y

**Bob Sobchak** · 26:55
Thank You doctor's

Like · Reply · 1y

**Brooke Criswell** · 26:49
Its nice hearing information from a trusted source. Thank you for holding this.

Like · Reply · 1y                                                                  👍 1

**Mary Rowe** · 26:35
Thank you again. This is hugely helpful.

Like · Reply · 1y

**Nagham Obaidat** 🔘 · 25:42
Can we know if any adverse event occurred in phase 1 & 2 for participants

Like · Reply · 1y                                                                  👍 1

**Cherry Tango** · 22:07
I want to know what strains are in the flu vaccine that you think we will need protected from? How do you determine what goes into the cocktail? I'm not comfortable putting this in unless I know what is in it.

Like · Reply · 1y                                                                  👍❤ 2

**Sharlene Johnson** · 17:26
**Cherry Tango** if you eat at McDonald's, do you know what's in that burger and fries.. nope you trust them enough to eat it..😊

👍 1



**Anne Reustle** · 24:31
I have heard reports that people are getting re-infected with the coronavirus. Will there be long-term immunity with these new vaccines? How will we know?

Like · Reply · 1y

**Cynthia Gough Davis** · 24:46
Should an immunocompromised, autoimmune person with a inoperable Paraganglioma be involved in a trial?

Like · Reply · 1y

**Derrick Mapp** ⓞ · 24:32
Great answer Michele - thanks!

Like · Reply · 1y    ◐ 1

**Fred Hutch** 🎗👍✅ · 23:47
preventcovid.org

CORONAVIRUSPREVENTIONNETWORK.ORG
Volunteer for a Local Clinical Study | COVID-19 Prevention Network

ⓘ

Like · Reply · 1y    ◐ 1

**Cherry Tango** · 23:33
did i hear in NY the virus has mutated and is stronger?

Like · Reply · 1y    ◐ 2

**Derrick Mapp** ⓞ · 23:50
Is there a plan to make certain a potential vaccine is accessible to vulnerable populations and Black and Brown folks?

Like · Reply · 1y    ◐ 2

**IK James** · 22:50
History will tell us that Public Health and $$ do not go together.

Like · Reply · 1y    ◐ 3

**Katesuubi Katesuubi** · 22:41
Thank you!

Like · Reply · 1y

**Bob Sobchak** · 22:45
For some people washing their hand is something new LOL

Like · Reply · 1y    ◐👍 4

**Meghan Walter** · 22:22
Science works!

Like · Reply · 1y    ◐ 3

**Cherry Tango** · 22:27
Yeah argentina is good on flu. but tango is on hold and I'm a tango dancer.

Like · Reply · 1y    😋 1

**Sandy Muntener** · 22:01
Is autoimmune disease a contraindication?

Like · Reply · 1y    ◐ 2

**Roland Flores** 🏠 · 22:03
Not as much "Humans ". It's more of Humans that are inconsiderate and self-centered about the world "WE" all live in. I'm human and following the recommendations.

Like · Reply · 1y



**Christopher Lloyd Huggins** · 22:08
On boarding. Such a challenge. I think the natural populus nudge ought to be sufficient.

Like · Reply · 1y

**Tom Craig** · 22:09
Masks work.

Like · Reply · 1y 💙 1

**Cherry Tango** · 21:04
well i'm in hawaii. our leadership isn't hearing us. We are requesting a second test for incoming visitors around day 6. They refuse. All they care about is the Money. People are collateral damage to them. Our gov just let it rise till it was about... **See more**

Like · Reply · 1y 😡 1

**Niraj Modi** · 12:05
There is no vaccine needed.
Just we have to maintain or improve our immune Health

Like · Reply · 1y

↳ 1 Reply

**IK James** · 21:02
It is important to remind everyone that those who are influential proponents of no mask rule are TESTED regularly even if they do not have symptoms. Hence, they are confident that they are "protected". The broader American population can't even get tes... **See more**   ···

Like · Reply · 1y 💙 1

**National Institutes of Health (NIH)** ✔ · 21:04
NIH's COVID-19 Prevention Network (CoVPN) is responding to the pandemic by using existing research networks & partners to address the urgent need for vaccines for COVID-19. Learn more about **#CoVPN** and how to volunteer:
PreventCOVID.org

> CORONAVIRUSPREVENTIONNETWORK.ORG ⓘ
> Volunteer for a Local Clinical Study | COVID-19 Prevention Network

Like · Reply · 1y 💙 3

**Christopher Lloyd Huggins** · 20:47
Karma chameleon!

Like · Reply · 1y

**Tom Craig** · 20:45
1918!

Like · Reply · 1y

**Idelisa Torres** · 20:10
Once more than one SARSCOV2 vaccine has FDA approval, will individuals be able to choose one vs the other ?

