# EXHIBIT 22











