# EXHIBIT 23



**Next Level Entrepreneurs** · 5:43
Congratulations 🎉
Like · Reply · 1y

**Marie Catarina Besegai** · 1:29
Yo do have a great censorship system here... #Loveanimals
Like · Reply · 1y

**Lois Bradley** · 11:43
Question: can CRISPR research help us understand COVID-19?
Like · Reply · 1y    👍 1

> **Rahul Mallick** · 0:00
> Lois Bradley Ma'am, a CRISPR based CoVID 19 testing kit named FnCas9 Editor Linked
> Uniform Detection Assay (FELUDA), has been developed by researchers at CSIR-Institute of Genomics & Integrative Biology, INDIA which is providing satisfying and reliable testing at an affordable price of just INR 500 (USD 7).
> Like · Reply · 1y

> Reply to Lois Bradley...

**Jyoti S Tomar** · 19:00
I love how you (Dr. Laureate) define the science and my great respect to your 10th standard biology teacher 😊
Like · Reply · 1y

**Anupam Basu** · 19:35
Congratulation. What is the prospect CRISPER in gene therapy ?
Like · Reply · 1y    👍 1
↳ 1 Reply

**Miswar Fattah** · 6:56
Congratulations
Like · Reply · 1y

**Carol Wheeler** · 1:55
Agree Alexandria. Saw this on the news and thought of you immediately! Advancing DNA research. ❤
Like · Reply · 1y

**Saif Zammel** · 2:38
Emmanuelle Charpentier (left) and Jennifer Doudna (right) won this year's chemistry Nobel for the development of a powerful way to change DNA. CRISPR, the revolutionary genetic 'scissors,' honored by Chemistry Nobel 🎤🏆
🚩











Elin Silveous · 26:36
👏👏👏
Like · Reply · 1y 1

Arleta Thursby · 26:01
Thank you for always keeping ethics in mind
Like · Reply · 1y 2

Lily Psk · 25:52
Can you bring an end to cancer with this tool?
Like · Reply · 1y

Jonathan Muehlke · 25:03
I wonder if there is a way to edit the human genome in an ethical way that insulates people from mental health issues.
Like · Reply · 1y

Lee Brubaker · 24:59
Ethics ethics ethics
Like · Reply · 1y 1

Brad E. Vos · 24:30
Anything usable for a NFkB gene defect?
Like · Reply · 1y

Kathy Castillo · 24:17
**Ximena Tordoya Salazar**
Like · Reply · 1y

Johanna Busch · 23:50
Congratulations! Thank you for your contribution to science and for being a great inspiration for women in science. I am an MD PhD aspiring physician scientist who personally finds her career plans on hold in the setting of childcare/pandemic/financial issues. How did you balance work and family life? What do you think needs to be done to support women in science?
Like · Reply · 1y 1

Dana Iniguez · 23:52
Thank you Cynthia. Its always amazing to see all the advancements happening! Wishing you well!
Like · Reply · 1y 2

Elin Silveous · 23:39
Q. For what percent of diseases/disorders known to have a genetic component is the gene sequence still unknown? Thank you.
Like · Reply · 1y 1

Santosh Thapa · 23:09
Congratulations Dr. Doudna, you're amazing 💐💐💐💐
Thank you Dr. Collins for bringing her to the talk.
Like · Reply · 1y 2

Argiris Alexiou · 23:12
Do you think that the potential availabilty of curtain plasmids that contain Cas9, might cause the eruption of semi-educated "users-biohackers" with potential problems? How can we contain these misuses from non-scientists?
Like · Reply · 1y 2

Nader Sheikh · 22:46
Do you see disease like diabetes can be cured using CRISPR?
Like · Reply · 1y 1











Mushtaq Ahmed · 7:24
Congratulations...
Like · Reply · 1y

Karen Fuchs · 7:00
Congratulations . fascinating research for the future of medicine and RX . very pertinent and timely for today ..
Like · Reply · 1y · Edited

Leah Maines · 6:41
Can you help people with FMF? Or other rare genetic disorders?
Like · Reply · 1y

Cornelius Prince Erimu · 5:45
Congratulation
Please show some testimonies
Like · Reply · 1y

Morgan Frederick · 5:45
Can y'all please do a cure for eczema
Like · Reply · 1y

Morvarid Kabir · 5:06
Congratulations to you and Emmanuelle Charpentier.
Like · Reply · 1y

Indra Khanal · 5:05
Congratulation sir you deserve it for your patience of scidnce
Like · Reply · 1y

Fanny GC · 5:01
Congratulations !!!!
Like · Reply · 1y

Barbara Thaler · 4:48
Congratulations
Like · Reply · 1y

Danette Rapp Berry · 4:35
Incredible
Like · Reply · 1y

Lois Bradley · 4:31
You're being a role model for many girls and young women who love science!! 👏
Like · Reply · 1y                                                          👍 2

Cynthia Gough Davis · 4:33
Congratulations 🎉
Like · Reply · 1y

Liz Daniel · 4:17
Congratulations
Like · Reply · See Translation · 1y

Marconi Brandão · 4:02
Congratulations 🎉🎈🥂🎊
Like · Reply · 1y

Iqbal Pittalwala · 3:54
Congratulations, Dr. Doudna!
Like · Reply · 1y          👍 1



