# EXHIBIT 24





