EXHIBIT 25





Like · Reply · 31w

**NIH** National Institutes of Health (NIH) 🔊 ✅ · 17:25
Watch NIH Director Dr. Francis Collins answer commonly asked questions about the COVID-19 vaccines: https://bit.ly/3hUvVld

YOUTUBE.COM
Ad Council COVID-19 Vaccine Education Campaign

Like · Reply · 31w

Bruce Cain · 0:00
National Institutes of Health (NIH) Idiot. LOL
Like · Reply · 30w

Rita Wood · 0:00
Dr Collins? You're kidding! Better lawyer-up, Collins.
Like · Reply · 30w

Reply to National Institutes of Health (NIH)...

**NIH** National Institutes of Health (NIH) 🔊 ✅ · 21:46
Visit the COVID-19 Community Corps website: https://wecandothis.hhs.gov /covidcommunitycorps

WECANDOTHIS.HHS.GOV
COVID-19 Community Corps

Like · Reply · 31w

**NIH** National Institutes of Health (NIH) 🔊 ✅ · 29:51
Learn more about NIH's UNITE initiative to address structural racism in biomedical research: https://www.nih.gov/ending-structural-racism/unite

NIH.GOV
UNITE

Like · Reply · 31w

Bob Neese · 0:00
Van Scheurich The real "collusion" in misinformation.
Like · Reply · 30w

Thomas Amlie · 0:00
National Institutes of Health (NIH) If you have racists, or racially-motivated policies, at NIH, who/what are they and why are they still at NIH? If there are no racists or racially-motivated policies, what are you trying to correct?
Like · Reply · 30w

Linda Luecke · 0:00
National Institutes of Health (NIH) aborted babies scalps on rats?!? Wtheck?
Like · Reply · 30w

Reply to National Institutes of Health (NIH)...



**National Institutes of Health (NIH)** ⚡ ✅ · 31:01
Thank you for watching! If you need help finding a COVID-19 vaccine call
1-800-232-0233 (TTY 888-720-0233) or visit: https://www.vaccines.gov/

ⓘ

VACCINES.GOV
Find COVID-19 vaccine locations near you

Like · Reply · 31w                                                    ◉ 1

**Barbara Todd** · 20:47
Thank you Dr Collins and Dr Corbett! This presentation is excellent, and hopefully
eye opening to those resistant to getting the vaccine! 🙏💜
Like · Reply · 31w                                                   ◉💜 4

**Linda Williams Collier** · 0:00
**Barbara Todd** This one side of the story, there is another side told by
doctors and scientist. Why only one story? You mentioned immunity to
covid, then why is it necessary to continue weaing mask after getting the
jab from an experimental vaccine? Why are those who have had all the
required jabs still getting covid. I understand murdered babieparts either
had a part in the production or is actually contained in the vaccine. Why
would a christian ever think that's okay? Just questions I have pondered
and would love answers.

Like · Reply · 28w

Reply to Barbara Todd...                                             ☺ 🎁

**Blooom** · 8:38
You're really simplifying this discussion for all of the non-scientists. Greatly
appreciated! Thank you, Dr. Corbett and Dr. Collins!!
Like · Reply · 25w

**Debra Oria** · 9:52
Thank you for this great information and Dr. Corbett, I love your laugh!!
Like · Reply · 31w

**Carolyn Bell** · 14:11
Is it likely we will need an annual vaccine booster, like we do each year with the
flu vaccine?
Like · Reply · 31w                                                   ◉ 1

**David Sperry** · 1:55
When the delta variant made news, I immediately thought "Am I protected having
had both Pfizer shots?" or will there be another vaccine to protect against it?
Like · Reply · 28w

**Susan Barnes** 🏴 · 2:21
तय
Like · Reply · See Translation · 28w

Reply to David Sperry...                                             ☺ 🎁

**Kanakavalli Ramanujam** · 10:57
Is it possible to cure other diseases with the help of mRNA vaccine?
Like · Reply · 31w                                                   ◉💜 2

**Malik Moukam** ⓿ · 3:31
I believe so but the sequences need to be known an fully translated.
Like · Reply · 31w

Like · Reply · 31w

**Shaun O'Brien** · 0:00
Kanakavalli Ramanujam these mRNA vaccines have also been in development for cancer

Like · Reply · 31w

**Kenneth Hebert** · 4:55
All of a sudden I'm wheezing caughing a lot

Like · Reply · 27w

Reply to Kanakavalli Ramanujam...

**Saif Zammel** 🌐 · 17:57
Had my second vaccin and"rebelote" couple of 😂😂😂😂😂 and still alive send you m'y Blood for DEEP tests

Like · Reply · 31w

**Fantastic Love** 🌺 · 0:00
**Saif Zammel** good

Like · Reply · 28w

Reply to Saif Zammel...

**Jennifer Bada** · 27:53
If I just got 2nd vaccine should I wait a month or 2 to try to get pregnant.

Like · Reply · 31w

**Faith Merriweather-Thurmond** · 20:57
This was so informative, thank you so much!

Like · Reply · 31w

**David Tavens** · 2:07
Facebook has blood on their hands for Shutting down conversations about the origins of Covid-19 in the beginning and continuing to do so now.

Like · Reply · 29w

**Simanga KaZondumbuzo Mchunu** · 31:10
Thank you Dr Kizzmekia Corbert , I feel proud and encourage to pursue my science journey ❤️

Like · Reply · 30w

**Bob Neese** · 1:24
"Sponsored" happy talk to gloss over your responsibility for the illness and deaths of hundreds of thousands with Covid.

Like · Reply · 30w

**Nuchovo Puro** · 15:38
I don't believe it vaccine live or die enough time

Like · Reply · 22w

**Doctors Langa**
This vaccine is killing as try it you will see

Like · Reply · 22w

**Rylan Bannister** · 2:54
They assembled a few genocidal maniacs and figured out a way to make the body attack itself, put it in a syringe and called it a vaccine, then created a fake pandemic to get the most gullible of the people to voluntarily line up for slow motion suicide.

Like · Reply · 27w



Like · Reply · 27w

**Elizabeth Sharp**
The body doesn't attack itself. That would be an autoimmune disease.

Like · Reply · 22w

Reply to Rylan Bannister...

**Candace Campfield Staar** · 28:23
It would have been nice if one of the questions was about the myth of the vaccine changing your DNA.

Like · Reply · 24w · Edited

**Blooom** · 3:47
VERY INFORMATIVE! Thank you both!

Like · Reply · 25w

**Arcangel San Metatron Gabriel**
ENVIAR VIDEO PRIVADO APOSTAR TU RANGO YO MIO GUIERO APOSTAR UNA SENA ROMANTICA XOX-VIRUS ESTRATERES AIYENIJENA ESCOJE PERSONAS INTELIGENTES CLONAR MUTAR NIN-OS MUJERES FERTILENBRAZAR 24 DE SEPTIEMBRE OCTUBRE 2021 TRASMUTACION FOTOCINTECI 7 DE ENERO2022 COMENSAR75 ./.

