# EXHIBIT 26



View from pseudonymous account (commenter)









Ms. Hopwood's view