# EXHIBIT 27



