# EXHIBIT 28





Ms. Hopwood's view







View from pseudonymous account