# EXHIBIT 30











