# EXHIBIT 31

Ms. Krasno's view



5:11

**Comments**

**nihgov** ✓ NIH News: Enhancing the brain's lymphatic system when administering immunotherapies may lead to better clinical outcomes for Alzheimer's disease patients, according to a new study in mice. Results published in the journal Nature suggest that certain immunotherapy treatments might be more effective when the brain's lymphatic system can better drain the amyloid-beta protein that accumulates in the brains of those living with Alzheimer's. Major funding for the research was provided by the National Institute on Aging (NIA), part of the NIH, and all study data is now freely available to the broader scientific community. Check our stories to read the NIH news release.

IMAGE: Study shows the meningeal lymphatic vessels in green, blood vessels in blue and amyloid beta in red.
Credit: Sandra Da Mesquita, Ph.D.

·
·
·

#NIH #NIA #aging #agingresearch #Alzheimers #immunotherapy #brain #scienceimage

6h

**madeline_krasno** It's pretty messed up that you block conversation about animal testing.
2s   Reply

**andresfrancovelez1** 👏👏👏
57m   Reply

**prealjaq** 😮❤️

❤️  🙌  🔥  👏  😢  😍  😮  😂

Add a comment as madeline_krasno...

View from pseudonymous account



5:13

**Comments**

**nihgov** ● NIH News: Enhancing the brain's lymphatic system when administering immunotherapies may lead to better clinical outcomes for Alzheimer's disease patients, according to a new study in mice. Results published in the journal Nature suggest that certain immunotherapy treatments might be more effective when the brain's lymphatic system can better drain the amyloid-beta protein that accumulates in the brains of those living with Alzheimer's. Major funding for the research was provided by the National Institute on Aging (NIA), part of the NIH, and all study data is now freely available to the broader scientific community. Check our stories to read the NIH news release.

IMAGE: Study shows the meningeal lymphatic vessels in green, blood vessels in blue and amyloid beta in red.
Credit: Sandra Da Mesquita, Ph.D.

#NIH #NIA #aging #agingresearch #Alzheimers #immunotherapy #brain #scienceimage

6h

**madeline_krasno** Ok let me try again. It's pretty messed up that you block any conversation about a n I m a l t e s t I n g

17s  Reply

Reply to madeline_krasno...

**andresfrancovelez1** 👏👏👏

❤️ 🙌 🔥 👏 😢 😍 😮 😂

Add a comment as dane4dogs...