# EXHIBIT 32





