# EXHIBIT 33

Ms. Krasno's view





View from pseudonymous account

