# EXHIBIT 34





