# EXHIBIT 35

Ms. Krasno's view



View from pseudonymous account

