# EXHIBIT 36



