# EXHIBIT 37

Ms. Krasno's view



View from pseudonymous account

