# EXHIBIT 38





**Juan Luna**
Todo esta Bien lo unico es dejen que Los conocimientos extraños nos den la Mano Por que Los conocimientos medicos son Buenos Hasta ciertos conocimientos Pero estamos estancados Por Muchos AÑOS entonces Que. Ceguir el mismo Ritmo Por Dios ...........Que esta sucediendo. Alguien Que nos aga salir Del Sueno. Gracias

Like · Reply · See Translation · 34w

**JC Åhr Catuche**
Here in Colombia we want the world to know that the government itself is killing us, we need our voice to be heard and for the international organizations in charge of safeguarding human rights to be present.
Please share.

Aquí en Colombia queremos que el mundo sepa que el propio gobierno nos está matando, necesitamos que se escuche nuestra voz y que estén presentes los organismos internacionales encargados de velar por los derechos humanos.
Por favor comparta.

#comisioninteramericanadederechoshumanos

#EuropeanCourtofHumanRights

#amnistiainternacional

#civilrightsdefenders

#HumanRightsDefenders

#humanrightswhithoutfrontiers

#physiciansforhumanrights #globalrights

#humanrights #SOS #Colombia #soscolombia #ColombiaAlertaRoja #ParoNacional #UribeDioLaOrden #duqueparelamasacre #DuqueRenuncie #NosEstánMatando

🆘 🆘 🆘 🆘 🆘 🆘

Like · Reply · See Translation · 34w

**Juan Luna**
Con esta rnformacion me boy A hechar todos Los Leones encima Por que no hacen un experimento espacifico donde se emplea Los experimentos medicos con Los tratamientos al serebro y Los que lo experimenten tienen que es lo que estan haciendo para encontrar Soluciones Por que todo es pocible no le podemos creer al que tiene mas DINERO sino el que tiene la clave. Gracias

👍 1

Like · Reply · See Translation · 34w

**Md Asif Ansari**







