# EXHIBIT 39



Ms. Krasno's view



View from pseudonymous account



