# EXHIBIT 41



Ms. Krasno's view





**Jennifer Ferrell**
I've worked really hard at suppressing ugly memories. It's a lot of work but it can be done.
2h   Like   Reply



**Nazzarena Labò**
Roberta
2h   Like   Reply



**Madeline Krasno**
I was diagnosed with PTSD after working at University of Wisconsin-Madison's Harlow Primate Lab which receives funding from you, the National Institutes of Health (NIH), to torture animals in the name of science. It's despicable that you continue to harm animals and call it progress when so many people are without the means to access mental healthcare, general healthcare, and medication that already exists.
Just now   Like   Reply

Write a comment...   

    



**National Institutes of Health (NIH)** ✓
3h

working at University of Wisconsin-Madison's Harlow Primate Lab which receives funding from you, the National Institutes of Health (NIH), to torture animals in the name of science. It's despicable that you continue to harm animals and call it progress when so many people are without the means to access mental healthcare, general healthcare, and medication that already exists.

6m   Like   Reply

 **Madeline Krasno**
I was diagnosed with PTSD after working at University of Wisconsin-Madison's H a r l o w  P r I m a t e Lab which receives funding from you, the National Institutes of Health (NIH), to t o r t u r e a n I m a l s in the name of science. It's despicable that you continue to harm a n I m a l s and call it progress when so many people are without the means to access mental healthcare, general healthcare, and medication that already exists.

Just now   Like   Reply

Write a comment...



View from pseudonymous account



