# EXHIBIT 42





