# EXHIBIT 43























