# EXHIBIT 44

Mr. Hartkopf's view



View from pseudonymous account



