# EXHIBIT 45

