# EXHIBIT 46

## Mr. Hartkopf's view



Public view

