# EXHIBIT 48

7:26

Comments

**nihgov** Image: Scanning electron micrograph of a human neutrophil (white blood cell) ingesting methicillin-resistant Staphylococcus aureus (yellow).

"As antibiotic-resistant infections become more widespread, better and easier treatment regimens are needed to ease the burden on both healthcare providers and patients. By investigating existing antibiotics for their action on a broader array of bacterial infections, we may be able to generate new treatment regimens more efficiently." @niaid Director Dr. Anthony Fauci

A clinical trial to test existing antibiotic dalbavancin for safety and efficacy in treating complicated Staphylococcus aureus (S. aureus) bacteremia has begun. S. aureus is a leading cause of antibiotic-resistant infection & led to nearly 20,000 deaths in 2017 in the U.S., according to @cdcgov. The trial will enroll 200 adults hospitalized with complicated S. aureus infection at approximately 20 trial sites around the United States and is sponsored by NIAID, part of NIH.
.
.
.
#antibioticresistance #MRSA #research #clinicaltrial #NIAID #NIH #scienceimage

Add a comment...   Post

Mr. Hartkopf's view



Public view

