# EXHIBIT 49



