# EXHIBIT 50





