# EXHIBIT 51

 **Arlisa Nimnete**
STOP YOUR CRUEL TESTING ON ANIMALS

Like · Reply · 7w  1

 **Peter Roy**
**Arlisa Nimnete** TROLL.
COMMENT HAS NOTHING TO DO WITH THIS NEW ANTIVIRAL DRUG.



Like · Reply · 7w