# EXHIBIT 52



National Institutes of Health (NIH)

Follow    Learn More

**Intro**

565K Followers

Page · Government organization

9000 Rockville Pike, Bethesda, MD, United States, Maryland

(301) 496-4000

nih.gov

Always open

**Photos**    See all photos

National Institutes of Health (NIH)
November 16, 2021 ·

Another reason for gratitude this holiday season: anti-viral pills are showing great promise in preventing severe -COVID-19 in those at high risk.

COVID-19 Update: Treatment

DIRECTORSBLOG.NIH.GOV
Early Data Suggest Pfizer Pill May Prevent Severe COVID-19

Visit the COVID-19 Information Center for vaccine resources.
Get Vaccine Info

743        296 Comments   121 Shares

**Sheila Wever**
Prolly has the same chemical formula as ivermectin, but at a higher price tag

Like    Reply    11w                                    45

∧ Hide 13 Replies

**Jones Karin**
**Sheila Wever** 3cl protease like ivermectin

Like    Reply    11w                            2

**Jodi Smith Lusk**
**Sheila Wever** BINGO!    4

**Peter Roy**
**Jodi Smith Lusk**



Like    **Reply**    11w                        1

**Donna Croisetiere**
How sad is that just thinking of everyone that could have been saved .... Everyday this could save lives

Like    Reply    11w                            6

**Dulcy Morais**
**Donna Croisetiere** people are not dying as media claims, deaths are occurring at normal rate; we had flue season after flue season and we lost elderly and compromised.
4



**Eric Hoffman**
**Dulcy Morais** that will change as soon as round 1 of the jabs wears off this winter... and quite possibly the stale unsterilizing antibodies will make the jabbed even sicker than if they had no jab at all.

Like   Reply   11w

**Eric Hoffman**
Donna Croisetiere what's even sadder than all those people dying needlessly, is that our medical establishment knew they were killing people by suppressing HCQ and IVM for all those many months before the vaccine was released (and they are still doing it... willfully and without good reason, other than profits and power, suppressing any access by the public to effective early treatments).

Like   Reply   11w   Edited

**Lesa Berry**
**Eric Hoffman** I'm already seeing that in vaxed people that I know! It's frightening.

Like   Reply   11w

**Bill Skaggs**
**Dulcy Morais** *flu

Like   Reply   11w

**Lesa Berry**
**Donna Croisetiere** Have you seen where Dr. Paul Marik is suing his employer, Sentar Hospital? He will be in court tomorrow, in Norfolk, Va. Nov. 18th. Pray for justice and healing!!!!!

Like   Reply   11w



**Lesa Berry**

**Dulcy Morais** well, I don't expect to get any truthful reports from any of our gov't agencies but I have a dear friend that was murd@red... March 31, 2021. She was given up for dead, her doctor said the hospital did not recommend Ivermectin so she was denied what could have saved her life. She only got Remdesivir and a steroid and her kidney's shut down (for those that don't know, this is a side effect of Remdesivir, MOF and the kidneys are the first to go). She was given morphine and her mask was removed (she refused vent and was on Bi-pap). She died. I'm angry! I can't wrap my head around what happened and I can't make people understand this is an ATROCITY and it needs to stop.

Like   Reply   11w



**Lori Jean**

**Sheila Wever** 100%  2

Like   Reply   11w



**Peter Roy**

**Lori Jean**



Like   Reply   11w                                               1



**Ryan Gill**

**Sheila Wever** it does, bonds to the spike protien. Basically the opposite of what the vax does

Like   Reply   11w                                               4

**Ashley Meredith**
Ryan Gill please stop spreading false information. Many medications are protease inhibitors as many medications are designed to cleave proteins and render them ineffective. Ivermectin and PF-07321332 are substantially different in both structure and action.

Like   **Reply**   11w   Edited               👍 5

Peter Roy
**Ryan Gill**



Like   **Reply**   11w               👍 1

**Ryan Gill**
**Peter Roy** why are u guys so angry i wasn't even saying it was a bad thing. I'm happy they're finally letting people get a treatment that works. Unfortunately that was only going to happen is pharma can profit

Like   **Reply**   11w               😮😡😂 6



**Peter Roy**

Ryan Gill - Am apparent COVIDIOT Troll, who lacks any relevant medical or scientific credentials, who's also a fan of the execrable Josh Rogan, and who reposts debunked Anti-Vaxx and Ivermectin propaganda squeaks up with a mischaracterization on a new anti-viral drug, spews false insults, and attacks drug companies for making money. Bigly Woop.

If this new drug works as claimed,
YES, Pfizer will make money -
BECAUSE PEOPLE'S LIVES AND ORGANS WILL BE SAVED FROM THE RAVAGES OF COVID-19.

Tell us, Ry, do you work for nothing, even though you have a boring job where you brag about goofing off?





Like   **Reply**   11w   Edited                     1

 **Ashley Meredith**
**Pennie Blair** the studies are still ongoing. There has not been a single, credible study with a clinically significant sample size or low enough p value to be considered reliable. I don't agree with pharma companies being able to make a huge profit off of this. I believe it should be offered for free.

Like   **Reply**   11w                                        😆 1



**Lesa Berry**
**Ashley Meredith** if I posted the studies, you wouldn't look at them. Why are you trying so hard to fight the use of a drug that doctors, NOT pencil pushers but DOCTORS have been using with great success? Is it politics? Exactly why would you bite the hand that is trying to nourish you?

Like   Reply   11w   



**Lesa Berry**
**Ashley Meredith** I do wish you would take your own advice!

Like   Reply   11w



**Cary Schooley Farber**
**Ashley Meredith** offered for free to the patient yes , insurance should cover it , like a vaccine . But you do know it cost ( lots) to research, develop, test , market & distribute new medicine . You want all this done for free ? Do you do high level jobs for free ? Scientists have to pay their rent & college loans . That big lab costs lots of money . Someone has to pay for all this . You, insurance, government , taxes ? all of the above ?

Like   Reply   11w



**Ashley Meredith**
Sheila Wever hi Sheila! I encourage you to read the pharmacological reports for both drugs and arrive at the very obvious conclusion that they are structurally very different. PF-07321332 is a direct anti-viral. The only quality they share is that PF is a protease inhibitors, and ivermectin simply acts like one (many medications are protease inhibitors as cleaving functional proteins renders them ineffective)

Like   Reply   11w   Edited                     14



**Dulcy Morais**
Ashley Meredith everyone is amazed that before this charade we went to the doctor with a cold/flu and doctor would recommend stuff to strengthen our immune system and plenty of liquids; pharma then comes out with flue vaccines that only causes people to be miserable and have violent episodes of flue after taking it; now covid and all of a sudden 3 pharma companies and India have each developed a vaccine that they swear it works but has been killing people right and left and none have been recalled, so now the pharma that paid the highest criminal charge in the USA history has developed a pill that cures the covid virus? And we are to take everything at face value without question?

Like   Reply   11w   Edited                     4



**Ashley Meredith**
**Dulcy Morais** please cite evidence of these "left and right" deaths, and don't use the Vaers system because those are all reports that haven't been investigated. There have been a minuscule number of injuries resulting from the vaccine. Also, I'm sorry to inform you that you have been victimized by the Dunning-Kruger effect. I wish you a slow, but effective recovery

Like   Reply   11w                                     3



**Lesa Berry**
**Ashley Meredith** in order to get an EUA, the manufacturer is by law, to provide transparency to the public. Can you share that link for us? No, you can't because they don't exist.

Like   Reply   11w



**Lesa Berry**
**Ashley Meredith** I sent you a PM. I'm just asking you to read about this court case that will begin tomorrow. It will put an end to all this, one way or another. No need to ask me not to message you anymore. I won't bother you again. I'm not your enemy. I'm just trying to help the sick and dying, the vaxed and unvaxed. You won't know what I'm talking about until you read the words from the horses mouth. thanks.

