# EXHIBIT 54

 **Cathryn Hrudicka**
@CreativeSage

.@NIH mentioned research about retina issues and Alzheimers, but I missed those tweets due to @peta — important for my family. #NIHchat

1:59 PM · Oct 3, 2014 · erased4838853