EXHIBIT 55

Q  #NIHchat until:2014-10-04 since:2014-10-03                ...

# Explore
⚙ Settings

Top    Latest    People    Photos    Videos

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014                ...
..I hope people will read down my tweet stream about today's **#NIHChat** (aside from all the @peta RTs), and my support for other **#animal** orgs.

💬        ↻        ♡ 1        ⬆

**Achalasia Awareness** @achalasiaaware · Oct 3, 2014                ...
MT @NIHHgov: . @RukminiPillai You can find the latest research on schizophrenia and other MH disorders here: 1.usa.gov/1xLyEzX **#NIHChat**

💬        ↻ 1        ♡ 1        ⬆

**Jane Birdy** @Davidso00228756 · Oct 3, 2014                ...
Replying to @peta
"@peta: Why do u torture baby monkeys in tests u admit R irrelevant 2 humans? **#NIHChat** peta.vg/babymonkeys " signez



💬        ↻        ♡        ⬆

**Bethany** @mjwbdr · Oct 3, 2014                ...
@NIH Have you had any discoveries that were completely opposite from what you expected from your **#BRAINI** research? **#NIHCHAT** @PROFMAYRSC

💬        ↻        ♡        ⬆

**Karma Kagyu** (꧁༺ ༻꧂) @LindaKagyu · Oct 3, 2014                ...
"@peta: Why do u torture baby monkeys in tests u admit R irrelevant 2 humans? **#NIHChat** peta.vg/babymonkeys "



💬        ↻        ♡ 1        ⬆

**Dr. Valerie A. Mockus** @ApplePiValerie · Oct 3, 2014                ...
Replying to @ChrisCollinsNJ
"@ChrisCollinsNJ: @NIH Torture is torture. **#NIHchat** " Can't they find human volunteers for drunk part?


NIH: Millions spent scaring baby monkeys and making them depressed, lonely, and drunk since 1983.

💬        ↻        ♡        ⬆

## New to Twitter?
Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Search filters

**People**
From anyone                    ✓
People you follow               ◯

**Location**
Anywhere                        ✓
Near you                        ◯

Advanced search

## What's happening

World news · Last night
**UN condemns rebel group attack on DRC displacement camp after scores killed**

Daily Mail Austra... ✓ · 5 hours ago
**Captain James Cook's ship HMS Endeavour is FOUND**

British Vogue ✓ · Yesterday
**Harry Styles's Best Ever On-Stage Looks**

Beijing 2022 · LIVE
**Beijing 2022: The United States at the Olympic Games** 🇺🇸
Trending with Olympics, Brianna Decker

Beijing 2022 · LIVE
**Women's Hockey at the Winter Olympics**
Trending with Finland

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.



**DARPA** @DARPA · Oct 3, 2014
RT @US_FDA is holding talks w/ @DARPA to accelerate neurological prosthetics & related devices to get products to patients faster #NIHChat

**Samira Teuling** @SamTeuling · Oct 3, 2014
Also disgusting the #US #government is supporting this! @NIH is using my tax dollars to torture baby monkeys. @peta #NIHChat"

**American Epilepsy Society** @AmEpilepsySoc · Oct 3, 2014
Accurately measuring dopamine & shining lasers on specific brain cells. Thank you to @NIH, @NIMHgov @NINDSnews for a great #BRAIN #NIHChat!

**Samira Teuling** @SamTeuling · Oct 3, 2014
look @peta what they saying "@NIH: NIH funds research to improve health; animals used selectively before research in humans #NIHChat" WRONG

**American Epilepsy Society** @AmEpilepsySoc · Oct 3, 2014
electrical & molecular activity, tuning electromagnetic signals from neurons, wearable PET scanners- great stuff from todays #BRAIN #NIHChat

**PETA Kills Animals** @PETA_Kills · Oct 3, 2014
Replying to @peta
.@peta @NIH @Hezzah #NIHChat #PETAKillsAnimals --->

petakillsanimals.com
Home - PETA Kills Animals

**Torch** @hello_torch · Oct 3, 2014
Top topics: 1 #NIHChat 2 #InnovateThink 3 #Ebola 4 #EC2014 5 #Orioles
ww.twinss.com

**P(Tim|Verstynen) = 1** @tdverstynen · Oct 3, 2014
Good information from today's #NIHChat. Sad to see it hijacked by PETA. PETA: Tainting public science discussions since 1981.

**Hassan Zahwa, Ph.D.** @DrZahwa · Oct 3, 2014
RT ONC_HealthIT: RT NIH: Watch NIHDirector on the Colbert Report talk about #BRAINI and #NIH research. #NIHChat nih.gov/about/director...

**k** @m_auladi · Oct 3, 2014
"@peta: If @NIH had a heart, they'd stop INTENTIONALLY making BABY MONKEYS mentally ill. #NIHChat

RT if u agree! "

"Please, help me."

**CanFASD Research Network** @CanFASD · Oct 3, 2014
#NIHChat

**Military Table** @Military_Table · Oct 3, 2014
Replying to @NIH
RT #NIH: It's really an exciting time for #brain research. The possibilities #BRAINI brings are amazing. #NIHChat

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
Replying to @NIMHgov
@NIMHgov #NIHChat Brain research that legitimizes the genetic predisposition to Mental Illness Disorders help to eliminate stigma & suicide.

♡ 1

**Mary Tully** @marytullyboy · Oct 3, 2014
@NIH @PETA It's NOT OKAY to create babies with mental illness just so you can torture them!!! #WTF #NIHChat MAKE. IT. STOP.

♡ 2

**HCP News** @HumanConnectome · Oct 3, 2014
Replying to @sunshinekayak
@sunshinekayak Human genome informs all biomed science! @HumanConnectome is using neuroimaging with genetics on healthy subjects #NIHChat

♡ 1

**Norwood & Debi** 🇺🇸⭐ @norwoodsworld · Oct 3, 2014
On it@tulamonstah: @norwoodsworld  follow the #NIHChat happening now."

**Please follow @ParkinsonDotOrg** @PDFparkinson · Oct 3, 2014
Replying to @NIH
.#NIH @PDFAdvocacy on frontlines w researchers to help speed treatments #patientengagement #clinicaltrials #NIHchat bit.ly/1DxetdV

**Marie-Anne Le Clerc** @MarieAnneLeCler · Oct 3, 2014
#NIHChat Animal rights & brain research a hefty deal to mentally consume.

**Seitanic Sarah (she/her)** @witchyveganmom · Oct 3, 2014
Replying to @peta
@peta @NIH #NIHChat in Developmental Psych class, I watched a video about attachment that had baby monkeys like that. I literally cried.

♡ 1

**National Science Foundation** ✔ @NSF · Oct 3, 2014
@US_FDA development of neurotechnologies includes brain imaging techniques, crucial to #BRAINI #NIHChat 1.usa.gov/1yCmnw

♡ 1

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
Replying to @NIDAnews
@NIDAnews @MayoClinic #NIHChat Will funded research further examine innovative genome studies of Dr. Francis Collins @NIHDirector

♡ 1

**FunkySurfer** 🧜‍♀️🏄 @surfer_funky · Oct 3, 2014
When you recruit, do you do psychological tests and what type of profile is best at ignoring the concept of torture? @NIH #NIHChat @peta

♡ 1

**NINDSnews** ✔ @NINDSnews · Oct 3, 2014
.@johnborghi  Training initiatives to be announced in FY 2015--stay tuned!! #NIHChat

♡ 1

**vegankam** @Vegankam · Oct 3, 2014
Replying to @NIH
@NIH @cantles1 There is NO EXCUSE for torture! Americans should be ashamed that our government agencies stoop to this barbarism! #NIHchat

♡ 2

**vegankam** @Vegankam · Oct 3, 2014
Replying to @CreativeSage
@CreativeSage @NIH Why don't you volunteer to be a test subject in the monkeys' place then? #NIHchat

**Ashley Byrne** @ashlovesmongo · Oct 3, 2014
Replying to @MarieAnneLeCler
"@MarieAnneLeCler: #NIHChat Cannot follow chat among distraction>" Good. @NIH can stop abusing monkeys if they want protests to end. @peta

♡ 1    ♡ 7    ♡ 13



Replying to @NIMHgov
@NIMHgov @MIT Saw that research finding printed in MIT's Technology Review #NIHChat

**U.S. FDA** @US_FDA · Oct 3, 2014
Public workshops enable FDA to share its current thinking, explore technology, and collect feedback go.usa.gov/vfY3 #NIHChat #BRAINI

♡ 1    ⟲ 1    ♡ 3    ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
.@NIH I will continue to advocate for a stop to animal testing that is harmful and cruel, but through orgs./means other than @Peta  #NIHchat

♡    ⟲    ♡ 1    ⬆

**ResearchAmerica** @ResearchAmerica · Oct 3, 2014
Tell Congress that @NIH & other health agencies need increased funding to support research like the #BRAINI. bit.ly/1nwrusV #NIHChat

♡    ⟲    ♡    ⬆

**Mary Tully** @marytullyboy · Oct 3, 2014
@NIH @PETA Torturing infants is NOT OKAY under ANY circumstances!!! I don't want MY tax dollars paying for CHILD ABUSE!!! #NIHChat

♡ 1    ⟲ 14    ♡ 23    ⬆

**Vincenzo Consiglio** @VnczCnsgl · Oct 3, 2014
Replying to @US_FDA
"@US_FDA will continue to develop guidance documents related to neurological devices to help industry meet reg. obligations #NIHChat" $ETRM?

♡    ⟲    ♡    ⬆

**Julie Brefczynski-Le** @JuliePEThelmet · Oct 3, 2014
Replying to @NIDAnews
@NIDAnews @MayoClinic I wonder if we could combine this with high sensitivity PET- our vision would allow multi-modality #NIHChat

♡    ⟲    ♡    ⬆

**ONC** @ONC_HealthIT · Oct 3, 2014
RT @NIH: Watch @NIHDirector on the Colbert Report talk about #BRAINI and #NIH research. #NIHChat nih.gov/about/director...

