**INDEX OF EXHIBITS TO JOINT STIPULATION OF FACTS**

| Exhibit | Description |
| --- | --- |
| Exhibit 1 | NIH Facebook post from June 4, 2021, including all viewable comments |
| Exhibit 2 | NIH Facebook post from Aug. 31, 2021, including all viewable comments |
| Exhibit 3 | NIH Facebook post from Sept. 1, 2021, including all viewable comments |
| Exhibit 4 | NIH Facebook post from Nov. 15, 2021, including all viewable comments |
| Exhibit 5 | NIH Facebook post from Dec. 2, 2021, including all viewable comments |
| Exhibit 6 | NIH Facebook post from Dec. 9, 2021, including all viewable comments |
| Exhibit 7 | NIH Instagram post from Jan. 23, 2018, including all viewable comments |
| Exhibit 8 | NIH Instagram post from May 22, 2021, including all viewable comments |
| Exhibit 9 | NIH Instagram post from July 20, 2021, including all viewable comments |
| Exhibit 10 | NIH Instagram post from July 27, 2021 including all viewable comments |
| Exhibit 11 | NIH Instagram post from Nov. 15, 2021, including all viewable comments |
| Exhibit 12 | NIH Instagram post from Oct. 22, 2021, including excerpted comments |
| Exhibit 13 | NIH Instagram post from Oct. 22, 2021, including all viewable comments |
| Exhibit 14 | NIH Instagram post from Nov. 12, 2021, including excerpted comments |
| Exhibit 15 | NIH Instagram post from Nov. 12, 2021, including all viewable comments |
| Exhibit 16 | NIH Instagram post from Sept. 17, 2021, including excerpted comments |
| Exhibit 17 | NIH Instagram post from Sept. 17, 2021, including all viewable comments |
| Exhibit 18 | NIH Facebook post from Oct. 27, 2021, including all viewable comments |
| Exhibit 19 | NIH Comment Guidelines |
| Exhibit 20 | NIH Facebook Live video post from Sept. 24, 2020, including attempted comments |

| | |
|---|---|
| Exhibit 21 | NIH Facebook Live video post from Sept. 24, 2020, including all viewable comments |
| Exhibit 22 | NIH Facebook Live video post from Oct. 8, 2020, including attempted comments |
| Exhibit 23 | NIH Facebook Live video post from Oct. 8, 2020, including all viewable comments |
| Exhibit 24 | NIH Facebook Live video post from May 27, 2021, including hidden comments |
| Exhibit 25 | NIH Facebook Live video post from May 27, 2021, including all viewable comments |
| Exhibit 26 | NIH Facebook post from June 3, 2021, including hidden comments |
| Exhibit 27 | NIH Facebook post from June 3, 2021, including all viewable comments |
| Exhibit 28 | NIH Facebook post from June 16, 2021, including hidden comments |
| Exhibit 29 | NIH Facebook post from June 16, 2021, including all viewable comments |
| Exhibit 30 | NIH Facebook post from Oct. 16, 2020, including all viewable comments |
| Exhibit 31 | NIH Instagram post from Apr. 29, 2021, including hidden comment |
| Exhibit 32 | NIH Instagram post from Apr. 29, 2021, including all viewable comments |
| Exhibit 33 | NIH Instagram post from May 3, 2021, including hidden comment |
| Exhibit 34 | NIH Instagram post from May 3, 2021, including all viewable comments |
| Exhibit 35 | NIH Instagram post from May 5, 2021, including hidden comment |
| Exhibit 36 | NIH Instagram post from May 5, 2021, including all viewable comments |
| Exhibit 37 | NIH Facebook post from May 5, 2021, including hidden comment |
| Exhibit 38 | NIH Facebook post from May 5, 2021, including all viewable comments |
| Exhibit 39 | NIH Instagram post from May 26, 2021, including hidden comment |
| Exhibit 40 | NIH Instagram post from May 26, 2021, including all viewable comments |

| | |
|---|---|
| Exhibit 41 | NIH Facebook post from June 13, 2021, including hidden comment |
| Exhibit 42 | NIH Facebook post from June 13, 2021, including all viewable comments |
| Exhibit 43 | NIH Instagram post from Apr. 23, 2021, including all viewable comments |
| Exhibit 44 | NIH Instagram post from Jan. 28, 2021, including hidden comments |
| Exhibit 45 | NIH Instagram post from Jan. 28, 2021, including all viewable comments |
| Exhibit 46 | NIH Facebook post from Apr. 15, 2021, including hidden comments |
| Exhibit 47 | NIH Facebook post from Apr. 15, 2021, including all viewable comments |
| Exhibit 48 | NIH Instagram post from Apr. 27, 2021, including hidden comments |
| Exhibit 49 | NIH Instagram post from Apr. 27, 2021, including all viewable comments |
| Exhibit 50 | NIH Facebook post from June 17, 2021, including all viewable comments |
| Exhibit 51 | Excerpted comment and reply to NIH Facebook post from Nov. 16, 2021 |
| Exhibit 52 | NIH Facebook post from Nov. 16, 2021, including all viewable comments |
| Exhibit 53 | Excerpted tweet and associated replies from the NIH Twitter chat on the BRAIN Initiative held on Oct. 3, 2014 containing the hashtag #NIHChat |
| Exhibit 54 | Excerpted tweet from the NIH Twitter chat on the BRAIN Initiative held on Oct. 3, 2014 containing the hashtag #NIHChat |
| Exhibit 55 | All tweets from the NIH Twitter chat on the BRAIN Initiative held on Oct. 3, 2014 containing the hashtag #NIHChat |