UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>         Plaintiffs,<br><br>   v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>         Defendants. | **Oral Argument Requested**<br><br>Civil Action No. 21-2380 (BAH) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf ("Plaintiffs") hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The reasons for this motion are set forth in the accompanying memorandum. A proposed order is attached for the convenience of the Court. Pursuant to Local Civil Rule 7(f), Plaintiffs request oral argument on their motion.

April 1, 2022                                            Respectfully submitted,

                                                         /s/ *Stephanie Krent*
                                                         Stephanie Krent, *pro hac vice*
                                                         Alyssa Morones*
                                                         Katherine Fallow, *pro hac vice*
                                                         Jameel Jaffer
                                                         Knight First Amendment Institute
                                                           at Columbia University
                                                         475 Riverside Drive, Suite 302

New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*

/s/ *Caitlin M. Foley*
Caitlin M. Foley, *pro hac vice*
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533, ext. 1043
cfoley@aldf.org

Christopher A. Berry
Animal Legal Defense Fund
525 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533, ext. 1041
cberry@aldf.org

*Counsel for Plaintiffs Madeline Krasno and Ryan Hartkopf*

/s/ *Asher Smith*
Asher Smith, *pro hac vice*
People for the Ethical Treatment of Animals
1536 16th Street NW
Washington, D.C. 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Plaintiff People for the Ethical Treatment of Animals*

\**Not yet admitted to practice law*