UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>Defendants. | Civil Action No. 21-2380 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for summary judgment, and all materials supporting that motion, it is hereby:

**ORDERED** that Plaintiffs' motion for summary judgment is **GRANTED**;

**ORDERED** that Defendants' practice of blocking keywords associated with animal rights advocacy on the NIH Facebook Page and NIH Instagram Account is unconstitutional;

**ORDERED** that Defendants must remove the keywords described in paragraph 58 of the parties' joint stipulation, ECF. No. 28, from any keyword blocking or filtering list associated with the NIH Facebook Page and NIH Instagram Account; and

**ORDERED** that Defendants are enjoined from blocking, hiding, deleting, or filtering comments on the NIH Facebook Page and NIH Instagram Account on the basis that they advocate for animal rights or use phrases associated with animal rights advocacy.

Dated: _____

                                                                                         Hon. Beryl A. Howell
                                                                                         United States District Judge