IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf,**<br><br>Plaintiffs,<br><br>v.<br><br>**Lawrence A. Tabak, in his official capacity as Director of the National Institutes of Health, and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,**<br><br>Defendants. | Civil Action No. 21-cv-2380 (BAH) |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants hereby cross-move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying memorandum, the Court should grant Defendants' cross-motion for summary judgment.

Dated:  May 6, 2022          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Kuntal Cholera*

KUNTAL CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005

Kuntal.Cholera@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf,**<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**Lawrence A. Tabak, in his official capacity as Director of the National Institutes of Health, and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,**<br><br>　　　　　Defendants. | Civil Action No. 21-cv-2380 (BAH) |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that Defendants' Cross-Motion for Summary Judgment is **GRANTED** and Plaintiffs' Motion for Summary Judgment is **DENIED**.

It is **SO ORDERED** this \_\_\_\_ day of _____, 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Beryl A. Howell
　　　　　　　　　　　　　　　　　United States District Judge