# Exhibit A

 **National Institutes of Health (NIH)** 

 **National Institutes of Health (NIH)** ✓

Apr 21, 2021 · 🌐

#DYK that when you get vaccinated, you are protecting yourself, your family, and your community? That's why NIH's National Institute on Minority Health and Health Disparities is sharing trusted information to help everyone get #VaccineReady for National Minority Health Month. https://bit.ly/3sVnjxr






 Like         Comment         Share

 94

All comments ⌄

  **Brigitte Verbeek**
Close the NPRCs ASAP!!! Send all of those lovely creatures to sanctuaries where they can live a life free of suffering!

1y    Like    Reply                   1 

Write a comment...                     

  **National Institutes of Health (NIH)**



**Denise Theophilus**
NIH Director Francis Collins ~ it is time you ended unecessary suffering and closed the NPRCs.

1y  Like  Reply  5



**Kathleen Hogan**
Please close down the inhumane NPRCs and use the money for saner research.

1y  Like  Reply  8



**Maurizia Burlando**
basta vi prego vaccini ed esperimenti dolorosi sulle scimmie!
See translation

1y  Like  Reply  2



**Helene Lindholm**
Please please close down NPRCs!! They are unnnecessary and inhumane

1y  Like  Reply  4



**Vanessa Yo Jendes**
Close NPRCs for good NOW!!!!!

1y  Like  Reply  5



**Gerry Rawlinson**
According to the messaging, apparently you don't.

Write a comment...  

 **National Institutes of Health (NIH)** 



**Gerry Rawlinson**
According to the messaging, apparently you don't.

1y   Like   Reply   2 

**Steven Clark**
Gerry Rawlinson that is a lie. Shame on you

1y   Like   Reply

Write a reply...

 **Suja Grg**
Close down the inhumane NPRSs

1y   Like   Reply   4 

 **Larry Carradine**
Dear NIH Director Collins

1y   Like   Reply

 **Nath Veget**
Please close down the NPRCs

1y   Like   Reply   2 

 **Dan Timm**
How are we protecting anyone when the vaccine doesn't prevent transmission?

1y   Like   Reply   1 

Write a comment...   

# National Institutes of Health (NIH)

**Jill Dione**
Please close down the inhumane NPRCs!

1y   Like   Reply   9

**Steven Clark**
Jill Dione foolish. shame on you for putting people' lives at danger!!

1y   Like   Reply

Write a reply...

**Ana Maria Guataipú Torres**
Also we already know that " Covid " was a decoy to get everyone to take the "vaccine", which is actually not even a vaccine because it does not create antibodies nor does it lower the rate of transmission . Instead it's killing ppl , causing spontaneous abortions, causing thousands of ppl serious aseverar side effects and turning ppl into pathogenic transmitters 😳

1y   Like   Reply   7

**Steven Clark**
Ana Maria Guataipú Torres That is all a lie. Shame on you. Provide ONE bit of evidence to support your lies or go away! Shame on you.

1y   Like   Reply

Write a comment...

← National Institutes of Health (NIH) 

transmission . Instead it's killing ppl, causing spontaneous abortions, causing thousands of ppl serious aseverar side effects and turning ppl into pathogenic transmitters 😒

1y  Like  Reply                7 

 **Steven Clark**
Ana Maria Guatapú Torres That is all a lie. Shame on you. Provide ONE bit of evidence to support your lies or go away! Shame on you.

1y  Like  Reply

 **Ana Maria Guatapú Torres**
Steven Clark  it's called research . When u do it you'll find it too. No need to shame ppl for having a different view that's ridiculous and stifles any progress of actual conversation.

1y  Like  Reply         3 

 Write a reply...

 **Bryan Rice**
Another government hoax

1y  Like  Reply      4 

 Write a reply...

Write a comment...           

 

**National Institutes of Health (NIH)**



**Elaine Matthys**

🤢

1y  Like  Reply  3 

 **Steven Clark**
Elaine Matthys get smart!

1y  Like  Reply

 Write a reply...

 **Shane Shipman**
Under an EUA, FDA may allow the use of unapproved medical products, or unapproved uses of approved medical products in an emergency to diagnose, treat, or prevent serious or life-threatening… See more

AAPSONLINE.ORG
**A Guide to Home-Based COVID Treatment**

1y  Like  Reply

 **Kate Smith**
Close down the inhumane NPRCS 💔🐒

1y  Like  Reply           5 

 **Judith Kerr**
please stop useless experiments,

Write a comment...   

 

← National Institutes of Health (NIH) 🔍

1y   Like   Reply



**Kate Smith**
Close down the inhumane NPRCS 💔🐒

1y   Like   Reply                          5 👍



**Judith Kerr**
please stop useless experiments,

1y   Like   Reply                          3 👍



**Ana Maria Guataipú Torres**
Close down the inhumano NPRCs and use the money for human relevant research .

1y   Like   Reply                     8 👍 ❤️



**Olga Ros**
Please, close down the inhumane NPRCs.

1y   Like   Reply                          5 👍



**Steven Clark**
Olga Ros foolish. provide evidence or go away!!

1y   Like   Reply

 [ Write a reply... ]



**Brittany Rosas**
Close down the inhumane NPRCs!

1y   Like   Reply                          5 👍

[ Write a comment... ]                    GIF ☺