# Exhibit B

 National Institutes of Health (NIH) 

 **National Institutes of Health (NIH)** 
Apr 24, 2021 ·

Check-ups before your baby is born are called prenatal visits. They help make sure you and your baby are healthy. Your health care provider will look for certain problems that can happen during pregnancy. Some issues are best treated early. Others can be prevented before they start.

Read more: https://newsinhealth.nih.gov/2021/04/pregnancy-check-ups


newsinhealth.nih.gov
**Pregnancy Check-Ups**

 Like     Comment     Share

 45

All comments ⌄

 **Denise Parsons**
The horrific abuse you stand by is vile inhumane and nothing short of criminal !! . Shut it down .

1y · Like · Reply        

Write a comment...     

← **National Institutes of Health (NIH)**  🔍

1y    Like    Reply                                        8 👍🥰

**Ellen Bower**
Please close down NPRC soon and end this unnecessary suffering 🙏🙏

1y    Like    Reply                                        5 👍

**Jackasses Bobo**
Que dieu pardonne votre ignorance concernant le vivant et surtout pourquoi vous vous permettez d'agir ainsi.
See translation

1y    Like    Reply                                        1 👍

**Beth Clouser**
I agree- what a waste!  Close down the NPRCs!

1y    Like    Reply                                        2 👍

**Juan Manuel Velásquez Álvarez**
Surely messages against mistreating arrived to you. Take them into account and take heed of them to finish NOW with so much suffering! Short text in Spanish and English with a solution to end many injustices: bit.ly/3t5uH9r

> DOCS.GOOGLE.COM
> **Mensaje para difundir / Message to spread**

1y    Like    Reply                                        7 👍🥰

Write a comment...                                    GIF  ☺




 National Institutes of Health (NIH)

1y    Like    Reply                              7 

 **Jenna Silverayne Hart**
What do these comments have to do with the topic at hand?

1y    Like    Reply

 **Babatige Denn**
READ UP INFO ABOUT THESE ARSEHOLE AMD YOULL KNOW

1y    Like    Reply                              1 

 Write a reply...

 **Jack Dempsey**



1y    Like    Reply

 **Barbara Piazza**
Massacrare gli aninali non porterà a nessun progresso. Chiudete il vostro centro!!!

See translation

1y    Like    Reply                              4 

 Write a comment...      

 

# National Institutes of Health (NIH)



**Brigitte Verbeek**

Close the NPRCs ASAP!!! Send all of those lovely creatures to sanctuaries where they can live a life free of suffering!

1y    Like    Reply                          2 



**Germaine Santon**

Close the NPRCs ASAP!!! Send all of those lovely creatures to sanctuaries where they can live a life free of suffering!

1y    Like    Reply                          6 



**Colleen Poliseno**

Please close down the NPRCS ! End the suffering! Unnecessary and wasteful!!!!

1y    Like    Reply                          1 



**Colin Lyon**

Close down the NPRCs. No one deserves to suffer like that.

1y    Like    Reply                    10 



**FerGi Ye**

Close down the NPRCs. No one deserves to suffer like that.

1y    Like    Reply                    15 



**Ida Rolanda Meyer**

Please close down NPRCs.

Write a comment...                 

 **National Institutes of Health (NIH)** 


**Rachel Sutton**
Close down the NPRCs!!!!!

1y   Like   Reply          3 


**Dalile Diamant**
Please close down the NPRCs, choose compassion. Thank you !

1y   Like   Reply          17 


**Lei-Anne Bashir-Elahi**
CLOSE ALL NPRCs - your studies have demonstrated nothing useful to science, only proven your ignorance as humans

1y   Like   Reply          9 


**Lara Slingsby**
Please end the suffering now and close down the NPRCs 🙏

1y   Like   Reply          5 


**María Cid**
Please Collins, close down the NPRCs, stop this unbelievable suffering

1y   Like   Reply          8 


**Pam Sparks**
I endorse the above comment.  Please Close them down

1y   Like   Reply          8 

 Write a comment...    

 


National Institutes of Health (NIH)

1y   Like   Reply


**Marlene Barrett**
close down the NPRCs

1y   Like   Reply     3 👍


**Christine Aliff**
Close your centers!!! You've tortured enough and have no scientific breakthroughs to the about!!!!!!

1y   Like   Reply      6 👍


**Sandra Kirchberger**
Thanks in advance

1y   Like   Reply


**Arianna Frassine**
Please, close down the NPRCs, choose compassion

1y   Like   Reply      7 👍


**Jack Dempsey**
PLEASE 🙏 CLOSE DOWN ⬇️ THE NPRCs ⁉️

1y   Like   Reply      1 👍


**Marilyn Fary**
PLEASE  close down the NPRCs.

1y   Like   Reply      6 👍

Write a comment...