UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　Defendants. | Civil Action No. 1:21-cv-02380-BAH |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ALYSSA MORONES AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Alyssa Morones, an attorney with the Knight First Amendment Institute at Columbia University, 475 Riverside Drive, Suite 302, New York, NY, 10115, and a member of the bar of California, as additional counsel for the plaintiffs in this case. Ms. Morones' declaration is filed herewith.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Jameel Jaffer*
　　　　　　　　　　　　　　　　　　　Jameel Jaffer (MI0067)
　　　　　　　　　　　　　　　　　　　Knight First Amendment Institute
　　　　　　　　　　　　　　　　　　　　at Columbia University
　　　　　　　　　　　　　　　　　　　475 Riverside Drive, Suite 302
　　　　　　　　　　　　　　　　　　　New York, NY 10115
　　　　　　　　　　　　　　　　　　　(646) 745-8500
　　　　　　　　　　　　　　　　　　　jameel.jaffer@knightcolumbia.org

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

Dated: May 26, 2022