UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>      Plaintiffs,<br><br>      v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>      Defendants. | Civil Action No. 1:21-cv-02380-BAH |

## DECLARATION OF ALYSSA MORONES

Pursuant to Local Rule 83.2(d), I, Alyssa Morones, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Alyssa Sarah Morones.

2. I am an attorney with the Knight First Amendment Institute at Columbia University. My office is located at 475 Riverside Drive, Suite 302, New York, NY, 10115. My office telephone number is (646) 745-8500.

3. I was admitted to practice law in the State of California on April 12, 2022. I remain a member in good standing. My bar registration number is 343358.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have never been admitted to practice in this Court *pro hac vice*.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Alyssa Morones
Alyssa Morones
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alyssa.morones@knightcolumbia.org

*Counsel for Plaintiffs*

Dated: May 26, 2022