## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>Defendants. | Civil Action No. 1:21-cv-02380-BAH |

### [Proposed] ORDER

Upon consideration of the motion to admit Alyssa Morones to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Date: _____

_____
Hon. Beryl A. Howell
United States District Judge