# EXHIBIT 57





