# EXHIBIT 56









