AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, et al.

*Plaintiff*

v.   Case No. 1:21-cv-02380-BAH

LAWRENCE A. TABAK, et al.

*Defendant*

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs   .

Date:   5/31/2022

s/ Alyssa Morones
*Attorney's signature*

Alyssa Morones (pro hac vice)
*Printed name and bar number*

475 Riverside Drive, Suite 302
New York, NY 10115

*Address*

alyssa.morones@knightcolumbia.org
*E-mail address*

(646) 745-8500
*Telephone number*

(646) 661-3361
*FAX number*

Print   Save As...   Reset