IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>  Plaintiffs,<br><br>  v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>  Defendants. | Civil Action No. 1:21-cv-02380 (BAH) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.6(b), notice is hereby given that the undersigned attorney, Alyssa Morones, withdraws her appearance as counsel for Plaintiffs in this matter, as December 31, 2022 will be her last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight First Amendment Institute at Columbia University, Animal Legal Defense Fund, and People for the Ethical Treatment of Animals will continue to represent Plaintiffs in this matter, and no party will be prejudiced if this motion is granted.

Respectfully submitted,

*/s/ Alyssa Morones*
Alyssa Morones
Knight First Amendment Institute at
  Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
alyssa.morones@knightcolumbia.org
(646) 745-8500

Dated: December 22, 2022

## **CERTIFICATE OF SERVICE**

I, Alyssa Morones, hereby affirm that on December 22, 2022, I caused the foregoing Notice of Withdrawal of Appearance as Counsel for Plaintiffs to be served on all parties via this Court's Electronic Case Filing system.

Dated: December 22, 2022                          */s/ Alyssa Morones*
                                                                     Alyssa Morones
                                                                     Knight First Amendment Institute at
                                                                          Columbia University
                                                                     475 Riverside Drive, Suite 302
                                                                     New York, NY 10115
                                                                     alyssa.morones@knightcolumbia.org
                                                                     (646) 745-8500