UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　　Defendants. | Civil Action No. 21-cv-2380 (BAH)<br><br>Judge Beryl A. Howell |

**ORDER**

Upon consideration of plaintiffs' Motion for Summary Judgment, ECF No. 30, and defendants' Cross-Motion for Summary Judgment, ECF No. 31, the related legal memoranda in support and in opposition, the Joint Stipulation of Facts and attachments thereto, ECF No. 28, the Notices of Supplemental Authority, ECF Nos. 38 and 40, and responses thereto, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that, because defendants are entitled to judgment as a matter of law, defendants' Cross-Motion for Summary Judgment, ECF No. 31, is GRANTED; and it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment, ECF No. 30, is DENIED; and it is further

**ORDERED** that the Clerk of Court shall close this case.

**SO ORDERED.**

*This is a final and appealable Order.*

Date: March 31, 2023

                                                                _____
                                                                BERYL A. HOWELL
                                                                U.S. District Judge