**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., MADELINE KRASNO, and RYAN HARTKOPF,<br><br>        Plaintiffs,<br><br>     v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>        Defendants. | Civil Action No. 21-2380 (BAH) |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs People for the Ethical Treatment of Animals, Inc.,

Madeline Krasno, and Ryan Hartkopf appeal to the United States Court of Appeals for the District

of Columbia Circuit from the Memorandum Opinion and Order of this Court entered on March

31, 2023 (ECF Nos. 43, 44), denying Plaintiffs' Motion for Summary Judgment (ECF No. 30) and

granting Defendants' Cross-Motion for Summary Judgment (ECF No. 31).

Respectfully submitted,

/s/ *Stephanie Krent*

Stephanie Krent, *pro hac vice*
Katherine Fallow, *pro hac vice*
Jameel Jaffer (Bar ID MI0067)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*

 /s/ *Caitlin M. Foley*

Caitlin M. Foley, *pro hac vice*
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533 ext. 1043
cfoley@aldf.org

Christopher A. Berry (Bar ID CA00106)
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931
(707) 795-2533 ext. 1041
cberry@aldf.org

*Counsel for Plaintiffs Madeline Krasno and
  Ryan Hartkopf*

 /s/ *Asher Smith*

Asher Smith, *pro hac vice*
People for the Ethical Treatment of Animals,
  Inc.
1536 16th Street NW
Washington, DC 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Plaintiff People for the Ethical
  Treatment of Animals, Inc.*

May 11, 2023