UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE A. TABAK, in his official capacity as acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>Defendants. | Civil Action No. 21-2380 (BAH) |

### [PROPOSED] ORDER

This matter came before the Court upon Plaintiffs' motion pursuant to Federal Rule of Civil Procedure 62.1. With Defendants' consent, Plaintiffs have asked this Court to indicate that, if the case is remanded by the Court of Appeals for the D.C. Circuit, this Court will grant the attached Rule 41(a)(2) Consent Motion and order that the agreed to remaining claims be dismissed with prejudice. *See* Consent Motion for an Indicative Ruling, ECF No. 47.

Having considered Plaintiffs' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the D.C. Circuit, the Court will grant the relief requested.

IT IS, THEREFORE, ORDERED that Plaintiffs' Consent Motion for an Indicative Ruling is GRANTED.

SO ORDERED.

Dated: _____

                                              Beryl A. Howell
                                              U.S. District Court Judge