UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE A. TABAK, in his official capacity as acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>Defendants. | Civil Action No. 21-2380 (BAH) |

## **[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Consent Motion to Dismiss Claims with Prejudice, it is ORDERED that the motion is granted and the remaining claims against Defendant Xavier Becerra regarding the U.S. Department of Health and Human Service's own Facebook page are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: _____         _____
                                         Beryl A. Howell
                                         U.S. District Court Judge

1