# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-5110**  **September Term, 2023**

**1:21-cv-02380-BAH**

**Filed On:** January 8, 2024

People for the Ethical Treatment of Animals, et al.,

      Appellants

  v.

Lawrence A. Tabak, in his official capacity as Acting Director of the National Institutes of Health and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,

      Appellees

**BEFORE:**   Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the consent motion to remand case, it is

**ORDERED** that the motion be granted and the record remanded to the district court to enable it to enter a ruling on appellants' consent motion to dismiss claims with prejudice, which the district court has expressed its willingness to do. See Fed. R. App. P. 12.1; D.C. Cir. Rule 41(b).  It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.  This court retains jurisdiction over the case, and appellants must promptly notify the Clerk when the district court has decided the motion to dismiss on remand. See Fed. R. App. P. 12.1(b).  The parties are directed to file motions to govern future proceedings in this court within 30 days of appellants' notification.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5110**                                          **September Term, 2023**

The Clerk is directed to transmit a copy of this order to the district court.

**<u>Per Curiam</u>**

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                               BY:    /s/
                                             Selena R. Gancasz
                                             Deputy Clerk