APPEAL,CLOSED,TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:21-cv-02380-BAH

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS et al v. COLLINS et al<br>Assigned to: Judge Beryl A. Howell<br>Case in other court:  USCA, 23-05110<br>Cause: 28:1331 Federal Question: Other Civil Rights | Date Filed: 09/09/2021<br>Date Terminated: 04/03/2023<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS** | represented by | **Asher Smith**<br>PETA FOUNDATION<br>501 Front Street<br>Norfolk, VA 23510<br>202-540-2177<br>Email: ashers@petaf.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katherine Amy Fallow**<br>KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY<br>475 Riverside Drive<br>Suite 302<br>New York, NY 10115<br>646-745-8500<br>Email: Katie.Fallow@knightcolumbia.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephanie Krent**<br>KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY<br>475 Riverside Drive<br>Suite 302<br>New York City, NY 10115<br>646-745-8500<br>Email: stephanie.krent@knightcolumbia.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alyssa Morones**<br>KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA |

UNIVERSITY
475 Riverside Drive
Suite 302
New York City, NY 10115
646-745-8500
Email: alyssa.morones@knightcolumbia.org
*TERMINATED: 12/22/2022*
*PRO HAC VICE*

**Lyndsey Marie Wajert**
KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA
UNIVERSITY
475 Riverside Drive
Suite 302
New York City, NY 10115
267-566-5883
Email: lwajert@vedderprice.com
*TERMINATED: 09/15/2021*
*PRO HAC VICE*

**Jameel Jaffer**
KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA
UNIVERSITY
475 Riverside Drive
Suite 302
New York, NY 10115
(646) 745-8500
Email: jameel.jaffer@knightcolumbia.org
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>
**MADELINE KRASNO**                         represented by   **Katherine Amy Fallow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie Krent**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alyssa Morones**
(See above for address)
*TERMINATED: 12/22/2022*
*PRO HAC VICE*

**Caitlin Mairead Foley**
ANIMAL LEGAL DEFENSE FUND
150 South Wacker
Suite 2400

                                                              Chicago, IL 60606
                                                              707-795-2533
                                                              Email: cfoley@aldf.org
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Lyndsey Marie Wajert**
                                                              (See above for address)
                                                              *TERMINATED: 09/15/2021*
                                                              *PRO HAC VICE*

                                                              **Jameel Jaffer**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **RYAN HARTKOPF** | represented by | **Katherine Amy Fallow** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Stephanie Krent** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Alyssa Morones** <br> (See above for address) <br> *TERMINATED: 12/22/2022* <br> *PRO HAC VICE* |
| | | **Caitlin Mairead Foley** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Lyndsey Marie Wajert** <br> (See above for address) <br> *TERMINATED: 09/15/2021* <br> *PRO HAC VICE* |
| | | **Jameel Jaffer** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **FRANCIS M. COLLINS** <br> *in his official capacity as Director of the National Institutes of Health* | represented by | **Kuntal Virendra Cholera** <br> U.S. DEPARTMENT OF JUSTICE <br> 1100 L. St. NW |

