IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>Defendants. | Civil Action No. 21-2380 (BAH) |

**PLAINTIFFS' UNOPPOSED MOTION TO PERMIT SKELETAL FILING OF MOTION FOR ATTORNEYS' FEES AND TO STAY BRIEFING**

Plaintiffs People for the Ethical Treatment of Animals, Inc., Madeline Krasno, and Ryan Hartkopf ("Plaintiffs") respectfully ask this Court to permit Plaintiffs to file a skeletal motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and to stay briefing on their motion. Pursuant to Local Rule 7(m), Plaintiffs conferred with Defendants prior to the filing of this motion, and Defendants do not oppose this motion. In support of their unopposed motion, Plaintiffs state as follows:

1. On July 30, 2024, the Court of Appeals ruled in favor of Plaintiffs in their challenge to certain social media keyword filters adopted by the National Institute of Health (NIH) and ordered that summary judgment be granted to Plaintiffs. *See People for the Ethical Treatment of Animals v. Tabak*, 109 F.4th 627 (D.C. Cir. 2024).

2. On September 25, 2024, this Court issued a Minute Order entering summary judgment in favor of Plaintiffs. *See* Minute Order dated September 25, 2024.

3. The time to file a petition for certiorari from the Court of Appeals' decision expired on October 28, 2024.

4. Under EAJA, Plaintiffs' motion for attorneys' fees must be filed within 30 days of a final judgment in this case. Plaintiffs are filing that motion today out of an abundance of caution to ensure that their application is not time-barred.

5. Plaintiffs and Defendants have conferred and believe they may be able to settle Plaintiffs' request for fees without the involvement of the Court.

WHEREFORE, for the foregoing reasons and in the interests of judicial economy, Plaintiffs ask the Court to permit them to file a skeletal motion for attorneys' fees and costs, which may be altered or supplemented with supporting documentation and argument in the event that the parties are not able to resolve the fee dispute through settlement discussions. Plaintiffs further request that the Court stay Defendants' time to respond to Plaintiffs' motion to allow negotiations between the parties to continue. If the Court stays the Defendants' time to respond to the fee petition, the parties propose filing a joint status report within ninety days of the Court's stay order to notify the Court of the status of their settlement discussions and, if necessary, to propose a new schedule for further proceedings. Along with this motion, Plaintiffs are filing their skeletal motion for attorneys' fees.

November 27, 2024                                  Respectfully submitted,

                                                   /s/ *Stephanie Krent*
                                                   Stephanie Krent, *pro hac vice*
                                                   Katherine Fallow, *pro hac vice*
                                                   Jameel Jaffer
                                                   Knight First Amendment Institute
                                                     at Columbia University

475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*

 /s/ *Caitlin M. Foley*
Caitlin M. Foley, *pro hac vice*
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533, ext. 1043
cfoley@aldf.org

*Counsel for Plaintiffs Madeline Krasno and Ryan Hartkopf*

 /s/ *Asher Smith*
Asher Smith, *pro hac vice*
Ashley Ridgway (application for admission accepted; pending oath ceremony)
PETA Foundation
1536 16th Street NW
Washington, D.C. 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Plaintiff People for the Ethical Treatment of Animals, Inc.*