IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>    Defendants. | Civil Action No. 21-2380 (BAH) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' unopposed motion to permit skeletal filing of motion for attorneys' fees and to stay briefing, and all materials supporting that motion, it is hereby:

**ORDERED** that the motion is **GRANTED** and that Plaintiffs are permitted to file a skeletal motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act; and

**ORDERED** that briefing is stayed to allow the parties' negotiations to continue; and

**ORDERED** that the parties will file a joint status report within ninety days of this Order to notify the Court of the status of their settlement discussions and, if necessary, to propose a new schedule for further proceedings.

Dated: _____

                                                                       _____
                                                                        Hon. Beryl A. Howell
                                                                        United States District Judge