IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　Defendants. | Civil Action No. 21-2380 (BAH) |

**PLAINTIFFS' SKELETAL MOTION FOR ATTORNEYS' FEES**

Plaintiffs People for the Ethical Treatment of Animals, Inc., Madeline Krasno, and Ryan Hartkopf ("Plaintiffs") respectfully move for attorneys' fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Plaintiffs seek to file this motion out of an abundance of caution to ensure compliance with EAJA's statutory deadline, 28 U.S.C. § 2412(d)(1)(B), while they negotiate with Defendants in an attempt to resolve Plaintiffs' request for fees without this Court's involvement. This motion is based on the memorandum in support of this motion and supporting documents, filed concurrently.

November 27, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Stephanie Krent*
　　　　　　　　　　　　　　　　　　　Stephanie Krent, *pro hac vice*
　　　　　　　　　　　　　　　　　　　Katherine Fallow, *pro hac vice*
　　　　　　　　　　　　　　　　　　　Jameel Jaffer

Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs*

 /s/ *Caitlin M. Foley*
----
Caitlin M. Foley, *pro hac vice*
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533, ext. 1043
cfoley@aldf.org

*Counsel for Plaintiffs Madeline Krasno and*
  *Ryan Hartkopf*

 /s/ *Asher Smith*
----
Asher Smith, *pro hac vice*
Ashley Ridgway (application for admission
  accepted; pending oath ceremony)
PETA Foundation
1536 16th Street NW
Washington, D.C. 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Plaintiff People for the Ethical*
  *Treatment of Animals, Inc.*