IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>Defendants. | Civil Action No. 21-2380 (BAH) |

### DECLARATION OF RYAN HARTKOPF IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

I, Ryan Hartkopf, declare and testify as follows:

1. I am over 18 years of age, and if called upon to testify to the facts set forth in this declaration, I could and would competently do so.

2. I am a named plaintiff in this case. In 2021, I engaged with the Animal Legal Defense Fund and the Knight First Amendment Institute at Columbia University to represent me in the dispute.

3. My net worth did not exceed $2 million at the time this civil action was filed on September 9, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
Ryan Hartkopf

Nov. 21, 2024

1