IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　　Defendants. | Civil Action No. 21-2380 (BAH) |

**DECLARATION OF CAITLIN M. FOLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

I, Caitlin M. Foley, declare and testify as follows:

　　1.　　I am over 18 years of age, and if called upon to testify to the facts set forth in this declaration, I could and would competently do so. I make the following statements based on my personal knowledge.

　　2.　　I am a member of the Bars of Illinois and Pennsylvania. I am a Senior Staff Attorney with the Animal Legal Defense Fund, where I have worked since 2019. Lawyers from ALDF represent Madeline Krasno and Ryan Hartkopf in this case alongside attorneys who work at the Knight First Amendment Institute at Columbia University.

　　3.　　ALDF is a national nonprofit membership organization founded in 1979 with a mission to protect the lives and advance the interests of animals through the legal system. ALDF's attorneys do not bill clients for its services.

4. I have represented Ms. Krasno and Mr. Hartkopf in this litigation and have done so since May 2021. Several of my colleagues also participated in the representation of Ms. Krasno and Mr. Hartkopf, including Christoper Berry, Amanda Howell, and Samuel Krauss. We have been assisted by legal interns and externs, as well as by paralegal and administrative support.

5. Each attorney at ALDF kept detailed and contemporaneous records of their time using Clockify. Clockify is a computer time tracking application which ALDF uses to record the time attorneys spend working on matters. I have reviewed those records, and they are consistent with the work performed by each attorney identified in the records.

6. To prepare Plaintiffs' fee request, I exercised billing judgment to exclude time in several ways. I excluded all time worked on this case by attorneys Christopher Berry, Amanda Howell, and Samuel Krauss. I have excluded time that was duplicative, excessive, or otherwise inappropriate for billing, including time related to Plaintiffs' voluntarily-dismissed claim against the U.S. Department of Health and Human Services. I excluded administrative costs and time from the request. In my professional experience, Plaintiffs' request is reasonable given the legal issues and factual record in this case.

7. The rates at which Plaintiffs' counsel seek reimbursement are described in the Declaration of Stephanie Krent, filed concurrently with this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

        Respectfully submitted,

        /s/ Caitlin M. Foley
        Caitlin M. Foley
        Senior Staff Attorney
        Animal Legal Defense Fund

November 25, 2024