IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　　Defendants | Civil Action No. 21-2380 (BAH) |

**DECLARATION OF STEPHANIE KRENT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

I, Stephanie Krent, declare and testify as follows:

　　1.　　I am over 18 years of age, and if called upon to testify to the facts set forth in this Declaration, I could and would competently do so. I make the following statements based on my personal knowledge.

　　2.　　I am a member of the Bar of the State of New York. I am a staff attorney with the Knight First Amendment Institute at Columbia University, where I have worked since 2019.

　　3.　　The Knight Institute defends the freedoms of speech and the press in the digital age through strategic litigation, research, policy advocacy, and public education. Its aim is to promote a system of free expression that is open and inclusive, that broadens and elevates public discourse, and that fosters creativity, accountability, and effective self-government.

　　4.　　I represent Plaintiffs in this litigation and have done so since the inception of this case in 2021. Several of my colleagues at the Knight Institute also participated in the representation

of Plaintiffs, including Alex Abdo, Katie Fallow, Jameel Jaffer, Alyssa Morones, Alexia Ramirez, Theo Tamayo, and Lyndsey Wajert. We have been assisted by legal interns and externs, as well as by paralegal and administrative support.

5. Each attorney working on this matter at the Knight Institute kept detailed contemporaneous time records using Toggl Track. Toggl Track is a computer time tracking application which the Knight Institute uses to record the time attorneys spend working on matters.

6. I have reviewed the time records kept by my colleagues and myself while working on this case. They are consistent with the work performed by each attorney identified in the records. To prepare Plaintiffs' fee request, I have exercised billing judgment to exclude time in several ways. I excluded all time worked on this case by law clerk Theo Tamayo, who joined the case following the D.C. Circuit's opinion. I have excluded time that was duplicative, excessive, or otherwise inappropriate for billing, including time related to Plaintiffs' voluntarily-dismissed claim against the U.S. Department of Health and Human Services. I also excluded administrative costs and time from Plaintiffs' fee request. In my professional experience, Plaintiffs' request is reasonable given the legal issues and factual record in this case.

7. The time records for all attorneys are collected and detailed in Exhibit 1. In total, the other attorneys and I are seeking reimbursement for 871.14 hours of time spent on this case.

8. Pursuant to the Equal Access to Justice Act (EAJA), all the attorneys in this case are claiming the standard statutory rates. These rates were calculated by adjusting the statutory cap set by EAJA, $125, to account for regional increases in the cost-of-living as authorized by statute. *See* 28 U.S.C. § 2412(d)(2)(A)(ii). The increases in cost-of-living were calculated on an annual basis by comparing the United States Bureau of Labor Statistics' Consumer Price Index for all Urban Consumers (CPI-U) for the Washington, D.C. metropolitan area for the year in which the

work was performed (or, in the case of 2024, the average CPI-U for the months available) to the national CPI-U in March 1996, the date when EAJA was amended. The statutory rates were calculated by dividing the regional CPI-U for the year in which the work was performed by 155.7, the national CPI-U for March 1996, and then multiplying that number by $125. Plaintiffs therefore request reimbursement at a rate of $222.97 per hour for 2021, $237.73 per hour for 2022, $245.12 per hour for 2023, and $252.50 per hour for 2024.

9. Plaintiffs seek reimbursement at a lower rate for the work performed by Alyssa Morones prior to April 2022. Ms. Morones graduated from the University of California, Los Angeles School of Law in 2021 and was admitted to practice law in the State of California on April 12, 2022. For her work prior to that date, Plaintiffs seek reimbursement at a rate of $208, the rate for law clerks and paralegals set by the Laffey Matrix for work performed between June 1, 2021 and May 31, 2022. For work performed after April 12, 2022, Plaintiffs seek reimbursement at the EAJA statutory rates described above.

10. These rates are much lower than the rates typically billed by the attorneys working on this case. For example, for hours worked on a Freedom of Information Act matter in 2021 and 2022, my compensable hours billed were reimbursed at a rate of $500/hour.

I declare under penalty of perjury that the foregoing is true and correct.

                Respectfully submitted,

                /s/ Stephanie Krent
                Stephanie Krent
                Staff Attorney, Knight First Amendment
                  Institute at Columbia University

November 27, 2024