IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>      Plaintiffs,<br><br>  v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>      Defendants. | Civil Action No. 21-2380 (BAH) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' skeletal motion for attorneys' fees pursuant to the Equal Access to Justice Act, and all materials supporting that motion, it is hereby:

**ORDERED** that the motion is **GRANTED** and that Plaintiffs be awarded fees and costs in the amount of $205,714.87; and

**ORDERED** that Plaintiffs shall file a supplemental petition setting any reasonable fees and costs incurred after the filing of this motion.

Dated:                                                                                    _____
                                                                                      Hon. Beryl A. Howell
                                                                                      United States District Judge