UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>    Plaintiffs,<br><br>    v.<br><br>MATTHEW J. MEMOLI, in his official capacity as Acting Director of the National Institutes of Health, and ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>    Defendants. | Civil Action No. 21-2380 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's December 2, 2024 Order staying briefing on Plaintiffs' motion for attorneys' fees, Plaintiffs People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf and Defendants Matthew J. Memoli and Robert F. Kennedy Jr. respectfully submit this Joint Status Report regarding the status of their negotiations.

Since the Court's Order, the parties have continued their attempts to resolve Plaintiffs' request for fees. Counsel for Plaintiffs and counsel for Defendants conferred by telephone on December 18, 2024 and continued negotiations via email. The parties remain in the process of attempting to settle this issue without any further intervention from the Court and propose that they submit either a stipulation of dismissal or a second Joint Status Report advising the Court of any need for further proceedings by June 2, 2025.

Dated: March 3, 2025					Respectfully submitted,

/s/ *Stephanie Krent*

Stephanie Krent, *Pro Hac Vice*
Katherine Fallow, *Pro Hac Vice*
Knight First Amendment Institute at
    Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
stephanie.krent@knightcolumbia.org
(646) 745-8500

*Attorneys for Plaintiffs*

BRETT SHUMATE
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

/s/ *Kuntal Cholera*

KUNTAL CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Kuntal.Cholera@usdoj.gov

*Attorneys for Defendants*