IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW J. MEMOLI, in his official capacity as Acting Director of the National Institutes of Health, and ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,[1]<br><br>*Defendants*. | Civil Action No. 21-2380 (BAH) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Eric B. Beckenhauer hereby substitutes for Kuntal Cholera as counsel of record for all Defendants in this action.

Respectfully submitted,

/s/ *Eric Beckenhauer*
Eric B. Beckenhauer
Cal. Bar No. 237526
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC  20005
(202) 514-3338

*Counsel for Defendants*

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the Acting Director and Secretary are substituted for their predecessors in office.