UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>      Plaintiffs,<br><br>      v.<br><br>JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health, and ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>      Defendants. | Civil Action No. 21-2380 (BAH) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 3, 2025 Order, Plaintiffs People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf and Defendants Jay Bhattacharya and Robert F. Kennedy Jr. respectfully submit this Joint Status Report regarding the status of their negotiations.

Since the Court's Order and the previous Joint Status Report, the parties have continued their attempts to resolve Plaintiffs' request for fees. Counsel for Plaintiffs and counsel for Defendants have continued negotiations productively. The parties remain in the process of attempting to settle this issue without any further intervention from the Court and propose that they submit either a stipulation of dismissal or a fourth Joint Status Report advising the Court of any need for further proceedings by November 20, 2025.

Dated: August 22, 2025                                      Respectfully submitted,

/s/ Stephanie Krent
_____
Stephanie Krent, *Pro Hac Vice*
Katherine Fallow, *Pro Hac Vice*
Knight First Amendment Institute at
    Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
stephanie.krent@knightcolumbia.org
(646) 745-8500

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

/s/ Eric Beckenhauer
_____

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch
U.S. Department of Justice
1100 L. Street, NW
Washington D.C. 20005
Eric.Beckenhauer@usdoj.gov

*Attorneys for Defendants*
