UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>        Plaintiffs,<br><br>v.<br><br>JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health, and ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>        Defendants. | Civil Action No. 21-2380 (BAH) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.6(b), notice is hereby given that the undersigned attorney, Caitlin Foley, withdraws her appearance as counsel for Plaintiffs in this matter, as December 19, 2025 will be her last day as an attorney with the Animal Legal Defense Fund. Attorneys from the Knight First Amendment Institute at Columbia University, Animal Legal Defense Fund, and People for the Ethical Treatment of Animals will continue to represent Plaintiffs in this matter, and no party will be prejudiced if this motion is granted

## CERTIFICATE OF SERVICE

I, Caitlin Foley, hereby affirm that on December 17, 2025, I caused the foregoing Notice of Withdrawal of Appearance as Counsel for Plaintiffs to be served on all parties via this Court's Electronic Case Filing system.

Dated: December 17, 2025

                                                                              /s/ Caitlin Foley
                                                                              Caitlin M. Foley, *pro hac vice*
                                                                              Animal Legal Defense Fund
                                                                              150 South Wacker Drive, Suite 2400
                                                                              Chicago, IL 60606
                                                                              (707) 795-2533 ext. 1043
                                                                              cfoley@aldf.org