IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-2380 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's December 5, 2025, minute order, the parties respectfully submit this joint status report.

Since the filing of their last report, the parties have reached an agreement in principle to settle Plaintiffs' fee claim, subject to formal authorization by appropriate agency officials. They anticipate being able to resolve this issue without further Court intervention, and respectfully propose submitting a further status report in 45 days, on March 20, 2026, if a stipulation of dismissal is not filed by then.

Dated: February 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

/s/ *Eric Beckenhauer*
Eric B. Beckenhauer
Cal. Bar No. 237526
Assistant Director
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 514-3338
(202) 616-8470 (fax)
eric.beckenhauer@usdoj.gov

*Counsel for Defendants*


/s/ *Stephanie Krent*
Stephanie Krent, *Pro Hac Vice*
Katherine Fallow, *Pro Hac Vice*
Knight First Amendment Institute at
    Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
stephanie.krent@knightcolumbia.org
(646) 745-8500

*Attorneys for Plaintiffs*