**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health, *et al.,* <br><br> *Defendants.* | Civil Action No. 21-2380 (BAH) |

**NOTICE OF WITHDRAWAL OF MOTION
AND STIPULATION OF DISMISSAL**

The parties having reached a settlement of Plaintiffs' fee claim, Plaintiffs

respectfully withdraw their motion for attorney fees, ECF No. 56, and the parties

hereby stipulate to dismissal of this action pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii).

Dated: March 30, 2026

Respectfully submitted,

/s/ *Stephanie Krent*
Stephanie Krent, *Pro Hac Vice*
Katherine Fallow, *Pro Hac Vice*
Knight First Amendment Institute at
    Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
stephanie.krent@knightcolumbia.org
(646) 745-8500

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

/s/ *Eric Beckenhauer*
Eric B. Beckenhauer
Cal. Bar No. 237526
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 598-3808
(202) 616-8470 (fax)
eric.beckenhauer@usdoj.gov

*Counsel for Defendants*