Like · Reply · 1y

**Christopher Lloyd Huggins** · 19:36
Humans 🦠

Like · Reply · 1y



Like · Reply · 1y

**Brande Phillips May** · 19:48
Such a great presentation. I wish this was on msm.
Like · Reply · 1y

**Stuart Berr** · 17:57
Why not try a live virus challenge?
Like · Reply · 1y

**Chris Nardo** · 18:54
It is more difficult, time consuming, and risky to manufacture.
Like · Reply · 1y

**Mary Rowe** · 15:01
**Chris**, thank you.
Like · Reply · 1y

Reply to Stuart Berr...

**Charlie Berry** · 19:03
Im doing everything that the CDC is recommending, I can't get the Flu shot, why would I trust this vaccine.
Like · Reply · 1y

**Tom Craig** · 19:28
40,000 new cases every day!
Like · Reply · 1y

**Pilar King** · 19:27
God bless you Dr. Fauci!!
Like · Reply · 1y

**Christopher Lloyd Huggins** · 19:00
Humans
Like · Reply · 1y

**Andre Champsaur** · 18:56
Many people outside of US asking about the availability of the US manufactured vaccine in interested populations.
Like · Reply · 1y

**Jeera Stella Saelao** · 19:07
I'm in health care I'll get the vaccine once it comes out safe and effective
Like · Reply · 1y

**IK James** · 18:50
Great point, Dr. Fauci
Like · Reply · 1y

**Venita Harris Wallace** · 18:59
What is the order of administering to vaccine(people with underlying health issues or post organ transplant people.
Like · Reply · 1y

**Xenia Meinert** · 18:37
Exactly. I'm afraid humanity won't get over this without a vaccine because we don't manage the said simple health measures.
Like · Reply · 1y

**Sujatha Stanislaus Rajan** · 18:41
Has the mRNA technology been used for something else, Since mRNA vaccine has not been used before



Like · Reply · 1y

**Roland Flores** ⭐ · 17:58
Very true!!

Like · Reply · 1y

**Mary Rowe** · 18:11
Give 'em grief Dr. Fauci! ❤️🙌

Like · Reply · 1y

**Christopher Lloyd Huggins** · 17:04
What about virus mutaions
🔵 2

Like · Reply · 1y

**Óscar Alejandro Reyes Gómez** · 17:46
Would the vaccine need to be updated each year as in the case of the influenza
vaccine?
🔵 1