Like · Reply · See Translation · 26w

**Mobin Ghanizade**
helio, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w

**Mobin Ghanizade**
helio, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w

**Mobin Ghanizade**
helio, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w

**Mobin Ghanizade**
helio, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w

**Mobin Ghanizade**
helio, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w

Like · Reply · 26w



**Mobin Ghanizade**
hello, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid
disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w



**Mobin Ghanizade**
hello, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid
disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w



**Mobin Ghanizade**
hello, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid
disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w



**Mobin Ghanizade**
hello, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid
disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w



**Mobin Ghanizade**
hello, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid
disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w



**Mobin Ghanizade**
hello, have a good time and do not be tired.
After a long time, I made an herbal medicine that can easily prevent Quaid
disease without side effects
How can I get this drug to mass production in a few days?

Like · Reply · 26w



**Joseph Lee** · 0:01
I spoke with many of the directors at the CDC a few days ago. Two agreed that
my grave concerns regarding COVID vaccine's potentially fatally flawed paradigm
needs further investigation. An epidemiologist at the CDC emailed me back after
our lengthy conversation and she agreed that it needed to be forwarded to the
CDC medical staff. It is the most simple and basic issue. The Covid vaccine
paradigm is based on a "neutralizing antibody". That assumes that the COVID
vaccine results in production of COVID "neutralizing antibodies" in the blood. The
"Neutralizing antibody" must be in the alveolus which is where the virus infects
lung alveolar epithelial cells. These are the primary cells infected with the virus in
the lung. Look up a google image of an alveolus. The antibody is in the blood of
the capillary that wraps around the alveolus. The alveolar wall is termed the blood
lung barrier. The infected cells are on the inside of this alveolar wall. This alveolar
wall (also known as the blood lung barrier, the blood gas barrier), can also limit
water molecules passing from the capillary into the alveolar sac, otherwise we
can drown in our own fluids. A water molecule weighs 18 Daltons. An IgG
antibody weighs 150,000 Daltons. If a water molecule can't cross easily from the
capillary across the alveolar wall into the alveolar sac, why would an antibody

Like · Reply · 26w



**Joseph Lee** · 0:01
I spoke with many of the directors at the CDC a few days ago. Two agreed that my grave concerns regarding COVID vaccine's potentially fatally flawed paradigm needs further investigation. An epidemiologist at the CDC emailed me back after our lengthy conversation and she agreed that it needed to be forwarded to the CDC medical staff. It is the most simple and basic issue. The Covid vaccine paradigm is based on a "neutralizing antibody". That assumes that the COVID vaccine results in production of COVID "neutralizing antibodies" in the blood. The "Neutralizing antibody" must be in the alveolus which is where the virus infects lung alveolar epithelial cells. These are the primary cells infected with the virus in the lung. Look up a google image of an alveolus. The antibody is in the blood of the capillary that wraps around the alveolus. The alveolar wall is termed the blood lung barrier. The infected cells are on the inside of this alveolar wall. This alveolar wall (also known as the blood lung barrier, the blood gas barrier), can also limit water molecules passing from the capillary into the alveolar sac, otherwise we can drown in our own fluids. A water molecule weighs 18 Daltons. An IgG antibody weighs 150,000 Daltons. If a water molecule can't cross easily from the capillary across the alveolar wall into the alveolar sac, why would an antibody molecule that is 8000 times heavier than a water molecule be able to cross from the capillary, through the alveolar wall, into the alveolar sac where the infections are taking place? All this information was emailed by myself to Dr. Fauci at the end of last year. Since then, I have sent all the directors of the NIH and the FDA a 73 page letter that explains all my concerns in exceedingly fine scientific detail. If in fact my concerns are true, it means the main hypothesis whereby the COVID vaccine works is in deep trouble. It may mean that this is the single biggest mistake in the history of modern medicine.

Like · Reply · 27w



**Mary Lehner** · 0:00
**Joseph Lee** When we get a vaccine, it activates our immune response. This helps our bodies learn to fight off the virus without the danger of an actual infection. If we are exposed to the virus in the future, our immune system "remembers" how to fight it. All authorized COVID-19 vaccines provide significant protection against serious illness and hospitalization due to COVID-19.

The Moderna and Pfizer vaccines use messenger RNA, or mRNA. mRNA vaccines do not contain a live virus — they give our bodies "instructions" for how to make and fight the harmless spike-shaped proteins that will protect against a COVID-19 infection. While these vaccines use new technology, researchers have been studying them for decades.

The Johnson & Johnson/Janssen vaccine is a viral vector vaccine and also does not contain a live virus. It uses a harmless adenovirus to create a spike protein that the immune system responds to, creating antibodies to protect against COVID-19.

None of these vaccines can give you COVID-19.

It takes time for your body to build immunity after vaccination, so you won't have full protection until 2 weeks after your final dose.

Like · Reply · 26w



**Joseph Lee** · 0:00
mary sorry. you shouldn't be debating me. you only know the basics. but, i will respond out of courtesy. training? a 6 month old infant that does not make antibodies, an infant that has never been breastfed, an infant that has never had a covid infection.... this human infant can be infected with covid... billions of this infant's cells can be infected with covid... and within a few days this infant with NO training can overcome covid easily. do you realize that this infant's cells have "memory"? this is the absolute latest version of human cells. if memory or training is the ability to remember an event, and next time a similar event occurs. if the infant can react in a way different

 **Joseph Lee** · 0:00

mary sorry. you shouldn't be debating me. you only know the basics. but, i
will respond out of courtesy. training? a 6 month old infant that does not
make antibodies, an infant that has never been breastfed, an infant that has
never had a covid infection.... this human infant can be infected with covid...
billions of this infant's cells can be infected with covid... and within a few
days this infant with NO training can overcome covid easily. do you realize
that this infant's cells have "memory"? this is the absolute latest version of
human cells. if memory or training is the ability to remember an event, and
next time a similar event occurs, if the infant can react in a way different
from typical that can increase this infant's chance of survival, isn't this
memory? so, a 6 month old human infant you would agree that this infant's
cells have memory? training? without the covid vaccine? lolololol. please
don't try to educate me on such such basic stupid stuff. i'm asking a
question that hits at the very heart of how your stupid covid vaccine
antibody works. it is supposedly a "neutralizing antibody". it needs to be
inside the lung alveolus to prevent lung alveolar epithelial cell infections,
which are the primary cells infected by covid. this "neutralizing antibody" is
150,000 Daltons in size, 8000 times heavier than a water molecule. not a
single published peer reviewed paper on earth that I have found (and you
won't find one either) that shows an active transport system for antibodies
to go from the blood where the b lymphocytes makes the antibody, to pass
through the blood lung barrier, so the "neutralizing antibody" can be
transported into the alveolar air sac which is where the infections are
occurring. Did you not read anything I wrote? to try to school me on the
basics means you didn't understand a thing i wrote. but how could you.
training? look at the facts. in january of 2020, not one american had a covid
antibody. yet, 20 million americans were infected with covid, and the
majority healed well within two weeks. antibodies showed up much later. so,
smarty pants, who wants to school me, the guy who has a good chance of
bringing down the covid vaccine paradigm, how did all these americans
who didn't have covid antibodies in their system, these almost 20 million
americans, HOW DO YOU THINK THEY RECOVERED? if you don't know,
then don't even attempt to school me on such basic issues. not one
director at the CDC tried to school me on the basics. why? because my
question hits at the heart of their basic paradigm. if my concerns are
correct, this covid vaccine will be realized for what it might be, a FALSE
POSITIVE.

Like · Reply · 26w

 Reply to Joseph Lee...                                

 **Bob Charles Apposite** · 3:47
The NIH gave all their Gain-of-Function research to Dr. Christian Hassell? Former
FBI / Robert Mueller appointee?