Like   Reply   11w



**John Ouillette**
**Lesa Berry** what court case?

Like   Reply   11w



**Dulcy Morais**
**Ashley Meredith** healthcare workers that have treated vaccinated patients rather not have a job that to experience same symptoms as their vaccinated patients; search the CMS site that will give a good idea of what has been happening through the country. Since you are so invested with Phizer I am sure you understand why they paid the highest criminal charge in the history of the USA and why they continue to pay government so there is no liability from these vaccines; so if it is so safe why no liability? Check FDA board of directors and count how many names you can connect to NIH and pharma cartel; if you don't think there is conflict of interest and still think all of this mayhem is about public health and what is in the best interest of Americans there is no hope for you.



Like   Reply   11w



**Christine Koster Rohr**
**Dulcy Morais** Please link to your evidence. Share your discovery.

Like   Reply   10w



**Eric Hoffman**
**Sheila Wever** not the same chemical but has the exact same mechanism of action (polymerase inhibitor) as IVM. Actually IVM has 4 mechanisms of action, and Pfizermectin has only one of them... so it 1/4th of the drug and 100 times the price.

Like   Reply   11w                                                    😀❤️😆 3

**Lesa Berry**
People have no idea! If CNN watchers ever look this up for themselves, they will never watch CNN again!

Like   Reply   11w                                                    😆 1

**Ashley Meredith**
**Eric Hoffman** incorrect. Ivermectin is NOT a protease inhibitor, it just acts like one

Like   Reply   11w                                                    ❤️ 1

**Ashley Meredith**
**Lesa Berry** you're right! You definitely don't have a single correct idea

Like   Reply   11w                                                    ❤️ 1

**Lesa Berry**
**Ashley Meredith** do you hate republicans that much?

Like   Reply   11w

**Ashley Meredith**
**Lesa Berry** when did politics come into this?

Like   Reply   11w                                                    👍 1



**Ashley Meredith**
**Lesa Berry** I don't align myself with any political party.

Like    **Reply**    11w                                              👍 1

**Ashley Meredith**
**Lesa Berry** I'm sure you do though!

Like    **Reply**    11w                                  👍 1

**Lesa Berry**
**Ashley Meredith** I'm trying to get the ignorant people of this county to realize DOCTORS have found a highly effective treatment for Covid. If you are not a flaming liberal, why would you be arguing the fact that the doctors, fighting the battle are finding the Ivermectin Protocol HIGHLY EFFECTIVE? There are 64 studies that show it's efficacy yet you want to tell people they don't exist. WHY?

Like    **Reply**    11w                                              😆 1



**Giselle Plume**
**Sheila Wever** How can an intestinal parasite dewormer medication works as an antiviral to treat a virus that affects the lungs? Is that's why there is a shortage in Preparation H wipes? Because people are having diarrhea and bleeding from taking the horse deworming Ivermectin, I wonder. I have not seen it on the shelves in stores since this Ivermectin craziness started...  1

Like   Reply   11w



**Lesa Berry**
**Giselle Plume** this argument goes to court in Norfolk, Va. tomorrow, Nov. 18th.

Like   Reply   11w



**Gina Cavalli**
**Sheila Wever** useless propaganda                    • • •

Like   Reply   11w



**Lesa Berry**
**Sheila Wever** I posted a video. The ignorance is very disturbing and it is killing people. Sounds like you already know the answer to your question but you are more right than you know!  1

Like   Reply   11w



**Pam Marie**
**Sheila Wever** Probably? You can't even spell

Like   Reply   11w



**Barbara Braman**
**Sheila Wever** oh I see you have expert credentials- thank You for your sarcasm and insight.

Like   Reply   11w



**Thomas Amlie**
**Sheila Wever** More expensive and less effective.

Like   Reply   10w



**Lori Jean**
My question is what will this mean for the vaccine mandates for the small minority who have not taken the vaccine?

Are they going to leave us alone?

Like   Reply   11w   Edited                                    👍😂😡 13

**Bill Skaggs**
**Lori Jean** , don't worry. Darwin will catch up with you.

Like   Reply   11w                                    😂👍😂 8

**Lori Jean**
**Bill Skaggs** the funny thing is I feel the same way about you.
I've had covid and *gasp* it was mild and I survived. Now I have robust natural immunity.

Like   Reply   11w                                    👍😡😡 11

**Michelle Macky**
**Bill Skaggs** https://rumble.com/vp3h2w-whistleblowers-speak-on-covid...

RUMBLE.COM
Whistleblowers Speak on COVID-19
Vaccine Injuries (Long)

Like   Reply   11w                                    👍😂 4



**Michelle Macky**
**Bill Skaggs** Unfortunately for the poor people who allowed these injections, it will catch up to them... The data is showing an increase in rates of cancer amongst the Vaxxed, which is not surprising given the science has stated they have mutagenic properties.

Like   Reply   11w                                      4



**Forbes J. Ochonchar**
**Bill Skaggs** it's useless trying to talk sense into these morons. Just let them find out the hard way, and let the diarrhea ooze from their finger tips typing nonsense like the vaccine causing cancer! BWAHAHAHA!! They can find whatever they like that satisfies their confirmation bias because they're too stupid to know what reputable, and credible material is. Just let these pathetic fools rot like so many of their fallen, idiotic brethren.

Like   Reply   11w                                      2



**David Garfield**
**Michelle Macky** Are you a troll? Or an idiot?

Like   Reply   11w               2



**Bill Skaggs**
**John Florbes-lorbes** , I know I can't talk any sense into them. I just love spinning them up and watching them go!

Like   Reply   11w                                     ...



**Lori Jean**
Every v insert says in section 13.1 that the v hasn't been tested for mutegenic and carcinogenic potential. It's true. Not sure why everyone is laughing.

 3



**Felicia Kirby**
**Bill Skaggs** You actually haven't provided any intelligent insight. I am curious about your understanding of the vaccine particularly the efficacy, duration, adverse effects, and the methodology used during the short term clinical trials and your thoughts on why the CDC stopped actively tracking data and switched to passively collecting adverse events through a voluntary reporting system. It has been acknowledged that data gleaned from VAERS may grossly under represent data because submission is voluntary. A vaccine may take as long as 7 or more years to study potential long term adverse effects. There will be ongoing studies from thus and other countries, especially since all three vaccine have been shown to wane in effectiveness considerably between 3 to 6 months. This is complex issue and it goes beyond the divisive pro and anti Vax rhetoric.

Like   Reply   11w                                       3



**Bill Skaggs**
**Felicia Kirby** , is there anything I could say or any information I could provide that would change your mind? I highly doubt it, and am not wasting my time beating my head against that brick wall.

Your "research" is clouded by confirmation bias and you know it. You made the conscious choice to ignore anything that opposes what you want to hear. Again, not beating my head against that brick wall.

Like   Reply   11w

 **Deborah Shapiro**
**Lori Jean** get vaccinated.

Like    Reply    11w

 **Giselle Plume**
Lori Jean If you read and use common sense, you would realize
that these have not being approved yet and they're not in the
market for general public any time soon in the USA. They're still
doing more studies with different age groups. This is just data
published from studies. So, so far the best choice to protect from
Covid-19 is getting vaccinated or get the booster shot to protect
yourself and others, and specially your own family this coming
holidays. The flu virus is out there too. We had the flu the 1st
week of November, everybody at our home, because of not
having had a chance yet to get the flu vaccine the time. Actually
our son got it first in a PE class outdoors from another classmate
who though he just had a cold. Then he thought it was Covid
because of the fever and body aches but they turned out to test
positive for flu only and negative for Covid at a Prompt Care
clinic. Many doctors, at least ours, do not test for flu anymore,
just Covid, so my husband and I were negative for Covid and we
provably had the flu s well because of the body aches and also
chills and low fever, along with mild coughing. I think that having
the flu shot last year still protected us some because the mucus
and coughing was as bad as other times with the flu in the past

Like    Reply    11w    Edited                           6

 **Pennie Blair**
**Giselle Plume**

Vx has not been approved either just authorized for the 20
month emergency.