♡    ⟲ 3    ♡    ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIDAnews
RT @NIDAnews Thanks for a great #NIHchat about the Brain Initiative! Follow us @NIDANews and visit our site at drugabuse.gov

♡    ⟲    ♡ 1    ⬆

**ONC** @ONC_HealthIT · Oct 3, 2014
RT @US_FDA: FDA is engaged w/ federal partners, like NIH BRAIN Initiative Working Group, to accelerate development of neurotech. #NIHChat

♡    ⟲ 2    ♡    ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH Watch @NIHDirector on the Colbert Report talk about #BRAINI and #NIH research. #NIHChat nih.gov/about/director...

♡    ⟲    ♡ 1    ⬆

**NIDAnews** @NIDAnews · Oct 3, 2014
Thanks for a great #NIHchat about the Brain Initiative! Follow us @NIDANews and visit our site at drugabuse.gov

♡ 1    ⟲ 1    ♡ 2    ⬆

**NIH** @NIH · Oct 3, 2014
Watch @NIHDirector on the Colbert Report talk about #BRAINI and #NIH research. #NIHChat

📄 nih.gov
Francis Collins Discusses the Human Brain

♡ 2    ⟲ 16    ♡ 3    ⬆

**Mental Health NIMH** @NIMHgov · Oct 3, 2014
Thanks for joining! We look forward to continued dialogue as research transforms the understanding & treatment of mental illnesses #NIHChat

♡    ⟲ 6    ♡ 12    ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
RT @NIH Why is #BRAINI so important? #CMS spending on #Alzheimers alone outpaces NIH's total neuroscience research budget. #NIHChat

♡    ⟲    ♡ 1    ⬆



**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
Thanks for the lively discussion going off now. You can learn more about the BRAIN Initiative here: 1.usa.gov/1wfVTF

**vegankam** @Vegankam · Oct 3, 2014
Yes! @NIH should explain why they use tax payer $$$ to TORMENT infant monkeys #NIHChat peta.vg/babymonkeys
↺ 17  ♡ 7

**The National Institute on Aging (NIA)** @NIHAging · Oct 3, 2014
RT @NIH Why is #BRAINI so important? #CMS spending on #Alzheimers alone outpaces NIH's total neuroscience research budget. #NIHChat

**U.S. FDA** ✓ @US_FDA · Oct 3, 2014
We encourage industry to consult w/ FDA early. It's an opp to clarify data needed to bring safe & effective devices to market #NIHChat
↺ 11  ♡ 6

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
.@NIH mentioned research about retina issues and Alzheimers, but I missed those tweets due to @peta — important for my family. #NIHChat
♡ 1

**NIH** ✓ @NIH · Oct 3, 2014
Thanks for joining us for today's #NIHChat. Don't forget to follow @NIH and @NIHDirector for more #NIH #research news.
♡ 2  ↺ 2  ♡ 2

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
Replying to @NIH
@NIH #NIHChat Ethnographic studies need to be examined in consort with brain research in order to examine its full impact on an individual
♡ 2

**NIH** ✓ @NIH · Oct 3, 2014
Why is #BRAINI so important? #CMS spending on Alzheimer's alone outpaces NIH's total neuroscience research budget. #NIHChat
↺ 11  ♡ 7

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
.@sunshinekayak All funded projects were rigorously reviewed by independent scientists. #NIHChat
♡ 1

**The Tim Moore** @TimMooreNYC_CT · Oct 3, 2014
@nih what if #ebola gets into Mosquitos #NIHChat

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @wqqbsspkzowt
.@sligiampaoli @peta I have heard about @NIH animal tests, but you should listen and not ruin an info chat for other people. #NIHchat
♡ 1  ♡ 2

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH Any more questions for our experts? Ask now! #NIHChat
♡ 1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIMHgov
RT @NIMHgov . @RukminiPillai You can find the latest research on schizophrenia here: 1.usa.gov/1xLyEzX #NIHChat
♡ 1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIHAging
RT @Alzheimers_NIH RT @NIH Download the #BRAINI brochure: braininitiative.nih.gov/BRAIN-Brochure... #NIHChat
♡ 1

**The National Institute on Aging (NIA)** @NIHAging · Oct 3, 2014
RT @NIH Download the #BRAINI brochure: braininitiative.nih.gov/BRAIN-Brochure... #NIHChat
♡ 1

**Marie-Anne Le Clerc** @MarieAnneLeCler · Oct 3, 2014
#NIHChat I find that this chat would be more appropriate if the anti-animal research protesters were separate from the discussion -

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014

Replying to @RukminiPillai
.@RukminiPillai You can find the latest research on schizophrenia here: 1.usa.gov/1xLyEzX #NIHChat

○ 3          ⊔ 13          ♡ 9          ⬆

**NIH** ✓ @NIH · Oct 3, 2014
Why #BRAIN!? Better understanding of neurons in the #brain and retina could lead to treatments or prostheses to help restore sight. #NIHChat

○ 1          ⊔ 7          ♡ 5          ⬆

**John Borghi** @JohnBorghi · Oct 3, 2014
The formatting of today's #NIHchat makes it really hard to follow. #BRAIN is very exciting. I wish the communication around it were better.

○          ⊔ 1          ♡ 3          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
.@NIH On your list of research projects, could you please indicate which will include animal testing, and what specific animals? #NIHChat

○          ⊔ 1          ♡ 2          ⬆

**Pau 🇨🇱** @Kittishhh · Oct 3, 2014
Replying to @esbeeare
@esbeeare @peta maybe they shd experiment in cold hearted ppl like u instead of torture "educationally" innocent baby monkeys @nih #NIHChat

○          ⊔ 1          ♡          ⬆

**vegankam** @Vegankam · Oct 3, 2014
@NIH stop testing on monkeys! What is wrong with you people- nothing excuses torture!!! #NIHChat @pets

○ 1          ⊔ 22          ♡ 17          ⬆

**NIH** ✓ @NIH · Oct 3, 2014
Download the #BRAIN! brochure: braininitiative.nih.gov/BRAIN-Brochure... #NIHChat

○ 2          ⊔ 7          ♡ 9          ⬆

**NIH** ✓ @NIH · Oct 3, 2014
Any more questions for our experts? Ask now! #NIHChat

○ 3          ⊔          ♡          ⬆

**NIH** ✓ @NIH · Oct 3, 2014
A5: Learn more from @NIHDirector Dr. Francis Collins' blog post about #BRAIN!, US's next moonshot at: 1.usa.gov/1ByUGB #NIHChat

○ 1          ⊔ 8          ♡          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NINDSnews
RT @NINDSnews A5: These are just some of the amazing 58 projects funded by #BRAIN!, w/ over 100 investigators in 15 states & countries #NIHChat

○          ⊔          ♡ 1          ⬆

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
A5: To see the full list, visit: 1.usa.gov/YP6ld7 #NIHChat

○          ⊔ 1          ♡          ⬆

**Ankita Chowdhury** @ChowdhuryAC · Oct 3, 2014
Following the #NIHChat on #BRAIN! - interesting updates!

○          ⊔          ♡          ⬆

**The National Institute on Aging (NIA)** @NIHAging · Oct 3, 2014
RT @NIH Why is #BRAIN! so important? Brain disorders will be the most debilitating and costly chronic diseases of the 21st century. #NIHChat

○          ⊔          ♡ 1          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH i A5: @ucdavis will create molecules allowing scientists to test for comms between neurons in specific circuits of the brain #NIHChat

○          ⊔          ♡ 1          ⬆

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
A5: These are just some of the amazing 58 projects funded by #BRAIN!, w/ over 100 investigators in 15 states and several countries #NIHChat

○ 1          ⊔ 3          ♡ 3          ⬆

**NIH** ✓ @NIH · Oct 3, 2014
A5: @ucdavis will create molecules allowing scientists to test for comms between neurons in specific circuits of the brain #NIHChat

○ 1          ⊔ 3          ♡ 3          ⬆

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
#NIHChat Will the funded research refer largely on recent peer reviewed findings? eg research of Kay Redfield Jamison & Frederick Goodwin

○          ⊔          ♡          ⬆



**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A5: @UCLA will explore diversity of cell types in brain w/cutting edge tech to map&trace relationship btw cell types across cortex #NIHChat
♡ 2

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
A5: @UCLA will explore diversity of cell types in brain w/cutting edge tech to map&trace relationship btw cell types across cortex #NIHChat
↻ 3   ♡ 4

**NIH** ✓ @NIH · Oct 3, 2014
Why is #BRAINI so important? Brain disorders will be the most debilitating and costly chronic diseases of the 21st century. #NIHChat
♡ 4   ↻ 43   ♡ 16

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @stephanieO69 RT @NIH: A1: Learn more about #BRAINI here: 1.usa.gov/ZYbckV. #NIHChat
♡ 1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @CreativeSage
.@peta Instead of listening to @NIH where you cld have learned what kind of experiments would be done, you RT same twts, pointless #NIHchat
♡ 1

**esbeeare** @esbeeare · Oct 3, 2014
@Kittisssh @peta that make up you are wearing was probably tested on monkeys. Please let this chat be for educational purposes #NIHChat
♡ 1   ♡ 1

**Rukmini Pillai** @RukminiPillai · Oct 3, 2014
@NIMHgov Any useful knowledge so far for those living with schizophrenia and severe mental illnesses? #NIHChat
♡ 2   ♡

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @CreativeSage
RT @CreativeSage: .@peta has essentially disrupted and ruined what should be an informative chat by @NIH on #BRAINI — not OK. #NIHchat
↻ 1   ♡ 1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
.@NIH I have missed most of your last tweets to Q4 -- can you please post an edited transcript URL somewhere? Thanks. #NIHchat
♡ 1

**Pau** 🇨🇱 @Kittishhh · Oct 3, 2014
@NIH STOP TESTING ON MONKEYS!! No living being is in this planet to be used and abused as an object without emotions #NIHChat @peta
♡ 1   ↻ 27   ♡ 35

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
A5: @CSHLnews will develop system to image different brain cells in mice, to pinpoint differences btw males & females #NIHChat
♡ 1   ↻ 4   ♡ 1