|   |   | Washington, DC 20005 |
|---|---|---|
|   |   | (202) 305-8645 |
|   |   | Email: kuntal.cholera@usdoj.gov |
|   |   | *LEAD ATTORNEY* |
|   |   | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **XAVIER BECERRA** | represented by | **Kuntal Virendra Cholera** |
|---|---|---|
| *in his official capacity as Secretary of the U.S. Department of Health and Human Services* |  | (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2021 | 1 | COMPLAINT against XAVIER BECERRA, FRANCIS M. COLLINS ( Filing fee $ 402 receipt number ADCDC-8720589) filed by PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, RYAN HARTKOPF, MADELINE KRASNO. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Civil Cover Sheet, # 4 Certificate Rule LCvR 26.1, # 5 Summons for Francis M. Collins, # 6 Summons for Xavier Becerra)(Jaffer, Jameel) (Entered: 09/09/2021) |
| 09/09/2021 | 2 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Katie Fallow, Filing fee $ 100, receipt number ADCDC-8720860. Fee Status: Fee Paid. by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Jaffer, Jameel) (Entered: 09/09/2021) |
| 09/09/2021 | 3 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Stephanie Krent, Filing fee $ 100, receipt number ADCDC-8720867. Fee Status: Fee Paid. by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Jaffer, Jameel) (Entered: 09/09/2021) |
| 09/09/2021 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Lyndsey Wajert, Filing fee $ 100, receipt number ADCDC-8720901. Fee Status: Fee Paid. by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Jaffer, Jameel) (Entered: 09/09/2021) |
| 09/09/2021 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Caitlin M. Foley, Filing fee $ 100, receipt number ADCDC-8720909. Fee Status: Fee Paid. by RYAN HARTKOPF, MADELINE KRASNO. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Jaffer, Jameel) (Entered: 09/09/2021) |
| 09/09/2021 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Asher Smith, Filing fee $ 100, receipt number ADCDC-8720915. Fee Status: Fee Paid. by PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Jaffer, Jameel) (Entered: 09/09/2021) |
| 09/09/2021 |  | NOTICE OF ERROR re 1 Complaint; emailed to jameel.jaffer@knightcolumbia.org, cc'd 2 associated attorneys -- The PDF file you docketed contained errors: 1. Noncompliance with LCvR 5.1(c). Please file an errata correcting the initiating pleading to include the name & full residence address of each party using the event Errata., 2. Pleading filed as attachment. Please file pleading as separate entry., 3. Missing 26.1 |

| | | |
|---|---|---|
| | | Disclosure(s). Please submit using the event LCvR 26.1 Certificate of Disclosure-Corporate Affiliations/Financial Interests. (zsb, ) (Entered: 09/09/2021) |
| 09/10/2021 | 7 | ERRATA *(correcting initiating pleading)* by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Civil Cover Sheet, # 4 Summons for Francis M. Collins, # 5 Summons for Xavier Becerra)(Jaffer, Jameel) (Entered: 09/10/2021) |
| 09/10/2021 | 8 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS (Jaffer, Jameel) (Entered: 09/10/2021) |
| 09/10/2021 | 9 | MOTION to Permit *Omission of Home Address from Caption* by MADELINE KRASNO. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order) (Jaffer, Jameel) (Entered: 09/10/2021) |
| 09/13/2021 | | Case Assigned to Chief Judge Beryl A. Howell. (zsb) (Entered: 09/13/2021) |
| 09/13/2021 | 10 | STANDING ORDER. Signed by Chief Judge Beryl A. Howell on September 13, 2021. (lcbah3) (Entered: 09/13/2021) |
| 09/13/2021 | | MINUTE ORDER (paperless) GRANTING plaintiffs' 2 Motion for Admission *Pro Hac Vice* of Katherine Fallow as Additional Counsel for Plaintiffs. Ms. Fallow may enter an appearance *pro hac vice* for the purpose of representing plaintiffs in this action. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Chi ef Judge Beryl A. Howell on September 13, 2021. (lcbah3) (Entered: 09/13/2021) |
| 09/13/2021 | | MINUTE ORDER (paperless) GRANTING plaintiffs' 3 Motion for Admission *Pro Hac Vice* of Stephanie Krent as Additional Counsel for Plaintiffs. Ms. Krent may enter an appearance *pro hac vice* for the purpose of representing plaintiffs in this action. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Chief Judge Beryl A. Howell on September 13, 2021. (lcbah3) (Entered: 09/13/2021) |
| 09/13/2021 | | MINUTE ORDER (paperless) GRANTING plaintiffs' 4 Motion for Admission *Pro Hac Vice* of Lyndsey Wajert as Additional Counsel for Plaintiffs. Ms. Wajert may enter an appearance *pro hac vice* for the purpose of representing plaintiffs in this action. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Chief Judge Beryl A. Howell on September 13, 2021. (lcbah3) (Entered: 09/13/2021) |
| 09/13/2021 | | MINUTE ORDER (paperless) GRANTING the 5 Motion for Admission *Pro Hac Vice* of Caitlin M. Foley as Additional Counsel for Plaintiffs Ryan Hartkopf and Madeline Krasno. Ms. Foley may enter an appearance *pro hac vice* for the purpose of representing only plaintiffs Ryan Hartkopf and Madeline Krasno in this action. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Chief Judge Beryl A. Howell on September 13, 2021. (lcbah3) (Entered: 09/13/2021) |
| 09/13/2021 | | MINUTE ORDER (paperless) GRANTING the 6 Motion for Admission *Pro Hac Vice* of Asher Smith as Additional Counsel for Plaintiff People for the Ethical Treatment of Animals. Mr. Smith may enter an appearance *pro hac vice* for the purpose of representing only plaintiff People for the Ethical Treatment of Animals in this action. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Chief Judge Beryl A. Howell on September 13, 2021. (lcbah3) (Entered: 09/13/2021) |