Like · Reply · 1y

**Mary K Hall** · 17:59
So true

Like · Reply · 1y

**Christopher Lloyd Huggins** · 17:43
I never liked crowds

Like · Reply · 1y

**Niladri Bhowmik** · 17:11
Thanks Soumya for joining from India

Like · Reply · 1y

**Charlie Berry** · 16:44
I've always heard it takes years of trials, what is really in this vaccine???

Like · Reply · 1y

**Jose Caballero Alvarado** 🌐 · 17:03
Great Fauci

Like · Reply · 1y

**Ferdousi Begum** · 16:40
Waiting egarly for an vaccine, we are now swimming in the sea of corona.
🔵 1

Like · Reply · 1y

**Kat Pardo** 🌐 · 15:40
Why is the mRNA being expressed in myocytes?

Like · Reply · 1y

**Niladri Bhowmik** · 16:20
Privilege to hear the experts
👍❤️ 2

Like · Reply · 1y

**Cristian Bodor** · 15:59
ol all

Like · Reply · 1y

**Venita Harris Wallace** 🌐 · 14:55
Minorities having trust issues due to the Tuskegee Experiment.

Like · Reply · 1y

**Khan Saleem** · 15:44
Countries involved in multi centre trial outside USA

Like · Reply · 1y



**Charlie Berry** · 15:18
Ummmmm hell no

Like · Reply · 1y

**Cristian Bodor** · 15:37
sainz signs

Like · Reply · 1y

**Courtney Ketchum** 🚫 · 15:40
mRNA doesn't even enter the nucleus

Like · Reply · 1y                                   💬 1

**Dr-Muhammad Sayed Inam Walid** · 15:26
Salute All COVID-19 vaccine Researchers and Congratulations Dr. Fauci.

Like · Reply · 1y                                                      💬 1

**Maria Webb** · 15:30
How important will it be that second dose is given on time?

Like · Reply · 1y

**Christopher Lloyd Huggins** · 15:10
I wan to have x men eyes 😺

Like · Reply · 1y

**Phyllis Renee** · 14:40
Thank you Dr. Fauci for speaking up for the health of Americans.

Like · Reply · 1y                                             👍❤ 3

**Kat Pardo** 🚫 · 12:45
How will you predict how effective the vaccine is?

Like · Reply · 1y

> **Wilmot Valhmu** · 14:09
> Efficacy studies, done during clinical trials, will demonstrate the
> effectiveness of the vaccine(s).
>
> Like · Reply · 1y                                        💬 1

> 🔵 Reply to Kat Pardo...                                   😊 📷

**Kat Pardo** 🚫 · 14:21
Have there been any unintended side effects from the vaccines?

Like · Reply · 1y

**Diane Rogers-Castellanos** · 14:10
Warp-speed, vulnerable populations,and expirimentation before the election.
Just too many questions

Like · Reply · 1y                                             😢😢 2

**Chris Nardo** · 13:47
Are there any updates on treatments for SARS-Cov-2 infection, such as a
monoclonal antibody for the spike protein?

Like · Reply · 1y

**Christopher Lloyd Huggins** · 13:45
It seems so.

Like · Reply · 1y

**Jennifer Bernardino Sam** · 13:25
Will there be safety concerns for people with neurological problems such as
seizures? Or should they actually be taking the vaccine similar to
recommendations we get for flu vaccine.

Like · Reply · 1y                                                      💬 1



Like · Reply · 1y

**Aleksandar Zafirovski** · 12:20
What is ONE THING each of us can do to help your efforts in leading us through this pandemic? Thank you for your courage and commitment to our people.

Like · Reply · 1y

**Christopher Lloyd Huggins** · 12:35

Like · Reply · 1y

**Katesuubi Katesuubi** · 12:23
How can you join the study if you have no access to internet resources? Isn't this going to increase health disparities?

Like · Reply · 1y

**Britney Helling** · 12:20
Is there any suggestion that COVID-19 results in loss of memory cell diversity, similar to what is observed with Measles? Could that be why some people are not developing antibodies after infection?

Like · Reply · 1y · Edited

**Cynthia Gough Davis** · 12:38
Thank you!

Like · Reply · 1y

**Niraj Modi** · 12:17
Thanks NIH

Like · Reply · 1y

**Brande Phillips May** · 12:25
Thank you at NIH for your work. Thank you for getting this info out 😊                    ❤ 2

Like · Reply · 1y

**Kat Pardo** ⓞ · 12:19
When do you think the first effective vaccine will be ready to be distributed?

Like · Reply · 1y

**Charles Lopez** · 11:22
Thanks NIH...

Like · Reply · 1y

**Christopher Lloyd Huggins** · 11:26
Does anyone else have an odd love affair with dystopia?

Like · Reply · 1y

**Bridget Collins Heroff** ⓞ · 10:52
Any testing proposed for pregnant or lactating women or children?

Like · Reply · 1y

    **Daniel Rangel** 👍ⓞ · 3:42
    This population is normally excluded

    Like · Reply · 1y

    Reply to Bridget Collins Heroff...                    ☺ 🎁

**Marcia Parker Brewer** · 11:29
I was informed yesterday (the day of my first scheduled visit) that the Moderna trial has been closed to anyone who is not considered a minority. Will this reopen to those of us who are not in a minority group?

Like · Reply · 1y



**Maria Webb** · 11:26
If you donate convalescent plasma several times, are you decreasing your own immunity?

Like · Reply · 1y                                                                          👍 2

**Priya Sudha Tripathi** · 10:29
Thank you all keep getting the truth out the people....

Like · Reply · 1y

**Jafer Kedir** · 10:27
If someone sampled and that sample were found positive while a personnel who have been sampled were still keep living healthy with out showing any clinical signs what do you recommend for such scenario ?