You gave your most dangerous research, the "potential pandemic pathogens" –
to the very same bureaucrats that were actively engaged in multiple campaigns
attempting to frame Trump as being some sort of "Russian agent" &
disenfranchise his voters?

Are you people nuts?

Why would you ever do that?

And there "just happened" to then be a pandemic with one of the
aforementioned potential pandemic pathogens that ruined the economy for said
President and required abandonment of standard electoral processes?

I think you have a lot of explaining to do.

It sure looks like you faked a zoonoses (used a biological weapon) to interfere in
an American election.



**Bob Charles Apposite** · 3:47
The NIH gave all their Gain-of-Function research to Dr. Christian Hassell? Former FBI / Robert Mueller appointee?

You gave your most dangerous research, the "potential pandemic pathogens" - to the very same bureaucrats that were actively engaged in multiple campaigns attempting to frame Trump as being some sort of "Russian agent" & disenfranchise his voters?

Are you people nuts?

Why would you ever do that?

And there "just happened" to then be a pandemic with one of the aforementioned potential pandemic pathogens that ruined the economy for said President and required abandonment of standard electoral processes?

I think you have a lot of explaining to do.

It sure looks like you faked a zoonoses (used a biological weapon) to interfere in an American election.

A weapon that has killed over 4 MILLION people.
That's genocide.

Anyone at NIH willing to comment on these sordid facts?

Like · Reply · 26w · Edited

**Thomas Botch**
World Health Organization Warns NJ Of The COVID "Tony Soprano" Variant

Like · Reply · 26w

**Deanne Williams** · 30:37
Dr. Corbett is my new hero! She has explained the process of developing the vaccines so well. I would love to sit a few people down who have crazy misconceptions about the vaccines and make them watch this. This women is a wonderful inspiration for all of us. Thanks for sharing Julie Broussard Berko.

Like · Reply · 27w

**Gina Ray**
How do we know that the CDC and Fauci didn't change this vaccine through their relationship with the Big Pharma who only cares about $$$ I don't trust it...

Like · Reply · 28w                                                    💬 3

**Vũ Trinh**
Hello team, my name is Trinh and i want ask for permission that you own website: NIH.GOV

> ⓘ
>
> NIH.GOV
> National Institutes of Health (NIH)

Like · Reply · 27w

**Katherine Margo Brown** 📷 · 2:02
**Brittany Monachino**

Like · Reply · 27w

**John de Prima** · 0:03
Why did you remove the sequences from your site?????

The sequences had been posted to a website run by the National Institutes of Health but were removed for unknown reasons.

Like · Reply · 27w



Like · Reply · 27w

**Johnny Milk** · 2:11
U guys are NOT TO TRUSTED!!! LIES LIES LIES

Like · Reply · 27w

**Johnny Milk** · 1:24
Not to be trusted. Ivermectin works and you guys are lying to the public
FLCCC.net

> i
>
> COVID19CRITICALCARE.COM
> Home | FLCCC | Front Line COVID-19 Critical Care Alliance

Like · Reply · 27w

**Johnny Milk** · 0:02
Your organization is NOT TO BE TRUSTED. THATS WHY I FOLLOW THE
FLCCC.NET

> i
>
> COVID19CRITICALCARE.COM
> Home | FLCCC | Front Line COVID-19 Critical Care Alliance

Like · Reply · 27w

**Mary Featherall Todd** · 2:54
Not so sure what's so funny

Like · Reply · 27w

**Alina SV** · 0:03
NIH is a criminal organization that should just toss that experimental injection in a
volcano and get rid of it.

Like · Reply · 28w                                    ◯ 3

**Derek Poulin**
Do you think with the spillover potential of that project being done on ferrets and
the Denmark minx being a close relative of the ferret and being able to contract
covid-19 and they all had to be put down is a good sign that it is plausibly related
to the work done at the lab since bats do not easily become infected with
covid-19

Like · Reply · 27w

**Derek Poulin**
Imagine after funding gain a function research on the same bat type
coronaviruses and not even knowing that human to human transmission was
possible, two closed door vaccines done on the research. Millions of US Dollars
invested and it did not benefit the people's one bit if anything the fact that the
research was done and could have helped us by letting us know what we know
about the virus it was a cover-up from the beginning the nerve of you people
trying to educate society on what is to be done it's amazing you lost all credibility
and everyone's eyes you are purely a terrorist organization. A United kingdom's
funded lab paid for by France

Like · Reply · 27w

**Dawn Hawkins** · 13:03
Why are we using aborted babies to make them?

Like · Reply · 28w                              ◯😠 3

**Johnette Risden** · 9:04
My husband was healthy till he got the vaccine. Now he's been diagnosed with a
brain tumor (glioblastoma). 3 other people in my area in 2 weeks time have been
diagnosed with brain tumors after being vaccinated



Like · Reply · 28w

**Pedro Pablo Dionisio Acosta**
#QTime – Why the anti-Co.Vi.D.-19 vaccine is not produced on the basis of blood group?

Like · Reply · 27w                                                    🔵 1

**Steve Fahrney** · 0:43
Blood Clots
Miocarditis
Pericarditis
Bells Palsy
Anaphalaxis
Shingles                                      ...
Acute Immune Thrombocytopenia
Heart Palpitations
Uncontrollable full-body Shaking/Tremors
Death
#DontGetVaXXed
Like · Reply · 28w                            🔵 4

**Shannon Fox**
Fauci did NOT follow science, he manipulated it! We will NOT STOP until he is indicted for crimes against humanity. Anyone who is putting your trust in this corrupt organization, is a fool! Fauci funded the GAIN OF RESEARCH which developed COVID, HE IS THE REASON SO MANY DIED!
Like · Reply · 28w                                             🔵👍 4

**Carol Dunbar** · 1:01
Antiviral drugs early on could have saved lives! These deaths are on you! Dr fauci!
Like · Reply · 28w                                                    🔵 3

**Debra Lampe Henley** · 17:55
Thank you young lady!
Like · Reply · 28w

**Eric Kjeldgard Sr.** · 30:05
The NIH need's to be dismantled fire everyone! Taken hydroxychloroquine on the market so they could go ahead and start jamming people with mRNA it's been around for 15 years she didn't invent anything! All our health departments need to be disabled everybody fired! They're all in on this scam demek!
Like · Reply · 29w

**Lydia Figueroa** · 1:01
Wow a Sister
Like · Reply · 28w

**James Lawler**
Distubing trend in that people believe the covid vaccine stops the spread of covid. Why are people not being told they are potentially spreading covid after vaccination? This is a crime against humanity and the NIH and CDC are responsible.
Like · Reply · 28w                                                    🔵 2

    **Derek Poulin**
    How about Mass PCR testing up to 80% of the people tested did not even
    know they had symptoms after getting vaccinated 80% of the people are
    getting symptoms... I'm not the best at math but I'm not exactly stupid
    either

Like · Reply · 28w

**Derek Poulin**
They say that you developing a fever enlarged heart hives cold sweats diarrhea body aches is a normal immune response to your body building antibodies what up to 80% of the people didn't even know they had it doing the mass PCR testing

Like · Reply · 28w

**Derek Poulin**
That's the way I want to build antibodies not even knowing I have it.... I wonder what that would take tell you what the list of ingredients to build immune support are nowhere to be found in the DNA vaccination list of ingredients of known carcinogens

Like · Reply · 28w

Reply to James Lawler...                                                    😊 📷

**Derek Poulin**
The only proof of a viron and that these virus do not practice cell mitosis like everything else splitting to the power in our ecosystem of a body are computer generated images put out by your lying organization and the credits for the picture go to a single scientist and a bunch of computer nerds using software programs in the real science world this does not meet the burden of proof.... People will have to take your word for it and there is no way to peer review... And by peer review do you just mean people looking to get funded by your organizations that received an education on your pseudoscience

Like · Reply · 28w · Edited

**Derek Poulin**
You guys have never sequenced the viron... Supposedly the messenger RNA technology disrupts the transcription portion of the viron but you've never successfully segregated the viron to be sequenced are there any papers sequencing the viron, not the virus watching you two have a conversation is like watching two people confuse a human with a sperm...