Like    **Reply**    11w                           4



**Bill Skaggs**
**Pennie Blair** , you might want to double check your facts.

Like   Reply   11w



**Giselle Plume**
**Pennie Blair** I do hope that these antivirals get authorized
and approved soon as at home treatment for Covid-19, if
trials see good results. And they become affordable. I am
no sure that everyone can get the antibody transfusion. We
still need the vaccine because one thing is protecting
yourself and the other treating once we are sick or
someone at our home or work environment gets sick. We
have used flu antivirals before at our home, and they do
work well (although not for Covid according to research).
Antivirals lessen and minimize symptoms, and even other
family members may show any, if taken according to the
instructions. My husband is a diabetic and when my son
got the flu in the last few years, he did not shows
symptoms when he took flu antivirals, only fatigue and not
feeling well for 2 days, and his blood sugars were more
under control. I get sick very easily (with chronic issues) and
still got sick but with much milder symptoms than my son
and for a shorter period of time because I take the
antivirals right away, not like him who waits until he feels
awful to take anything... So I am happy that they finally
found one that works for Covid

Like   Reply   11w                                     1



**Cary Schooley Farber**
**Pennie Blair** Not true , Pfizer has had full approval for
months ! People keep repeating this (& many other lies )
this one really easy to check



**Pennie Blair**
**Cary Schooley Farber**

Extended the EUA and approved Comiraty made in
Germany and not available the U.S.

Like   Reply   11w



**Dulcy Morais**
**Lori Jean** no they will continue their control agenda; after all
pharma wants to make more money for themselves and their
politician friends; they have no liability it's all profits

Like   Reply   11w                                     5



**Johanna White**
**Dulcy Morais** Maybe you should look at the data of
vaccinated in the population vs vaccinated amongst cases,
versus vaccinated in hospital. The evidence is clear that the
vaccine is stopping the majority of people developing
disease, needing hospital and requiring intensive care. It's
about controlling the virus, not controlling people.

Like   Reply   11w                                     1



**Johanna White**
Would you rather take this less researched medication than take
the vaccine? Interesting                                    • • •

Like   Reply   11w                                     4



**Lori Jean**
**Johanna White** im not taking any of it. But if the masses
think there is a cure maybe the push to vaccinate literally
everyone will end.

Like   Reply   11w



**Johanna White**
I don't think you understand how vaccines work as public health measures. Besides providing personal protection infection and severe disease (limiting spread), a large majority of the public is required to be vaccinated in order that herd immunity is achieved and chains of transmission cease. That is why 90% is so much more effective than 80% coverage. That is why 'literally everyone' is being encouraged to be vaccinated. Call it civic responsibility or community mindedness.



Like   Reply   11w                                     1



**Cary Schooley Farber**
**Johanna White** or call it self preservation , but just stop listening to all this misinformation & get vaccinated !

Like   Reply   11w                                    😂 1



**Stacey Champion**
**Johanna White** natural immunity is also part of herd immunity.

Like   Reply   11w



**Lesa Berry**
**Lori Jean** If you haven't taken the vaccine, you obviously feel it's not safe. In which case, you are probably right. However, if you get to doubting yourself, just go online and watch the people who are suffering, horribly, from vax reactions. Many of ... **See more**





COVID19CRITICALCARE.COM
Home - FLCCC | Front Line COVID-19
Critical Care Alliance

Like   Reply   11w                                         👍 1



**Cary Schooley Farber**
**Lori Jean** these meds are treatment for Covid , they don't prevent spread of Covid , so vaccines still needed !!!

Like   Reply   11w



**John Ouillette**
**Cary Schooley Farber** why? They are preventing people from catching it or transmitting it? It's poison you don't need.

Like   Reply   11w                                         😂 1





**Lori Jean**
**Cary Schooley Farber** vaccines don't prevent the spread either.

Like   Reply   11w                                         😂 1





**Michael Kane**
try nasal washing

Like   Reply   11w



**Johanna White**
Natural immunity is shown to provide less protection against another infection compared to the vaccine generated immunity. That's why people who have recovered from covid are still advised to have the vaccine to improve their protection. Also why would you want to risk getting horribly sick and needing hospital or developing long covid when you could be protected with a safe vaccine?

Like   Reply   10w



**Kieve Yepth**
Meanwhile the most vaccinated place on earth is having the worse covid cases right now

Like   Reply   11w                                                      👍 2

**David Filskov**
As long as Pfizer don't earn money from this it sounds promising!

Like   Reply   11w                                                      👍 4

> **Raj Sutherland**
> **David Filskov** you see see where it said Pfizer pill right?
>
> Like   Reply   11w                                                  👍 2
>
> > **David Filskov**
> > **Raj**: Well ... they might hand it out for free, right? 🙂
> >
> > Like   Reply   11w                                              👍 1
> >
> > **Raj Sutherland**
> > **David Filskov** in an ideal world yes......but no
> >
> > Like   Reply   11w                                              😢 1
>
> **Michelle Macky**
> **David Filskov** Lol. What ?
>
> Like   Reply   11w                                                👍 2
>
> **Lesa Berry**
> **David Filskov** Ivermectin $30. Mulnupiravir, estimated $700.
>
> Like   Reply   11w                                          ❤️👍 2
>
> **Lesa Berry**
> David Filskov Have you seen where Dr. Paul Marik is suing his employer, Sentara, tomorrow!!! The ending scene may play out in a Courtroom in Norfolk, VA.
>
> Like   Reply   11w   Edited                                     👍 1

**Johanna White**
And the pfizer covid vaccine costs $20 hmm and reduces the need for hospital costs including other treatment medications. Wonder where this economist is going with all this.

Like   Reply   11w



Amber Wright
Where are we at for treatment options?

Like   Reply   11w   👍 2

Deborah Shapiro
**Amber Wright** read the article

Like   Reply   11w   👍 1

Amber Wright
**Deborah Shapiro** thanks! I just read the headline and figured it was another push for vaccinations.

Like   Reply   11w   👍 2

Peter Roy
**Amber Wright** I call BS.
Anti-Vaxx "Medical Free-Dumb" Troll squeaks up with an obviously specious question; since this new Anti-Viral drug is - in fact - a new treatment option.
Duh.



**Juliana Ciulla**
How many animals have you tested this on?????? 😰😰

Like    Reply    11w                                    👍😆😢😮 6

**Peter Roy**
**Juliana Ciulla** - OBVIOUS TROLLING.
Comment unrelated to the roll-out of this new anti-0viral drug.
Do svidaniya, tovarisch!

Like    Reply    11w                                    😆 1

**W Scott Jenkin IV**
https://pubmed.ncbi.nlm.nih.gov/34466270/

PUBMED.NCBI.NLM.NIH.GOV
Ivermectin: a multifaceted drug of
Nobel prize-honoured distinction wit…

Like    Reply    11w                                    👍 2



**Laurel R. Ybarra**
Yeah, Ethical Doctors are already way ahead of you. They've been SAVING LIVES with novel treatments & writing prescriptions for prophylactic meds ( yes, IVM) and keeping ppl out of hospitals & ALIVE.