**NIH** ✓ @NIH · Oct 3, 2014
A5 @CORNELL will build lasers&lenses to use 3-photon microscopy to see deeper into brain neuronal activity than currently possible #NIHChat
↻ 9   ♡ 2

**The American Brain Coalition** @AmericanBrainCo · Oct 3, 2014
@NIH How can the patient advocacy community play a role in the Brain Initiative #BRAINI? #NIHChat
♡

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A5: @MayoClinic researchers will develop electrodes to measures the brain chemical dopamine more accurately: 1.usa.gov/1nSRKkO #NIHChat
♡ 1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
.@peta has essentially disrupted and ruined what should be an informative chat by @NIH on #BRAINI — not OK. #NIHchat
♡ 3   ↻ 2   ♡ 4

**NIDAnews** ✓ @NIDAnews · Oct 3, 2014
A5: @MayoClinic researchers will develop electrodes to measures the brain chemical dopamine more accurately: 1.usa.gov/1nSRKkO #NIHChat
♡ 3   ↻ 10   ♡ 9

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
A5 CalTech lab will see how incoming sensory information guides movements of flies walking on treadmills #NIHChat

💬    🔁 1    ♡    📤

**NIH** ✓ @NIH · Oct 3, 2014
A5 @Princeton's Dr. Brody will study the underlying neuronal circuitry that contributes to short-term "working" memory #NIHChat

💬 1    🔁 5    ♡ 2    📤

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
I will continue to support alternatives to animal testing by the @NIH and all other orgs, but I think @peta acts like a bully here. #NIHChat

💬    🔁    ♡ 1    📤

**NIH** ✓ @NIH · Oct 3, 2014
A5 Other projects involve using DNA "barcodes" to trace complex brain circuits & lasers to trigger firing of specific brain cells #NIHChat

💬    🔁 2    ♡    📤

**NIDAnews** ✓ @NIDAnews · Oct 3, 2014
A5: Scientists @ucdavis will make sensors that light up neurons activated during a specific behavior: 1.usa.gov/1pfiXgi #NIHChat

💬    🔁 2    ♡ 1    📤

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
#NIHChat @PJK4brainhealth is focused on gov't accountability w/ regard to MI & brain research #Act4MentalHealth

💬    🔁    ♡    📤

**Fedup4Brain** @Fedup4Brain · Oct 3, 2014
@NIH @NIMHgov RDoc will take too long 4 those suffering w/schizophrenia! Classify this ILLNESS as physical BRAIN disease now! #NIHChat

💬    🔁    ♡    📤

**Julie Brefczynski-Le** @JuliePEThelmet · Oct 3, 2014
Replying to @NIMHgov
@NIMHgov @WestVirginiaU  Here's a pic of our concept and existing and functional proof-of-concept #NIHChat



💬 1    🔁 7    ♡ 3    📤

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH .@CreativeSage #NIH's National Institute on Drug Abuse, 1 of 27 institutes & centers of the NIH: drugabuse.gov #NIHChat

💬    🔁    ♡ 1    📤

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A5: @WUSTL scientists will test a way to image the electrical activity of neurons deep inside the brains: 1.usa.gov/1sPOVVX  #NIHChat

💬    🔁    ♡ 1    📤

**NIH** ✓ @NIH · Oct 3, 2014
.@CreativeSage #NIH's National Institute on Drug Abuse, 1 of 27 institutes & centers of the NIH: drugabuse.gov #NIHChat

💬 3    🔁 1    ♡ 2    📤

**Pau** 🇵🇭 @Kittishhh · Oct 3, 2014
Replying to @peta
@peta @NIH #NIHChat why do you test on monkeys when its well known that it is torture & they cant defend themselves?



♡ 2

**NIDAnews** ✓ @NIDAnews · Oct 3, 2014
A5: @WUSTL scientists will test a way to image the electrical activity of neurons deep inside the brains: 1.usa.gov/1sPDVVX #NIHChat

**ResearchAmerica** @ResearchAmerica · Oct 3, 2014
Ensure the goals of the #BRAINI and other transformative research with strong federal investment. bit.ly/1nwnuiV #NIHChat
💬    ↻ 1    ♡ 2    ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
I do not support animal research, but @peta 's tactics are wrong. I will continue to be support many other animal orgs. instead. #NIHchat
♡ 1    ↻    ♡ 1

**NIDAnews** ✓ @NIDAnews · Oct 3, 2014
Replying to @CreativeSage
@CreativeSage Learn more about NIDA at drugabuse.gov/about-nida #NIHChat
💬    ↻    ♡ 1    ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
.@NIH Could you please  produce an edited transcript of this chat and post a URL to it, maybe a .PDF without @peta tweets? #NIHChat
♡ 1    ↻    ♡ 1

**Julie Brefczynski-Le** @JuliePEThelmet · Oct 3, 2014
Replying to @CoffeeRideNap
@practiCalfMRI @NINDSnews @NIH I hope we can use this and other forums to disseminate more info than just the abstracts #NIHChat
💬    ↻    ♡    ⬆

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
A5:@MIT lab will simultaneously record activity of thousands of connections on a single neuron #NIHChat
♡ 1    ↻ 2    ♡ 2

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Sorry, @NIH, can't RT fast enough. Your sentences are way too long! #NIHChat
💬    ↻    ♡ 1    ⬆

**U.S. FDA** ✓ @US_FDA · Oct 3, 2014
FDA will continue to develop guidance documents related to neurological devices to help industry meet regulatory obligations #NIHChat
♡ 1    ↻ 9    ♡ 4

**NIDAnews** ✓ @NIDAnews · Oct 3, 2014
A5: Researchers @Caltech will develop a light & sound system that will shine lasers on specific brain cells. 1.usa.gov/1rOjMOg #NIHChat
💬    ↻ 3    ♡ 2    ⬆

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
A5: @WestVirginiaU will engineer a wearable PET scanner that images brain activity in motion e.g. while taking walk in the park  #NIHChat
♡ 2    ↻ 4    ♡ 3

**Elin Silveous** @ElinSilveous · Oct 3, 2014
Replying to @CreativeSage
@CreativeSage @NIDAnews NIDA = National Institute of Drug Abuse #NIHChat
💬    ↻    ♡    ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
I can't RT fast enough — follow #NIHchat and wade through annoying @peta tweets
💬    ↻    ♡ 1    ⬆

**NIDAnews** ✓ @NIDAnews · Oct 3, 2014
A5: UCSF researchers will create a system that monitors thousands of neurons in the brain at the same time: 1.usa.gov/1rOjGWv #NIHChat
💬    ↻ 2    ♡ 3    ⬆

**Scripps Research** ✓ @scrippsresearch · Oct 3, 2014
Funds from @NIH helped Scripps Florida researchers discover gene linked to normal memory development bit.ly/1sOLBn8 #NIHChat
♡ 1    ↻ 2    ♡ 3

**k** @m_auladi · Oct 3, 2014
"@peta: Why do u torture baby monkeys in tests u admit R irrelevant 2 humans? #NIHChat peta.vg/babymonkeys "

**NIH** ✔ @NIH · Oct 3, 2014
A5: @DukeU's will dev a scanner to image the brain in high res by directly tuning in the electromagnetic signals from neurons #NIHChat

♡ 2          ⇄ 6          ♡ 4

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A5: Researchers @BrandeisU will work to gain a deeper understanding of the specialized features of cells: 1.usa.gov/Zx2LNF #NIHChat

♡          ⇄          ♡ 1

**NIDAnews** ✔ @NIDAnews · Oct 3, 2014
A5: Researchers @BrandeisU will work to gain a deeper understanding of the specialized features of cells: 1.usa.gov/Zx2LNF #NIHChat

♡          ⇄ 2          ♡ 2

**Carnegie Mellon University Dietrich College** @CMU ... · Oct 3, 2014
RT @NINDSnews: .@TDVERSTYNEN Benchmarks/goals are reported in the BRAIN 2025 Report braininitiative.nih.gov/2025 #NIHChat

♡          ⇄          ♡ 1

**Ashley Byrne** @ashlovesmongo · Oct 3, 2014
Replying to @peta
@peta The @NIH should be ashamed #NIHchat

♡          ⇄ 7          ♡ 19

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIDAnews
Who is NIDA? RT @NIDAnews A5: NIDA is funding 6 #BRAINI grants right now. #NIHChat

♡ 2          ⇄          ♡ 1

**NIDAnews** ✔ @NIDAnews · Oct 3, 2014
A5: NIDA is funding 6 #BRAINI grants right now. #NIHChat

♡ 1          ⇄          ♡ 1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A5: @MIT will access the brain thru blood vessels to less invasively image, stimulate and monitor electrical and molecular activity #NIHChat

♡          ⇄          ♡ 1

**Ferro** @alberto_pilotto · Oct 3, 2014
"@peta: Why do u torture baby monkeys in tests u admit R irrelevant 2 humans? #NIHChat peta.vg/babymonkeys "



♡          ⇄          ♡          ↑

**NINDSnews** ✔ @NINDSnews · Oct 3, 2014
A5: You can map out connections in the retina, light-sensing tissue in eyes, by playing #eyewire game dev @Princeton's Dr. Seung #NIHChat

♡          ⇄ 1          ♡ 1

**Mental Health NIMH** ✔ @NIMHgov · Oct 3, 2014
A5: @MIT will access the brain thru blood vessels to less invasively image, stimulate and monitor electrical and molecular activity #NIHChat

♡ 2          ⇄ 9          ♡ 3

**k** @m_auladi · Oct 3, 2014
"@peta: #NIHChat: A cloth-covered bottle is NOT a suitable MOTHER! #StopAnimalTests @NIH peta.vg/babymonkeys "



"I miss my mom."

**PETA** ✓ @peta · Oct 3, 2014
RT if u think @NIH should explain why they use tax payer $$$ 2 TORMENT infant monkeys #NIHChat peta.vg/babymonkeys



"Why are you doing this to me?"

PETA

💬 9     🔁 108     ♡ 46     ↥

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
Replying to @sunshinekayak
@NIHgov #NIHChat Examples of these "innovative technologies"? Such as recent brain study advancements of fMRI done at MIT for instance?