| | | |
|---|---|---|
| 09/14/2021 | 11 | SUMMONS (2) Issued Electronically as to XAVIER BECERRA, FRANCIS M. COLLINS. (Attachments: # 1 Notice and Consent)(znmw) (Entered: 09/14/2021) |
| 09/14/2021 | | MINUTE ORDER (paperless) GRANTING 9 Plaintiff Madeline Krasno's Motion for Permission to Omit Home Address from Caption ("Pl.'s Mot."). <br><br>Generally, "[t]he first filing by or on behalf of a party shall have in the caption the. . . full residence address of the party," and "[f]ailure to provide the address information within 30 days of filing may result in the dismissal of the case against the defendant." LCvR 5.1(c)(1). Courts apply the factors identified in *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), to determine when a party's privacy interests are sufficiently weighty to overcome the general presumption in favor of public access to information concerning judicial proceedings.<br><br>Here, an evaluation of all the *Hubbard* factors supports granting plaintiff's request. Plaintiff notes that as a component of her advocacy work on controversial topics concerning animal testing, she must maintain a robust social media presence. Pl.'s Mot. at 2. In this capacity, she has already experienced unwanted harassment and attention unconnected to the subject matter of her advocacy, and reasonably fears that "her safety will be at risk due to potential trolls and stalkers" should her home address become a matter of public record. *Id.* Further, plaintiff convincingly explains the lack of prejudice to the government defendants in this case of omitting her home address, as well as the lack of public interest in her home address with respect to this litigation. *See id.* at 3. Under these circumstances, sufficient cause exists to grant plaintiff's request to omit her home address from filings with this Court.<br><br>Signed by Chief Judge Beryl A. Howell on September 14, 2021. (lcbah3) (Entered: 09/14/2021) |
| 09/15/2021 | 12 | NOTICE of Appearance by Caitlin Mairead Foley on behalf of RYAN HARTKOPF, MADELINE KRASNO (Foley, Caitlin) (Entered: 09/15/2021) |
| 09/15/2021 | 13 | NOTICE of Appearance by Stephanie Krent on behalf of All Plaintiffs (Krent, Stephanie) (Entered: 09/15/2021) |
| 09/15/2021 | 14 | NOTICE of Appearance by Katherine Amy Fallow on behalf of All Plaintiffs (Fallow, Katherine) (Entered: 09/15/2021) |
| 09/15/2021 | 15 | NOTICE of Appearance by Lyndsey Marie Wajert on behalf of All Plaintiffs (Wajert, Lyndsey) (Entered: 09/15/2021) |
| 09/15/2021 | 16 | NOTICE of Appearance by Asher Smith on behalf of PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS (Smith, Asher) (Entered: 09/15/2021) |
| 09/15/2021 | 17 | NOTICE OF WITHDRAWAL OF APPEARANCE as to RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. Attorney Lyndsey Marie Wajert terminated. (Wajert, Lyndsey) (Entered: 09/15/2021) |
| 10/28/2021 | 18 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. XAVIER BECERRA served on 9/20/2021 (Krent, Stephanie) (Entered: 10/28/2021) |
| 10/28/2021 | 19 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 9/21/2021. (Krent, Stephanie) (Entered: 10/28/2021) |
| 10/28/2021 | 20 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 10/7/2021. |