Like · Reply · 1y

**Brande Phillips May** · 10:48
PreventCovid.org

                                                                                          ⓘ

CORONAVIRUSPREVENTIONNETWORK.ORG
Volunteer for a Local Clinical Study | COVID-19 Prevention Network

Like · Reply · 1y

**Daniel Rangel** 🎖 🏅 · 10:27
Thank you all for the work you do for the people!

Like · Reply · 1y

**Jeanna Anh Huynh** · 9:46
Is the pediatric age group included in these trials?

Like · Reply · 1y

**Laura Nelan Hudlow** · 9:55
Any thoughts on which vaccine is currently showing the most promise at this time?

Like · Reply · 1y

**Fred Hutch** 🎖 🏅 ✔ · 10:00
preventcovid.org

                                                                                          ⓘ

CORONAVIRUSPREVENTIONNETWORK.ORG
Volunteer for a Local Clinical Study | COVID-19 Prevention Network

Like · Reply · 1y                                                                          👍 3

**Lisa FL** 🎖 · 9:43
Thank you all-keep getting the truth out to the public-I only believe in you guys!!! Wont take a vaccine until you approve it!

Like · Reply · 1y

**Sreenath K Bhaskaran** 🏅 · 9:46
Wish Dr. Sanjay Gupta joins this discussion to shoot out some brilliant questions to the experts.

Like · Reply · 1y                                                                          👍❤ 3

**Lally Mumsy** · 7:09
I signed up to volunteer for the pfizer vaccine clinical trial but when I asked the person on the line where I can learn about the risks she responded that she did not know where I can get more information. Very discouraging. In the meantime I



**Lally Mumsy** · 7:09
I signed up to volunteer for the pfizer vaccine clinical trial but when I asked the person on the line where I can learn about the risks she responded that she did not know where I can get more information. Very discouraging. In the meantime I backed out until I can find an alternate manufacturer. Where can we learn about the risks associated with the vaccine?

Like · Reply · 1y                                                                    2

> **Marcia Parker Brewer** · 8:01
> My experience as well - print protocol info was not available.
>
> Like · Reply · 1y

> **Claire Baney Tucker** · 1:40
> The protocol was on FB. 135 pages, but all you need to read is Safety and Efficacy, or Benefits/Risks.
>
> Like · Reply · 1y                                                              3

> Reply to Lally Mumsy...

**Venita Harris Wallace** · 9:09
What effects are there on transplant patients?

Like · Reply · 1y                                                                    1

**Antoinette Andrews** · 8:51
Thank you Dr. Andrasik for your work and much needed insight into the issues facing communities of color/historically marginalized folx.

Like · Reply · 1y                                                                    2

**Bob Sobchak** · 8:52
How would this vaccine help or hurt someone coexisting condition such as breathing?

Like · Reply · 1y                                                                    2

**Tania Adonis** · 8:31
Great work Dr Michelle!

Like · Reply · 1y                     2

**Gary Morin** · 8:37
Are Deaf and disabled populations considered priority? Is there targeted outreach for Deaf and disabled Americans?

Like · Reply · 1y                                                                    2

**Priya Sudha Tripathi** · 8:12

Like · Reply · 1y

**Xenia Meinert** · 8:20
Hello all! Thank you all for your work. I would only take a vaccine that Dr. Fauci approves. Love you, Dr. Fauci, and thanks for your immense effort and for tirelessly informing us about the newest science. 

Like · Reply · 1y                                                                  3

**Sunil Kumar Shah** · 8:24
Is this research going to be conducted in USA only, or other part of world too?

Like · Reply · 1y

**Diane Rogers-Castellanos** · 8:01
What about cytokine storm in response to the vaccine for vulnerable populations

Like · Reply · 1y                                                                    2



**Brande Phillips May** · 8:18
Have you seen antigen shift? Will this effect the ability to get a working vaccine?

Like · Reply · 1y

**Rose Dunsmore** · 8:04
Thank you all for all you do for all of us. You all ROCK
Like · Reply · 1y                                                ❤1

**Mary Rowe** · 8:00
Sign me up! 😊
Like · Reply · 1y 👍1

**Connie Ciancio Fahey** · 7:48
As I said let's test it on Congress first even though they are Non Essential!
Like · Reply · 1y                                                ❤2

**Dar Olney** · 7:55
Yes, awesome speech Dr. Michelle

Like · Reply · 1y

**Teresa Chambers** · 7:49
Have congress and nancy Pelosi tried it

Like · Reply · 1y

**Yoo Jin Park** · 7:17
M

Like · Reply · 1y

**Kameron Bethel** · 7:09
Asymptomatic people are being told they dont have to retest after having it, as
this seems dangerous for my children do they need to be retested before they
come.around my family

Like · Reply · 1y

**IK James** · 7:02
Question: Will those who have comorbidities or belong to high risk groups per
CDC included in the trial?