Like · Reply · 28w · Edited

**Derek Poulin**
What does the sequence of the virus have to do with the sequencing of the viron? It's like watching a video of two people confusing a sperm and a human being having a conversation.... You alleged that you disrupt the transcription portion of the viron but you do not have the virons sequence to disrupt... You have some software colored pictures of something you alleged there does not make it so without scientific proof....

Like · Reply · 28w

**Derek Poulin**
If it doesn't start with there are currently zero successful messenger RNA vaccines to date after over twenty years of trying is a good start as well as transparency that this one's experimental as well I could care less.... Why did Fauci recommend hydroxychloroquine to his friend in email but not use it to aid our number one line of defense against the bug? Could of saved many life's, oh yah it's not the penny stock vaccine

Like · Reply · 28w

**Miguel Díaz** · 1:52
La meditación dinámica, excelente para alcanzar la atención plena.

Like · Reply · See Translation · 29w

**Eric Kjeldgard Sr.** · 1:49
I know Fauci bullied you Dr. Francis Collin's!

Like · Reply · 30w                    ⭕👍😆 4



Like · Reply · 30w

**Tracy Terrill** · 0:19
None of this would have happened had NIH not misused, abused, planned, trusted communists, funded or did covert operations against all humanity world wide with China.

Like · Reply · 29w 🔵🔵 4

**Juan Manuel Velásquez Álvarez** · 0:10
Surely messages against mistreating arrived to you. Take them into account and take heed of them to finish NOW with so much suffering! Short text with a solution for many injustices: http://github.com /.../Para%20difundir%20For%20spreading.pdf

Like · Reply · 29w

**Alyssa Lynn**
MURDERERS!!!! God will have the last laugh!

Like · Reply · 29w · Edited 🔵 1

**Dawn Tearle** · 0:29
STOP FUNDING CHINA LABS

Like · Reply · 29w 🔵🔵 4

**Juan Manuel Velásquez Álvarez** · 0:06
Surely messages against mistreating arrived to you. Take them into account and take heed of them to finish NOW with so much suffering! Short text with a solution for many injustices: http://github.com /.../Para%20difundir%20For%20spreading.pdf

Like · Reply · 29w

**Von Rayne**
Studies show that every day in the USA 10,000 babies are born and 8000 people die as part of normal life and death cycles. That is science! Let's talk about that you f-ing troll Fauci!

Like · Reply · 29w

**Ana Hambi**
Fire Dr. FALSEY 🔵 5

Like · Reply · 29w

**Sean Thomas** · 0:02
Fire Fauci

Like · Reply · 29w 🔵 4

**Alex Fox**
Dr. Fauci is 80... he needs to retire!

Like · Reply · 29w 🔵 2

**Lola Ramirez** · 2:01
Covid is a virus. The Insurrection killed human beings with weaponry. #BigDifference

Like · Reply · 30w 😆 1

**Paul Dickey** · 0:00
**Lola Ramirez** yes the government murdered people on that day of the protest.

Like · Reply · 29w 🔵👎 2

Reply to Lola Ramirez... 😊 🖼️



**Paul Dickey** · 0:14
Hoping we see a Nuremberg trial soon, with some of the staff at NIH on trial,
convicted , and imprisoned. Starting with the main FRAUD FAUCI.

Like · Reply · 29w

**Steve Fahrney** · 1:31
You guys SCRUBBED FAUCI off the entire page!!! LMFAO

Like · Reply · 30w

**Ken Whitehouse**
What will you do to regain public trust?

Like · Reply · 29w

**Milly Herrera** · 4:16
You can try to convince the 20% - 30% of us who will refuse this vaccine (or any
other flu vaccine), but we still believe wholeheartedly these vaccines are harmful.
Sorry, and Dr. Fauci needs to retire, because when you have so many people who
have lost faith in the NIH and CDC regarding Covid, we can no longer trust this
doctor. Why are they censoring the Frontline Doctors? Why is there not more
funding for therapeutics? I am not an expert, but even I can believe it is more
logical that this vaccine was created in a lab - a human engineered, chimera
parasitic virus! .... Stop pushing that vaccine. For any employer, hospital, school
or university to make it mandatory is also a crime!

Like · Reply · 29w · Edited

**Eric Kjeldgard Sr.** · 7:06
Can't trust the NIH there's ivermectin cure's covid19 in less then 48 hours an
award winning antiparicitic but hide this fact! Because you would no longer need
a vaccine's!

Like · Reply · 30w

**Lola Ramirez** · 2:02
**Johck Bibicoeli** Bleach kills the virus if you drink it as well....oy!

Like · Reply · 30w

**Eric Kjeldgard Sr.** · 0:00
**Lola Ramirez** yeah your a dumbass go and try that libtard see how fast it
work's but please get three or four booster shot's for Dr. Fauci boy!

Like · Reply · 30w

**Eric Kjeldgard Sr.** · 19:03
**Lola Ramirez** lo lo LA Lola lol. The KINK's listen to it Lola by the KINK's on
you tube take a walk on the wild side and the colored girl goes do do do?

Like · Reply · 30w

Reply to Eric Kjeldgard Sr....

**Eric Kjeldgard Sr.** · 18:29
Democrat's go ahead get the booster shot's that's the one kills you but never get
reported they say you died from covid! So if your a libral go ahead cry tears!
Then get two good booster's for fauci fraud legal acct.!

Like · Reply · 30w

**Arlen Stutzman** · 5:58
Human bodys are designed to immunize themselves if you take care of yourself
what does your science say about that

Like · Reply · 31w



**Barb Wolfe** · 10:06
Incorrect. Your immune system will not protect you from Covids severe symptoms. The vaccine is a layer of protection that will keep you out of the ICU and stop the spread of Covid thereby preventing death. Prevention of death for you, your loved ones, your neighbours, coworkers, community.

Like · Reply · 31w                                                                 4

**Crystal Grovdahl**
The human body has built in mechanisms to protect and heal itself. Experts would like us to believe that vaccine-induced antibodies are far more reliable than antibodies produced through natural infection. In other words, scientists have more confidence in their own laboratory creations than they have in themselves, and they believe the entire human race should follow suit and yield to their faith in science.

Like · Reply · 30w                                                                 2

**Barb Wolfe** · 2:40
**Crystal Grovdahl** thank you for your input Dr Grovdahl. Your lifetime of study in epidemiology has obviously served you well. Those of us who have dedicated our lives to the profession of health care salute you and your scientific based opinions.