The NIH needs Come Clean & shut up until they do.... **See more**

 

**VANITYFAIR.COM**
In Major Shift, NIH Admits Funding Risky Virus Research in Wuhan

Like   Reply   11w                                     10

 **Michel Maheu**
*May.                                                 6

Like   Reply   11w

 **Bill Skaggs**
**Michel Maheu** , do you need a definition or something?

Like   Reply   11w                                   1

 **Giselle Plume**
Bill Skaggs I think that I read somewhere else that the antiviral will not be available in the market until May, so that why he said that, I wonder

Like   Reply   11w   Edited



**Pamela Odom**
My question will the 🐑 wake up. Stop taking jabs that don't work.

Like   Reply   10w

**Anne Purcell Zenner**
Do people not see the irony in this??

Like   Reply   11w          👍 28

**Bill Skaggs**
**Anne Purcell Zenner** , no. Why don't you explain it.

Like   Reply   11w          👍 1

**Michelle Macky**
**Bill Skaggs** The information and evidence is available...
Some people just refuse to see it... Maybe it's fear??

Like   Reply   11w          👍😆 2

**Lesa Berry**
**Bill Skaggs** If you haven't gotten it by now, you are not
capable, is my guess.

Like   Reply   11w          😆 1

                                    Hide or report this

**Lesa Berry**
**Bill Skaggs** or.. that was sarcasm...I hope, anyway!          ...

Like   Reply   11w

**Lori Jean**
**Anne Purcell Zenner** you might have to say it louder for the
people in the back.

Like   Reply   11w          👍😆 5



**Laurel R. Ybarra**
**Anne Purcell Zenner** exactly...

They are only interested in trying to sell us something they can PATENT & gouge patients & taxpayers for.

Shameful... especially since they helped FUND the creation of the Virus!
**#CrimesAgainstHumanity**

Tina L. Nelkin seriously???

https://www.vanityfair.com/.../nih-admits-funding-risky...

https://www.vanityfair.com/.../nih-admits-funding-risky...





VANITYFAIR.COM
In Major Shift, NIH Admits Funding Risky
Virus Research in Wuhan

Like    Reply    11w                                    3



**Lesa Berry**
**Anne Purcell Zenner** NO! they don't!!! I don't understand their ignorance!!! It is maddening!

Like    Reply    11w



**Joey Rader**
They sure are. The Ivermectin pills my doctor prescribed had me feeling great in no time! Thanks science 👍🏻

Like   Reply   10w

**Johanna White**
you mean, just like the vaccine, only less researched?

Like   Reply   11w                                         2

**Chinchi Lee**
🤣🤣🤣🤣🤣 I bet so will the lotion...the Inhalers and the genetically modified lettuce...the only thing any of this prevents is their pockets from being empty...shameful

Like   Reply   11w                                         16

**Priscilla Ross-Fox**
I'm not wanting to pay for "injections" for other any longer since you all won't give me the medicine I took for 25 years because some other BIG pharma company wanted to make mega bucks on a new and a crappy drug. It doesn't come near to helping me as compared to my old and CHEAP medicine that had been in use for over 40 years!

People should wake up to what is and has been going on for many many years. You are all a bunch of greedy and uncaring jerks.

Like   Reply   11w                                         7

**Tina L. Nelkin**
Thank you to the Doctors, Researchers and Staff at the NIH !! Dedicated to Research and Public Health.

Like   Reply   11w   Edited                              23

**Laurel R. Ybarra**
**Tina L. Nelkin** seriously???



**Laurel R. Ybarra**
**Tina L. Nelkin** seriously???
https://www.vanityfair.com/.../nih-admits-funding-risky...

VANITYFAIR.COM
In Major Shift, NIH Admits Funding Risky
Virus Research in Wuhan

Like   Reply   11w

**Eric Hoffman**
Undoubtedly there are some good ones. Sad that they are forced
to work in such a corrupt system controlled by unethical and
crooked politicians and soviet bureaucrats.

Like   Reply   11w                                                    👍 1

**Lesa Berry**
**Tina L. Nelkin** ... hmmm... nope, you are a troll or an instigator.

Like   Reply   11w                                                    👍 1



**Wells Bobby**
Its 2021....50 new variants globally... they have had to put 2.0 and 3.0 alongside some cos they ran out of Greek alphabet letters...👍 Where is the pill to defeat Delta, Delta 2.0, Delta Plus, Delta Super Plus and Delta HR Huffin Stuff 😂😅🙈💩🧎

Like   Reply   11w                                                  👍😆 3

**Jane Lunie**
It's a protease inhibitor... same as Ivermectin

Like   Reply   10w

**Stacey Champion**
So no vaccine mandate is needed.

Like   Reply   11w

**Jules VW**
Government's own link about human prescription Ivermectin for prevention and treatment of COVID-19!!!

Moderate-certainty evidence finds that large reductions in COVID-19 deaths are possible using ivermectin. Using ivermectin early in the clinical course may reduce numbers progressing to severe disease. The apparent safety and low cost suggest that ivermectin is likely to have a significant impact on the SARS-CoV-2 pandemic globally.

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8248252/

NCBI.NLM.NIH.GOV         ⓘ
www.ncbi.nlm.nih.gov

Like   Reply   11w                                                  👍 2

**Laura Jean**
Nice.



**Renee Antonia**
It's a concoction of ivermectin and Chloroquine only made by Pfizliar and zillions of dollars

Like   Reply   11w                                                                🔵 2

**George Wilkins**
Suggest, may........ all you have to do is know English language and also understand money manipulate statistics every time by omission for the right interest.

Like   Reply   11w                                                              🔵❤️ 12

**Lisa Theriot**
I am grateful for Ivermectin I used few months ago when I had it. And how much cheaper it is!

Like   Reply   11w                                                          🔵❤️😆 30

> **Bill Skaggs**
> **Lisa Theriot** , cleared your worms right up, did it?
>
> Like   Reply   11w                                                    🔵❤️😠 6

>> **Lori Jean**
>> **Bill Skaggs** it's not JUST used as a dewormer.
>>
>> Like   Reply   11w                                              🔵😆 5

>> **Bill Skaggs**
>> **Lori Jean** It's an anti-parasitic. COVID-19 is a virus, not a parasite. Thanks for playing though.
>>
>> Like   Reply   11w                                            🔵😆 4



**Michelle Macky**
**Bill Skaggs** Youre embarrassing yourself right now mate.
Ivermectin is also antiviral and there has been dozens of
studies that show that it is highly effective against Covid.
It's currently used to successfully treat Covid in over 20
countries... Your ignorance around the science is really sad.

Like   Reply   11w    8



**Deborah Shapiro**
**Michelle Macky** ivermectin has no efficacy against Covid.
It's an anti-parasitic drug, not an antiviral. Don't call people
ignorant when you don't understand anything about
science or medicine.

Like   Reply   11w    4



**Jules VW**
**Bill Skaggs** You're not very intelligent are you?

Government's own link about human prescription
Ivermectin for prevention and treatment of COVID-19!!!

Moderate-certainty evidence finds that large reductions in
COVID-19 deaths are possible using ivermectin. Using
ivermectin early in the clinical course may reduce numbers
progressing to severe disease. The apparent safety and low
cost suggest that ivermectin is likely to have a significant
impact on the SARS-CoV-2 pandemic globally.

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8248252/

NCBI.NLM.NIH.GOV 
www.ncbi.nlm.nih.gov

Like   Reply   11w    1



**Jules VW**
**Deborah Shapiro** Wrong

Government's own link about human prescription Ivermectin for prevention and treatment of COVID-19!!!...
See more

NCBI.NLM.NIH.GOV
www.ncbi.nlm.nih.gov

Like    Reply    11w                    👍 2

**W Scott Jenkin IV**
**Deborah Shapiro** you are dead wrong!
https://pubmed.ncbi.nlm.nih.gov/34466270/

PUBMED.NCBI.NLM.NIH.GOV
Ivermectin: a multifaceted drug of Nobel prize-honoured distinction wit...