💬 1     🔁     ♡     ↥

**Elin Silveous** @ElinSilveous · Oct 3, 2014
Replying to @NIH
@peta MT . @NIH NIH funds research to improve health; animals used selectively before research in humans: 1.usa.gov/ZBCjT4 #NIHChat

💬     🔁     ♡ 1     ↥

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
.@MIT will access the brain thru blood vessels to less invasively image, stimulate and monitor electrical and molecular activity #NIHChat

💬 1     🔁     ♡ 2     ↥

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A5:4. Large-scale recording-modulation new tech 5. Large-scale modulation-Optimization 6. Understanding neural circuits #NIHChat

💬     🔁     ♡ 1     ↥

**Mary Tully** @marytullyboy · Oct 3, 2014
@NIH @PETA The public isn't okay with your cruel and unnecessary methods of testing! Please hear us and respond accordingly #NIHChat

💬     🔁 17     ♡ 16     ↥

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
A5:...4. Large-scale recording-modulation– new tech 5. Large-scale recording-modulation-Optimization 6. Understanding neural circuits #NIHChat

💬     🔁     ♡ 1     ↥

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @lisaguattieri RT @NIH: Q5: #BRAINI funding of $46 mil in FY14 was announced earlier this week. What research is being funded? #NIHChat

💬     🔁     ♡ 1     ↥

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
Replying to @sunshinekayak
. @sunshinekayak NIMH funds this kind of research outside of the BRAIN Initiative #NIHChat

💬     🔁     ♡ 2     ↥

**NIH** ✓ @NIH · Oct 3, 2014
.@CreativeSage NIH funds research to improve health; animals used selectively before research in humans: 1.usa.gov/ZBCjT4 #NIHChat

💬 2     🔁 3     ♡     ↥

Cathryn Hrudicka @CreativeSage
A5: There were 6 funding categories for #BRAINI. 1: Census of cell types 2. Tools for cells & circuits 3. Next gen of human imaging. #NIHChat

Torch @hello_torch · Oct 3, 2014
Top topics: 1 #InnovateThink 2 #Ebola 3 #NIHChat 4 #Orioles 5 #HITsm

AFKAp @CoffeeRideNap · Oct 3, 2014
@NINDSnews Apologies for the self promo :-/ My thoughts on the funded imaging proposals: practicsifmri.blogspot.com/2014/10/i-fmri... @NIH #NIHChat

NINDSnews ✔ @NINDSnews · Oct 3, 2014
A5: There were 6 funding categories for #BRAINI. 1: Census of cell types 2. Tools for cells & circuits 3. Next gen of human imaging...#NIHChat

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH Q5: #BRAINI funding of $46 mil in FY14 was announced earlier this week. What research is being funded? #NIHChat

NIH ✔ @NIH · Oct 3, 2014
Q5: #BRAINI funding of $46 mil in FY14 was announced earlier this week. What research is being funded? #NIHChat

Center for Neurotechnology @ctr4neurotech · Oct 3, 2014
RT @NIH: A3: Goal 6 to dev innovative tech to understand human brain & treat its disorders; create & support integrated networks #NIHChat

Fedup4Brain @Fedup4Brain · Oct 3, 2014
@NIH is #Schizophrenia a physical brain disorder or a behavioral disorder? #NIHChat #informedconsent #capacity #parity #accountability

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @NIH
.@Peta You are not listening to the answers — @NIH has responded several times about animal research & ethics. LISTEN! #NIHchat

Chris Collins @ChrisCollinsNJ · Oct 3, 2014
@NIH When you are abusing 5-pound baby animals, how tough does it make you feel, on a scale of 1-10? Thank you. #NIHChat

NINDSnews ✔ @NINDSnews · Oct 3, 2014
A4: It will take substantial, sustained time commitment. 1-5 yrs for tech dev. 6-10+ yrs discovery driven research to answer ?s #NIHChat

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH A4: Brilliant minds resourced & working together + #clinicaltrials volunteers will help us reach goal to understand brain #NIHChat

Lisa Gualtieri @lisagualtieri · Oct 3, 2014
@kathyrnac02 curious if this is the first time you've raised that as a research question #NIHChat

Elin Silveous @ElinSilveous · Oct 3, 2014
Replying to @NINDSnews
"@NINDSnews: A4: Ethical implications of research on the brain need to be considered. 1.usa.gov/1vaSnXo #NIHChat" #bioethx #PCORI

NIH ✔ @NIH · Oct 3, 2014
A4: Brilliant minds resourced & working together + #clinicaltrials volunteers will help us reach our goal to understand the brain #NIHChat

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @NIHgov
RT @NIHgov A4: #NIH will also ensure accountability to taxpayers and community of basic, translational & clinical neuroscientists #NIHChat



**Mental Health NIMH** @NIMHgov
A4: #NIH will also ensure accountability to taxpayers and the community of basic, translational & clinical neuroscientists  #NIHchat

♡ 1          ↻ 1          ♡ 1          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
.@Peta Because you are infringing on our ability to participate as citizens and get information, I no longer support you. #NIHchat

♡ 1          ↻          ♡ 1          ⬆

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
#NIHChat Will funded research examine the connection b/w psychotropic medication & its effect on the brain?

♡ 1          ↻          ♡          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NINDSnews
RT @NINDSnews A4: Ethical implications of research on the brain need to be considered. 1.usa.gov/1va9nXo  #NIHChat

♡          ↻          ♡ 1          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH: A2: #BRAINI will open new doors to explore how the brain encodes, stores & retrieves vast quantities of information. #NIHChat

♡          ↻          ♡ 1          ⬆

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
A4: Ethical implications of research on the brain need to be considered. 1.usa.gov/1va9nXo  #NIHChat

♡ 2          ↻          ♡          ⬆

**Fedup4Brain** @Fedup4Brain · Oct 3, 2014
@NIH we need 2 classify #Schizophrenia NOW as biological BRAIN disorder. Waiting yrs 4 new classification system is costing lives! #NIHChat

♡          ↻          ♡          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A4: Rigorous standards & accountability are needed, esp to pursue human & non-human studies in parallel to speed discoveries  #NIHChat

♡          ↻          ♡ 1          ⬆

**Ariane Brown MPH** @ArianeBrown07 · Oct 3, 2014
#NIHChat This Brain chat is not showing up very well.

♡          ↻          ♡          ⬆



**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
A4: Rigorous standards & accountability are needed, esp to pursue human & non-human studies in parallel to speed discoveries  #NIHChat

♡ 1          ↻ 4          ♡          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH A4: New tech to integrate spatial & temporal scales, ways to preserve/share data & to validate/disseminate tech is critical #NIHChat

♡          ↻          ♡ 1          ⬆

**Elin Silveous** @ElinSilveous · Oct 3, 2014
@NIH What is the prevalence of degenerative brain disease in the general population? Thank you. #NIHChat @nfl #NFL 🏈

♡          ↻ 2          ♡          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
In tweets where I have not credited the tweeter, it's @NIH or @NIHNews - #NIHchat

♡          ↻          ♡ 1          ⬆

**NIH** ✓ @NIH · Oct 3, 2014
A4: New tech to integrate spatial & temporal scales, & news ways to preserve/share data & to validate/disseminate tech is critical #NIHChat

♡ 1          ↻ 4          ♡          ⬆

**Kathy Smith** @kathymac62 · Oct 3, 2014
Replying to @NIMHgov
@NIMHgov my son has schizo affective disorder. Tobacco seems 2 help symptoms.  Will you study this?#NIHChat

♡ 1          ↻          ♡ 1          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NINDSnews
RT @NINDSnews A4: Cross trad neuroscience boundaries w/ geneticists, chemists, engineers, physicists, info scientists is vital #NIHChat

♡          ↻          ♡ 1          ⬆

**NIH** ✓ @NIH · Oct 3, 2014

enjoys bipartisan support for biomedical research,
but NIH is not immune to budget cuts. **#NIHChat**

♡          ↻ 3          ♡ 1          ⬆

**NINDSnews** ✔ @NINDSnews · Oct 3, 2014
A4: Cross traditional neuroscience boundaries w/ geneticists, chemists,
engineers, physicists, info scientists & others is vital **#NIHChat**

♡ 1          ↻ 1          ♡          ⬆

**Javiera** @Deallasornos · Oct 3, 2014
Replying to @NIDAnews
"@NIDAnews: A2: #Addiction is a treatable brain disease.
1.usa.gov/1uEHHa **#NIHChat** " cachando nada

> **People of all ages suffer the harmful consequences of drug abuse and addiction.**
>
> **NIH** — National Institute on Drug Abuse
> **Drugs, Brains, & Behavior: The Science of Addiction**
> DrugAbuse.gov

♡ 1          ↻          ♡          ⬆

**Mental Health NIMH** ✔ @NIMHgov · Oct 3, 2014
A4: #BRAINI needs collaborations to succeed, esp w/ industry partners,
who bring experience developing products for use in patients **#NIHChat**

♡          ↻ 5          ♡          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @AANMember RT @NIH: Q4 What will it take to accomplish the grand
challenge of mapping and understanding the human brain? **#NIHChat**

♡          ↻          ♡ 1          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIMHgov
RT @NIMHgov . @CreativeSage Goal 2 is to map & generate circuit
diagrams that vary in resolution from synapses to the whole brain
**#NIHChat**

♡ 1          ↻          ♡ 1          ⬆

**Mental Health NIMH** ✔ @NIMHgov · Oct 3, 2014
Replying to @CreativeSage
. @CreativeSage Goal 2 is to map & generate circuit diagrams that vary in
resolution from synapses to the whole brain **#NIHChat**

♡ 1          ↻ 3          ♡ 2          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH Q4 What will it take to accomplish the grand challenge of mapping
and understanding the human brain? **#NIHChat**

♡          ↻          ♡ 1          ⬆

**The American Brain Coalition** @AmericanBrainCo · Oct 3, 2014
Replying to @SfNtweets
@SfNtweets @NIH We agree, and look forward to engaging the patient
advocacy community in this important effort. **#NIHChat**

♡          ↻ 1          ♡ 2          ⬆

**NIH** ✔ @NIH · Oct 3, 2014
Q4 What will it take to accomplish the grand challenge of mapping and
understanding the human brain? **#NIHChat**