| | | |
|---|---|---|
| | | Answer due for ALL FEDERAL DEFENDANTS by 12/6/2021. (Krent, Stephanie) (Entered: 10/28/2021) |
| 11/09/2021 | 21 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FRANCIS M. COLLINS served on 11/8/2021 (Krent, Stephanie) (Entered: 11/09/2021) |
| 11/23/2021 | 22 | NOTICE of Appearance by Kuntal Virendra Cholera on behalf of All Defendants (Cholera, Kuntal) (Main Document 22 replaced on 11/24/2021) (zeg). (Entered: 11/23/2021) |
| 11/23/2021 | 23 | Joint MOTION for Briefing Schedule *and to Stay Answer Deadline* by XAVIER BECERRA, FRANCIS M. COLLINS. (Cholera, Kuntal) (Entered: 11/23/2021) |
| 11/24/2021 | | MINUTE ORDER (paperless) GRANTING the parties' 23 Joint Motion for Entry of Briefing Schedule; STAYING the deadline for defendants to file their answer(s) until further order of the Court; and ISSUING the following SCHEDULING ORDER to govern proceedings in this matter: (1) by December 8, 2021, the parties shall file a joint stipulation of facts; (2) by January 14, 2022, plaintiffs shall file their motion for summary judgment; (3) by February 11, 2022, defendants shall file their cross-motion for summary judgment and response to plaintiffs' motion for summary judgment; (4) by March 2, 2022, plaintiffs shall file their response to defendants' cross-motion for summary judgment and any reply in support of their own motion for summary judgment; and (5) by March 18, 2022, defendants shall file any reply in support of their cross-motion for summary judgment. Signed by Chief Judge Beryl A. Howell on November 24, 2021. (lcbah3) (Entered: 11/24/2021) |
| 11/24/2021 | | Set/Reset Deadlines: Joint stipulation of facts due by 12/8/2021. Plaintiffs' motion for summary judgment due by 1/14/2022. Defendants' cross-motion and response to plaintiffs' motion for summary judgment due by 2/11/2022. Plaintiffs' response to defendants' cross-motion for summary judgment and any reply in support of their motion for summary judgment due by 3/2/2022. Defendants' reply in support of their cross-motion for summary judgment due by 3/18/2022. (hmc) (Entered: 11/24/2021) |
| 12/03/2021 | 24 | Joint MOTION for Extension of Time to *file Fact Stipulation* by XAVIER BECERRA, FRANCIS M. COLLINS. (Cholera, Kuntal) (Entered: 12/03/2021) |
| 12/06/2021 | | MINUTE ORDER (paperless) GRANTING the parties' 24 Joint Motion for Extension of Time and MODIFYING the SCHEDULING ORDER previously entered in this matter, *see* Min. Order (Nov. 24, 2021), only as follows: by December 16, 2021, the parties shall file their joint stipulation of facts. Signed by Chief Judge Beryl A. Howell on December 6, 2021. (lcbah3) (Entered: 12/06/2021) |
| 12/06/2021 | | Set/Reset Deadlines: Joint stipulation of facts due by 12/16/2021. (ztg) (Entered: 12/06/2021) |
| 12/15/2021 | 25 | Joint MOTION for Extension of Time to *File Joint Stipulation* by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Text of Proposed Order)(Krent, Stephanie) (Entered: 12/15/2021) |
| 12/15/2021 | | MINUTE ORDER (paperless) GRANTING the parties' 25 Joint Motion for Further Extension of Time; STAYING the briefing schedule set forth in the Minute Order issued November 24, 2021; and DIRECTING the parties to file, by January 14, 2022, their joint stipulation of fact *and* a joint status report proposing a schedule for further proceedings. If the parties wish to seek a further extension of time to file the joint stipulation of fact, they shall file an appropriate motion by January 10, 2022, pursuant to paragraph 7(b) of the 10 Standing Order in this case. Signed by Chief Judge Beryl A. Howell on December 15, 2021. (lcbah3) (Entered: 12/15/2021) |