Like · Reply · 1y                                                👍1

**Tim Hefferon** · 6:55
Given the nature of this disease and that this is a viral vector, will it be
administered as an injection, or as a mist that the patient inhales? Would nasal
mist administration be more (or less) effective than an injection?

Like · Reply · 1y

**Dylan Carr** · 7:05
How can we support this effort if we ourselves are not able to participate in this
trial due to living with people who are in the high risk category?

Like · Reply · 1y                                                😄1

**Mary Rowe** · 7:08
Looking forward to my vaccine, but only if Drs. Fauci and Osterholm say it's ok.
Thank you for your work.

Like · Reply · 1y                                                👍1

**Melany Garcia** · 6:46
So we are on phase 3 of the vector vaccine? Or is this one on hold? Sorry, I
missed that part! Thank you for all of your hard work.

Like · Reply · 1y



**Brande Phillips May** · 6:29
When Dr. Fauci says it's safe I will get it ⚕️
😆❤️ 4
Like · Reply · 1y

**Melany Garcia** · 5:59
**Catherine Durcan**
Like · Reply · 1y

**Sylvia Petro** · 5:49
Dr. Fauci, are there any known side effects of a covid-19 vaccine? If so, what are the side effects?
Like · Reply · 1y

**Cristiane Kopacek** · 5:45
Good idea! To test vacine in politicians first
😆👍 6
Like · Reply · 1y

**Katesuubi Katesuubi** · 4:02
What adverse events are happening in the study sample? Could you share the extent of these adverse effects?
Like · Reply · 1y

**Christopher Lloyd Huggins** · 5:17
Even the first
Like · Reply · 1y

**Sagar Pokhrel** · 5:30
Great Dr Fauci !!
😆 1
Like · Reply · 1y

**Jafer Kedir** · 5:15
Hi
Like · Reply · 1y

**Rob Cordes** · 5:14
If the Trump admin bypasses the FDA to gran a vaccine emergency use authorization without sufficient safety data is it ethical for physicians to administer it?
Like · Reply · 1y

**Ralph Taylor** · 5:08
Thank you both for outstanding leadership. We appreciate you! Godspeed.
👍 1
Like · Reply · 1y

**Kameron Bethel** · 5:14
Dr. Fauci!! I love you, my family got accepted to the undiagnosed disease in Harvard, I would like to know how this vaccine will help children who have mental health issues as well as children who have 1q21.1 deletion which 3 of us in my family have what happens to deleted Gene's as well as compromised immune systems he is 9 and just got a bipap so it is important for him to be protected.
Like · Reply · 1y

**Fabián ViSa** · 5:00
🇲🇽
Like · Reply · 1y

**Thomas Stevenson** 🏴 · 5:04
Hi
👍 1
Like · Reply · 1y



Like · Reply · 1y

**Andre Champsaur** · 4:48
A lot of concern about warp speed might tamper with the safety phase... please clear that for the general public.

Like · Reply · 1y

**Connie Ciancio Fahey** · 4:55
We should test them on Congress first!

Like · Reply · 1y          2

**Brande Phillips May** · 4:41
Are you seeing antigen shift?

Like · Reply · 1y

**Cristiane Kopacek** · 4:32
What about side effects?

Like · Reply · 1y

**Charles Agbeko** · 4:05
Will people who do not believe in wearing a face mask or believe in social distance trust Covid 19 vaccine ?

Like · Reply · 1y          1

**Hana Hamtine** · 3:58
Imad Dje

Like · Reply · 1y          1

**Kerri Peetz Engebrecht**    3:58
If a child is allergic to the flu vaccine - actual vaccine not preservatives or latex or eggs - will there be more of a chance of him being allergic to a vaccine for Covid? His doctors are telling me to wait until there is one to answer that. He also has Addison's - so I believe is higher risk.

Like · Reply · 1y

**Laura Andreasen**    · 3:52
If these are messenger RNA can they negatively impact ones DNA? I think many people concerned over that

Like · Reply · 1y          1

**Idelisa Torres** · 3:48
Does anyone have the paper for J&J phase 1&2?I understand J&J will soon be starting phase 3 trials but not sure where J&J will have phase 3 trials

Like · Reply · 1y

**Donna Hawrysz Hoffman** · 3:41
I will only take a vaccine that has Dr Faucis approval

Like · Reply · 1y          1

**Diane Rogers-Castellanos** · 3:37
HLA has an association to severity of disease. Are the vaccines genomically tested before putting the vaccine into vulnerable populations?