Like · Reply · 30w                                                                 1

**Florencia Chueke**
If this were true, nobody would die of infectious diseases.....

Like · Reply · 30w

**Florencia Chueke**
They should remove your PhD if you really have one

Like · Reply · 30w

**Crystal Grovdahl**
And that's supposed to impress me, how?

Like · Reply · 30w

Reply to Arlen Stutzman...

**Thomas Amlie** · 1:10
Trying to undo the damage you helped cause by funding the GOF research in Wuhan?

Like · Reply · 30w                                                                 2

**Giovanni Raciti** · 0:05
Vaccination rollout for teachers in Australia - they don't have a plan in place???

Like · Reply · 30w

**Zippy Etzion**
Used to be respected scientists. SHAMEFULLY USED IT TO LIE, TO CHEAT, to advance yourselves. IT WAS SO OBVIOUS AND SO CLEAR that the Corona escaped the Whuan lab. YET YOU, Collins, and disgusting pr idiot FAUCI kept lying. I WISH SOMEONE SUES both of you. YOU SHOULD LOSE YOUR JOBS AND benefits. IN ADDITION, SINCE FAUCI CIRCUMVENTED OBAMA AND FORWARDED MONEY TO WHUAN, HE SHOULD BE HELD CRIMINALLY RESPONSIBLE AND SIT IN JAIL FOR THE REST OF HIS LIFE .

Like · Reply · 30w · Edited                                                       3

**Andrew Filieo** · 0:06
Yeah, NIH hit a home-run with Covid-19. I trust NONE OF YOU.

Like · Reply · 30w · Edited                                                       2

**Tekelil Terega** 🌐   18:19
**Congratulations** Corbett

Like · Reply · 30w

**Brian Jordan** · 0:07
How about an anti bodies test. I've had two bad experimental vaccines in the military . I had COVID19 I'm not going to emergency again with tremors uncontrolled muscles spams and bowels again.

Like · Reply · 30w                                                                    🅾️ 2

> **Rita Wood**
> I've had Covid, too. You now have natural acquired immunity, so you need no jabs. Research immune-boosting vitamins/supplements, if you have not done so. Ivermectin is a fabulous therapeutic.
>
> Like · Reply · 30w

> **Lyndiana Jones**
> You do not get immune by getting covid you can get.It again.
> The vaccines are stupid because everytime it mutates you will need a new one
>
> Like · Reply · 30w · Edited

> ·  Reply to Brian Jordan...                                                       ☺ 😀

**Rocky Parkerton** · 1:02
Developed in much the same way as Covid-19. Except rather than in a lab in Wuhan China, it was in a different lab here in the US.

Like · Reply · 30w

**Inez Brown** 🖐 · 31:10
ALL THE PEOPLE WHO ARE AFRAID OF THIS VACCINE, YOU WONT BE ANYMORE ONCE YOU WATCH THIS.

Like · Reply · 30w                                                                    😂 2

**Ana Hambi** · 0:04
Dr. FALSEY FUNDED THE WUHAN LAB!

Like · Reply · 30w                                     🅾️👍 3

**Ana Hambi** · 0:01
Dr. FALSEY IS A LIAR

Like · Reply · 30w    🅾️👍 3

**Steven Murphy** 🅾️ · 0:14

😍
😎

Like · Reply · 30w

**Diane Barkelew Wallace** · 0:48
Thank you for your years of research!

Like · Reply · 30w                         👍 1

**Brizio Genovesi** · 1:42
These are not vaccines, they are gene therapy. And they have exactly ZERO long term safety or efficacy data. And the touted "90-95%" effective is also a half truth at best as this is only relative risk reduction. Absolute risk reduction is 1% or less which makes them only slightly better than placebo but with all the risk. Liars.

Like · Reply · 30w                                                                    🅾️ 2

> **Diane Barkelew Wallace** · 0:00
> **Brizio Genovesi** Are you a qualified medical researcher or are you just opinionated?
>
> Like · Reply · 30w



**Milly Herrera** · 0:15
The truth is nobody knows the long term consequences or ill effects of these vaccines. This covid virus was created in a lab. They need to stop fooling around with viruses and vaccines. For goodness sake, our grandparents lived their life without vaccines, doctors and nurses who cared for us in the past never got a flu vaccine (that now in present times, by the way, these vaccines are being forced on them against their will or they risk losing their jobs or careers). For goodness sake, stop this vaccine crazy money making stock market pooperang! .... I was harmed by MMR and Tetanus. I am not getting that covid vaccine. You need to stop this!

Like · Reply · 30w                                                              😊👍 2

**Krisi Gindlesperger** · 15:11
What about if you had Covid, wouldn't the first shot be the wake up for your immune system?

Like · Reply · 30w

**Debby Zamorski** · 13:02
**National Institutes of Health (NIH)** this is the kind of PAP (you may or may not be familiar with that term) that is not only insulting but in and of itself without the full picture is what I categorize as misinformation. Hell will freeze over before I have a synthetic receptor injected in my body. Are you familiar with some of the devastating unpredicted effects of gene therapy? Has there ever been a truly effective corona virus vaccine. Why did they inject my (dying from a respiratory virus) Mother with a 2nd Pneumonia vaccine? Because it was bill-able UGH 😠 . Did it hasten her death. I don't know. I do know 2 chronically ill and possibly a third one that nosedived after their 2nd vaccine. My husband was going to wait on the access to the traditional J&J vaccine, but unfortunately responded to a loudspeaker hello, we have a free Pfizer vaccine left over (at that medical facility called Kroger) and answered to the bait. After his 2nd one he was sick (very) for 2 & a half weeks. Needless to say, although he cannot change what he has done, he will not be taking any booster. They are offering money and more to prop up this lie and vaccine makers were given carte blanche from lawsuits for damages after a large amount of Americans suffered permanent neurological damage from the swine flu. I don't call this sickeningly sweet fluff propaganda. It doesn't rise to that level. It is plain ignorance presented on a pretty plate from ignorant people. 😠 People like ya'll really creep me out!

Like · Reply · 30w                                                              😊👍 2

**Rita Wood**
More coverup - I get it.

Like · Reply · 30w

**Jesse Morrell** · 0:05
Amazing! Christian Andersen was the first scientist who published a scientific paper on the origin of the virus, arguing for a natural origin and against a gain of function origin, "The proximal origin of SARS-CoV-2" published in Nature.

This paper was used by the media for headlines like, "Scientists debunk baseless lab origin conspiracy theory."

Yet here we see that Andersen privately told Fauci the opposite: "The unusual features of the virus make up a really small part of the genome (less than point one percent), so one has to look really closely at all the sequences to see that some of the features (potentially) look engineered."

#CoverUp

Like · Reply · 30w                                                              👍 2

**Spencer Anthony Howell** · 2:32
Happy Mothers day❤ Mothers please have enough sense NOT to let YOUR kids be GUINEA PIG, LAB RATs for Big Pharma vax trials. YOUR KIDS WILL BE THE Experiment!!

 **Spencer Anthony Howell** · 2:32
Happy Mothers day💗 Mothers please have enough sense NOT to let YOUR kids be GUINEA PIG, LAB RATs for Big Pharma vax trials. YOUR KIDS WILL BE THE Experiment!!

Just ask yourself has this vax EVER, EVER, EVER been given to developing kids in long term trials.... answer- NO!!