Like    Reply    11w                    👍 1

**W Scott Jenkin IV**
**Bill Skaggs** https://pubmed.ncbi.nlm.nih.gov/34466270/

PUBMED.NCBI.NLM.NIH.GOV
Ivermectin: a multifaceted drug of Nobel prize-honoured distinction wit...

Like    **Reply**    11w                    👍 1



**Eric Hoffman**
Deborah Shapiro anybody who says ivermectin is not an anti-viral is ignorant and has absolutely no idea what they're talking about.

Like     Reply     11w     Edited



**Deborah Shapiro**
**Eric Hoffman** ivermectin is not an antiviral. There, I fixed it for you.

Like     Reply     11w



**Deborah Shapiro**
**Jules VW** it's not "the government's own link." The National Library of Medicine is a database that links all publications in the medical literature, including discredited articles claiming efficacy for ivermectin in the treatment of Covid.

Like     Reply     11w



**Deborah Shapiro**
**W Scott Jenkin IV** the overwhelming majority of studies of ivermectin have shown that it is not effective for the treatment of Covid. You are cherry picking one study that has not been validated by research in the US. You don't know how to interpret scientific studies.

Like     Reply     11w



**Margaret Ann Wheeler**
http://whistleblowing-nih-financial-fraud.org/...

WHISTLEBLOWING-NIH-FINANCIAL-FRAUD.ORG
Whistleblowing Misconduct Fraud & Corruption at NIH

Like   Reply   11w                                      👍😆 6

**Margaret Ann Wheeler**
https://www.bmj.com/content/375/bmj.n2635

BMJ.COM
Covid-19: Researcher blows the whistle on data integrity issues in Pfizer's vaccine trial

Like   Reply   11w                                      👍 2

Reply to Margaret Ann Wheeler...                    ☺ GIF 🎁 📋

**Keisha Love Ferguson**
How many people got cancer from this old drug you are pretending is new? Is this the drug used to treat encephalitis in horses? That is carcinogenic!

Like   Reply   10w

**LivMa'ayan Knightly**
"MAY prevent SEVERE"....it may 😉

Like   Reply   11w                                      👍 4

**Bill Skaggs**
**LivMa'ayan Knightly** , which is the same description used for every other medicine in existence. Nothing is 100%.

Like   Reply   11w                                      👍 2



**Mayrene Thummel**
ivermectin by another name $$$. we need to go back to herbal medicines. defund big pharma

Like   Reply   11w                                    👍😆 7

**Mindy S. Engel**
U mean renamed ivermectin?

Like   Reply   11w                          👍😆 9

**Ashley Meredith**
**Mindy S. Engel** no. This is not ivermectin. The structure and mechanism of action is very different. You should read the actual pharmacological information instead of reciting an article that is known to be manipulated.

Like   Reply   11w                                    👍 1

**Ashley Meredith**
**Mindy S. Engel** https://apnews.com/article/067310377629

APNEWS.COM
Pfizer's new pill to prevent COVID-19 is not the same as ivermectin

Like   **Reply**   11w                                    👍 1



**Swim Ho**
what about the tempol that NIH involved for research ?

Like   Reply   11w

**Connie Kane Standhart**
Ya think? Vaccines are useless.

Like   Reply   11w   7

**Bill Skaggs**
Connie Kane Standhart , if you don't take them.

Like   **Reply**   11w   Edited   2

**Michelle Macky**
**Bill Skaggs** you do realise that Covid has a 99.94 survival rate right ?? Lol.

Like   Reply   11w   3

**Deborah Shapiro**
**Michelle Macky** wrong

Like   Reply   11w

**Connie Kane Standhart**
And for 40% that do!   1

Like   Reply   11w

**Michael Kane**
try nasal washing

Like   Reply   11w



**Paka Small**
And a much too late covid pill (only allowed after mass vaccination) is even more needed because of the covid mass vaccination failure:

Covid United States 2021-09-30 - The Emperors without Clothes: Medium+ Mass Vaccinated (2021-09-14) - Cases 4.2x Worse - Deaths 2.5x Worse vs 2020-09 Not Mass Vaccinated

More contagiousness (Delta, Delta+, ...) goes hand in hand with stronger reproduction in human tissues (by means of, among other things, viral immune escape, vaccine resistance and possibly ADE - so also in vaccinated people), so also potentially more pathogenic and more dangerous. After Delta and Delta+, it is very likely that due to the mass vaccination (and lockdowns) their unnatural and unintelligent pressure on the virus even more contagious, more vaccine resistant, more sickening and more dangerous variants will become succesful. Nobody knows how far this goes with (continued) mass vaccination. Perhaps not obvious, but still, does this end with the related virus SARS1? 10% death rate! Or does this end with the result of animal testing for SARS1 vaccines? Mortality percentage many times greater than 10%.

Therefore Covid vaccine passports, luring, coercing and mandating vaccination, ... have no ground and are violations of the Nuremberg code because covid mass vaccination is a public health damaging medical experiment.

https://tumia.org/en/directory/en/instance.php?tiname=Covid%20US%202021-09-30:%20Mass%20Vaccinated-Cases%204.2x%20Worse-Deaths%202.5x%20Worse%20vs%202020-09%20Not%20Mass%20V&relationship=All&drsid=0&pisid=0&page=1



**TUMIA.ORG**
Covid US 2021-09-30: Mass Vaccinated-Cases
4.2x Worse-Deaths 2.5x Worse vs 2020-09 Not...

Like    Reply    11w                                    4

**Todd Powell**
https://vaers.hhs.gov/data/datasets.html?

**VAERS.HHS.GOV**
**VAERS - Data Sets**

Like    Reply    11w                                    2

**Laurel R. Ybarra**
BOYCOTT & PFIZER!

Like    Reply    11w

**Barbara Welker Foster**
The Covid vaccine is killing people and you all know it!!! Why are you
killing people on purpose???

Like    Reply    11w                                    5

**Giselle Plume**
**Barbara Welker Foster** Another troll...

Like    Reply    11w

**Lisa Shaefer**
**Barbara Welker Foster** population control... the world is
overpopulated, getting rid of the old and immune compromised
and the weak is the Agenda



**Nola Stigings**
Phizermectin? 👍 4
Like   Reply   11w

**George Fischer**
Here is a poke and some pills to add. Take what we tell you will help even if it doesn't.
Like   Reply   11w                                              👍 1

**Kathy Kollman**
key word, "may"....you can't say it does, because you have no proof! and you know it!
Like   Reply   7w

**Denise Baumann**
You mean ivermectin which cost like $1 per day, repackaged and now cost hundreds per pill 🤬
Criminals
Like   Reply   11w                                    👍❤️😂 12

**Kevin Summers**
Denise Baumann I mean the actual chemical formula is different but I assume the method of action is similar. Standard dirty pharmaceutical business practice.
Like   Reply   11w   Edited                          👍😂❤️ 5

 **Denise Baumann**
**Kevin Summers** same as HCQ.
We've had treatments /cures all along, but we're not allowed to know that!
They couldn't use EO to inflict a 'vaccine' (which it isn't! ) on the world if we had treatments that work, which they have for so many! And many more would be helped it they didn't ban Ivermectin and HCQ everywhere 😭

Like   **Reply**   11w   Edited           5

 **Michelle Macky**
**Denise Baumann** yes that's exactly right

Like   Reply   11w

 **Peter Roy**
Denise and Kevvy
Sitting in a Tree
Spewing COVIDIOT QUACK Propaganda
One, two, three.

They both lack any relevant medical or scientific credentials and both have Dodgy FB pages, too.
Funny thing . . .