♡ 2          ↻ 5          ♡ 7          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A3 Goal 7 is to discover how dynamic patterns of neural activity are
transferred into cognition, emotion, perception & action **#NIHChat**

♡          ↻          ♡ 2          ⬆

**Fedup4Brain** @Fedup4Brain · Oct 3, 2014
Replying to @NIMHgov
@NIMHgov that classification system started on 2009!! since then many
w/schizophrenia cont to FAIL, under @samhsagov policies **#NIHChat**

♡          ↻          ♡          ⬆

**NINDSnews** ✔ @NINDSnews · Oct 3, 2014
A3 Goal 7 is to discover how dynamic patterns of neural activity are
transferred into cognition, emotion, perception & action **#NIHChat**

♡          ↻ 3          ♡ 1          ⬆

**PETA** ✔ @peta · Oct 3, 2014
**#NIHChat**: A cloth-covered bottle is NOT a suitable MOTHER!



PETA ✓ @peta · Oct 3, 2014
Replying to @peta
RT if you want answers! #NIHchat

○          �only 45          ♡ 27          ↥

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @NIMHgov
RT @NIMHgov: A3: Goal 2 is to map & generate circuit diagrams that vary in resolution from synapses to the whole brain #NIHChat

○          ↑↓          ♡ 1          ↥

Scripps Research ✓ @scrippsresearch · Oct 3, 2014
Research supported by @NIH: TSRI & @MayoClinic use small molecule to target mutation in ALS bit.ly/1oMDzag #NIHchat

○          ↑↓ 10          ♡ 3          ↥

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH A3: Goal 6 is to dev innovative tech to understand human brain & treat its disorders; create & support integrated networks #NIHChat

○          ↑↓ 1          ♡ 1          ↥

Elin Silveous @ElinSilveous · Oct 3, 2014
.@NIH What is the future use of ECOG as brain sensors? TY. . @DrKakustUniverse #NIHChat

○          ↑↓          ♡          ↥

NIH ✓ @NIH · Oct 3, 2014
A3: Goal 6 is to dev innovative tech to understand the human brain & treat its disorders; create & support integrated networks #NIHChat

○ 2          ↑↓ 7          ♡ 5          ↥

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @NIMHgov
RT @NIMHgov A3: Goal 5 is to produce conceptual foundations for understanding the biological basis of mental process #NIHChat

○          ↑↓          ♡ 1          ↥

Mental Health NIMH ✓ @NIMHgov · Oct 3, 2014
A3: Goal 5 is to produce conceptual foundations for understanding the biological basis of mental process #NIHChat

○ 2          ↑↓ 2          ♡          ↥

NC TraCS Institute @NCTraCS · Oct 3, 2014
RT @NIH: A1: Learn more about #BRAINI here: 1.usa.gov/ZY0ckV. #NIHChat

○          ↑↓          ♡          ↥

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @SfNtweets
RT @SfNtweets RT @NIH: It's really an exciting time for #brain research. The possibilities #BRAINI brings are amazing. #NIHChat

○          ↑↓          ♡ 3          ↥

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @NIMHgov
RT @zumbaBz RT @NIMHgov: A2: To learn more about mental illnesses, please visit: 1.usa.gov/1CBOv62 #NIHChat

○          ↑↓          ♡ 1          ↥

Society for Neuroscience (SfN) ✓ @SfNtweets · Oct 3, 2014
RT @NIH: It's really an exciting time for #brain research. The possibilities #BRAINI brings are amazing. #NIHChat

○ 2          ↑↓ 12          ♡ 6          ↥

Sunshinekayak @sunshinekayak · Oct 3, 2014
#NIHChat Will any of funded research in addition to brain studies examine sociocultural factors related to it eg in connection to suicide

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NINDSnews
.@NINDSnews I missed Goal 2 - can you repeat it? #NIHchat

♡ 1          ⟳          ♡ 1          ⬆

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
A3: Goal 2 is to map & generate circuit diagrams that vary in resolution from synapses to the whole brain #NIHChat

♡ 1          ⟳ 3          ♡          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NINDSnews
RT @NINDSnews A3: Goal 4 is linking brain activity to behavior w/ precise interventional tools that change neural circuit dynamics #NIHChat

♡          ⟳          ♡ 1          ⬆

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
A3: Goal 4 is linking brain activity to behavior w/ precise interventional tools that change neural circuit dynamics #NIHChat

♡ 2          ⟳ 2          ♡ 1          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH A3: Goal 3 is to produce a dynamic pic of brain in action by dev & applying improved methods for monitoring neural activity #NIHChat

♡          ⟳          ♡ 1          ⬆

**ResearchAmerica** @ResearchAmerica · Oct 3, 2014
Ask your representatives to make the #BRAINI their legacy issue:
bit.ly/1nQqqiG #NIHChat #AYCresearch

♡ 1          ⟳ 1          ♡ 2          ⬆

**NIH** ✓ @NIH · Oct 3, 2014
A3: Goal 3 is to produce a dynamic pic of the brain in action by dev & applying improved methods for monitoring neural activity #NIHChat

♡ 1          ⟳ 6          ♡ 1          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIMHgov
RT @NIMHgov . @Fedup4Brain NIMH is working on a new classification based on biology: 1.usa.gov/1vAjQjt #NIHChat

♡          ⟳ 1          ♡ 1          ⬆

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
Replying to @Fedup4Brain
. @Fedup4Brain NIMH is working on a new classification based on biology: 1.usa.gov/1vAjQjt #NIHChat

♡ 2          ⟳ 3          ♡ 3          ⬆

**Chris Collins** @ChrisCollinsNJ · Oct 3, 2014
@NIH Torture is torture no matter how you spin it. #NIHchat



♡ 1          ⟳ 96          ♡ 68          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @UNC_Health_Care RT @NIH: Q3 What are scientific goals of #BRAINI? #NIHChat

♡          ⟳          ♡ 1          ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NINDSnews

brain cell types to determine roles in health & disease #NIHChat

♡  ↻  ♡ 1  ⬆

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
A3: Goal 1 is identify & provide experimental access to diff brain cell types
to determine their roles in health & disease #NIHChat

♡ 1  ↻ 1  ♡  ⬆

**Fedup4Brain** @Fedup4Brain · Oct 3, 2014
@NIH Please declare #Schizophrenia to be a physical biological BRAIN
disease & move its management from non medical @samhsagov #NIHChat

♡  ↻  ♡  ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH Q3 What are scientific goals of #BRAIN!? #NIHChat

♡  ↻  ♡ 1  ⬆

**Elin Silveous** @ElinSilveous · Oct 3, 2014
.@NIH Is NIH using EHRs & EMRs for brain-related research? Thank you.
#NIHChat

♡  ↻  ♡  ⬆

**AFKAp** @CoffeeRideNap · Oct 3, 2014
Replying to @NINDSnews
@NINDSnews Historically, hard 2 get @NIH funds 4 methods unless
couched under an application. Can we expect similar after #BRAIN!?
#NIHChat

♡  ↻  ♡  ⬆

**NIH** ✓ @NIH · Oct 3, 2014
Q3 What are scientific goals of #BRAIN!? #NIHChat

♡ 2  ↻ 3  ♡ 2  ⬆

**NIH** ✓ @NIH · Oct 3, 2014
.@CreativeSage #NIH is hard at work finding alternatives to animals in
research such as tissue chips: 1.usa.gov/1vwA6my #NIHchat

♡ 2  ↻ 3  ♡ 9  ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @AmericanBrainCo RT @NIH!: A1: Learn more about #BRAIN! here:
1.usa.gov/ZYbckV. #NIHChat

♡  ↻ 1  ♡ 2  ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH A2: If you are suffering from mental illness, see if a #clinicaltrial is
right for you: clinicaltrials.gov #NIHChat

♡  ↻  ♡ 1  ⬆

**NIH** ✓ @NIH · Oct 3, 2014
It's really an exciting time for #brain research. The possibilities #BRAIN!
brings are amazing. #NIHChat

♡ 1  ↻ 6  ♡ 3  ⬆

**NIH** ✓ @NIH · Oct 3, 2014
A2: If you are 1 of the mils suffering from mental illness, see if a
#clinicaltrial is right for you at clinicaltrials.gov #NIHChat

♡ 3  ↻ 6  ♡ 1  ⬆

**NIDAnews** ✓ @NIDAnews · Oct 3, 2014
A2: To learn more about the science of addiction, please visit:
drugabuse.gov #NIHChat

♡  ↻ 1  ♡ 2  ⬆

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
Replying to @sunshinekayak
. @sunshinekayak NIMH collaborates with advocacy groups. Learn more
here: 1.usa.gov/ZBxQQo #NIHChat

♡ 1  ↻ 2  ♡ 2  ⬆

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
#NIHChat What kinds of research funding will go towards specific markers
in mood disorders eg C5F 5-HIAA in bipolar disorder

♡  ↻  ♡  ⬆

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
A2: To learn more about #neurological disorders, please visit:
http://ninds/disorders/disorder_index.htm #NIHChat

♡  ↻  ♡  ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIMHgov

825754



RT @aburuan1 RT @NIH: A2: Neurological and psychiatric disorders exact a
tremendous toll on individuals, families, and society #NIHChat

♡ 1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014    ...
Replying to @NIH
RT @NIH: A2: #BRAINI is needed to develop effective ways of helping
people suffering from these devastating conditions. #NIHChat

♡ 1

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014    ...
A2: These tools will help us better treat & prevent mental illness so ppl can
have better lives while decreasing healthcare costs #NIHChat

♡ 6    ♡ 1

**The American Brain Coalition** @AmericanBrainCo · Oct 3, 2014    ...
Replying to @NIH
@NIH These statistics further exemplify the need for federal funding for
brain research #NIHChat

♡ 2

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014    ...
Replying to @NIDAnews
RT @NIDAnews A2: While great strides have been made, more research is
needed to fully understand the impact of drugs on the brain. #NIHChat

♡ 1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014    ...
A2: #BRAINI will give us a more complete arsenal of tools and info to
understand how the brain functions both in health and disease #NIHChat