| | | |
|---|---|---|
| 12/15/2021 | | Set/Reset Deadlines: Joint stipulation of fact and joint status report due by 1/14/2022. (ztg) (Entered: 12/15/2021) |
| 01/10/2022 | 26 | Joint MOTION for Extension of Time to *File Fact Stipulation and Proposed Schedule for Proceedings* by XAVIER BECERRA, FRANCIS M. COLLINS. (Attachments: # 1 Text of Proposed Order)(Cholera, Kuntal) (Entered: 01/10/2022) |
| 01/11/2022 | | MINUTE ORDER (paperless) GRANTING the parties' 26 Joint Motion for Further Extension of Time; and DIRECTING the parties to file, by January 28, 2022, their joint stipulation of fact *and* a joint status report proposing a schedule for further proceedings. Signed by Chief Judge Beryl A. Howell on January 11, 2022. (lcbah3) (Entered: 01/11/2022) |
| 01/12/2022 | | Set/Reset Deadlines: Joint Stipulation of Fact and Joint Status Report due by 1/28/2022. (ztg) (Entered: 01/12/2022) |
| 01/24/2022 | 27 | Joint MOTION for Extension of Time to *File Fact Stipulation and Proposed Schedule for Proceedings* by XAVIER BECERRA, FRANCIS M. COLLINS. (Attachments: # 1 Text of Proposed Order)(Cholera, Kuntal) (Entered: 01/24/2022) |
| 01/25/2022 | | MINUTE ORDER (paperless) GRANTING the parties' 27 Joint Motion for Further Extension of Time; and DIRECTING the parties to file, by February 11, 2022, their joint stipulation of fact *and* a joint status report proposing a schedule for further proceedings. Signed by Chief Judge Beryl A. Howell on January 25, 2022. (lcbah3) (Entered: 01/25/2022) |
| 01/25/2022 | | Set/Reset Deadlines: Response to Order of the Court due by 2/11/2022. (ztg) (Entered: 01/25/2022) |
| 02/11/2022 | 28 | STIPULATION *(Joint)* by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Index of Exhibits)(Jaffer, Jameel) (Entered: 02/11/2022) |
| 02/11/2022 | 29 | Joint STATUS REPORT by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Krent, Stephanie) (Entered: 02/11/2022) |
| 02/24/2022 | | MINUTE ORDER (paperless) ISSUING, in light of the parties' 29 Joint Status Report, the following SCHEDULING ORDER: (1) by April 1, 2022, plaintiffs shall file their motion for summary judgment; (2) by May 6, 2022, defendants shall file their cross-motion for summary judgment and opposition to plaintiffs' motion; (3) by May 27, 2022, plaintiffs shall file their opposition to defendants' cross-motion and reply in support of plaintiffs' motion; and (4) by June 17, 2022, defendants shall file their reply in support of their cross-motion; WAIVING the requirement of LCvR 7(h) that any motion for or opposition to summary judgment include a statement of material facts; and STAYING, until 30 days after the resolution of the anticipated motion and cross-motion |