Like · Reply · 1y

**Christopher Lloyd Huggins** · 3:17
I love sign. Maine has a great sign for the gov. Makes people very comfortable.

Like · Reply · 1y

**Alicia Watnik Mahmot** · 2:53
Bless you Dr Collins and Fauci!!!

Like · Reply · 1y          2

**Jen Devine** · 3:05
I have heard that even the furthest along vaccinations aren't being tested on



**Jen Devine** · 3:05
I have heard that even the furthest along vaccinations aren't being tested on children as of yet. Can you speak more on the process on how this will work?When/How does this happen in the timeline and how long would that process take? Thank you!

Like · Reply · 1y                                                                              👍 1

**Ilene Ross** · 3:09
How do I sign up for the trial

Like · Reply · 1y

**Fatima Pitafi** 🌐 · 2:45
Thank you

Like · Reply · 1y

**Jhimli Mitra** · 2:36
Thanks Dr. Fauci for saying things just the way they are...

Like · Reply · 1y                                                                              👍 4

**Claire Baney Tucker** · 2:39
Do any vaccines contain live virus

Like · Reply · 1y

**Bob Sobchak** · 2:11      ···
Hello all

Like · Reply · 1y

**Tamara Soledad Cuello** · 2:18
Hola, muchísimas gracias

Like · Reply · See Translation · 1y

**Deborah Stoneburner** · 1:58
Wheres dr B

Like · Reply · 1y

**Mary Rowe** · 1:55
Can't thank you enough for your guidance.

Like · Reply · 1y                                                                              👍 1

**Dar Olney** · 1:54
::waves to all::      👍 2

Like · Reply · 1y

**Kat Pardo** 🌐 · 1:40
**Cheryl A Lindstrom**

Like · Reply · 1y

**National Institutes of Health (NIH)** ✓ · 1:20
Watch NIH Director Dr. Francis Collins, National Institute of Allergy and Infectious Diseases Dr. Anthony Fauci, and COVID-19 Prevention Network Director of Community Engagement Dr. Michele Andrasik discuss COVID-19 vaccine research, including yesterday's announcement of the fourth Phase 3 clinical trial for a vaccine candidate, and the importance of diversity in clinical trials.

Like · Reply · 1y                                                                              👍 10

**Dylan Carr** · 1:34
Thank you for this!

Like · Reply · 1y

**Fatima Pitafi** 🌐 · 1:09
Dr shabab fatima



Bob Sobchak · 2-11
Hello all

Like · Reply · 1y

Tamara Soledad Cuello · 2:18
Hola, muchísimas gracias

Like · Reply · See Translation · 1y

Deborah Stoneburner · 1:58
Wheres dr B

Like · Reply · 1y

Mary Rowe · 1:55
Can't thank you enough for your guidance.

Like · Reply · 1y

Dar Olney · 1:54
::waves to all::

Like · Reply · 1y

Kat Pardo · 1:40
Cheryl A Lindstrom

Like · Reply · 1y

National Institutes of Health (NIH) · 1:20
Watch NIH Director Dr. Francis Collins, National Institute of Allergy and Infectious Diseases Dr. Anthony Fauci, and COVID-19 Prevention Network Director of Community Engagement Dr. Michele Andrasik discuss COVID-19 vaccine research, including yesterday's announcement of the fourth Phase 3 clinical trial for a vaccine candidate, and the importance of diversity in clinical trials.

Like · Reply · 1y

Dylan Carr · 1:34
Thank you for this!

Like · Reply · 1y

Fatima Pitafi · 1:09
Dr shabab fatima

Like · Reply · See Translation · 1y

Dylan Carr · 1:13
How do you recommend talking to our loved ones who are still skeptical of masks and the severity of this virus?

Like · Reply · 1y

Rosario Granados · 1:11
Rosario Granados

Like · Reply · See Translation · 1y

Heather Elizabeth · 1:00
No thank you

Like · Reply · 1y

Anna Kozupa · 0:34
Nelson Nicolasora

Like · Reply · 1y

Phuong PNg · 0:23
Khanhvan Nguyen

Like · Reply · 1y

Write a comment...