Even if Big Pharma pushes vax current status from EXPERIMENTAL to FDA APPROVED...the effects on your childs DEVELOPING sex organs / immune system is still UNKNOWN and will NOT be known until they start a family / too late!!.😳😳   · · ·

Especially since fertility, menstural cycle, irregularities/ concerns in adults have been raised!!

If the GOV /schools FORCE you to risk the possibility of your childrens fertility, for vaccine trials, Then may God be with YOU and YOUR choice. 💯

Big Pharma & GOV (liability EXEMPT) will surely thank you and your child for your voluntarily participation in the experimental vaccine study.

As Fauci says the data is NOT yet complete Blessings 🙏🙏🙏

Like · Reply · 30w                                                       2

 **Scott Edwards** · 2:26
Fauci needs to be fired asap....He is complicid with the outbreak and the deaths of over 500,000 Americans.

Like · Reply · 30w                                                       4

 **William Jackson** · 1:35
Doctor Fauci, I now that your testimony in congress has been attacked every time by Republican. One of there main complaints is that you didn't know everything about this virus in January 20202. Thought to think about.

Like · Reply · 30w

 **William Jackson** · 6:04
When I was a child, I spoke as a child, I understood as a child, I thought as a child: but when I became a man, I put away childish things." The Bible quote. The questions are really a philosophical question when time and experience and thought as applied to both human history and human experience. Do you know more when you were 6 than when you were 18 or the other way around? The answer is obvious. So it speaks to a shared humanity. We will all know than all humans know more today than yesterday. Only a disease would effect that truth. Period. The expectation in your question suggests that I am different from al the humans throughout human history and am a GOD. It is like a friend of mine likes to say, "You can't fix stupid but you can place it on top of the table." Don't take the bait of a stupid question. I would answer, "Do you want me to answer a philosophical question " They will say, just answer my question. So say okay, and quote the bible and explain that all human in all of human history knows more today more than they did a year ago, a decade ago, and 50 years ago. So really what are you asking. If you are asking if I am more knowledgeable today than a year ago, I will state that absolutely, I am sure you are much smarter today than a year ago. So what are you really asking??? Wisdom comes from learning and reflection, ignorance comes from learning and not reflecting and danger comes from reflection without learning." Confucius 2500 years ago. We may be advanced but we are not smarter. That is something that is out of my field, I must admit.

Like · Reply · 30w

 **Barb Wolfe** · 2:59
**Emy Kate**

Like · Reply · 31w



**Emy Kate** · 0:00
**Barb Wolfe** thank you
Like · Reply · 30w

**Barb Wolfe** · 0:00
**Emy Kate** love you
Like · Reply · 30w

Reply to Barb Wolfe...

**Sharon Louise** · 0:16
Thank you for all you do
Like · Reply · 30w    👍 1

**Rose Mountford** · 0:08
Fauci needs to resign!
Like · Reply · 30w    👍❤ 2

**Nelson J. Kane**
🙂 I can't get a pharmaceutical company to answer these questions: What about the percentage of patients in America who are in remission with CLL, who developed no antibodies to COVID-19 even after receiving both doses of a vaccine? What, if any, progress is being made to develop a vaccine for COVID-19 that will protect patients with CLL from COVID-19?
Like · Reply · 31w

**Gloria Rogozik** · 3:22
What is wrong with you people? Based on research!??????
Like · Reply · 31w    👍 2

**Gloria Rogozik** · 1:50
Much needed information
Like · Reply · 31w

**Gloria Rogozik** · 0:47
Hi NIH!
Like · Reply · 31w    👍 1

**Barb Wolfe** · 5:58
Very informative. Thank you!
Like · Reply · 31w

**Daniel Lee**
👍❤🧑👼💯👍
Like · Reply · 31w

**Sally O'Brien** · 0:07
I think it's probably time to investigate how this happened. We need to know his, when where, who about this pandemic.
I'm shocked at the lack of curiosity and investigation.
Sick to death of talk of a vaccine being pushed on the public without any real research into these vaccines and their long term side effects.
I feel our scientific community has failed us.
Become just another political entity
Like · Reply · 31w    👍 4

**National Institutes of Health (NIH)** 👥 ✓ · 2:50
Watch NIH Director Dr. Francis Collins and **National Institute of Allergy and Infectious Diseases (NIAID)** Senior Research Fellow Dr. Kizzmekia Corbett discuss her research & the development of the mRNA COVID-19 vaccines.
Like · Reply · 31w    👍❤👏 8

Like · Reply · 31w

**Latonya Darlene Poledore** · 12:54
Are those the three

Like · Reply · 31w

**Latonya Darlene Poledore** · 12:43
Cancer therapy, antibody and RnA

Like · Reply · 31w

**Latonya Darlene Poledore** · 11:28
winning

Like · Reply · 31w

**Latonya Darlene Poledore** · 11:19
Latonya chew

Like · Reply · 31w

**Latonya Darlene Poledore** · 9:47
Summer 1 student

Like · Reply · 31w

**Latonya Darlene Poledore** · 8:11
deaf

Like · Reply · 31w

**Latonya Darlene Poledore** · 4:14
January 12 2020 gotcha

Like · Reply · 31w

**Latonya Darlene Poledore** · 3:42
December 2019
January 2020
it's not me I s it 🔫

Like · Reply · 31w

**Latonya Darlene Poledore** · 1:05
rnadnscientistic arid

Like · Reply · 31w

**Latonya Darlene Poledore** · 0:10
(ಠ ಠ_ಠ)ಠ

Like · Reply · 31w

**Tim Timv**
What an absolute crock. Do you people believe in this vaccine to a degree that
you will personally guarantee that if anyone takes it and died you will be held
responsible and face the consequences. Erm no I didn't think you would. Even
the companies that make it are not an anyway held to account

Like · Reply · 31w · Edited

**Johnny McDonald** · 16:41
One dummy following the next dummy

Like · Reply · 31w

**Chan Khan** · 2:18
Thanks

Like · Reply · 31w

**Becky Holmes** · 0:58
Do I get shot if I had the virus already?

Like · Reply · 31w



Like · Reply · 31w

**J Kim Davis** · 0:11
#FIRED Dr. Fraudci must go. 🤚
Like · Reply · 31w

George Mauldin · 2:20
How many masks this week-(mask canceled a week later??) ???Seems to
be probed to LIE!
Like · Reply · 31w

Reply to J Kim Davis...

**Larry Czainski** · 27:35
Why hasn't an HIV mRNA vaccine been developed after 35 years of well funded
AIDS research? Doesn't the HIV virus use the same enzyme mechanism vector to
enter the human's cells and via reverse mRNA transcription turn off the T-cell
response in fighting the virus among other pathogens? How does this "injected"
form of mRNA vaccine get 'disposed' of or shed when no longer needed? Does it
become permanently embedded in the genome sequencing of DNA as the HIV
mRNA does? HIV and Covid 19 share 5 identical protien spikes so their
biochemistry composition are very similar.
Like · Reply · 31w

**Annamalai Rajan** · 2:10
The world community is greatful to you
Like · Reply · 31w

**Benilda Miller** · 17:16
Who is Calico Jack?
Like · Reply · 31w

**Arlen Stutzman** · 8:27
Are you guys working for Dr Fauci
Like · Reply · 31w

**Arlen Stutzman** · 3:27
You have got an ingredient in the vaxx thats in antifreeze ain't that very
dangerous and it could kill a lot of people
Like · Reply · 31w