Like   Reply   11w



**George Wilkins**
According to the FDA, https://www.fda.gov/.../emergency-use-authorization...:

FDA must ensure that recipients of the vaccine under an EUA are informed, to the extent practicable given the applicable circumstances, that FDA has authorized the emergency use of the vaccine, of the known and potential benefits and risks, the extent to which such benefits and risks are unknown, that they have the option to accept or refuse the vaccine, and of any available alternatives to the product.

https://www.fda.gov/.../vaccines-and-related-biological...

According to the Vaccines and Related Biological Products Advisory Committee October 22, 2020 Meeting Presentation of the FDA, https://www.fda.gov/media/143557/download:

• Guillain-Barre syndrome
• Acute disseminated encephalomyelitis
• Transverse myelitis
• Pregnancy and birth outcomes
• Antibody Dependent Enhancement (ADE)
• Stroke / Myocarditis / Death
• Disseminated intravascular coagulation
• Venuous thromboembolism
• Convulsions / Seizures
• Multi Inflammatory Syndrome in kids (<=New Disease caused by Vax)
• Vaccine Enhanced Disease / Autoimmune Disease
• Thrombocytopenia, etc.

The body is the temple and should not be used for medical experimentation. Further, the substances in the test and the vaccine are possibly harmful to the human body, and we are called to protect



The body is the temple and should not be used for medical experimentation. Further, the substances in the test and the vaccine are possibly harmful to the human body, and we are called to protect the body and not participate in pharmacopeia.

FDA.GOV
Emergency Use Authorization for Vaccines Explained

Like   Reply   11w                                                           2

Kay DeVere-Burt
WHY PREVENT something that WAS deliberately manufactured by Fauci & Co to HARM US?

Like   Reply   9w

Ron Baione
White Coat Waste Project

Like   Reply   10w

Todd Powell
https://vaers.hhs.gov/.../VAERSDataUseGuide_en...

Like   Reply   11w

Tim Reyburn
Yes, Moderna seems the most effecatious.

Like   Reply   11w

Michelle Macky
Tim Reyburn Lol and kills the most people                                    😆 1

Like   Reply   11w

Tim Reyburn
Michelle Macky I thought that was J&J? Remember? But, hey, facts dont' matter, just "belief".

Like   Reply   11w                                                           1



**Kris Molemans**

Ivermectim but in a new jacket...and already in the pharmasy only for parrasiet treatment...criminal this is...miljons death for nothing...

Like   Reply   11w                                          👍 3

**Arlisa Nimnete**

STOP YOUR CRUEL TESTING ON ANIMALS

Like   Reply   11w                        😡 1

**Peter Roy**

**Arlisa Nimnete** TROLL.

COMMENT HAS NOTHING TO DO WITH THIS NEW ANTIVIRAL DRUG.

Like   Reply   11w



**George Wilkins**
They need to be on trial & criminal charges filed against anyone & everyone involved. Fauci & his minions Betrayed the People & have DISGRACED this nation. https://news.yahoo.com/nih-admits-funding-gain-function...

NEWS.YAHOO.COM
NIH Admits to Funding Gain-of-Function Research in Wuhan, Says EcoHealth Violated...

Like   Reply   11w                                    19

**Maria G Arroyo**
**George Wilkins** Thank you for sharing
Like   Reply   11w                          3

**George Wilkins**
**Maria G Arroyo** we doing what we can while we still have a pulse
Like   Reply   11w                          3

**Peter Roy**
**Maria G Arroyo**

Like   **Reply**   11w



**Peter Roy**
**George Wilkins** Tin-Foil Hat needed.



Like   Reply   11w



**George Wilkins**
**Peter Roy** here you go bud. I know you like to read so here you go. Propaganda and fearmongering free

According to the FDA, https://www.fda.gov/.../emergency-use-authorization...:

FDA must ensure that recipients of the vaccine under an EUA are informed, to the extent practicable given the applicable circumstances, that FDA has authorized the emergency use of the vaccine, of the known and potential benefits and risks, the extent to which such benefits and risks are unknown, that they have the option to accept or refuse the vaccine, and of any available alternatives to the product.

https://www.fda.gov/.../vaccines-and-related-biological...

According to the Vaccines and Related Biological Products Advisory
Committee October 22, 2020 Meeting Presentation of the FDA, https://www.fda.gov/media/143557/download:

Committee October 22, 2020 Meeting Presentation of the
FDA, https://www.fda.gov/media/143557/download:

• Guillain-Barre syndrome
• Acute disseminated encephalomyelitis
• Transverse myelitis
• Pregnancy and birth outcomes
• Antibody Dependent Enhancement (ADE)
• Stroke / Myocarditis / Death
• Disseminated intravascular coagulation
• Venuous thromboembolism
• Convulsions / Seizures
• Multi Inflammatory Syndrome in kids (<=New Disease
caused by Vax)
• Vaccine Enhanced Disease / Autoimmune Disease
• Thrombocytopenia, etc.

The body is the temple and should not be used for medical
experimentation. Further, the substances in the test and the
vaccine are possibly harmful to the human body, and we
are called to protect the body and not participate in
pharmacopeia.



FDA.GOV
Emergency Use Authorization for
Vaccines Explained

Like    Reply    11w                                              2



**Peter Roy**
**George Wilkins** Specious BS
1. Cartoon-Basketball MAn, lacking any relevant medical or scientific credentials, repetitiously Trolls NIH thread with specious BS.

2. You know nothing about me.

3. GISH GALLOPING – An invalid debating harassment method where a person spews an excessive number of verbose off-topic comments, spurious questions, false assumptions, specious counterarguments, insults, multiple logical fallacies, and false conclusions.
Commonly used by Internet Trolls and BOTs.



Like   **Reply**   11w



**Gabriella Farkas**
**George Wilkins** It is always useful to explore the context of the subject and understand the full meaning of the terms, as well as see with clarity, what is the purpose of the research described in those terms. Modifying viruses and looking their impact in a Petri dish is rather conducted to prevent causing human disease, than starting one. Tests with variations of a pathogen or parts of the pathogen is a generally used method in scientific studies from which there is benefit, rather than harm. While there are different levels of safety requirements for different studies, one needs to understand the whole subject instead of manipulating the meaning and objective of the research.

https://www.nature.com/articles/d41586-021-02903-x



https://www.nature.com/articles/d41586-021-02903-x

NATURE.COM
The shifting sands of 'gain-of-function' research

Like   Reply   11w   Edited   👍 1

**George Wilkins**
**Gabriella Farkas** nazi scientists said the same in the name of science for the love of knowledge. Sorry I cant follow that unfortunate transition. This is also why I have a problem with the belief in evolution because Hitler and stalin where followers of that belief.

Like   **Reply**   11w   👍 1

**Gabriella Farkas**
George Wilkins we all must be careful allowing be derailed and deciding about a subject not on its own merit, but based on emotion, false analogies instead of factual information that is understandable and available. Taking that route is extremely dangerous, bases for manipulation and misinformation. We can see where does it lead to in current society. And that is why nazis were successful, employing those tactics. The methodology may be taken out of their playbook by those who manipulate people thinking today. Or, it is the nature of some. Those who lie and distort the facts and knowledge base are building on looking a one sided way a subject and eliminating other's capacity to see things for what they really are. It's a trap. It is counter productive to fell into this trap, instead of

is counter productive to fell into this trap, instead of dealing with the actual problem. There is enough of those problems that root in reality to address in a proper way. True for evolution as well. You may want to form your opinion based on reading Darwin, and findings of genetics of these days. Than you wouldn't have to form your opinion based on lack of facts, not in relation to political figures that may or may not exploit the subject in a wrong way. Believing those who lie to you.