♡ 1

**NIDAnews** ✓ @NIDAnews · Oct 3, 2014    ...
A2: While great strides have been made, more research is needed to fully
understand the impact of drugs on the brain. #NIHChat

♡ 1    ♡ 2    ♡ 3

**U.S. FDA** ✓ @US_FDA · Oct 3, 2014    ...
Creating a new Division of Neurological and Physical Medicine Devices at
FDA underscores our commitment to this technology sector #NIHChat

♡ 1    ♡ 16    ♡ 4

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014    ...
A2: #BRAINI will give us a more complete arsenal of tools and info to
understand how the brain functions both in health and disease #NIHChat

♡ 1    ♡ 3    ♡ 3

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014    ...
Replying to @NIH
.@NIH I would strongly suggest you address @peta 's basic question, why
do you need to continue animal research when not necessary? #NIHChat

♡ 1    ♡ 12    ♡ 12

**An MD's Adventure in Dataland** 🔑 @HowardWetsm... · Oct 3, 2014    ...
Replying to @NIDAnews
"@NIDAnews: A2: #Addiction is a treatable brain disease.
1.usa.gov/1uEHHla #NIHChat " then stop calling it abuse

> **People of all ages suffer the harmful consequences of drug abuse and addiction.**
>
> **NIH** National Institute on Drug Abuse
> **Drugs, Brains, & Behavior: The Science of Addiction**
> DrugAbuse.gov

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014    ...
.@meditationrooms See NIH grants on meditation at 1.usa.gov/1BDCOHO
#NIHChat

♡ 1    ♡ 1

**Héctor Manuel Ramírez** @CROWRDREAM · Oct 3, 2014    ...
So true @NIH disabilities impact people, families, and communities.
#NIHChat

♡ 2

**PETA** ✓ @peta · Oct 3, 2014    ...
Why do @NIH experimenters LAUGH when drugged moms try 2 stay awake
4 scared babies? #NIHChat peta.vg/babymonkeys

♡ 20        ↻ 179        ♡ 78                  ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH A2: #BRAINI is needed to develop effective ways of helping
people suffering from these devastating conditions. #NIHChat

♡            ↻            ♡ 1                  ⬆

**NIH** ✔ @NIH · Oct 3, 2014
A2: #BRAINI is needed to develop effective ways of helping people
suffering from these devastating conditions. #NIHChat

♡ 3          ↻ 5          ♡                    ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NSF
RT @NSF .@US_FDA development of neurotechnologies includes brain
imaging techniques, crucial to #BRAINI #NIHChat 1.usa.gov/1yCrnnw

♡            ↻            ♡ 1                  ⬆

**Lee Williams** @ItsLeeWilliams · Oct 3, 2014
Replying to @peta
.@peta How do those scientists look down at that face and want to hurt
them? #NIHChat

♡ 5          ↻ 20         ♡ 26                 ⬆

**National Science Foundation** ✔ @NSF · Oct 3, 2014
.@US_FDA development of neurotechnologies includes brain imaging
techniques, crucial to #BRAINI #NIHChat 1.usa.gov/1yCrnnw

♡ 2          ↻ 2          ♡                    ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A2: Despite advances, underlying causes of most neurological & psychiatric
conditions remain unknown bc of the brain's complexity #NIHChat

♡            ↻            ♡ 1                  ⬆

**NINDSnews** ✔ @NINDSnews · Oct 3, 2014
A2: Despite advances, underlying causes of most neurological & psychiatric
conditions remain unknown bc of the brain's complexity #NIHChat

♡            ↻ 4          ♡ 2                  ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A2: Every year, drugs & alcohol contribute to the death of 90K+ Americans;
tobacco is linked to an estimated 480K deaths/year. #NIHChat

♡            ↻            ♡ 1                  ⬆

**NIDAnews** ✔ @NIDAnews · Oct 3, 2014
A2: Every year, drugs & alcohol contribute to the death of 90K+ Americans;
tobacco is linked to an estimated 480K deaths/year. #NIHChat

♡            ↻ 11         ♡ 3                  ⬆

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH A2: Neurological and psychiatric disorders exact a tremendous
toll on individuals, families, and society #NIHChat

♡            ↻            ♡ 1                  ⬆

**Scripps Research** ✔ @scrippsresearch · Oct 3, 2014
With @NIH support, researchers find pathway and gene linked to alcohol
dependence bit.ly/1sCeNNI #NIHchat



NIDAnews @NIDAnews · Oct 3, 2014
A2: Drug addiction, a brain disease, costs us $700+ billion a year in
increased health care costs, crime, & lost productivity. #NIHChat

💬          ↻ 9          ♡ 4          ⬆

tula monstah 🐾 🐕 @tulamonstah · Oct 3, 2014
@norwoodsworld follow the #NIHChat happening now.

💬          ↻          ♡ 1          ⬆

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Hey, @peta, I support animals but please stop spamming this chat. Many of
us want to find out about the #BRAINI #NIHchat

💬          ↻          ♡ 1          ⬆

Julie Brefczynski-Le @JuliePEThelmet · Oct 3, 2014
Will there be a way for larger community to learn more about projects than
just abstracts, like website/forum/meetings? #BRAINI #NIHChat

💬          ↻          ♡          ⬆

Mental Health NIMH ✔ @NIMHgov · Oct 3, 2014
Replying to @sunshinekayak
. @sunshinekayak @BBRFoundation We're collaborating with a wide range
of other partners #NIHChat

💬 1          ↻ 4          ♡ 3          ⬆

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @NIDAnews
RT @NIDAnews A2: #Addiction is a treatable brain disease.
1.usa.gov/1uEHHia #NIHChat

People of all ages suffer the harmful
consequences of drug abuse and
addiction.

NIH⟩ Drugs, Brains, & Behavior:
National Institute   The Science of Addiction
on Drug Abuse                                          DrugAbuse.gov

💬          ↻          ♡ 1          ⬆

NIDAnews ✔ @NIDAnews · Oct 3, 2014
A2: #Addiction is a treatable brain disease. 1.usa.gov/1uEHHia #NIHChat

People of all ages suffer the harmful
consequences of drug abuse and
addiction.

NIH⟩ Drugs, Brains, & Behavior:
National Institute   The Science of Addiction
on Drug Abuse                                          DrugAbuse.gov

💬 5          ↻ 19          ♡ 11          ⬆

NINDSnews ✔ @NINDSnews · Oct 3, 2014
A2: #Stroke is the 4th leading cause of death in the U.S. Every 40 seconds
someone has a stroke. There are 795, 000 strokes per yr #NIHChat

💬          ↻ 3          ♡          ⬆

Cathryn Hrudicka @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH A2: Total costs of serious mental illness, affecting about 6% of
the adult population, exceeds $300 billion per year #NIHChat

💬          ↻ 1          ♡ 1          ⬆

PETA ✔ @peta · Oct 3, 2014
Why do u torture baby monkeys in tests u admit R irrelevant 2 humans?
#NIHChat peta.vg/babymonkeys

💬 22          ↻ 157          ♡ 94          ⬆



**NIH** ✔ @NIH · Oct 3, 2014
A2: Total costs of serious mental illness, affecting about 6% of the adult population, exceeds $300 billion per year #NIHChat
💬 4    🔁 22    ♡ 8    ⬆️

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A2: Mental illness is a serious challenge in the US w/an estimated 9.6 mil adults suffering from a serious mental illness in 2012 #NIHChat
💬    🔁    ♡ 1    ⬆️

**Times of Pharma.com** @timesofpharma · Oct 3, 2014
Join #NIHchat discussion to know Brain Research Tthough Advancing Initiative Neurotechnologies #BRAINI @nih
💬    🔁    ♡    ⬆️

**Mental Health NIMH** ✔ @NIMHgov · Oct 3, 2014
A2: Mental illness is a serious challenge in the US w/an estimated 9.6 mil adults suffering from a serious mental illness in 2012 #NIHChat
💬 1    🔁 26    ♡ 7    ⬆️

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @LauraHRussell
RT @LauraHRussell Will #BRAINI look at hidden threats to Brain Health, such as #toxins, #mercury from fillings, fish, etc? #NIHChat
💬    🔁    ♡ 1    ⬆️

**Laura H Russell** @LauraHRussell · Oct 3, 2014
Replying to @NINDSnews
@NINDSnews Will #BRAINI look at hidden threats to Brain Health, such as #toxins, #mercury from fillings, fish, etc? Reduce toxins #NIHChat
💬 1    🔁    ♡    ⬆️

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @AANMember RT @NIH: Q2: Why is the BRAIN Initiative important? #NIHChat
💬    🔁 1    ♡ 1    ⬆️

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @UNC_Health_Care
RT @UNC_Health_Care RT @NIH Q2: Why is the BRAIN Initiative important? #NIHChat
💬    🔁 1    ♡ 1    ⬆️

**UNC Health** @UNC_Health_Care · Oct 3, 2014
Replying to @NIH
RT @NIH Q2: Why is the BRAIN Initiative important? #NIHChat
💬 1    🔁 2    ♡ 1    ⬆️

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH Q2: Why is the BRAIN Initiative important? #NIHChat
💬    🔁 1    ♡ 1    ⬆️

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
.@NIH Will you be doing any research into the brain and creativity? Also, how to get better results with community mental health? #NIHchat
💬    🔁    ♡ 1    ⬆️

**NIH** ✔ @NIH · Oct 3, 2014
Q2: Why is the BRAIN Initiative important? #NIHChat
💬 3    🔁 4    ♡ 1    ⬆️

**AFKAp** @CoffeeRideNap · Oct 3, 2014
Replying to @NIH
Right now!! MT "@NIH: #NIHChat on #BRAINI, 1pm EDT TODAY, experts from @NIMHgov, @NINDSnews to answer questions! "

The **BRAIN Initiative** Twitter Chat
October 3rd
1:00 PM EDT
FOLLOW US AT #NIHCHAT
Dr. Gregory Farber from NIMH and Dr. Edmund (Ned) Talley from NINDS will be taking your questions.