| | | |
|---|---|---|
| | | for summary judgment, all deadlines that would otherwise be applicable under Fed R. Civ. P. 26, Fed. R. Civ P. 16, LCvR 16.3, and paragraph 3 of the 10 Standing Order. Signed by Chief Judge Beryl A. Howell on February 24, 2022. (lcbah3) (Entered: 02/24/2022) |
| 02/24/2022 | | Set/Reset Deadlines: Summary judgment motion due by 4/1/2022; cross-motion/opposition to motion for summary judgment due by 5/6/2022; opposition to cross-motion and reply to opposition to motion for summary judgment due by 5/27/2022; reply to opposition to cross-motion due by 6/17/2022. (ztg) (Entered: 02/24/2022) |
| 04/01/2022 | 30 | MOTION for Summary Judgment by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Krent, Stephanie) (Entered: 04/01/2022) |
| 05/06/2022 | 31 | Cross MOTION for Summary Judgment by XAVIER BECERRA, FRANCIS M. COLLINS. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B)(Cholera, Kuntal) (Entered: 05/06/2022) |
| 05/06/2022 | 32 | Memorandum in opposition to re 30 MOTION for Summary Judgment filed by XAVIER BECERRA, FRANCIS M. COLLINS. (See Docket Entry 31 to view document). (zeg) (Entered: 05/11/2022) |
| 05/26/2022 | 33 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Alyssa Morones, Filing fee $ 100, receipt number ADCDC-9265080. Fee Status: Fee Paid. by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Jaffer, Jameel) (Entered: 05/26/2022) |
| 05/26/2022 | | MINUTE ORDER (paperless) GRANTING plaintiffs' 33 Motion for Admission *Pro Hac Vice* of Alyssa Morones as Additional Counsel for Plaintiffs. Ms. Morones may enter an appearance *pro hac vice* for the purpose of representing plaintiffs in this action. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Chief Judge Beryl A. Howell on May 26, 2022. (lcbah3) (Entered: 05/26/2022) |
| 05/27/2022 | 34 | Memorandum in opposition to re 31 Cross MOTION for Summary Judgment filed by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Exhibit 56, # 2 Exhibit 57)(Krent, Stephanie) (Entered: 05/27/2022) |
| 05/27/2022 | 35 | REPLY to opposition to motion re 30 MOTION for Summary Judgment filed by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Exhibit 56, # 2 Exhibit 57)(Krent, Stephanie) (Entered: 05/27/2022) |
| 05/27/2022 | | COUNSEL IS TO DISREGARD THIS ENTRY, SEE DE#35..... NOTICE OF ERROR re 34 Memorandum in Opposition; emailed to stephanie.krent@knightcolumbia.org, cc'd 8 associated attorneys -- The PDF file you docketed contained errors: 1. **Please note the following deficiency and file/refile document as instructed**, 2. Two-part document; second docket entry is required, 3. Please file using the event reply to opposition to Motion for Summary Judgment. (zeg, ) Modified on 5/31/2022 (zjf). (Entered: 05/27/2022) |
| 05/31/2022 | 36 | NOTICE of Appearance by Alyssa Morones on behalf of All Plaintiffs (Morones, Alyssa) (Entered: 05/31/2022) |