**Roxanne Stevens** · 12:17
Thank u for all ur hard work 👏🙏🙏🙏
Like · Reply · 31w

**Lisa Anne Ebl**
**Cherry Ebl**
Like · Reply · 31w

**Hilaire Steegmans** · 1:33
Waht.kann.you.doeing.serioaris
Like · Reply · 31w

**Manoela Firvida**
Manoela Firvida Agente de seguros Seguros através de Obamacare
Estados: Florida, Texas, Georgia, North carolina, South Carolina, Indiana, Arizona,
New Mexico, Colorado
Comunicate conmigo al
786-870-2709 manoela.selectinsurance.info
Like · Reply · See Translation · 31w

**Leigh Ann Pacheco** · 10:30
My only concern is that as you stated it's in clinical trials and most health
insurance companies won't pay families if a person has had this vaccine and

**Leigh Ann Pacheco** · 10:30
My only concern is that as you stated it's in clinical trials and most health insurance companies won't pay families if a person has had this vaccine and suddenly dies from complications. So after paying into there policy for years their families will suffer because they are being forced to take a vaccine that even the government isn't still sure is 100% safe or even 80% safe because they don't know it's safe or has long term effects or if it will effectively last. But want to force people to get it or be confined to their home state unable to visit their families. Then as stated Coronavirus has been around this is just a different strand. So why hadn't a vaccine been produced before now incase of such an incident??? As with the flu vaccine!?!

Like · Reply · 31w                                                          ◯ 3

**Arcangel San Metatron Gabriel**
Presidente U.S.
Joe Biden--Soy Cientifico Jose Arcangel San Gabriel #ID
3007-6007-9007-1012-PUERTORICO CIUDA DE AGUADILLA-DIJE 3-7 DE
ENERO DEL 2020 QUE EL CHINO DE WUHAN ESTABA FABRICANDO ARMA
QUIMICA ACURED TOXINACOVID19 EXPORAS ROJAS AMARILLAS
ANTRAX/ARMA QUIMICA MILITAR -EBOLA FIEBRE AZAR AMARILLA SARAMPION
LEPRA PESTE BOBONICA PESTENEGRA Y PESTE AMARILLA-LABORATORIO EN
LA SELVA EN UNA CUEVA/ --SON DOS VIRUS EXPORAS MARRON VERDE CAFE
COLOR AIYENIGENA ESTRATERESTREDE MARTE - PLANETA -VINIERON DE LOS
12 METEHORITOS CALLERON TIERRAS ?????PREGUNTA - PRECIDENTE SI EL
VIRUS FUE HECHO POR EL HOMBRE CHINODE WUHAN SI EN UNA CUEVA
SELVA LABORTORIO NATURALEZA

Like · Reply · See Translation · 31w                                    😀👍 3

**Parminder Kaur**
Thank you for sharing your knowledge! 😊

Like · Reply · 31w

**Nina Zanetti** · 0:08
This was wonderful. Thank you both!

Like · Reply · 31w

**Jennifer Umtuch** · 2:39
**Elese Adele Washines**

Like · Reply · 31w

**Jennifer Umtuch** · 2:31
**Lara Ike**

Like · Reply · 31w

**Karen Reynolds** 🏳 · 1:40
Thank you, thank you, thank you.

Like · Reply · 31w

**Dominique PC** · 27:57
Well said!

Like · Reply · 31w

**Dana Coady** · 14:28
Why are the symptoms worse with the second dose? Logically it makes sense you would have a stronger reaction with the first shot because it's the first time the mRNA has been introduced and then the second shot would be less symptoms because the body already remembers it

Like · Reply · 31w

**Shaun O'Brien** · 0:00
**Dana Coady** the 2nd dose triggers the primed recall response, which was first instructed by first dose. Recall response happen within hours while it



Like · Reply · 31w

**Shaun O'Brien** · 0:00
**Dana Coady** the 2nd dose triggers the primed recall response, which was first instructed by first dose. Recall response happen within hours while it takes 7 days to initially prime your immune response. Learn more with **The League of Science Superfriends**

Like · Reply · 31w

**Dana Coady** · 0:00
**Shaun O'Brien** thank you!

Like · Reply · 31w

Reply to Dana Coady...

**Monica Arranz** ● · 1:45
Buenas tardes Dr. Collins!

Like · Reply · See Translation · 31w

**Kamal Krishna Banik** ● · 31:10
Congratulations

Like · Reply · 31w

**Hedgpeth Linda** · 0:37
Hello NIH

Like · Reply · 31w

**Ezell Javis** 🎏 · 1:52

Like · Reply · 31w

**José Landero** · 3:32
Our Natural /Innate IMMUNE System is NOT in bed like they say!!! hahaha...BS!

Like · Reply · 31w

**Barbara Todd**
Excellent presentation!

Like · Reply · 31w

**Dotti Caldwell** ● · 30:54
Love Dr. Collins too!

Like · Reply · 31w

**Natasha D Hammond** · 30:56
CONGRATULATIONS!!!!

Like · Reply · 31w

**Dawn Kern** · 30:51
Dr. Corbett is amazing!!

Like · Reply · 31w

**Malik Moukam** ● · 30:49
Thank you Dr Kizzy

Like · Reply · 31w

**Iddil Bekirov** · 30:35
Thank you Dr. Kizzy!

Like · Reply · 31w

**Caroline Goon** · 30:15
Thank you so much! This is wonderful.



Like · Reply · 31w

**Kempton Lam** · 30:26
Congrats Dr. Corbett for starting you own lab!
Like · Reply · 31w

**Katherine Alexandra Perch** · 30:13
Thanks, Dr. Kizzmekia! Best of luck.
Like · Reply · 31w

**Courtney Deuro** · 30:22
Thank you Dr. Corbett!!
Like · Reply · 31w

**Alan Rubio** · 30:21
Congrats, you will do it great. You're the best !
Like · Reply · 31w

**Dotti Caldwell** · 30:14
Love her!!!!
Like · Reply · 31w

**Camille Ehre** · 30:09
Good luck, Dr. Corbett
Like · Reply · 31w

**Sandra Duran** · 30:06
Thank you !
Like · Reply · 31w

**Kanakavalli Ramanujam** · 29:59
Thanks a lot!!
Like · Reply · 31w

**Mohammad Samin** · 28:49
Thank you!
Like · Reply · 31w

**Kanakavalli Ramanujam** · 28:51
Keep going! Way to go!! 👏
Like · Reply · 31w

**Michelle Lockett** · 28:38
Wow! Congratulations! 🎉
Like · Reply · 31w

**Zalonda Woods** 🎓 · 28:32
Yesssss!!!!!
Like · Reply · 31w

**Jennifer Mullen** · 28:29
Congratulations 🎉
Like · Reply · 31w

**Kempton Lam** · 28:05
Thank you both again! #Unite #WeAreAllInThisTogether
Like · Reply · 31w

**Jennifer Mullen** · 27:49
Absolutely-missing out
Like · Reply · 31w

**Michelle Lockett** · 27:37
👏👏👏👏👏👏👏 yes! UNITE!
Like · Reply · 31w



**Bernie R. Watts** · 27:25
Fire Fauci
Like · Reply · 31w  💧1

**Kempton Lam** · 26:55
Someone asked about LNP, interested people can google and find the YouTube video that //Dr. Pieter Cullis recounts the history of the research that led to the lipid nanoparticle (LNP) delivery system enabling the Pfizer/BioNTech COVID-19 vaccine ...//
Like · Reply · 31w  💧1