We live in a complex world and forming our own opinion carries the responsibility to go to the source, rely on facts and not unrelated things or lies to decide.

Like   Reply   11w   Edited



**George Wilkins**
**Gabriella Farkas** evolution is not only a way of thinking but a religion. It's a religion of death and end result is death. Hitler and stalin thinking was molded by this decree and nothing good came from it. The very science that empowered them empowers this abomination that has no good cause for something that's has a 99.6%survival rate without any medical assistance. How could that logically, mathematically, or undoubtedly be a pandemic. More like a plandemic through gain of function research that meant to kill the masses just like bill gates funded for the purpose of " depopulation through vaccination" but it's ok if you want to expound on the wonders of evolution that Hitler and stalin spread by way of vaccination indoctrination syndrome. Death for profit should never be a option for healthcare minus the care.

😡 1



**Gabriella Farkas**

**George Wilkins** evolution is not a religion. And many actual religious belief ended up in countless death, persecution, harm to this date. Death. It only shows that anything can be used for good or bad. There is a lot of bad is happening in the world and human beings are doing it. Getting to the bottom of it not possible without knowing the truthful information, not what some would like you to believe. We are very far apart in our thinking about the matter at hand and evolution to start with. I find misinformation and conspiratorial thinking dangerous, misleading , all and all harmful and we see the sign of that every day. You seem to deny actual facts in favor of false informations that I recognize being floated around without foundation in the truth, and I see the result of emotional manipulation and that you went really far out to believe it. I simply ask to double check the sources you follow and understand context to achieve a more reliably fact based relation to the subject. Otherwise, you partake in spreading falsehood for no good reason.

Like   Reply   11w



**George Wilkins**

**Gabriella Farkas** yes it is. You have to believe it to be like Hitler or stalin and it's very dangerous. That's why this very thing we experiencing is allowed to happen in the false name of the religion of evolution.

Like   Reply   11w



**Gabriella Farkas**

**George Wilkins** take care, George.



**Peter Roy**
**George Wilkins** Cartoon-basketball Man
Squeaks up with more BS,
this time about Evolution.
Sad.
https://i.pinimg.com/.../0ecd2ca091c2b92cc743344bc30460
5f...



I.PINIMG.COM
i.pinimg.com

Like   Reply   11w



**George Wilkins**
**Peter Roy** sad you actually want people to die for profit.

Like   Reply   11w



**Danny A K Jensen**
**George Wilkins** I don't wanna get into whether this article is truthfull or not, but I will point out, that 1. It is an article on yahoo (which personally makes wonder) and 2. The "journalist" who wrote it is known for her influence in the music industry (correct me if i'm wrong) also she one of the richest persons in Ireland, which I believe does not come from her carrier in the world of Healthcare/Science (again, correct me if i'm worng)

Like   Reply   11w                                     2



**George Wilkins**
**Danny A K Jensen** you sound vaccinated indoctrinated and you'll believe anything that would support that destination.

Like   Reply   11w                                     1



**Danny A K Jensen**
George Wilkins So you can get to that conclusion only based on me pointing out, that the source of your article might be poor. That only gives me reason to believe that you are the type of person, that gets your knowlegde from so called "own research" which actually mean that you watch stupid undocumented videos on youtube and read and share fake news, manipulated data and other propaganda from dumb anti vaxx groups. But you just keep up with your own hobbies and i'll do the same. Good day to you.

Like   Reply   11w   Edited

 **George Wilkins**
**Danny A K Jensen** just as you choosing television
programming propaganda over facts.

Like   Reply   11w   Edited                     2

 Danny A K Jensen
**George Wilkins** I love how so many people say exactly that.
The difference between me and you is that I actually know
how to differentiate between poor litterature and actual
scientific literature. Also i know how to read and
understand real scientific papers, which you obviously
don't.

Like   Reply   11w

 **George Wilkins**
**Danny A K Jensen** I'm not listening to Fauci but you are.
Trust the $cience

Like   Reply   11w                               1

 Peter Roy
**George Wilkins** - As if anything you post is scientific.



Like   Reply   11w

 Danny A K Jensen
**George Wilkins** The only thing you are right about is the
fact, that I trust the science... the actual science.

Like   Reply   11w



**Gia Yannuzzi**
**Danny A K Jensen** even worse, the article is from the National Review

Like   Reply   11w



Peter Roy
**George Wilkins** - Trolling, trolling, trolling.
Nothing that you've posted has anything to do with the new Anti-viral drug that is the subject of this thread.
Duh.
Hey, Georgie, are you "Putting for Putin"
or are you just one of his "Useful COVIDIOTS"?

RUSSIAN DISINFORMATION CAMPAIGN AIMS TO UNDERMINE CONFIDENCE IN PFIZER, OTHER COVID-19 VACCINES
https://www.wsj.com/.../russian-disinformation-campaign...



WSJ.COM
WSJ News Exclusive | Russian Disinformation Campaign Aims to...

ⓘ

Like   Reply   11w



Gian Franco Galardo
Ladri, corrotti, delinquenti. 😆 1
Like   Reply   See Translation   11w

George Wilkins
Mark Rodriguez
Like   Reply   11w

Margaret Ann Wheeler
https://www.bmj.com/content/375/bmj.n2635

BMJ.COM
Covid-19: Researcher blows the whistle on data integrity issues in Pfizer's vaccine trial

Like   Reply   11w

W Scott Jenkin IV
https://pubmed.ncbi.nlm.nih.gov/34466270/

PUBMED.NCBI.NLM.NIH.GOV
Ivermectin: a multifaceted drug of Nobel prize-honoured distinction with indicated efficacy...

Like   Reply   11w

George Wilkins
Maria G Arroyo 😢 1
Like   Reply   11w

Maria G Arroyo
George Wilkins Seriously 🤦 "may ... may not" read the side affects.

George Wilkins
Maria G Arroyo people not even trying to read for understanding. They following the $cience
Like   Reply   11w   👍 1

Maria G Arroyo
George Wilkins 💯💯💯 agree
Like   Reply   11w   👍 1



**Thomas Chappell**
Thank you, Science! 👍 4

Like   Reply   11w

**Joana Cleckner**
**Thomas Chappell** you misspelled ScIeNcE.

Like   Reply   11w   😆 1

**Dewayne Colbert**
**Thomas Chappell** hey there!

Like   Reply   11w

**Kevin Summers**
A prophylactic antiviral pill that works against COVID? Sounds like fake news.

Like   Reply   11w   👍😆❤️ 13

**Ginger Edwards**
**Kevin Summers** when HQ is 2 cent a pill and effective - big pharma making money by suppression of perfectly effective drugs in the marketplace

Like   Reply   11w   👍😆 5

**Bill Skaggs**
**Kevin Summers** And what makes it sound like fake news?

Like   Reply   11w

**Kevin Summers**
**Bill Skaggs** its a joke ... Ivermectin is an antiviral pill that was being used for prophylaxis and treatment of COVID-19 but was derided as horse medicine and called fake news.

Like   Reply   11w   👍 1

**Bill Skaggs**
**Kevin Summers** , it's not an antiviral. It's an anti-parasitic. That's why it has been derided and that's why it IS fake news.