💬    🔁    ♡    ⬆️

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A1: FDA is holding talks w/ @DARPA to accelerate neurological prosthetics and related devices to get products to patients faster #NIHChat



**Melinda Easterling** @meditationrooms · Oct 3, 2014
@US_FDA @NIMHgov What neurotechnologies are in development to study the impact focused thought and quieting the mind have? #NIHChat

**Liz Birch,LMFT CHt** @LizBirchLMFT · Oct 3, 2014
Thank you #NIHChat for the BRAIN Initiative discussion. Also to @NINDSNews, & @NIMHgov for the discussion about the human brain.
1    1    2

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
.@NIH I dislike @Peta 's tactics of spamming this chat, but I do want to know, will you avoid animal research, find alternatives? #NIHchat
1    1    4

**U.S. FDA** ✓ @US_FDA · Oct 3, 2014
A1: FDA is holding talks w/ @DARPA to accelerate neurological prosthetics and related devices to get products to patients faster #NIHChat
8    5

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
@NIMHgov #NIHChat Will you be collaborating your research with @BBRFoundation NARSAD and if so in what ways specifically mood disorders?
1

**Society for Neuroscience (SfN)** ✓ @SfNtweets · Oct 3, 2014
RT @NIMHgov: A1: The BRAIN Initiative is a Presidential focus aimed at revolutionizing our understanding of the human brain. #NIHChat
4    2

**Kathy Smith** @kathymac62 · Oct 3, 2014
#NIHChat being govt funded is there a chance funding could go away with budget cuts?

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
MT @US_FDA FDA is engaged w fed partners, like NIH #BRAINI Working Group, to accelerate the development of neurotechnologies #NIHChat
1    1

**ResearchAmerica** @ResearchAmerica · Oct 3, 2014
Replying to @US_FDA
MT @US_FDA FDA is engaged w fed partners, like NIH #BRAINI Working Group, to accelerate the development of neurotechnologies #NIHChat

**P(Tim|Verstynen) = 1** @tdverstynen · Oct 3, 2014
Replying to @NIMHgov
.@NIMHgov What exactly does this mean? Can you please explain what will define "success" of BRAINI form NIH's perspective? #NIHChat

**Barb A Hunt** @Barb_A_Hunt · Oct 3, 2014
Replying to @NIH
@NIH There is much research on Alzheimer's and related vascular dementia.  Is there any research specifically on CADASIL? #NIHCHAT
1

**NIH** ✓ @NIH · Oct 3, 2014
A1: Learn more about #BRAINI here: 1.usa.gov/ZYockV. #NIHChat
2    13    2

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIMHgov
RT @NIMHgov A1: #BRAINI will fill gaps in current knowledge of how the brain enables the human body to function.. #NIHChat
1    1

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
A1: #BRAINI will fill gaps in current knowledge of how the brain enables the human body to function, all at the speed of thought  #NIHChat
2    9    3

**U.S. FDA** ✓ @US_FDA · Oct 3, 2014
FDA is engaged with federal partners, like NIH BRAIN Initiative Working Group, to accelerate the development of neurotechnologies. #NIHChat
3    15    4

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @timesofpharma
RT @timesofpharma Brain Reasearch Through Advancing Initiative Neurotechnologies initiative of NIH #BRAINI #NIHChat @nih



**Melinda Easterling** @meditationrooms · Oct 3, 2014
@NIHgov @NINDSnews How is the NIH studying the effects of meditation on the brain? #NIHchat

**Times of Pharma.com** @timesofpharma · Oct 3, 2014
Replying to @NIH
Brain Reasearch Through Advancing Initiative Neurotechnologies initiative of NIH #BRAINI #NIHChat #nih
1

**NIH** ✓ @NIH · Oct 3, 2014
A1: The #NIH is devoting $46 mil in FY14 to dev new tools, training & resources to support research to map & understand the brain #NIHChat
2    13    3

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIMHgov
RT @NIMHgov A1: .@BarackObama called for all hands on deck for #BRAINI. @NIH #DARPA @US_FDA & @NSF are leading this national effort #NIHChat
1

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
A1: .@BarackObama called for all hands on deck for #BRAINI. @NIH @DARPA @US_FDA & @NSF are leading this national effort #NIHChat
2    8    4

**ResearchAmerica** @ResearchAmerica · Oct 3, 2014
"The human brain is the most complicated biological structure in the known universe."-@NIHDirector #NIHChat

**The National Institute on Aging (NIA)** @NIHAging · Oct 3, 2014
RT @NINDSnews A1: #BRAINI hopes to map brain circuits to find causes/cures/preventions for diseases like #Alz, #PTSD & #depression. #NIHChat
2

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
A1: It uses Fed/private partners to create new tech to make live pics of neural circuits&cell interactions at the speed of thought #NIHChat
1    2    1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
A1: #BRAINI hopes to map brain circuits to discover causes/cures/preventions for diseases like #Alzheimer, #PTSD & #depression. #NIHChat
1

**NIDAnews** ✓ @NIDAnews · Oct 3, 2014
NIDA is excited to be part of the BRAIN Initiative and provide funding for 8 grants #NIHChat

**Mental Health NIMH** ✓ @NIMHgov · Oct 3, 2014
A1: The BRAIN Initiative challenges us to unlock the mysteries of the human brain #NIHChat
1    4    3

**NINDSnews** ✓ @NINDSnews · Oct 3, 2014
A1: #BRAINI hopes to map brain circuits to discover the causes/cures/preventions for diseases like #Alzheimer, #PTSD & #depression. #NIHChat
1

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
#NIHChat Serotonin, neurotransmitter associated with depression, bipolar disorder, sleep regulation & suicide! what advances have been made?

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @shydurotf RT @NIH: Q1 What is the BRAIN Initiative? #NIHChat
1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIMHgov
RT @NIMHgov A1: Learn about the brain basics here: 1.usa.gov/1rp4QUQ #NIHChat
1

**PETA** ✓ @peta · Oct 3, 2014
The @NIH has been terrorizing BABY MONKEYS they intentionally made ill



RT if u think this is SICK & WRONG #NIHChat

NO EXCUSE FOR THIS

💬 10      ↻ 199      ♡ 78

**Mental Health NIMH** ✔ @NIMHgov · Oct 3, 2014
A1: Learn about the brain basics here: 1.usa.gov/1rp4QUQ #NIHChat
💬 1      ↻ 8      ♡ 3

**NINDSnews** ✔ @NINDSnews · Oct 3, 2014
A1: Brain is the most complex part of the body. W/86 bil neurons & nearly 100 tril connections, it is 1 of the greatest mysteries #NIHChat
💬      ↻      ♡ 1

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH A1: Brings together nanoscience, engineering & neurology to understand brain & link to behavior, learning & brain diseases. #NIHChat
💬      ↻      ♡ 1

**UNC Health** @UNC_Health_Care · Oct 3, 2014
Replying to @NINDSnews
RT @NINDSnews A1: BRAIN stands for Brain Research through Advancing Innovative Neurotechnologies. #NIHChat #NIHChat
💬      ↻      ♡

**NIH** ✔ @NIH · Oct 3, 2014
A1: Brings together nanoscience, engineering & neurology to understand the brain & its link to behavior, learning & brain diseases. #NIHChat
💬 3      ↻ 7      ♡ 4

**The National Institute on Aging (NIA)** @NIAAging · Oct 3, 2014
RT @NIH BRAINI is a joint effort btw 10 Institutes at NIH. To see who is involved, visit braininitiative.nih.gov/index.htm #NIHChat
💬      ↻      ♡

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NINDSnews
RT @NINDSnews A1: BRAIN stands for Brain Research through Advancing Innovative Neurotechnologies. #NIHChat #NIHChat
💬      ↻      ♡ 1

**NINDSnews** ✔ @NINDSnews · Oct 3, 2014
A1: BRAIN stands for Brain Research through Advancing Innovative Neurotechnologies. #NIHChat #NIHChat
💬 3      ↻      ♡ 3

**P(Tim|Verstynen) = 1** @tdverstynen · Oct 3, 2014
Does #BRAINI have stated benchmarks/goals as to what will define "success" of the initiative? #NIHChat
💬      ↻      ♡ 2

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIMHgov
RT @NIMHgov A1: The BRAIN Initiative is a Presidential focus aimed at revolutionizing our understanding of the human brain. #NIHChat
💬      ↻      ♡ 1

**Mental Health NIMH** ✔ @NIMHgov · Oct 3, 2014
A1: The BRAIN Initiative is a Presidential focus aimed at revolutionizing our understanding of the human brain. #NIHChat
💬 1      ↻ 10      ♡ 4

**NIDAnews** ✔ @NIDAnews · Oct 3, 2014
Thanks to @NIH for hosting today's #NIHChat on the BRAIN Initiative #BRAINI! We are excited to participate.
💬      ↻ 1      ♡

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH



**NIH** @NIH · Oct 3, 2014
Q1 What is the BRAIN Initiative? #NIHChat

**UNC Health** @UNC_Health_Care · Oct 3, 2014
Replying to @NIH
RT @NIH BRAINI is a joint effort btw 10 institutes at NIH. To see who is involved, visit braininitiative.nih.gov/index.htm #NIHChat

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH BRAINI is a joint effort btw 10 institutes at NIH. To see who is involved, visit braininitiative.nih.gov/index.htm #NIHChat

**NIH** @NIH · Oct 3, 2014
BRAINI is a joint effort btw 10 institutes at NIH. To see who is involved, visit braininitiative.nih.gov/index.htm #NIHChat

**Scripps Research** @scrippsresearch · Oct 3, 2014
Support from @NIH led to discovery of how genetic mutations leads to early brain damage bit.ly/1pMa60P #NIHChat

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @Sci_SamPhD
RT @Sci_SamPhD If interested in learning more about #BRAINI from @NINDSnews and @NiMHgov then join #NIHChat NOW!!

**NINDSnews** @NINDSnews · Oct 3, 2014
Welcome to the #NIHchat on the BRAIN Initiative. We have NINDS expert Dr. Edmund (Ned) Talley on hand to answer your questions on #BRAINI.

**Samantha W** @Sci_SamPhD · Oct 3, 2014
If interested in learning more about #BRAINI from @NINDSnews and @NiMHgov then join #NIHChat NOW!!