| | | |
|---|---|---|
| 06/17/2022 | 37 | REPLY to opposition to motion re 31 Cross MOTION for Summary Judgment filed by XAVIER BECERRA, FRANCIS M. COLLINS. (Cholera, Kuntal) (Entered: 06/17/2022) |
| 08/16/2022 | 38 | NOTICE OF SUPPLEMENTAL AUTHORITY by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS (Attachments: # 1 Exhibit A)(Krent, Stephanie) (Entered: 08/16/2022) |
| 08/24/2022 | 39 | RESPONSE re 38 NOTICE OF SUPPLEMENTAL AUTHORITY filed by XAVIER BECERRA, FRANCIS M. COLLINS. (Cholera, Kuntal) (Entered: 08/24/2022) |
| 11/29/2022 | 40 | NOTICE OF SUPPLEMENTAL AUTHORITY by XAVIER BECERRA, FRANCIS M. COLLINS (Attachments: # 1 Exhibit A)(Cholera, Kuntal) (Entered: 11/29/2022) |
| 12/08/2022 | 41 | RESPONSE re 40 NOTICE OF SUPPLEMENTAL AUTHORITY filed by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Krent, Stephanie) (Entered: 12/08/2022) |
| 12/22/2022 | 42 | NOTICE OF WITHDRAWAL OF APPEARANCE as to RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. Attorney Alyssa Morones terminated. (Morones, Alyssa) (Entered: 12/22/2022) |
| 03/31/2023 | 43 | ORDER DENYING plaintiffs' 30 Motion for Summary Judgment and GRANTING defendants' 31 Cross-Motion for Summary Judgment. See Order for further details. The Clerk of the Court is directed to close this case. Signed by Judge Beryl A. Howell on March 31, 2023. (lcbah3) (Entered: 03/31/2023) |
| 03/31/2023 | 44 | MEMORANDUM OPINION regarding plaintiffs' 30 Motion for Summary Judgment and defendants' 31 Cross-Motion for Summary Judgment. Signed by Judge Beryl A. Howell on March 31, 2023. (lcbah3) (Entered: 03/31/2023) |
| 05/11/2023 | 45 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 43 Order on Motion for Summary Judgment, 44 Order on Motion for Summary Judgment by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. Filing fee $ 505, receipt number ADCDC-10063107. Fee Status: Fee Paid. Parties have been notified. (Krent, Stephanie) (Entered: 05/11/2023) |
| 05/15/2023 | 46 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 45 Notice of Appeal to DC Circuit Court. (zed) (Entered: 05/15/2023) |
| 05/16/2023 | | USCA Case Number 23-5110 for 45 Notice of Appeal to DC Circuit Court, filed by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (znmw) (Entered: 05/16/2023) |
| 12/06/2023 | 47 | Consent MOTION for an Indicative Ruling by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Text of Proposed Order on Consent Motion for an Indicative Ruling, # 2 Consent Motion to Dismiss Claims with Prejudice, # 3 Text of Proposed Order on Consent Motion to Dismiss Claims with Prejudice)(Fallow, Katherine) (Entered: 12/06/2023) |
| 12/06/2023 | | MINUTE ORDER (paperless) GRANTING the parties' 47 Consent Motion for an Indicative Ruling; and INDICATING, pursuant to Federal Rule of Civil Procedure 62.1, that the Court would grant the parties' [47-2] Consent Motion to Dismiss Remaining Claims with Prejudice, if the Court of Appeals remanded the case for this limited purpose. Signed by Judge Beryl A. Howell on December 6, 2023. (lcbah1) (Entered: 12/06/2023) |

| 01/08/2024 | 48 | ORDER of USCA as to 45 Notice of Appeal to DC Circuit Court, filed by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS ; case remanded to district court. USCA Case Number 23-5110. (znmw) (Entered: 01/08/2024) |
| --- | --- | --- |
| 01/11/2024 | 49 | Consent MOTION to Dismiss *Claims with Prejudice and Transmit Back to the DC Circuit* by RYAN HARTKOPF, MADELINE KRASNO, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS. (Attachments: # 1 Text of Proposed Order)(Fallow, Katherine) (Entered: 01/11/2024) |
| 01/11/2024 |  | MINUTE ORDER (paperless) GRANTING plaintiffs' 49 Consent Motion to Dismiss Claims with Prejudice, and DISMISSING, pursuant to Fed. R. Civ. P. 41(a)(2), the remaining claims against defendant Xavier Becerra regarding the U.S. Department of Health and Human Service's Facebook page. Signed by Judge Beryl A. Howell on January 11, 2024. (lcbah1) (Entered: 01/11/2024) |