**Kanakavalli Ramanujam** · 25:51
I love genetics & Genomics! 💜
Like · Reply · 31w  💧👍4

**Hannah Swick** · 25:33
>>If the spike protein bound to the ACE2 receptor can cause platelet activation, participate in thrombus formation, and induce inflammatory responses upon infection with the virus, why is this not a concern when the body produces that spike protein alone?
Like · Reply · 31w

**Zalonda Woods** 🎓 · 23:04
**Congratulations!**
Like · Reply · 31w  💧1

**Kempton Lam** · 17:28
Thanks Dr Corbett & Dr Collins for a great interview and sharing your insight!
Like · Reply · 31w  💧1

**Calico Jack** · 19:08
Experimental mRNA tech.
Like · Reply · 31w

> **Shaun O'Brien** · 7:35
> **Calico Jack** except that this tech has been used in cancer clinical trials for past decade
> Like · Reply · 31w  😊1
>
> Reply to Calico Jack...  ☺ 🖼

**Calico Jack** · 22:07
Please don't encourage her! 🧍
Like · Reply · 31w  😊1

**Dawn Kern** · 17:49
Will the booster vaccines help against COVID-19 variants?
Like · Reply · 31w  💧1

> **Shaun O'Brien** · 6:48
> **Dawn Kern** learn more with **The League of Science Superfriends** and mRNA vaccines can be quickly repurposed to address variants.
> Like · Reply · 31w  💧4
>
> Reply to Dawn Kern...  ☺ 🖼

**Hannah Swick** · 21:23
>>Is it not possible that some % of the mRNA in each batch will degrade partially, resulting in production of different proteins?

>>What is an acceptable % of degraded mRNA?
Like · Reply · 31w



Like · Reply · 31w

**Jennifer Mullen** · 19:26
Calico Jack - you are a clown
Like · Reply · 31w                    😮👍 2

**Calico Jack** · 8:26
And you are a slave. 🍷
Like · Reply · 31w              😮 1

Reply to Jennifer Mullen...                    ☺ 🗊

**Calico Jack** · 19:29
Linked to DARPA.
Like · Reply · 31w

**Jennifer Mullen** · 18:13
Thank you Dr. Corbett for your work!!
Like · Reply · 31w                    😮👍 3

**Calico Jack** · 18:03
For actual info. Search The Last American Vagabond.
Like · Reply · 31w

**Zalonda Woods** 🦋 · 17:51
Can the mRNA that you created help with enabling my body to produce protein S
whereas I am defiencient in the future?
Like · Reply · 31w

**Megan DiGregorio- Fecteau** 🌐 · 17:49
Awesome work ! 👍🙏
Like · Reply · 31w                    😮 1

**Calico Jack** · 16:10
She's a clown!
Like · Reply · 31w

**Oscar Barreda Lopez** 🌐 · 15:46
Congratulations .
Like · Reply · 31w              😮 1

**Maria Webb** · 15:36
So will J&J start giving 2 shots?
Like · Reply · 31w

**Calico Jack** · 15:04
😂😂😂😂😂😂😂😂😂😂
Like · Reply · 31w

**Yasmin Amir** 🌐 · 12:58
I have pain in my shoulder after a week
Like · Reply · 31w

**Malik Moukam** 🌐 · 4:35
**Yasmin Amir** is normal it is an autoimmune reaction due to increased in
temperature, it will ware off in few days.
Like · Reply · 31w

Reply to Yasmin Amir...                    ☺ 🗊

**Calico Jack** · 14:41
That just sounds ridiculous! Ok it's face.
Like · Reply · 31w



**Shaun O'Brien** · 14:16
Amazing work and sharing via **The League of Science Superfriends**

Like · Reply · 31w                                        2

**Zalonda Woods** · 13:34
Did any of the companies add an additive that may be causing some the complications?

Like · Reply · 31w

**Calico Jack** · 13:19
Murderers!

Like · Reply · 31w

**Kanakavalli Ramanujam** · 12:18
Thanks!! It's too informative

Like · Reply · 31w         1

**Reid KLynn** · 9:57
So, NIH, if you're touting how wonderful this is, you're name nor your professional constituents name's will appear on the Waiver of Liability. Correct?

Like · Reply · 31w                                        1

**José Landero** · 7:16
Talk about LIABILITY... effectiveness, New variants and strains... Side effects in the long run... and potential adverse effects, such as the development of autoimmune diseases... Talk about the Operation Speed wrap and Great reset... talk about Quantum computers and Transhumanism. Why do the vaccines need Advertisements? and the Gov spends billions of dollars on that?

Like · Reply · 31w

**Camille Ehre** · 6:57
There are a lot of spikes on this plastic SARS-CoV-2, Dr. Collins!

Like · Reply · 31w

**Kanakavalli Ramanujam** · 5:50
Wow! Great

Like · Reply · 31w         1

**Kathryn Sullivan** · 3:14
Bet she was hand fed that job

Like · Reply · 31w

**Ermin Suljic** · 3:03
**Rami Rinot**

Like · Reply · 31w

**Iddil Bekirov** · 1:41
Amazing! 💜         1

Like · Reply · 31w

**William Howard** · 1:25
Awesome video

Like · Reply · 31w         1

**Zalonda Woods** · 1:19
I am so proud of you Dr. Kizzmekia Corbett. GOD bless you!

Like · Reply · 31w                                        1

**Ovais Shafi** · 0:50
Hello everyone

Like · Reply · 31w

**Ovais Shafi** · 0:42



Like · Reply · 31w

**Zalonda Woods** · 13:34
Did any of the companies add an additive that may be causing some the complications?

Like · Reply · 31w

**Calico Jack** · 13:19
Murderers!

Like · Reply · 31w

**Kanakavalli Ramanujam** · 12:18
Thanks!! It's too informative

Like · Reply · 31w

**Reid KLynn** · 9:57
So, NIH, If you're touting how wonderful this is, you're name nor your professional constituents name's will appear on the Waiver of Liability. Correct?

Like · Reply · 31w

**José Landero** · 7:16
Talk about LIABILITY... effectiveness, New variants and strains... Side effects in the long run... and potential adverse effects, such as the development of autoimmune diseases... Talk about the Operation Speed wrap and Great reset... talk about Quantum computers and Transhumanism. Why do the vaccines need Advertisements? and the Gov spends billions of dollars on that?

Like · Reply · 31w

**Camille Ehre** · 6:57
There are a lot of spikes on this plastic SARS-CoV-2, Dr. Collins!

Like · Reply · 31w

**Kanakavalli Ramanujam** · 5:50
Wow! Great

Like · Reply · 31w

**Kathryn Sullivan** · 3:14
Bet she was hand fed that job

Like · Reply · 31w

**Ermin Suljic** · 3:03
**Rami Rinot**

Like · Reply · 31w

**Iddil Bekirov** · 1:41
Amazing! ❤️

Like · Reply · 31w

**William Howard** · 1:25
Awesome video

Like · Reply · 31w

**Zalonda Woods** · 1:19
I am so proud of you Dr. Kizzmekia Corbett. GOD bless you!

Like · Reply · 31w

**Ovais Shafi** · 0:50
Hello everyone

Like · Reply · 31w

**Ovais Shafi** · 0:42
Hello Dr. Collins

Like · Reply · 31w

Write a comment...