Like   Reply   11w   👍 1

 **Kevin Summers**

**Bill Skaggs** Go a little deeper than MSNBC buddy. "The 2014 Gairdner Global Health Award was conferred for discovery of the unique microorganism that is the sole source of the endectocidal avermectins, and the Public sector/Private sector Partnership that developed innovative biopharmaceuticals with immeasurably beneficial impact on public health worldwide. Ivermectin is already labelled a 'wonder drug', essential for campaigns to eliminate two disfiguring and devastating tropical diseases. New uses for it are identified regularly, including possible antibacterial, antiviral, and anticancer potential. "

https://www.cell.com/.../pdf/S1471-4922(14)00126-3.pdf

 

**CELL.COM**
Ivermectin: panacea for resource-poor communities?

Like   Reply   11w                                            😂💙💗 4

 **Bill Skaggs**
**Kevin Summers**



Like   Reply   11w



**David Filskov**
https://www.reuters.com/.../oxford-university-explores.../

REUTERS.COM
Oxford University explores anti-parasitic drug ivermectin as COVID-1...

Like    Reply    11w    👍 1

**Michelle Macky**
**David Filskov** dozens of studies have already shown that it's effective... And it's already used in over 20 countries to effectively treat Covid.

Like    Reply    11w    😆 2

**Michelle Macky**
**Bill Skaggs** Why are you so anti-science ???

Like    Reply    11w    😆 1

**Michelle Macky**
**Bill Skaggs** It IS also an anti viral and the fact that you don't know that, confirms that you have no idea what youre blabbering on about

Like    Reply    11w

**Deborah Shapiro**
**Michelle Macky** ivermectin is not an effective treatment for Covid. Stop spreading medical misinformation.

Like    Reply    11w

**David Filskov**

**Kevin**: Well, as long as you still need the vaccine to not get sick and then get sick and then take this pill to avoid getting sick it sounds perfectly reasonable to me!

Like   Reply   11w                                         👍😆 2

**Bill Skaggs**

David Filskov ,



Like   **Reply**   11w                                      👍 1

**Margaret Ann Wheeler**
Early Data? What happened to Pfizer corruption et al?

Like   Reply   11w

**Kevin Summers**
Margaret Ann Wheeler $$$$$$$

Like   **Reply**   11w                                      👍 3



**James Michael Sigler**
The best reason for gratitude would be seeing Fauci and EcoHealth Alliance prosecuted and jailed for life.

Like   Reply   11w                                      27

**Ben Chodd**
James Michael Sigler why are you this dense?

Like   Reply   11w                          4

**James Michael Sigler**
Ben Chodd That's Hysterical!!! The NIH funded the research group which did Gain of Function research.

Like   Reply   11w                          7

**Michelle Macky**
James Michael Sigler wasting your time with this lot... They believe whatever the news tell them... It's embarrassing

Like   Reply   11w                          2

**Brandyn Lee**
damn y'all are dumb      1

**Zuckforprison Bykowski**
The front line drs told us long ago what works great, like ivermectin you lying criminals

Like   Reply   10w

**Michael Kane**
HAVE YOU HEARD OF NASAL WASHING

Like   Reply   11w

**Orlando Amigo**
Métanse sus pîldoras por el culo.

Like   Reply   See Translation   11w

**Ali Baba**
This is an antiviral treatment drug & not vaccine!!!! That is to say when you are tested with positive Covid,no matter asymptomatic or symptomatic within 3-5 days. Doctor will prescribe these antiviral pill.Totally a misinformed with agenda headline .!!!! Is a treatment or therapeutic

Like   Reply   11w



**Laurel R. Ybarra**
Seriously? The NIH helped fund the creation of this BIO-WEAPON. You have assisted in the murder of millions, caused immeasurable suffering & SHAMED this country! Until your agency 'comes clean' it would be better if you were silent.

We're Looking forward to seeing the Trials on C-SPAN for **#CrimesAgainstHumanity**

https://www.vanityfair.com/.../nih-admits-funding-risky...



VANITYFAIR.COM
In Major Shift, NIH Admits Funding Risky Virus Research in Wuhan

Like   Reply   11w



**Ele Stevens**
Stop experimenting on animals. Time for animal free research.

Like   Reply   11w                                           2



**Peter Roy**
**Ele Stevens** TROLLING.
Comment unrelated to the roll-out of this new anti-0viral drug.
Do svidaniya, tovarisch!



Like   Reply   11w



**Ashley Meredith**
For anyone saying this is the same as Ivermectin, please stick to reliable news sources: https://apnews.com/article/067310377629

AP ASSOCIATED PRESS
APNEWS.COM
Pfizer's new pill to prevent COVID-19 is not the same as ivermectin

Like   Reply   11w                                    4

**W Scott Jenkin IV**
**Ashley Meredith** Ivermectin works just fine in humans, according to the 2015 Nobel Prize Committee
https://pubmed.ncbi.nlm.nih.gov/34466270/

Pub**Med**.gov
PUBMED.NCBI.NLM.NIH.GOV
Ivermectin: a multifaceted drug of Nobel prize-honoured distinction with indicated...

Like   Reply   11w                                    2

**Ashley Meredith**
**W Scott Jenkin IV** ivermectin works just fine (in tiny doses) in humans (to treat parasitic infections) according to the 2015 Nobel Prize Committee (for successfully treating tropical parasitic diseases)
Fixed it for you 😊

Like   Reply   11w



**W Scott Jenkin IV**
**Ashley Meredith** so how do you explain the overwhelming success in treating Covid literally hundreds of thousands of times??

Like   Reply   11w



**Eric Hoffman**
Of course it's not the same drug. Nobody claims that. But it has the exact same mechanism of action. Different chemical structure, same mechanism. Got it? Good.

Like   Reply   11w



**Ashley Meredith**
**Eric Hoffman** there are tons of pharmaceuticals that are protease inhibitors which have been used previously to treat viruses. You can't call this ivermectin because it is not ivermectin. You cannot say they are selling ivermectin under a different name because they are not. They are different drugs. Got it? Good.

Like   Reply   11w



**Eric Hoffman**
**Ashley Meredith** I never said this things. Doofus.

Like   Reply   11w



**Ginger Edwards**
when HQ is 2 cent a pill and effective - big pharma making money by suppression of perfectly effective drugs in the marketplace

Like   Reply   11w                                                          8

**Bill Skaggs**
**Ginger Edwards** , but it's not effective.

Like   Reply   11w                                                          1

**Ginger Edwards**
**Bill Skaggs**
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8248252/

NCBI.NLM.NIH.GOV
www.ncbi.nlm.nih.gov

Like   Reply   11w                                                          2

**Ginger Edwards**
**Bill Skaggs**
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7534595/

PMC

NCBI.NLM.NIH.GOV
Hydroxychloroquine is effective, and consistently so used early, for Covid-...

Like   Reply   11w                                                          2



**Ginger Edwards**
**Bill Skaggs** if it is good enough for my horses it is good enough for me and only $5.99 at Tractor Supply- I have healthy animals too! Took HQ and Ivermectin for malaria and parasites while in Africa! No side effects and I have never been sick. I eat health and get plenty of sleep! Try it! Many hospitals are now using but it is not on MSM bc they are pushing the lie.

Like   Reply   11w                                          😆 2

**Ginger Edwards**
**Bill Skaggs** https://lifestyle.inquirer.net/.../uttar-pradesh-is.../

> ⓘ
>
> LIFESTYLE.INQUIRER.NET
> Uttar Pradesh is ivermectin's best
> practice success story

Like   Reply   11w                                          😆 1

**Ginger Edwards**
**Bill Skaggs**
https://www.facebook.com/10001.../posts/1505173713186826/...

Like   Reply   11w                                          😆 1

**Ginger Edwards**
**Bill Skaggs**
https://www.facebook.com/10001.../posts/1505174959853368/...

Like   Reply   11w                                          😆 1



**Peter Roy**
**Ginger Edwards** OBVIOUS TROLL
Trumpublican Anti-Vaxxer squeaks up with nonsense about the quack medicine Hydroxychloroquine.

Another of Putin's "Useful COVIDIOTS"?
Or one of Putin's BOTS?
You decide . . . .
Do svidaniya!



Like   Reply   11w