**Mental Health NIMH** @NiMHgov · Oct 3, 2014
Welcome to the #NIHChat on the BRAIN Initiative. We have NIMH expert Dr. Greg Farber on hand to answer your questions related to #BRAINI

**MerylComer** @MerylComer · Oct 3, 2014
NOW @1pm EST
THE BRAIN INITIATIVE TWITTER CHAT
Dr. Gregory Farber from NIMH & Dr. Edmund Talley from NINDS will be taking questions
#NIHCHAT

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH I NIH experts Drs. Farber &Talley are here to answer your questions about the #BRAINI — include #NIHChat in your tweets. Ask away!

**Cathryn Hrudicka** @CreativeSage · Oct 3, 2014
Replying to @NIH
RT @NIH Welcome to #NIHChat on the BRAIN Initiative #BRAINI! We're here with @NINDSNews, & @NiMHgov to talk about the human brain.

**NIH** @NIH · Oct 3, 2014
NIH experts Drs. Farber &Talley are here to answer your questions about the #BRAINI. Make sure to include #NIHChat in your tweets. Ask away!

**NIH** @NIH · Oct 3, 2014
Over 235,000 US service members suffered traumatic #brain injury from 2000-2011. Research on #TBD important part of #BRAINI. #NIHChat

**NIH** @NIH · Oct 3, 2014
Welcome to #NIHChat on the BRAIN Initiative #BRAINI! We're here with @NINDSNews, & @NiMHgov to talk about the human brain.

Cláudia Mantelecka @...

Replying to @SfNtweets

RT @SfNtweets: Starting in 10 minutes! @NIH #NIHChat on #BRAINI —
experts from @NIMHgov, @NINDSnews to answer your questions!

Mental Health NIMH ✓ @NIMHgov · Oct 3, 2014
Replying to @InterestAD
@InterestAD Just follow using #NIHChat!

UNC Health @UNC_Health_Care · Oct 3, 2014
Starting in 4 minutes! @NIH: Don't miss the #NIHChat on #BRAINI with
experts from @NIMHgov and @NINDSnews.



The
BRAIN
Initiative
Twitter Chat
October 3rd
1:00 PM EDT
Dr. Gregory Farber from NIMH and Dr. Edmund (Ned)
Talley from NINDS will be taking your questions.
FOLLOW US AT
#NIHCHAT

Mental Health NIMH ✓ @NIMHgov · Oct 3, 2014
RT @NIH Do you have your questions ready? Chatting about #BRAINI with
@NIMHgov and @NINDSnews in 10 minutes. Use #NIHChat to follow
along!

NIH ✓ @NIH · Oct 3, 2014
Do you have your questions ready? Chatting about #BRAINI with
@NIMHgov and @NINDSnews in 10 minutes. Use #NIHChat to follow
along!

Society for Neuroscience (SfN) ✓ @SfNtweets · Oct 3, 2014
Starting in 10 minutes! @NIH #NIHChat on #BRAINI. Join experts from
@NIMHgov, @NINDSnews to answer your questions!

National Science Foundation ✓ @NSF · Oct 3, 2014
Join @NIH at 1pm EDT, for a #BRAINI chat with experts from @NIMHgov
and @NINDSnews! Join the conversation w/ #NIHChat!

Fogarty at NIH ✓ @Fogarty_NIH · Oct 3, 2014
LIVE @ 1 PM MT @NIH: Don't miss the #NIHChat on #BRAINI with
experts from @NIMHgov, @NINDSnews



The
BRAIN
Initiative
Twitter Chat
October 3rd
1:00 PM EDT
Dr. Gregory Farber from NIMH and Dr. Edmund (Ned)
Talley from NINDS will be taking your questions.
FOLLOW US AT
#NIHCHAT

UChicago Medicine ✓ @UChicagoMed · Oct 3, 2014
The NIH is hosting a Twitter chat about the BRAIN Initiative at noon today
(CST). Follow along at #NIHChat

Times of Pharma.com ✓ @timesofpharma · Oct 3, 2014
Replying to @US_FDA
Lets ask some question on development of drugs for dengue ebola and
many  #BRAINI #NIHChat @us_fda @nih @nimhgov @nindsnews

Times of Pharma.com ✓ @timesofpharma · Oct 3, 2014
Replying to @US_FDA
Joining #BRAINI #NIHChat @us_fda @nih @nimhgov @nindsnews

Center for Neurotechnology @ctr4neurotech · Oct 3, 2014
MT @nih: #NIHChat on #BRAINI, 1pm EDT TODAY, experts from
@NIMHgov, @NINDSnews to answer your questions



The BRAIN Initiative Twitter Chat
October 3rd
1:00 PM EDT
Dr. Gregory Farber from NIMH and Dr. Edmund (Ned) Talley from NINDS will be taking your questions.   FOLLOW US AT #NIHCHAT

**HCP News** @HumanConnectome · Oct 3, 2014
We'll be joining @NIH for the chat today on the BRAIN Initiative at 1pm EDT. Use #NIHChat to follow along.

**NIH Women's Health** @NIH_ORWH · Oct 3, 2014
Join @NIH today, 10/3 at 1pm EDT, for a #BRAIN chat with experts from @NIMHgov & @NINDSnews! Use #NIHChat to get your ?s answered.

**U.S. FDA** @US_FDA · Oct 3, 2014
REMINDER: Join @NIH today at 1pm EDT, for a #BRAIN! chat with experts from @NIMHgov & @NINDSnews! Use #NIHChat to get your ?s answered

**(Ahmed Elaghoury)** أحمد عبد @aghoury79 · Oct 3, 2014
Top story: NIH Twitter'da: "Don't miss the #NIHChat on #BRAIN!, 1pm EDT TODAY, ... , see more tweetedtimes.com/aghoury79/heal...

The BRAIN Initiative Twitter Chat
October 3rd
1:00 PM EDT
Dr. Gregory Farber from NIMH and Dr. Edmund (Ned) Talley from NINDS will be taking your questions.   FOLLOW US AT #NIHCHAT

**AARP Health** @AARPHealth · Oct 3, 2014
MT @NIMHgov: Join #NIHChat on the BRAIN Initiative TODAY at 1pm ET with experts from @NIH @NIMHgov @NINDSnews!

The BRAIN Initiative Twitter Chat
October 3rd
1:00 PM EDT
Dr. Gregory Farber from NIMH and Dr. Edmund (Ned) Talley from NINDS will be taking your questions.   FOLLOW US AT #NIHCHAT

**NIDAnews** @NIDAnews · Oct 3, 2014
We're joining @NIH for a chat today on the BRAIN Initiative at 1pm EDT. Use #NIHChat to follow along.

The BRAIN Initiative Twitter Chat
October 3rd
1:00 PM EDT
Dr. Gregory Farber from NIMH and Dr. Edmund (Ned) Talley from NINDS will be taking your questions.   FOLLOW US AT #NIHCHAT

**Society for Neuroscience (SfN)** @SfNtweets · Oct 3, 2014
RT @KavliFoundation: Join a #BRAIN! chat with experts from @NIMHgov and @NINDSnews today at 1pm EDT  #NIHChat

The BRAIN Initiative

**Brain Facts.org** @Brain_Facts_org · Oct 3, 2014
RT @KavliFoundation: Join a #BRAINI chat with experts from @NIMHgov
and @NINDSnews today at 1pm EDT  #NIHChat



♡ 1          �order 5          ♡ 4

**DARPA** ✔ @DARPA · Oct 3, 2014
.@NIH is hosting a chat today, 10/3, at 1:00pm EDT on the BRAIN Initiative
w/ @NIMHgov & @NINDSnews. Join the conversation w/ #NIHChat!

♡          ↑↓ 3          ♡

**The National Institute on Aging (NIA)** @NIHAging · Oct 3, 2014
Don't miss the #NIHChat on #BRAINI, 1pm EDT TODAY, with experts from
@NIMHgov, @NINDSnews to answer your questions!

♡          ↑↓ 2          ♡

**The Kavli Foundation** @KavliFoundation · Oct 3, 2014
Join a #BRAINI chat with experts from @NIMHgov and @NINDSnews today
at 1pm EDT  #NIHChat



♡          ↑↓ 2          ♡ 3

**Cure Alliance** @Cure_Alliance · Oct 3, 2014
RT @nih: Don't miss the #NIHChat on #BRAINI, 1pm EDT TODAY, with
experts from @NIMHgov, @NINDSnews  to answer your questions!...

♡          ↑↓          ♡

**CMU STEM** @CMUSTEM · Oct 3, 2014
CMU BrainHub's @tdverstynen will follow along MT @nih: #NIHChat on
#BRAINI, 1pm EDT TODAY, w/@NIMHgov, @NINDSnews!



♡          ↑↓ 6          ♡

**FasterCures** @fastercures · Oct 3, 2014
Join @nih today at 1PM EST for a #NIHChat! Experts from @NIMHgov and
@NINDSnews will be answering your #BRAINI questions

♡          ↑↓          ♡ 2

**Ted Thompson, JD** @tedthompson · Oct 3, 2014
At 1 EDT today @NIH is hosting a twitter chat on the #BRAIN Initiative using
#NIHChat. Get your questions answered!

♡          ↑↓ 1          ♡

**NIH** ✔ @NIH · Oct 3, 2014
Don't miss the #NIHChat on #BRAINI, 1pm EDT TODAY, with experts from
@NIMHgov, @NINDSnews  to answer your questions!



@DejanTull : Good question - follow #NIHCHAT begins @ 1pm EDT, USA

**Sunshinekayak** @sunshinekayak · Oct 3, 2014
The Brain Initiative Twitter Chat Fri.10/3,1pm EDT @standupkid
@cleblancmft @electroboyusa @KevinHinesStory #NIHCHAT

The
BRAIN
Initiative
Twitter Chat

October 3rd
1:00 PM EDT

Dr. Gregory Farber from NIMH and Dr. Edmund (Ned)
Talley from NINDS will be taking your questions.

FOLLOW US AT
#NIHCHAT

♡ 1          ⟲ 6          ♡ 2

**Don't miss what's happening**
People on Twitter are the first to know.

 Log in      Sign up